**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| RYAN BIBB, Individually and on Behalf of All Others Similarly Situated, | : | Case No. 1:21-cv-07025-AKH |
| | : | |
| Plaintiff, | : | |
| | : | "ECF" Case |
| vs. | : | |
| | : | |
| SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |
| MICHAEL CIZEK, Individually and on Behalf of All Others Similarly Situated, | : | Case No. 1:21-cv-07309-AKH |
| | : | |
| Plaintiff, | : | |
| | : | "ECF" Case |
| vs. | : | |
| | : | |
| SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |
| SCOTT MARKMAN, Individually and on Behalf of All Others Similarly Situated, | : | Case No. 1:21-cv-08308-AKH |
| | : | |
| Plaintiff, | : | "ECF" Case |
| | : | |
| vs. | : | |
| | : | |
| SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

1

**NOTICE OF MOTION OF SCOTT MARKMAN AND DONALD DAUGHERTY TO CONSOLIDATE RELATED ACTIONS, APPOINT LEAD PLAINTIFF, AND <u>APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL</u>**

PLEASE TAKE NOTICE that plaintiff Scott Markman and class member Donald Daugherty ("Movants") hereby move this Court pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B) and 15 U.S.C. § 77z-1(a)(3)(B), at the United States District Court for the Southern District of New York, before the Honorable Alvin K. Hellerstein, located at 500 Pearl Street, New York, New York 10007, for an Order: (a) consolidating the above-captioned related cases (the "Related Actions"); (b) appointing Movant Donald Daugherty to serve as the Lead Plaintiff; and (c) approving Movant Daugherty's choice of counsel.  In support of this motion, Movants submit: (a) a Memorandum in Support; (b) the Declaration of William B. Federman; and (c) a (Proposed) Order granting Movant Daugherty's Motion. As set forth in the Memorandum in Support filed concurrently herewith, consolidation of the Related Actions is appropriate, the procedural requirements of the PSLRA have been satisfied, and Movant Daugherty is the presumptive most adequate plaintiff and further satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23. As such, Movants respectfully request this Court appoint Movant Donald Daugherty as the Lead Plaintiff in this action and approve his selection of Federman & Sherwood and George Gesten McDonald PLLC as Co-Lead Counsel for the Lead Plaintiff and the proposed class.

Date:     October 18, 2021

Respectfully submitted,

*/s/ William B. Federman*
William B. Federman (WF9124)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
Email: Wbf@federmanlaw.com

2

Lori G. Feldman (LF3478)
**GEORGE GESTEN MCDONALD PLLC**
102 Half Moon Bay Drive
Croton-on-Hudson, New York 10520
Telephone: (917) 983-9321
Facsimile : (888) 421-4173
Email: LFeldman@4-Justice.com
E-Service: eService@4-Justice.com

David J. George*
Brittany L. Brown*
**GEORGE GESTEN MCDONALDPLLC**
9897 Lake Worth Road, Suite #302 Lake Worth, FL 33467
Telephone : (561) 232-6002
Facsimile: (888) 421-4173
Email: DGeorge@4-Justice.com
            BBrown@4-Justice.com
E-Service: eService@4-Justice.com

*Attorneys for Movant Donald Daugherty*

*\*Pro hac vice forthcoming*

## CERTIFICATE OF SERVICE

This is to certify that on October 18, 2021, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the counsel of record.

/s/ *William B. Federman*
William B. Federman

3