**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| RYAN BIBB, Individually and on Behalf of All Others Similarly Situated, | : | Case No. 1:21-cv-07025-AKH |
| | : | |
| Plaintiff, | : | |
| | : | "ECF" Case |
| vs. | : | |
| | : | |
| SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| MICHAEL CIZEK, Individually and on Behalf of All Others Similarly Situated, | : | Case No. 1:21-cv-07309-AKH |
| | : | |
| Plaintiff, | : | |
| | : | "ECF" Case |
| vs. | : | |
| | : | |
| SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| SCOTT MARKMAN, Individually and on Behalf of All Others Similarly Situated, | : | Case No. 1:21-cv-08308-AKH |
| | : | |
| Plaintiff, | : | "ECF" Case |
| | : | |
| vs. | : | |
| | : | |
| SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS,
APPOINTING LEAD PLAINTIFF, AND APPROVING
PROPOSED LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

1

Having considered Movants' Scott Markman and Donald Daugherty's Motion for Consolidation, Appointment of Lead Plaintiff, and Approval of Proposed Lead Plaintiff's Choice of Lead Counsel,

IT IS HEREBY ORDERED THAT:

1.      The above-captioned actions are consolidated for all purposes (the "Consolidated Action"). This order (the "Order") shall apply to the Consolidated Action and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court and consolidated with the Consolidated Action.

2.      A Master File is established for this proceeding. The Master File shall be No. 1:21-cv-07025-AKH.  The Clerk shall file all pleadings in the Master File and note such filings on the Master Docket.

3.      Every pleading filed in the Consolidated Action shall bear the following caption and shall state in the caption that the paper applies to ALL CASES or state the docket number(s) of the individual case(s) to which it applies:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
                                                                  X
  In re                                                          :
                                                                   :
SESEN BIO, INC. SECURITIES            :    Master Docket
LITIGATION                                       :    1:21-cv-07025-AKH
                                                                   :
This pleading applies to:                    :
                                                                   :
_____  X

4.      The Clerk shall mail a copy of this Order to counsel of record in the Consolidated Action.

5.      The Court requests the assistance of counsel in calling to the attention of the Clerk

2

of this Court the filing or transfer of any case that might properly be consolidated as part of the Consolidated Action.

6.    When a case that arises out of the same subject matter of the Consolidated Action is hereinafter filed in this Court or transferred from another court, the Clerk of this court shall:

a.    File a copy of this Order in the separate file for such action;

b.    Mail a copy of this Order to the attorneys for the plaintiff(s) in the newly-filed or transferred case and to any new defendant(s) in the newly-filed or transferred case; and

c.    Make the appropriate entry in the Docket for the Consolidated Action.

7.    Each new case that arises out of the subject matter of the Consolidated Action which is filed in this Court or transferred to this Court, shall be consolidated with the Consolidated Action and this Order shall apply thereto, unless a party objects to consolidation, as provided for herein, or any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, by filing an application for relief, and this Court deems it appropriate to grant such application. Nothing in the foregoing shall be construed as a waiver of the Defendants' right to object to consolidation of any subsequently filed or transferred related action.

8.    Pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), class member and Movant Donald Daugherty is appointed to serve as Lead Plaintiff for the Class of purchasers of Sesen Bio, Inc. securities during the period from December 21, 2020, through and including August 17, 2021 (the "Class Period").

9.    The law firms of George Gesten McDonald PLLC and Federman & Sherwood are approved as Plaintiffs' Co-Lead Counsel. Plaintiffs' Co-Lead Counsel shall supervise the activities

3

of plaintiff's counsel and shall have the following responsibilities and duties to perform or delegate as appropriate:

    a.    To brief and argue motions;

    b.    To initiate and conduct discovery, including, without limitation, coordination of discovery with Defendants' counsel and the preparation of written interrogatories, requests for admissions and requests for production of documents;

    c.    To direct and coordinate the examination of witnesses in depositions;

    d.    To act as spokesperson at pretrial conferences;

    e.    To call and chair meetings of plaintiffs' counsel as appropriate or necessary from time to time;

    f.    To initiate and exclusively conduct settlement negotiations with counsel for Defendants;

    g.    To serve as trial counsel in any trial or hearing in this matter;

    h.    To provide coordination of the activities of plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

    i.    To consult with and employ experts;

    j.    To receive and review periodic time reports of all attorneys on behalf of plaintiffs and to determine if the time is being spent appropriately and for the benefit of plaintiffs; and

    k.    To perform such other duties as may be expressly authorized by further order of this Court.

10.    A Consolidated Complaint shall be filed by Lead Plaintiff and Co-Lead Counsel within sixty (60) days of the date of this Order.

IT IS SO ORDERED.

DATED:                        _____
                              UNITED STATES DISTRICT JUDGE

4