**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| RYAN BIBB, Individually and on Behalf of All Others Similarly Situated, | : | Case No. 1:21-cv-07025-AKH |
| | : | |
| Plaintiff, | : | |
| | : | "ECF" Case |
| vs. | : | |
| | : | |
| SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES, | : | |
| | : | |
| Defendants. | : | |

---

| | | |
|---|---|---|
| MICHAEL CIZEK, Individually and on Behalf of All Others Similarly Situated, | : | Case No. 1:21-cv-07309-AKH |
| | : | |
| Plaintiff, | : | |
| | : | "ECF" Case |
| vs. | : | |
| | : | |
| SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES, | : | |
| | : | |
| Defendants. | : | |

---

| | | |
|---|---|---|
| SCOTT MARKMAN, Individually and on Behalf of All Others Similarly Situated, | : | Case No. 1:21-cv-08308-AKH |
| | : | |
| Plaintiff, | : | "ECF" Case |
| | : | |
| vs. | : | |
| | : | |
| SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES, | : | |
| | : | |
| Defendants. | : | |

---

**DECLARATION OF WILLIAM B. FEDERMAN IN SUPPORT OF
MOVANTS SCOTT MARKMAN'S AND DONALD DAUGHERTY'S MOTION AND
MEMORANDUM IN SUPPORT OF CONSOLIDATION, APPOINTMENT OF LEAD
PLAINTIFF, AND APPROVAL OF PROPOSED LEAD PLAINTIFF'S
<u>SELECTION OF LEAD COUNSEL</u>**

I, William B. Federman, declare under penalty of perjury as follows:

1.     I am an attorney duly admitted to the Bars of the states of Oklahoma and New York and the United States District Court for the Southern District of New York.  I am a member of the law firm Federman & Sherwood, counsel for plaintiff Scott Markman and class member Donald Daugherty ("Movants") in the above referenced *Markman* action.  I submit this declaration in support of the Motion of Movants Scott Markman and Donald Daugherty to Consolidate Related Actions, Appoint Lead Plaintiff, and to Approve Proposed Lead Plaintiff's Selection of Lead Counsel.

2.     Attached hereto as Exhibit 1 is a true and correct copy of the Certification of Investment of Donald Daugherty.

3.     Attached hereto as Exhibit 2 is a true and correct copy of the Economic Loss Analysis for Movant Donald Daugherty's transactions in Sesen Bio, Inc. ("Sesen Bio" or the "Company") securities.

4.     Attached hereto as Exhibit 3 is a true and correct copy of the *Business Wire* publication issued by Glancy Prongay & Murray LLP announcing that a securities class action suit had been filed against Sesen Bio.

5.     Attached hereto as Exhibit 4 is a true and correct copy of the firm resume for Federman & Sherwood.

6.     Attached hereto as Exhibit 5 is a true and correct copy of the firm resume for George Gesten McDonald PLLC.

Dated: October 18, 2021

Respectfully submitted,

/s/William B. Federman
William B. Federman (WF9124)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
wbf@federmanlaw.com

Lori G. Feldman (LF3478)
**GEORGE GESTEN MCDONALD PLLC**
102 Half Moon Bay Drive
Croton-on-Hudson, New York 10520
Telephone: (917) 983-9321
Facsimile: (888) 421-4173
Email: LFeldman@4-Justice.com
E-Service: eService@4-Justice.com

David J. George*
Brittany L. Brown*
**GEORGE GESTEN MCDONALD PLLC**
9897 Lake Worth Road, Suite #302 Lake
Worth, FL 33467
Telephone: (561) 232-6002
Facsimile: (888) 421-4173
Email: DGeorge@4-Justice.com
        BBrown@4-Justice.com
E-Service: eService@4-Justice.com

*Counsel for Movants Scott Markman and Donald Daugherty and Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 18th day of October 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *William B. Federman*
William B. Federman

3