# EXHIBIT 2

**Sesen Bio (SESN)**
Plaintiff Daugherty Loss Calculation

| Total Shares Purchased | Cost of Shares Purchased | Total Shares Sold | Sale Proceeds | Total Shares Retained | Value of Shares Retained[1] | Total Losses[2] |
|---|---|---|---|---|---|---|
| 100,500 | $457,630 | 76,500 | $59,670 | 24,000 | $23,040 | $374,920 |

[1] Shares retained valued at $0.96 per share, which is the average price beginning on August 13, 2021 and ending on October 12, 2021.

[2] Total losses are the same under either FIFO or LIFO share matching.