# EXHIBIT 3

**Sesen Bio, Inc. Loss Chart**
**Class Period: December 21, 2020 through August 17, 2021, inclusive**

Lookback Price

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain $ | 0.91 | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nolff, Joseph P. | 6/3/2021 | 40,600 | ($3.79) | ($153,874.00) | 8/19/2021 | 22,777 | $1.12 | $25,535.29 | | | | | |
| | 6/3/2021 | 200 | ($3.79) | ($758.00) | 8/19/2021 | 1,537 | $1.10 | $1,690.70 | | | | | |
| | 6/3/2021 | 1,439 | ($3.79) | ($5,453.81) | 8/19/2021 | 16,307 | $1.10 | $17,937.70 | | | | | |
| | 6/3/2021 | 10,248 | ($3.79) | ($38,839.92) | 8/19/2021 | 400 | $1.10 | $440.00 | | | | | |
| | 6/3/2021 | 300 | ($3.79) | ($1,137.00) | 8/19/2021 | 2,480 | $1.10 | $2,728.00 | | | | | |
| | 6/3/2021 | 1,389 | ($3.79) | ($5,264.31) | 8/19/2021 | 10,400 | $1.10 | $11,440.00 | | | | | |
| | 6/3/2021 | 400 | ($3.79) | ($1,516.00) | 8/19/2021 | 500 | $1.10 | $550.00 | | | | | |
| | 6/3/2021 | 400 | ($3.79) | ($1,516.00) | 8/19/2021 | 175 | $1.10 | $192.50 | | | | | |
| | 6/3/2021 | 700 | ($3.79) | ($2,653.00) | 8/19/2021 | 100 | $1.10 | $110.00 | | | | | |
| | 6/3/2021 | 100 | ($3.79) | ($379.00) | 8/19/2021 | 100 | $1.10 | $110.00 | | | | | |
| | 6/3/2021 | 200 | ($3.79) | ($758.00) | 8/19/2021 | 175 | $1.10 | $192.50 | | | | | |
| | 6/3/2021 | 100 | ($3.79) | ($379.00) | 8/19/2021 | 100 | $1.10 | $110.00 | | | | | |
| | 6/3/2021 | 100 | ($3.79) | ($379.00) | 8/19/2021 | 100 | $1.10 | $110.00 | | | | | |
| | 6/3/2021 | 100 | ($3.79) | ($379.00) | 8/19/2021 | 600 | $1.10 | $660.00 | | | | | |
| | 6/3/2021 | 60 | ($3.79) | ($227.40) | 8/19/2021 | 400 | $1.11 | $442.00 | | | | | |
| | 6/3/2021 | 100 | ($3.79) | ($379.00) | 8/19/2021 | 319 | $1.11 | $352.50 | | | | | |
| | 6/3/2021 | 300 | ($3.79) | ($1,137.00) | 8/19/2021 | 8,219 | $1.11 | $9,082.00 | | | | | |
| | 6/3/2021 | 1 | ($3.79) | ($3.79) | 8/19/2021 | 200 | $1.11 | $221.00 | | | | | |
| | 6/3/2021 | 196 | ($3.79) | ($742.84) | 8/19/2021 | 400 | $1.11 | $442.00 | | | | | |
| | 6/3/2021 | 2 | ($3.79) | ($7.58) | 8/19/2021 | 5,800 | $1.11 | $6,409.00 | | | | | |
| | 6/3/2021 | 2 | ($3.79) | ($7.58) | 8/19/2021 | 5,800 | $1.11 | $6,409.00 | | | | | |
| | 6/3/2021 | 99 | ($3.79) | ($375.21) | 8/19/2021 | 5,800 | $1.11 | $6,409.00 | | | | | |
| | 6/3/2021 | 1 | ($3.79) | ($3.79) | 8/19/2021 | 5,800 | $1.11 | $6,409.00 | | | | | |
| | 6/3/2021 | 100 | ($3.79) | ($379.00) | 8/19/2021 | 1,562 | $1.11 | $1,726.01 | | | | | |
| | 6/3/2021 | 100 | ($3.79) | ($379.00) | 8/19/2021 | 900 | $1.11 | $994.50 | | | | | |
| | 6/3/2021 | 300 | ($3.79) | ($1,137.00) | 8/19/2021 | 438 | $1.11 | $483.99 | | | | | |
