NEMATZADEH PLLC
Justin Solomon Nematzadeh
101 Avenue of the Americas, 9th Floor
New York, NY 10013
Tel: (646) 417-8424
Email: justin.nematzadeh@gmail.com

BERGER MONTAGUE PC
Sherrie R. Savett
Michael Dell'Angelo
Barbara Podell
Andrew Abramowitz
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: ssavett@bm.net
        mdellangelo@bm.net
        bpodell@bm.net
        aabramowitz@bm.net

*Attorneys for Proposed Lead Plaintiff*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN BIBB, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES,<br><br>Defendants. | Case No. 1:21-cv-07025 |
| MICHAEL CIZEK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES,<br><br>Defendants. | Case No. 1:21-cv-07309 |

SCOTT MARKMAN, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES,

Defendants.

Case No. 1:21-cv-08308

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the concurrently filed Declaration of Justin Solomon Nematzadeh, Esq., the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court, proposed Lead Plaintiff Movant Michael Miller ("Movant") hereby moves this Court, before the Honorable Alvin K. Hellerstein, United States District Court, Southern District of New York, Courtroom 14K, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, for the entry of an Order of the following: (i) consolidating the related actions; (ii) appointing Movant as Lead Plaintiff; (iii) approving Movant's selection of Berger Montague PC as Lead Counsel and Nematzadeh PLLC as Local Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

Dated: October 18, 2021

Respectfully submitted,

/s/ *Justin Solomon Nematzadeh*
Justin Solomon Nematzadeh
NEMATZADEH PLLC
101 Avenue of the Americas, 9th Floor

2

New York, NY 10013
Tel: (646) 417-8424
Email: justin.nematzadeh@gmail.com

Sherrie R. Savett
Michael Dell'Angelo
Barbara Podell
Andrew Abramowitz
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: ssavett@bm.net
        mdellangelo@bm.net
        bpodell@bm.net
        aabramowitz@bm.net

***Attorneys for Lead Plaintiff Movant Michael
Miller and Proposed Lead Counsel for the Class***

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ *Justin Solomon Nematzadeh*
Justin Solomon Nematzadeh

4