NEMATZADEH PLLC
Justin Solomon Nematzadeh
101 Avenue of the Americas, 9th Floor
New York, NY 10013
Tel: (646) 4178424
Email: justin.nematzadeh@gmail.com

BERGER MONTAGUE PC
Sherrie R. Savett
Michael Dell'Angelo
Barbara Podell
Andrew Abramowitz
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: ssavett@bm.net
         mdellangelo@bm.net
         bpodell@bm.net
         aabramowitz@bm.net

*Attorneys for Proposed Lead Plaintiff*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN BIBB, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES, <br><br> Defendants. | Case No. 1:21-cv-07025 |
| MICHAEL CIZEK, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES, <br><br> Defendants. | Case No. 1:21-cv-07309 |

|  |  |
|---|---|
| SCOTT MARKMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES,<br><br>Defendants. | Case No. 1:21-cv-08308 |

### DECLARATION OF JUSTIN SOLOMON NEMATZADEH, ESQ. IN SUPPORT OF MOVANT MICHAEL MILLER'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL

I, Justin Solomon Nematzadeh, Esq. declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I submit this declaration in support of the motion filed by Proposed Lead Plaintiff Michael Miller ("Movant") for the entry of an Order: (i) consolidating the related actions; (ii) appointing Movant as Lead Plaintiff; (iii) approving Movant's selection of Berger Montague PC as Lead Counsel and Nematzadeh PLLC as Local Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

2.      Attached as Exhibits A through C are true and correct copies of the following documents:

EXHIBIT A:   Signed Certification of Michael Miller pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:   Notice of pendency of class action lawsuit against Sesen Bio, Inc., published on August 19, 2021; and

EXHIBIT C:   Chart reflecting calculation of financial losses sustained by Movant on Class Period transactions in Sesen Bio, Inc. securities.

2

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of October 2021.    _/s/ Justin Solomon Nematzadeh_____

Justin Solomon Nematzadeh

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Justin Solomon Nematzadeh*
Justin Solomon Nematzadeh

4