| | 6/3/2021 | 400 | ($3.79) | ($1,516.00) | 8/19/2021 | 2,500 | $1.11 | $2,762.50 | | | | | |
| | 6/3/2021 | 400 | ($3.79) | ($1,516.00) | 8/19/2021 | 400 | $1.11 | $442.00 | | | | | |
| | 6/3/2021 | 5,000 | ($3.73) | ($18,650.00) | 8/19/2021 | 400 | $1.11 | $442.00 | | | | | |
| | 6/3/2021 | 18 | ($3.73) | ($67.14) | 8/19/2021 | 100 | $1.11 | $110.50 | | | | | |
| | 6/3/2021 | 73 | ($3.73) | ($272.29) | 8/19/2021 | 100 | $1.11 | $110.50 | | | | | |
| | 6/3/2021 | 100 | ($3.73) | ($373.00) | 8/19/2021 | 2,900 | $1.11 | $3,204.50 | | | | | |
| | 6/3/2021 | 250 | ($3.73) | ($932.50) | 8/19/2021 | 2,900 | $1.11 | $3,204.50 | | | | | |
| | 6/3/2021 | 7 | ($3.73) | ($26.11) | 8/19/2021 | 1,000 | $1.13 | $1,130.00 | | | | | |
| | 6/3/2021 | 100 | ($3.73) | ($373.00) | 8/19/2021 | 981 | $1.13 | $1,108.53 | | | | | |
| | 6/3/2021 | 6 | ($3.73) | ($22.38) | 8/19/2021 | 500 | $1.14 | $570.00 | | | | | |
| | 6/3/2021 | 4,300 | ($3.73) | ($16,039.00) | 8/19/2021 | 10 | $1.14 | $11.40 | | | | | |
| | 6/3/2021 | 300 | ($3.73) | ($1,119.00) | 8/19/2021 | 9 | $1.14 | $10.26 | | | | | |
| | 6/3/2021 | 33,800 | ($3.73) | ($126,074.00) | 8/19/2021 | 100 | $1.14 | $114.00 | | | | | |
| | 6/3/2021 | 14,387 | ($3.73) | ($53,663.51) | 8/19/2021 | 3 | $1.14 | $3.42 | | | | | |
| | 6/3/2021 | 334 | ($3.73) | ($1,245.82) | 8/19/2021 | 2 | $1.14 | $2.28 | | | | | |
| | 6/3/2021 | 500 | ($3.73) | ($1,865.00) | 8/19/2021 | 3 | $1.14 | $3.42 | | | | | |
| | 6/3/2021 | 500 | ($3.73) | ($1,865.00) | 8/19/2021 | 5 | $1.14 | $5.70 | | | | | |
| | 6/3/2021 | 500 | ($3.73) | ($1,865.00) | 8/19/2021 | 4 | $1.14 | $4.56 | | | | | |
| | 6/3/2021 | 500 | ($3.73) | ($1,865.00) | 8/19/2021 | 400 | $1.14 | $456.00 | | | | | |
| | 6/3/2021 | 500 | ($3.73) | ($1,865.00) | 8/19/2021 | 400 | $1.14 | $456.00 | | | | | |
| | 6/3/2021 | 500 | ($3.73) | ($1,865.00) | 8/19/2021 | 25 | $1.14 | $28.50 | | | | | |
| | 6/3/2021 | 25 | ($3.73) | ($93.25) | 8/19/2021 | 5 | $1.14 | $5.70 | | | | | |
| | 6/3/2021 | 475 | ($3.73) | ($1,771.75) | 8/19/2021 | 1 | $1.14 | $1.14 | | | | | |
| | 6/3/2021 | 475 | ($3.73) | ($1,771.75) | 8/19/2021 | 1 | $1.14 | $1.14 | | | | | |
| | 6/3/2021 | 1,000 | ($3.73) | ($3,730.00) | 8/19/2021 | 100 | $1.14 | $114.00 | | | | | |
| | 6/3/2021 | 100 | ($3.73) | ($373.00) | 8/19/2021 | 11 | $1.14 | $12.54 | | | | | |
| | 6/3/2021 | 500 | ($3.73) | ($1,865.00) | 8/19/2021 | 20 | $1.14 | $22.80 | | | | | |

| Date | Qty | Price | Total | | Date | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 6/3/2021 | 500 | ($3.73) | ($1,865.00) | | 8/19/2021 | 340 | $1.14 | $387.60 |
| 6/3/2021 | 100 | ($3.73) | ($373.00) | | 8/19/2021 | 50 | $1.14 | $57.00 |
| 6/3/2021 | 13 | ($3.73) | ($48.49) | | 8/19/2021 | 1,000 | $1.14 | $1,140.00 |
| 6/3/2021 | 100 | ($3.73) | ($373.00) | | 8/19/2021 | 80 | $1.14 | $91.20 |
| 6/3/2021 | 100 | ($3.73) | ($373.00) | | 8/19/2021 | 4,000 | $1.14 | $4,560.00 |
| 6/3/2021 | 1,600 | ($3.73) | ($5,968.00) | | 8/19/2021 | 1 | $1.14 | $1.14 |
| 6/7/2021 | 128 | ($3.94) | ($504.32) | | 8/19/2021 | 25 | $1.14 | $28.50 |
| 6/7/2021 | 62 | ($3.94) | ($244.28) | | 8/19/2021 | 25 | $1.14 | $28.50 |
| 6/7/2021 | 100 | ($3.94) | ($394.00) | | 8/19/2021 | 25 | $1.14 | $28.50 |
| 6/7/2021 | 13,819 | ($3.94) | ($54,446.86) | | 8/19/2021 | 1 | $1.14 | $1.14 |
| 6/7/2021 | 100 | ($3.94) | ($394.00) | | 8/19/2021 | 1 | $1.14 | $1.14 |
| 6/7/2021 | 100 | ($3.94) | ($394.00) | | 8/19/2021 | 42 | $1.14 | $47.88 |
| 6/7/2021 | 100 | ($3.94) | ($394.00) | | 8/19/2021 | 100 | $1.14 | $114.00 |
| 6/7/2021 | 555 | ($3.94) | ($2,186.70) | | 8/19/2021 | 2 | $1.14 | $2.28 |
| 6/7/2021 | 500 | ($3.94) | ($1,970.00) | | 8/19/2021 | 25 | $1.14 | $28.50 |
| 6/7/2021 | 873 | ($3.94) | ($3,439.62) | | 8/19/2021 | 55 | $1.14 | $62.70 |
| 6/7/2021 | 3,614 | ($3.94) | ($14,239.16) | | 8/19/2021 | 15 | $1.14 | $17.10 |
| 6/7/2021 | 200 | ($3.94) | ($788.00) | | 8/19/2021 | 20 | $1.14 | $22.80 |
| 6/7/2021 | 200 | ($3.94) | ($788.00) | | 8/19/2021 | 500 | $1.14 | $570.00 |
| 6/7/2021 | 100 | ($3.94) | ($394.00) | | 8/19/2021 | 50 | $1.14 | $57.00 |
| 6/7/2021 | 30 | ($3.94) | ($118.20) | | 8/19/2021 | 50 | $1.14 | $57.00 |
| 6/7/2021 | 600 | ($3.94) | ($2,364.00) | | 8/19/2021 | 2 | $1.14 | $2.28 |
| 6/7/2021 | 26 | ($3.94) | ($102.44) | | 8/19/2021 | 225 | $1.14 | $256.50 |
| 6/7/2021 | 100 | ($3.94) | ($394.00) | | 8/19/2021 | 20 | $1.14 | $22.80 |
| 6/7/2021 | 100 | ($3.94) | ($394.00) | | 8/19/2021 | 500 | $1.14 | $570.00 |
| 6/7/2021 | 1,000 | ($3.94) | ($3,940.00) | | 8/19/2021 | 20 | $1.14 | $22.80 |
| 6/7/2021 | 70 | ($3.94) | ($275.80) | | 8/19/2021 | 69 | $1.14 | $78.66 |
| 6/7/2021 | 400 | ($3.94) | ($1,576.00) | | 8/19/2021 | 65 | $1.14 | $74.10 |
| | | | | | 8/19/2021 | 100 | $1.14 | $114.00 |
| | | | | | 8/19/2021 | 1 | $1.14 | $1.14 |
| | | | | | 8/19/2021 | 2 | $1.14 | $2.28 |
| | | | | | 8/19/2021 | 5 | $1.14 | $5.70 |
| | | | | | 8/19/2021 | 50 | $1.14 | $57.00 |
| | | | | | 8/19/2021 | 1,000 | $1.14 | $1,140.00 |
| | | | | | 8/19/2021 | 1,000 | $1.14 | $1,140.00 |
| | | | | | 8/19/2021 | 100 | $1.14 | $114.00 |
| | | | | | 8/19/2021 | 50 | $1.14 | $57.00 |
| | | | | | 8/19/2021 | 50 | $1.14 | $57.00 |
| | | | | | 8/19/2021 | 500 | $1.14 | $570.00 |
| | | | | | 8/19/2021 | 70 | $1.14 | $79.80 |
| | | | | | 8/19/2021 | 40 | $1.14 | $45.60 |
| | | | | | 8/19/2021 | 2,000 | $1.14 | $2,280.00 |
| | | | | | 8/19/2021 | 75 | $1.14 | $85.50 |
| | | | | | 8/19/2021 | 1 | $1.14 | $1.14 |
| | | | | | 8/19/2021 | 14 | $1.14 | $15.96 |
| | | | | | 8/19/2021 | 50 | $1.14 | $57.00 |
| | | | | | 8/19/2021 | 20 | $1.14 | $22.80 |
| | | | | | 8/19/2021 | 1,000 | $1.14 | $1,140.00 |
| | | | | | 8/19/2021 | 20 | $1.14 | $22.80 |
| | | | | | 8/19/2021 | 90 | $1.14 | $102.60 |
| | | | | | 8/19/2021 | 10 | $1.14 | $11.40 |
| | | | | | 8/19/2021 | 20 | $1.14 | $22.80 |
| | | | | | 8/19/2021 | 20 | $1.14 | $22.80 |
| | | | | | 8/19/2021 | 10 | $1.14 | $11.40 |
| | | | | | 8/19/2021 | 5 | $1.14 | $5.70 |
| | | | | | 8/19/2021 | 1 | $1.14 | $1.14 |

| Date | Quantity | Price | Total |
|---|---|---|---|
| 8/19/2021 | 10 | $1.14 | $11.40 |
| 8/19/2021 | 5 | $1.14 | $5.70 |
| 8/19/2021 | 7 | $1.14 | $7.98 |
| 8/19/2021 | 2,500 | $1.14 | $2,850.00 |
| 8/19/2021 | 50 | $1.14 | $57.00 |
| 8/19/2021 | 200 | $1.14 | $228.00 |
| 8/19/2021 | 150 | $1.14 | $171.00 |
| 8/19/2021 | 5 | $1.14 | $5.70 |
| 8/19/2021 | 200 | $1.14 | $228.00 |
| 8/19/2021 | 100 | $1.14 | $114.00 |
| 8/19/2021 | 5,000 | $1.14 | $5,700.00 |
| 8/19/2021 | 100 | $1.14 | $114.00 |
| 8/19/2021 | 5 | $1.14 | $5.70 |
| 8/19/2021 | 10 | $1.14 | $11.40 |
| 8/19/2021 | 36 | $1.14 | $41.04 |
| 8/19/2021 | 100 | $1.14 | $114.00 |
| 8/19/2021 | 100 | $1.14 | $114.00 |
| 8/19/2021 | 500 | $1.14 | $570.00 |
| 8/19/2021 | 2 | $1.14 | $2.28 |
| 8/19/2021 | 100 | $1.14 | $114.00 |
| 8/19/2021 | 5 | $1.14 | $5.70 |
| 8/19/2021 | 4 | $1.14 | $4.56 |
| 8/19/2021 | 60 | $1.14 | $68.40 |
| 8/19/2021 | 100 | $1.14 | $114.00 |
| 8/19/2021 | 50 | $1.14 | $57.00 |
| 8/19/2021 | 1 | $1.14 | $1.14 |
| 8/19/2021 | 100 | $1.14 | $114.00 |
| 8/19/2021 | 50 | $1.14 | $57.00 |
| 8/19/2021 | 16 | $1.14 | $18.24 |
| 8/19/2021 | 100 | $1.14 | $114.00 |
| 8/19/2021 | 100 | $1.14 | $114.00 |
| 8/19/2021 | 22 | $1.14 | $25.08 |
| 8/19/2021 | 20 | $1.14 | $22.80 |
| 8/19/2021 | 25 | $1.14 | $28.50 |
| 8/19/2021 | 1 | $1.14 | $1.14 |
| 8/19/2021 | 270 | $1.14 | $307.80 |
| 8/19/2021 | 1 | $1.14 | $1.14 |
| 8/19/2021 | 50 | $1.14 | $57.00 |
| 8/19/2021 | 35 | $1.14 | $39.90 |
| 8/19/2021 | 100 | $1.14 | $114.00 |
| 8/19/2021 | 20 | $1.14 | $22.80 |
| 8/19/2021 | 80 | $1.14 | $91.20 |
| 8/19/2021 | 50 | $1.14 | $57.00 |
| 8/19/2021 | 300 | $1.14 | $342.00 |
| 8/19/2021 | 1 | $1.14 | $1.14 |
| 8/19/2021 | 10 | $1.14 | $11.40 |
| 8/19/2021 | 30 | $1.14 | $34.20 |
| 8/19/2021 | 64 | $1.14 | $72.96 |
| 8/19/2021 | 13 | $1.14 | $14.82 |
| 8/19/2021 | 20 | $1.14 | $22.80 |
| 8/19/2021 | 3 | $1.14 | $3.42 |
| 8/19/2021 | 190 | $1.14 | $216.60 |
| 8/19/2021 | 200 | $1.14 | $228.00 |
| 8/19/2021 | 5 | $1.14 | $5.70 |
| 8/19/2021 | 5 | $1.14 | $5.70 |
| 8/19/2021 | 76 | $1.14 | $86.64 |

| Date | Quantity | Price | Total |
|---|---|---|---|
| 8/19/2021 | 3 | $1.14 | $3.42 |
| 8/19/2021 | 25 | $1.14 | $28.50 |
| 8/19/2021 | 100 | $1.14 | $114.00 |
| 8/19/2021 | 100 | $1.14 | $114.00 |
| 8/19/2021 | 1 | $1.14 | $1.14 |
| 8/19/2021 | 3 | $1.14 | $3.42 |
| 8/19/2021 | 25 | $1.14 | $28.50 |
| 8/19/2021 | 100 | $1.14 | $114.00 |
| 8/19/2021 | 25 | $1.14 | $28.50 |
| 8/19/2021 | 6 | $1.14 | $6.84 |
| 8/19/2021 | 20 | $1.14 | $22.80 |
| 8/19/2021 | 20 | $1.14 | $22.80 |
| 8/19/2021 | 1 | $1.14 | $1.14 |
| 8/19/2021 | 100 | $1.14 | $114.00 |
| 8/19/2021 | 26 | $1.14 | $29.64 |
| 8/19/2021 | 200 | $1.14 | $228.00 |
| 8/19/2021 | 30 | $1.14 | $34.20 |
| 8/19/2021 | 3 | $1.14 | $3.42 |
| 8/19/2021 | 1 | $1.14 | $1.14 |
| 8/19/2021 | 500 | $1.14 | $570.00 |
| 8/19/2021 | 100 | $1.14 | $114.00 |
| 8/19/2021 | 100 | $1.14 | $114.00 |
| 8/19/2021 | 80 | $1.14 | $91.20 |
| 8/19/2021 | 7 | $1.14 | $7.98 |
| 8/19/2021 | 35 | $1.14 | $39.90 |
| 8/19/2021 | 100 | $1.14 | $114.00 |
| 8/19/2021 | 1,000 | $1.14 | $1,140.00 |
| 8/19/2021 | 25 | $1.14 | $28.50 |
| 8/19/2021 | 1 | $1.14 | $1.14 |
| 8/19/2021 | 5,000 | $1.14 | $5,700.00 |
| 8/19/2021 | 30 | $1.14 | $34.20 |
| 8/19/2021 | 100 | $1.14 | $114.00 |
| 8/19/2021 | 1,000 | $1.14 | $1,140.00 |
| 8/19/2021 | 30 | $1.14 | $34.20 |
| 8/19/2021 | 50 | $1.14 | $57.00 |
| 8/19/2021 | 25 | $1.14 | $28.50 |
| 8/19/2021 | 16 | $1.14 | $18.24 |
| 8/19/2021 | 878 | $1.14 | $1,000.92 |
| 8/19/2021 | 30 | $1.14 | $34.20 |
| 8/19/2021 | 40 | $1.14 | $45.60 |
| 8/19/2021 | 10 | $1.14 | $11.40 |
| 8/19/2021 | 10 | $1.14 | $11.40 |
| 8/19/2021 | 30 | $1.14 | $34.20 |
| 8/19/2021 | 4 | $1.14 | $4.56 |
| 8/19/2021 | 42 | $1.14 | $47.88 |
| 8/19/2021 | 40 | $1.14 | $45.60 |
| 8/19/2021 | 299 | $1.14 | $340.86 |
| 8/19/2021 | 5,000 | $1.14 | $5,700.00 |
| 8/19/2021 | 10 | $1.14 | $11.40 |
| 8/19/2021 | 4 | $1.14 | $4.56 |
| 8/19/2021 | 1 | $1.14 | $1.14 |
| 8/19/2021 | 10 | $1.14 | $11.40 |
| 8/19/2021 | 19 | $1.14 | $21.66 |
| 8/19/2021 | 5 | $1.14 | $5.70 |
| 8/19/2021 | 100 | $1.14 | $114.00 |
| 8/19/2021 | 4 | $1.14 | $4.56 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 8/19/2021 | 5 | $1.14 | $5.70 | | | |
| | | 8/19/2021 | 1,500 | $1.14 | $1,710.00 | | | |
| | | 8/19/2021 | 10 | $1.14 | $11.40 | | | |
| | | 8/19/2021 | 1,500 | $1.14 | $1,710.00 | | | |
| 147,777 | ($559,491.60) | | 147,777 | | $165,123.69 | 0.00 | 0 | ($394,367.91) |