# EXHIBIT C

Prepared by Berger|Montague

| | | | | | | | Average | | LIFO - | No. of | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | No. Shares Bought | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold | Price Per Share | Closing Price from 8/18/2021 to Day of Sale | Sale Proceeds (Excl. Fees & Comms.) | Match to Class Period Buys? | Shrs. Purch. in the CP and Still Held | Actual No. of Shares Held |
| **Trans. Date** | **Trans. Type** | | | | | | | | | | |

**Michael Miller LIFO Losses in Sesen Bio, Inc. ("SESN")**
**During The Class Period (12/21/2020 - 08/17/2021)**

| Trans. Date | Trans. Type | No. Shares Bought | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold | Price Per Share | Average Closing Price from 8/18/2021 to Day of Sale | Sale Proceeds (Excl. Fees & Comms.) | LIFO - Match to Class Period Buys? | No. of Shrs. Purch. in the CP and Still Held | Actual No. of Shares Held |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Pd. Holdings [1]:** | | 58 | | | | | | | | 0 | 58 |
| 12/30/20 | Buy | 498 | $ 1.3450 | $ 669.81 | | | | | | 498 | 556 |
| 01/25/21 | Buy | 800 | $ 1.9463 | $ 1,557.04 | | | | | | 1,298 | 1,356 |
| 02/09/21 | Buy | 800 | $ 2.6650 | $ 2,132.00 | | | | | | 2,098 | 2,156 |
| 02/09/21 | Buy | 140 | $ 2.7950 | $ 391.30 | | | | | | 2,238 | 2,296 |
| 02/12/21 | Buy | 500 | $ 2.7689 | $ 1,384.45 | | | | | | 2,738 | 2,796 |
| 02/12/21 | Buy | 900 | $ 2.7371 | $ 2,463.39 | | | | | | 3,638 | 3,696 |
| 02/12/21 | Buy | 200 | $ 2.8500 | $ 570.00 | | | | | | 3,838 | 3,896 |
| 02/12/21 | Buy | 156 | $ 2.8500 | $ 444.60 | | | | | | 3,994 | 4,052 |
| 02/12/21 | Buy | 300 | $ 2.8500 | $ 855.00 | | | | | | 4,294 | 4,352 |
| 02/12/21 | Buy | 100 | $ 2.8500 | $ 285.00 | | | | | | 4,394 | 4,452 |
| 02/12/21 | Buy | 300 | $ 2.8500 | $ 855.00 | | | | | | 4,694 | 4,752 |
| 02/12/21 | Buy | 100 | $ 2.8500 | $ 285.00 | | | | | | 4,794 | 4,852 |
| 02/12/21 | Buy | 1,156 | $ 2.7600 | $ 3,190.56 | | | | | | 5,950 | 6,008 |
| 02/16/21 | Buy | 1,000 | $ 3.2487 | $ 3,248.70 | | | | | | 6,950 | 7,008 |
| 02/23/21 | Sell (part 1) | | | | 58 | $ 2.7270 | | $158.17 | YES | 6,892 | 6,950 |
| 02/23/21 | Sell (part 2) | | | | 442 | $ 2.7270 | | $1,205.33 | YES | 6,450 | 6,508 |
| 02/23/21 | Buy | 1,000 | $ 2.7701 | $ 2,770.10 | | | | | | 7,450 | 7,508 |
| 02/23/21 | Buy | 1,000 | $ 2.7800 | $ 2,780.00 | | | | | | 8,450 | 8,508 |
| 02/24/21 | Buy | 350 | $ 2.9199 | $ 1,021.97 | | | | | | 8,800 | 8,858 |
| 02/25/21 | Buy | 1,000 | $ 2.5950 | $ 2,595.00 | | | | | | 9,800 | 9,858 |
| 02/26/21 | Buy | 1,056 | $ 2.7400 | $ 2,893.44 | | | | | | 10,856 | 10,914 |
| 02/26/21 | Sell | | | | 156 | $ 2.5000 | | $390.00 | YES | 10,700 | 10,758 |
| 02/26/21 | Sell | | | | 1,000 | $ 2.5000 | | $2,500.00 | YES | 9,700 | 9,758 |
| 03/04/21 | Buy | 300 | $ 2.4501 | $ 735.03 | | | | | | 10,000 | 10,058 |
| 03/05/21 | Buy | 150 | $ 2.3463 | $ 351.95 | | | | | | 10,150 | 10,208 |
| 03/05/21 | Buy | 2,500 | $ 2.0990 | $ 5,247.50 | | | | | | 12,650 | 12,708 |
| 03/05/21 | Buy | 1,000 | $ 2.3301 | $ 2,330.10 | | | | | | 13,650 | 13,708 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Michael Miller LIFO Losses in Sesen Bio, Inc. ("SESN")** ||||||||||||
| **During The Class Period (12/21/2020 - 08/17/2021)** ||||||||||||
| Trans. Date | Trans. Type | No. Shares Bought | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold | Price Per Share | Average Closing Price from 8/18/2021 to Day of Sale | Sale Proceeds (Excl. Fees & Comms.) | LIFO - Match to Class Period Buys? | No. of Shrs. Purch. in the CP and Still Held | Actual No. of Shares Held |
| 03/05/21 | Buy | 1,500 | $ 2.3500 | $ 3,525.00 | | | | | | 15,150 | 15,208 |
| 03/05/21 | Buy | 250 | $ 2.3830 | $ 595.75 | | | | | | 15,400 | 15,458 |
| 03/05/21 | Sell | | | | 47 | $ 2.2270 | | $104.67 | YES | 15,353 | 15,411 |
| 03/05/21 | Sell | | | | 553 | $ 2.2220 | | $1,228.77 | YES | 14,800 | 14,858 |
| 03/09/21 | Buy | 710 | $ 2.5550 | $ 1,814.05 | | | | | | 15,510 | 15,568 |
| 03/22/21 | Buy | 123 | $ 3.4074 | $ 419.11 | | | | | | 15,633 | 15,691 |
| 03/22/21 | Buy | 7 | $ 3.4050 | $ 23.84 | | | | | | 15,640 | 15,698 |
| 03/24/21 | Sell | | | | 200 | $ 2.7500 | | $550.00 | YES | 15,440 | 15,498 |
| 03/24/21 | Sell | | | | 100 | $ 2.7550 | | $275.50 | YES | 15,340 | 15,398 |
| 04/01/21 | Buy | 1,046 | $ 2.6878 | $ 2,811.44 | | | | | | 16,386 | 16,444 |
| 04/06/21 | Buy | 300 | $ 2.7350 | $ 820.50 | | | | | | 16,686 | 16,744 |
| 04/06/21 | Buy | 200 | $ 2.8190 | $ 563.80 | | | | | | 16,886 | 16,944 |
| 04/21/21 | Buy | 300 | $ 2.4371 | $ 731.13 | | | | | | 17,186 | 17,244 |
| 04/26/21 | Buy | 1,200 | $ 2.9499 | $ 3,539.88 | | | | | | 18,386 | 18,444 |
| 04/28/21 | Buy | 456 | $ 2.9584 | $ 1,349.03 | | | | | | 18,842 | 18,900 |
| 04/28/21 | Buy | 2,000 | $ 2.9600 | $ 5,920.00 | | | | | | 20,842 | 20,900 |
| 05/03/21 | Sell | | | | 500 | $ 2.7500 | | $1,375.00 | YES | 20,342 | 20,400 |
| 05/06/21 | Sell | | | | 100 | $ 2.5500 | | $255.00 | YES | 20,242 | 20,300 |
| 05/06/21 | Sell | | | | 100 | $ 2.5500 | | $255.00 | YES | 20,142 | 20,200 |
| 05/06/21 | Sell | | | | 300 | $ 2.5500 | | $765.00 | YES | 19,842 | 19,900 |
| 05/11/21 | Buy | 1,000 | $ 2.4190 | $ 2,419.00 | | | | | | 20,842 | 20,900 |
| 05/12/21 | Sell | | | | 102 | $ 2.4501 | | $249.91 | YES | 20,740 | 20,798 |
| 05/12/21 | Sell | | | | 398 | $ 2.4500 | | $975.10 | YES | 20,342 | 20,400 |
| 05/12/21 | Buy | 2,000 | $ 2.4900 | $ 4,980.00 | | | | | | 22,342 | 22,400 |
| 05/17/21 | Buy | 80 | $ 2.3900 | $ 191.20 | | | | | | 22,422 | 22,480 |
| 05/18/21 | Buy | 900 | $ 2.7678 | $ 2,491.02 | | | | | | 23,322 | 23,380 |
| 05/27/21 | Buy | 200 | $ 3.1500 | $ 630.00 | | | | | | 23,522 | 23,580 |
| 05/27/21 | Buy | 300 | $ 3.1500 | $ 945.00 | | | | | | 23,822 | 23,880 |
| 05/27/21 | Buy | 3,000 | $ 3.1700 | $ 9,510.00 | | | | | | 26,822 | 26,880 |

Prepared by Berger|Montague

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Michael Miller LIFO Losses in Sesen Bio, Inc. ("SESN")** | | | | | | | | | | | |
| **During The Class Period (12/21/2020 - 08/17/2021)** | | | | | | | | | | | |
| **Trans. Date** | **Trans. Type** | **No. Shares Bought** | **Price Per Share** | **Purch. Cost (Excl. Fees & Comms.)** | **No. Shares Sold** | **Price Per Share** | **Average Closing Price from 8/18/2021 to Day of Sale** | **Sale Proceeds (Excl. Fees & Comms.)** | **LIFO - Match to Class Period Buys?** | **No. of Shrs. Purch. in the CP and Still Held** | **Actual No. of Shares Held** |
| 06/09/21 | Buy | 500 | $ 4.2400 | $ 2,120.00 | | | | | | 27,322 | 27,380 |
| 06/17/21 | Buy | 556 | $ 4.3800 | $ 2,435.28 | | | | | | 27,878 | 27,936 |
| 06/21/21 | Buy | 2,000 | $ 4.5250 | $ 9,050.00 | | | | | | 29,878 | 29,936 |
| 06/21/21 | Buy | 2,556 | $ 4.4250 | $ 11,310.30 | | | | | | 32,434 | 32,492 |
| 06/24/21 | Buy | 1,000 | $ 4.1750 | $ 4,175.00 | | | | | | 33,434 | 33,492 |
| 07/07/21 | Sell | | | | 700 | $ 3.9901 | | $2,793.07 | YES | 32,734 | 32,792 |
| 07/07/21 | Sell | | | | 1,600 | $ 3.8870 | | $6,219.20 | YES | 31,134 | 31,192 |
| 07/07/21 | Sell | | | | 100 | $ 3.8850 | | $388.50 | YES | 31,034 | 31,092 |
| 07/07/21 | Sell | | | | 100 | $ 3.8808 | | $388.08 | YES | 30,934 | 30,992 |
| 07/07/21 | Sell | | | | 100 | $ 3.8810 | | $388.10 | YES | 30,834 | 30,892 |
| 07/07/21 | Sell | | | | 100 | $ 3.8807 | | $388.07 | YES | 30,734 | 30,792 |
| 07/07/21 | Sell | | | | 100 | $ 3.8807 | | $388.07 | YES | 30,634 | 30,692 |
| 07/07/21 | Sell | | | | 100 | $ 3.8807 | | $388.07 | YES | 30,534 | 30,592 |
| 07/07/21 | Sell | | | | 100 | $ 3.8850 | | $388.50 | YES | 30,434 | 30,492 |
| 07/07/21 | Sell | | | | 120 | $ 3.9800 | | $477.60 | YES | 30,314 | 30,372 |
| 07/07/21 | Sell | | | | 200 | $ 3.9800 | | $796.00 | YES | 30,114 | 30,172 |
| 07/07/21 | Sell | | | | 200 | $ 3.9800 | | $796.00 | YES | 29,914 | 29,972 |
| 07/07/21 | Sell | | | | 400 | $ 3.9800 | | $1,592.00 | YES | 29,514 | 29,572 |
| 07/07/21 | Sell | | | | 580 | $ 3.9800 | | $2,308.40 | YES | 28,934 | 28,992 |
| 07/07/21 | Sell | | | | 200 | $ 3.9800 | | $796.00 | YES | 28,734 | 28,792 |
| 07/07/21 | Sell | | | | 400 | $ 3.9800 | | $1,592.00 | YES | 28,334 | 28,392 |
| 07/07/21 | Sell | | | | 200 | $ 3.9800 | | $796.00 | YES | 28,134 | 28,192 |
| 07/07/21 | Sell | | | | 700 | $ 3.9800 | | $2,786.00 | YES | 27,434 | 27,492 |
| 07/07/21 | Sell | | | | 500 | $ 3.8800 | | $1,940.00 | YES | 26,934 | 26,992 |
| 07/08/21 | Sell | | | | 206 | $ 3.7000 | | $762.20 | YES | 26,728 | 26,786 |
| 07/08/21 | Sell | | | | 350 | $ 3.7000 | | $1,295.00 | YES | 26,378 | 26,436 |
| 07/09/21 | Buy | 700 | $ 4.1299 | $ 2,890.93 | | | | | | 27,078 | 27,136 |
| 07/09/21 | Buy | 500 | $ 4.0550 | $ 2,027.50 | | | | | | 27,578 | 27,636 |
| 07/12/21 | Buy | 1,000 | $ 3.8765 | $ 3,876.50 | | | | | | 28,578 | 28,636 |

Prepared by Berger|Montague

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| colspan="12" | **Michael Miller LIFO Losses in Sesen Bio, Inc. ("SESN")**<br>**During The Class Period (12/21/2020 - 08/17/2021)** |
| Trans. Date | Trans. Type | No. Shares Bought | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold | Price Per Share | Average Closing Price from 8/18/2021 to Day of Sale | Sale Proceeds (Excl. Fees & Comms.) | LIFO - Match to Class Period Buys? | No. of Shrs. Purch. in the CP and Still Held | Actual No. of Shares Held |
| 07/15/21 | Sell | | | | 500 | $ 3.7032 | | $1,851.60 | YES | 28,078 | 28,136 |
| 07/21/21 | Buy | 500 | $ 4.0878 | $ 2,043.90 | | | | | | 28,578 | 28,636 |
| 07/21/21 | Buy | 800 | $ 4.0850 | $ 3,268.00 | | | | | | 29,378 | 29,436 |
| 07/21/21 | Buy | 200 | $ 4.0850 | $ 817.00 | | | | | | 29,578 | 29,636 |
| 08/02/21 | Buy | 500 | $ 3.8650 | $ 1,932.50 | | | | | | 30,078 | 30,136 |
| 08/02/21 | Buy | 1,000 | $ 3.9000 | $ 3,900.00 | | | | | | 31,078 | 31,136 |
| 08/03/21 | Sell | | | | 8 | $ 3.9200 | | $31.36 | YES | 31,070 | 31,128 |
| 08/03/21 | Buy | 452 | $ 3.9500 | $ 1,785.40 | | | | | | 31,522 | 31,580 |
| 08/09/21 | Sell | | | | 300 | $ 3.9200 | | $1,176.00 | YES | 31,222 | 31,280 |
| 08/09/21 | Sell | | | | 500 | $ 3.9200 | | $1,960.00 | YES | 30,722 | 30,780 |
| 08/09/21 | Sell | | | | 300 | $ 3.9200 | | $1,176.00 | YES | 30,422 | 30,480 |
| 08/09/21 | Sell | | | | 500 | $ 3.9200 | | $1,960.00 | YES | 29,922 | 29,980 |
| 08/09/21 | Sell | | | | 100 | $ 3.9200 | | $392.00 | YES | 29,822 | 29,880 |
| 08/09/21 | Sell | | | | 100 | $ 3.9200 | | $392.00 | YES | 29,722 | 29,780 |
| 08/09/21 | Sell | | | | 100 | $ 3.9200 | | $392.00 | YES | 29,622 | 29,680 |
| 08/09/21 | Sell | | | | 100 | $ 3.9200 | | $392.00 | YES | 29,522 | 29,580 |
| 08/11/21 | Sell | | | | 95 | $ 3.7800 | | $359.10 | YES | 29,427 | 29,485 |
| 08/11/21 | Sell | | | | 182 | $ 3.7800 | | $687.96 | YES | 29,245 | 29,303 |
| 08/11/21 | Sell | | | | 123 | $ 3.7800 | | $464.94 | YES | 29,122 | 29,180 |
| 08/11/21 | Sell | | | | 100 | $ 3.7800 | | $378.00 | YES | 29,022 | 29,080 |
| 08/11/21 | Sell | | | | 200 | $ 3.7800 | | $756.00 | YES | 28,822 | 28,880 |
| 08/11/21 | Sell | | | | 400 | $ 3.7800 | | $1,512.00 | YES | 28,422 | 28,480 |
| 08/11/21 | Sell | | | | 24 | $ 3.7800 | | $90.72 | YES | 28,398 | 28,456 |
| 08/11/21 | Sell | | | | 10 | $ 3.7800 | | $37.80 | YES | 28,388 | 28,446 |
| 08/11/21 | Sell | | | | 10 | $ 3.7800 | | $37.80 | YES | 28,378 | 28,436 |
| 08/11/21 | Sell | | | | 100 | $ 3.7800 | | $378.00 | YES | 28,278 | 28,336 |
| 08/11/21 | Sell | | | | 200 | $ 3.7800 | | $756.00 | YES | 28,078 | 28,136 |
| 08/11/21 | Sell | | | | 200 | $ 3.7800 | | $756.00 | YES | 27,878 | 27,936 |
| 08/11/21 | Sell | | | | 800 | $ 3.7800 | | $3,024.00 | YES | 27,078 | 27,136 |

Prepared by Berger|Montague

| | | | | | | | **Michael Miller LIFO Losses in Sesen Bio, Inc. ("SESN")** | | | | | |
| | | | | | | | **During The Class Period (12/21/2020 - 08/17/2021)** | | | | | |
| Trans. Date | Trans. Type | No. Shares Bought | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold | Price Per Share | Average Closing Price from 8/18/2021 to Day of Sale | Sale Proceeds (Excl. Fees & Comms.) | LIFO - Match to Class Period Buys? | No. of Shrs. Purch. in the CP and Still Held | Actual No. of Shares Held |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/13/21 | Sell | | | | 510 | $ 1.7900 | | $912.90 | YES | 26,568 | 26,626 |
| 08/13/21 | Sell | | | | 490 | $ 1.7900 | | $877.10 | YES | 26,078 | 26,136 |
| 08/13/21 | Sell | | | | 2,000 | $ 1.8500 | | $3,700.00 | YES | 24,078 | 24,136 |
| 08/13/21 | Sell | | | | 2,100 | $ 0.7700 | | $1,617.00 | YES | 21,978 | 22,036 |
| 08/13/21 | Sell | | | | 100 | $ 0.7900 | | $79.00 | YES | 21,878 | 21,936 |
| 08/13/21 | Sell | | | | 200 | $ 0.8000 | | $160.00 | YES | 21,678 | 21,736 |
| 08/13/21 | Sell | | | | 100 | $ 0.8289 | | $82.89 | YES | 21,578 | 21,636 |
| 08/13/21 | Sell | | | | 500 | $ 0.8599 | | $429.95 | YES | 21,078 | 21,136 |
| 08/13/21 | Sell | | | | 534 | $ 1.7400 | | $929.16 | YES | 20,544 | 20,602 |
| 08/13/21 | Sell | | | | 40 | $ 1.7400 | | $69.60 | YES | 20,504 | 20,562 |
| 08/13/21 | Sell | | | | 1 | $ 1.7400 | | $1.74 | YES | 20,503 | 20,561 |
| 08/13/21 | Sell | | | | 308 | $ 1.7400 | | $535.92 | YES | 20,195 | 20,253 |
| 08/13/21 | Sell | | | | 89 | $ 1.7400 | | $154.86 | YES | 20,106 | 20,164 |
| 08/13/21 | Sell | | | | 33 | $ 1.7400 | | $57.42 | YES | 20,073 | 20,131 |
| 08/13/21 | Sell | | | | 1,000 | $ 1.7400 | | $1,740.00 | YES | 19,073 | 19,131 |
| 08/13/21 | Sell | | | | 95 | $ 1.7400 | | $165.30 | YES | 18,978 | 19,036 |
| 08/13/21 | Sell | | | | 900 | $ 1.7400 | | $1,566.00 | YES | 18,078 | 18,136 |
| 08/16/21 | Sell | | | | 1,000 | $ 1.3800 | | $1,380.00 | YES | 17,078 | 17,136 |
| 08/16/21 | Sell | | | | 1,000 | $ 1.2000 | | $1,200.00 | YES | 16,078 | 16,136 |
| 08/16/21 | Sell | | | | 800 | $ 1.4000 | | $1,120.00 | YES | 15,278 | 15,336 |
| 08/16/21 | Sell | | | | 200 | $ 1.4000 | | $280.00 | YES | 15,078 | 15,136 |
| 08/16/21 | Sell | | | | 2,000 | $ 1.4500 | | $2,900.00 | YES | 13,078 | 13,136 |
| 08/16/21 | Sell | | | | 470 | $ 1.3600 | | $639.20 | YES | 12,608 | 12,666 |
| 08/16/21 | Sell | | | | 530 | $ 1.3600 | | $720.80 | YES | 12,078 | 12,136 |
| 08/16/21 | Sell | | | | 200 | $ 1.3600 | | $272.00 | YES | 11,878 | 11,936 |
| 08/16/21 | Sell | | | | 800 | $ 1.3700 | | $1,096.00 | YES | 11,078 | 11,136 |
| 08/16/21 | Sell | | | | 1,000 | $ 1.3400 | | $1,340.00 | YES | 10,078 | 10,136 |
| 08/16/21 | Sell | | | | 1,000 | $ 1.3500 | | $1,350.00 | YES | 9,078 | 9,136 |
| 08/16/21 | Sell | | | | 148 | $ 1.5000 | | $222.00 | YES | 8,930 | 8,988 |

Prepared by Berger|Montague

| | | Michael Miller LIFO Losses in Sesen Bio, Inc. ("SESN") During The Class Period (12/21/2020 - 08/17/2021) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Trans. Date | Trans. Type | No. Shares Bought | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold | Price Per Share | Average Closing Price from 8/18/2021 to Day of Sale | Sale Proceeds (Excl. Fees & Comms.) | LIFO - Match to Class Period Buys? | No. of Shrs. Purch. in the CP and Still Held | Actual No. of Shares Held |
| 08/16/21 | Sell | | | | 1,852 | $ 1.5000 | | $2,778.00 | YES | 7,078 | 7,136 |
| 08/16/21 | Sell | | | | 500 | $ 1.5300 | | $765.00 | YES | 6,578 | 6,636 |
| 08/17/21 | Buy | 2,000 | $ 1.6690 | $ 3,338.00 | | | | | | 8,578 | 8,636 |
| 08/17/21 | Sell | | | | 1,000 | $ 1.5410 | | $1,541.00 | YES | 7,578 | 7,636 |
| 08/17/21 | Sell | | | | 700 | $ 1.5700 | | $1,099.00 | YES | 6,878 | 6,936 |
| | | | | | | | | | | | |
| Class Period Totals: | | 45,142 | | $ 137,306.98 | 38,264 | | | $ 88,697.43 | | | |
| Less sale of shares matched to pre-class holdings: | | | | | 0 | | | $0 | | | |
| Subtotal of Sales of Shares Purchased in Class Period: | | | | | 38,264 | | | $ 88,697.43 | | | |
| Total Held 8/17/21: | | 6,936 | | | | | | | | | |
| CLASS PD. RET: | | 6,878 | (No. of Shrs. Purch. in Class Period and Still Held on 8/17/21) | | | | | | | | |
| Post Class-Period Transactions: | | No. Shares Bought [2] | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold | Actual Sale Price [3] | Avg. Closing Price from 8/18/21 to Day of Sale [3] | Sale Proceeds (Excl. Fees & Comms.) | LIFO - Match to Class Period Buys? | No. of Shares Purch. in the CP and Still Held | Actual No. of Shares Held |
| 08/24/21 | Sell | | | | 856 | $ 1.0800 | $1.1200 | $ 958.72 | YES | 6,022 | 6,080 |
| 08/27/21 | Sell | | | | 36 | $ 0.9800 | $1.0808 | $ 38.91 | YES | 5,986 | 6,044 |
| 08/27/21 | Sell | | | | 100 | $ 0.9800 | $1.0808 | $ 108.08 | YES | 5,886 | 5,944 |
| 08/27/21 | Sell | | | | 100 | $ 0.9800 | $1.0808 | $ 108.08 | YES | 5,786 | 5,844 |
| 08/27/21 | Sell | | | | 1 | $ 0.9800 | $1.0808 | $ 1.08 | YES | 5,785 | 5,843 |
| 08/27/21 | Sell | | | | 100 | $ 0.9800 | $1.0808 | $ 108.08 | YES | 5,685 | 5,743 |
| 08/27/21 | Sell | | | | 300 | $ 0.9800 | $1.0808 | $ 324.23 | YES | 5,385 | 5,443 |
| 08/27/21 | Sell | | | | 200 | $ 0.9800 | $1.0808 | $ 216.15 | YES | 5,185 | 5,243 |
| 08/27/21 | Sell | | | | 19 | $ 0.9800 | $1.0808 | $ 20.53 | YES | 5,166 | 5,224 |
| 08/30/21 | Sell | | | | 1,000 | $ 0.9443 | $1.0629 | $ 1,062.89 | YES | 4,166 | 4,224 |
| 08/30/21 | Sell | | | | 1,200 | $ 0.9460 | $1.0629 | $ 1,275.47 | YES | 3,166 | 3,024 |

Prepared by Berger|Montague

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Michael Miller LIFO Losses in Sesen Bio, Inc. ("SESN")** <br> **During The Class Period (12/21/2020 - 08/17/2021)** | | | | | | | |
| **Trans. Date** | **Trans. Type** | **No. Shares Bought** | **Price Per Share** | **Purch. Cost (Excl. Fees & Comms.)** | **No. Shares Sold** | **Price Per Share** | **Average Closing Price from 8/18/2021 to Day of Sale** | **Sale Proceeds (Excl. Fees & Comms.)** | **LIFO - Match to Class Period Buys?** | **No. of Shrs. Purch. in the CP and Still Held** | **Actual No. of Shares Held** |
| | | | | | | | | | | | |
| **Subtotal of Post-Class Period Trades:** | | - | | $0 | 3,912 | | | $ 4,222.20 | | | |
| **Less sale of shares matched to pre-class period holdings:** | | 0 | | $0 | 0 | | | $ - | | | |
| **Total of Post-Class Period Trades [2]:** | | 0 | | $0.00 | 3,912 | | | $ 4,222.20 | | | |
| | | | | | | | | | | | |
| Retained Shares Valued at Average Closing Price from 8/18/2021 to 10/13/2021 [3] [4] | | | | | | | | | | | |
| | | | | | 2,966 | $ 0.914 | | $2,711 | | | |
| **CLASS PD. TOTALS:** | | **45,142** | | **$ 137,306.98** | **45,142** | | | **$ 95,630.40** | | | |
| | | | | | | | | | | | |
| | | | | | **LIFO NET GAIN (LOSS):** | | | **($41,677)** | | | |

**Footnotes:**

[1] Mr. Miller held 58 shares of common stock pre-class.

[2] Under LIFO, all of the post class period sales occurred before any post class period buys and, therefore, the post class period sales are matched against class period buys.

[3] Pursuant to the PSLRA, shares retained after the class period are valued at the higher of: (A) the actual sale price or (B) the average closing price from the day of the corrective disclosures to the day of sale (whichever reduced losses) or (C) the average closing price for 90 days after the corrective disclosures if the shares were not sold in the 90-days after the end of the class period.

[4] The average closing price from 8/18/2021 to 10/13/2021 is $0.914. Pursuant to the PSLRA, 2,966 retained shares are valued at $0.914.

Prepared by Berger|Montague

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Michael Miller FIFO Losses in Sesen Bio, Inc. ("SESN")** <br> **During The Class Period (12/21/2020 - 08/17/2021)** | | | | | | |
| Trans. Date | Trans. Type | No. Shares Bought | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold | Price Per Share | Average Closing Price from 8/18/2021 to Day of Sale | Sale Proceeds (Excl. Fees & Comms.) | FIFO - Matched to Pre-Class Holdings? | Actual No. of Shares Held |
| **Pre-Class Pd. Holdings** [1]: | | **58** | | | | | | | | **58** |
| 12/30/20 | Buy | 498 | $ 1.3450 | $ 669.81 | | | | | | 556 |
| 01/25/21 | Buy | 800 | $ 1.9463 | $ 1,557.04 | | | | | | 1,356 |
| 02/09/21 | Buy | 800 | $ 2.6650 | $ 2,132.00 | | | | | | 2,156 |
| 02/09/21 | Buy | 140 | $ 2.7950 | $ 391.30 | | | | | | 2,296 |
| 02/12/21 | Buy | 500 | $ 2.7689 | $ 1,384.45 | | | | | | 2,796 |
| 02/12/21 | Buy | 900 | $ 2.7371 | $ 2,463.39 | | | | | | 3,696 |
| 02/12/21 | Buy | 200 | $ 2.8500 | $ 570.00 | | | | | | 3,896 |
| 02/12/21 | Buy | 156 | $ 2.8500 | $ 444.60 | | | | | | 4,052 |
| 02/12/21 | Buy | 300 | $ 2.8500 | $ 855.00 | | | | | | 4,352 |
| 02/12/21 | Buy | 100 | $ 2.8500 | $ 285.00 | | | | | | 4,452 |
| 02/12/21 | Buy | 300 | $ 2.8500 | $ 855.00 | | | | | | 4,752 |
| 02/12/21 | Buy | 100 | $ 2.8500 | $ 285.00 | | | | | | 4,852 |
| 02/12/21 | Buy | 1,156 | $ 2.7600 | $ 3,190.56 | | | | | | 6,008 |
| 02/16/21 | Buy | 1,000 | $ 3.2487 | $ 3,248.70 | | | | | | 7,008 |
| 02/23/21 | Sell (part 1) | | | | 58 | $ 2.7270 | | $ 158.17 | YES | 6,950 |
| 02/23/21 | Sell (part 2) | | | | 442 | $ 2.7270 | | $ 1,205.33 | NO | 6,508 |
| 02/23/21 | Buy | 1,000 | $ 2.7701 | $ 2,770.10 | | | | | | 7,508 |
| 02/23/21 | Buy | 1,000 | $ 2.7800 | $ 2,780.00 | | | | | | 8,508 |
| 02/24/21 | Buy | 350 | $ 2.9199 | $ 1,021.97 | | | | | | 8,858 |
| 02/25/21 | Buy | 1,000 | $ 2.5950 | $ 2,595.00 | | | | | | 9,858 |
| 02/26/21 | Buy | 1,056 | $ 2.7400 | $ 2,893.44 | | | | | | 10,914 |
| 02/26/21 | Sell | | | | 156 | $ 2.5000 | | $ 390.00 | NO | 10,758 |
| 02/26/21 | Sell | | | | 1,000 | $ 2.5000 | | $ 2,500.00 | NO | 9,758 |
| 03/04/21 | Buy | 300 | $ 2.4501 | $ 735.03 | | | | | | 10,058 |
| 03/05/21 | Buy | 150 | $ 2.3463 | $ 351.95 | | | | | | 10,208 |
| 03/05/21 | Buy | 2,500 | $ 2.0990 | $ 5,247.50 | | | | | | 12,708 |
| 03/05/21 | Buy | 1,000 | $ 2.3301 | $ 2,330.10 | | | | | | 13,708 |

FIFO Loss Calculation

Prepared by Berger|Montague

<table>
<tr><th colspan="11">Michael Miller FIFO Losses in Sesen Bio, Inc. ("SESN")<br>During The Class Period (12/21/2020 - 08/17/2021)</th></tr>
<tr>
<th>Trans. Date</th>
<th>Trans. Type</th>
<th>No. Shares Bought</th>
<th>Price Per Share</th>
<th>Purch. Cost (Excl. Fees & Comms.)</th>
<th>No. Shares Sold</th>
<th>Price Per Share</th>
<th>Average Closing Price from 8/18/2021 to Day of Sale</th>
<th>Sale Proceeds (Excl. Fees & Comms.)</th>
<th>FIFO - Matched to Pre-Class Holdings?</th>
<th>Actual No. of Shares Held</th>
</tr>
<tr><td>03/05/21</td><td>Buy</td><td>1,500</td><td>$ 2.3500</td><td>$ 3,525.00</td><td></td><td></td><td></td><td></td><td></td><td>15,208</td></tr>
<tr><td>03/05/21</td><td>Buy</td><td>250</td><td>$ 2.3830</td><td>$ 595.75</td><td></td><td></td><td></td><td></td><td></td><td>15,458</td></tr>
<tr><td>03/05/21</td><td>Sell</td><td></td><td></td><td></td><td>47</td><td>$ 2.2270</td><td></td><td>$ 104.67</td><td>NO</td><td>15,411</td></tr>
<tr><td>03/05/21</td><td>Sell</td><td></td><td></td><td></td><td>553</td><td>$ 2.2220</td><td></td><td>$ 1,228.77</td><td>NO</td><td>14,858</td></tr>
<tr><td>03/09/21</td><td>Buy</td><td>710</td><td>$ 2.5550</td><td>$ 1,814.05</td><td></td><td></td><td></td><td></td><td></td><td>15,568</td></tr>
<tr><td>03/22/21</td><td>Buy</td><td>123</td><td>$ 3.4074</td><td>$ 419.11</td><td></td><td></td><td></td><td></td><td></td><td>15,691</td></tr>
<tr><td>03/22/21</td><td>Buy</td><td>7</td><td>$ 3.4050</td><td>$ 23.84</td><td></td><td></td><td></td><td></td><td></td><td>15,698</td></tr>
<tr><td>03/24/21</td><td>Sell</td><td></td><td></td><td></td><td>200</td><td>$ 2.7500</td><td></td><td>$ 550.00</td><td>NO</td><td>15,498</td></tr>
<tr><td>03/24/21</td><td>Sell</td><td></td><td></td><td></td><td>100</td><td>$ 2.7550</td><td></td><td>$ 275.50</td><td>NO</td><td>15,398</td></tr>
<tr><td>04/01/21</td><td>Buy</td><td>1,046</td><td>$ 2.6878</td><td>$ 2,811.44</td><td></td><td></td><td></td><td></td><td></td><td>16,444</td></tr>
<tr><td>04/06/21</td><td>Buy</td><td>300</td><td>$ 2.7350</td><td>$ 820.50</td><td></td><td></td><td></td><td></td><td></td><td>16,744</td></tr>
<tr><td>04/06/21</td><td>Buy</td><td>200</td><td>$ 2.8190</td><td>$ 563.80</td><td></td><td></td><td></td><td></td><td></td><td>16,944</td></tr>
<tr><td>04/21/21</td><td>Buy</td><td>300</td><td>$ 2.4371</td><td>$ 731.13</td><td></td><td></td><td></td><td></td><td></td><td>17,244</td></tr>
<tr><td>04/26/21</td><td>Buy</td><td>1,200</td><td>$ 2.9499</td><td>$ 3,539.88</td><td></td><td></td><td></td><td></td><td></td><td>18,444</td></tr>
<tr><td>04/28/21</td><td>Buy</td><td>456</td><td>$ 2.9584</td><td>$ 1,349.03</td><td></td><td></td><td></td><td></td><td></td><td>18,900</td></tr>
<tr><td>04/28/21</td><td>Buy</td><td>2,000</td><td>$ 2.9600</td><td>$ 5,920.00</td><td></td><td></td><td></td><td></td><td></td><td>20,900</td></tr>
<tr><td>05/03/21</td><td>Sell</td><td></td><td></td><td></td><td>500</td><td>$ 2.7500</td><td></td><td>$ 1,375.00</td><td>NO</td><td>20,400</td></tr>
<tr><td>05/06/21</td><td>Sell</td><td></td><td></td><td></td><td>100</td><td>$ 2.5500</td><td></td><td>$ 255.00</td><td>NO</td><td>20,300</td></tr>
<tr><td>05/06/21</td><td>Sell</td><td></td><td></td><td></td><td>100</td><td>$ 2.5500</td><td></td><td>$ 255.00</td><td>NO</td><td>20,200</td></tr>
<tr><td>05/06/21</td><td>Sell</td><td></td><td></td><td></td><td>300</td><td>$ 2.5500</td><td></td><td>$ 765.00</td><td>NO</td><td>19,900</td></tr>
<tr><td>05/11/21</td><td>Buy</td><td>1,000</td><td>$ 2.4190</td><td>$ 2,419.00</td><td></td><td></td><td></td><td></td><td></td><td>20,900</td></tr>
<tr><td>05/12/21</td><td>Sell</td><td></td><td></td><td></td><td>102</td><td>$ 2.4501</td><td></td><td>$ 249.91</td><td>NO</td><td>20,798</td></tr>
<tr><td>05/12/21</td><td>Sell</td><td></td><td></td><td></td><td>398</td><td>$ 2.4500</td><td></td><td>$ 975.10</td><td>NO</td><td>20,400</td></tr>
<tr><td>05/12/21</td><td>Buy</td><td>2,000</td><td>$ 2.4900</td><td>$ 4,980.00</td><td></td><td></td><td></td><td></td><td></td><td>22,400</td></tr>
<tr><td>05/17/21</td><td>Buy</td><td>80</td><td>$ 2.3900</td><td>$ 191.20</td><td></td><td></td><td></td><td></td><td></td><td>22,480</td></tr>
<tr><td>05/18/21</td><td>Buy</td><td>900</td><td>$ 2.7678</td><td>$ 2,491.02</td><td></td><td></td><td></td><td></td><td></td><td>23,380</td></tr>
<tr><td>05/27/21</td><td>Buy</td><td>200</td><td>$ 3.1500</td><td>$ 630.00</td><td></td><td></td><td></td><td></td><td></td><td>23,580</td></tr>
<tr><td>05/27/21</td><td>Buy</td><td>300</td><td>$ 3.1500</td><td>$ 945.00</td><td></td><td></td><td></td><td></td><td></td><td>23,880</td></tr>
<tr><td>05/27/21</td><td>Buy</td><td>3,000</td><td>$ 3.1700</td><td>$ 9,510.00</td><td></td><td></td><td></td><td></td><td></td><td>26,880</td></tr>
</table>

FIFO Loss Calculation

Prepared by Berger|Montague

| | | | | | | | Average | | FIFO - | Actual |
|---|---|---|---|---|---|---|---|---|---|---|
| Trans. Date | Trans. Type | No. Shares Bought | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold | Price Per Share | Closing Price from 8/18/2021 to Day of Sale | Sale Proceeds (Excl. Fees & Comms.) | Matched to Pre-Class Holdings? | No. of Shares Held |
| | | | | | | | | | | |
| | | | | | | | | | | |

**Michael Miller FIFO Losses in Sesen Bio, Inc. ("SESN")**
**During The Class Period (12/21/2020 - 08/17/2021)**

| Trans. Date | Trans. Type | No. Shares Bought | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold | Price Per Share | Average Closing Price from 8/18/2021 to Day of Sale | Sale Proceeds (Excl. Fees & Comms.) | FIFO - Matched to Pre-Class Holdings? | Actual No. of Shares Held |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/09/21 | Buy | 500 | $ 4.2400 | $ 2,120.00 | | | | | | 27,380 |
| 06/17/21 | Buy | 556 | $ 4.3800 | $ 2,435.28 | | | | | | 27,936 |
| 06/21/21 | Buy | 2,000 | $ 4.5250 | $ 9,050.00 | | | | | | 29,936 |
| 06/21/21 | Buy | 2,556 | $ 4.4250 | $ 11,310.30 | | | | | | 32,492 |
| 06/24/21 | Buy | 1,000 | $ 4.1750 | $ 4,175.00 | | | | | | 33,492 |
| 07/07/21 | Sell | | | | 700 | $ 3.9901 | | $ 2,793.07 | NO | 32,792 |
| 07/07/21 | Sell | | | | 1,600 | $ 3.8870 | | $ 6,219.20 | NO | 31,192 |
| 07/07/21 | Sell | | | | 100 | $ 3.8850 | | $ 388.50 | NO | 31,092 |
| 07/07/21 | Sell | | | | 100 | $ 3.8808 | | $ 388.08 | NO | 30,992 |
| 07/07/21 | Sell | | | | 100 | $ 3.8810 | | $ 388.10 | NO | 30,892 |
| 07/07/21 | Sell | | | | 100 | $ 3.8807 | | $ 388.07 | NO | 30,792 |
| 07/07/21 | Sell | | | | 100 | $ 3.8807 | | $ 388.07 | NO | 30,692 |
| 07/07/21 | Sell | | | | 100 | $ 3.8807 | | $ 388.07 | NO | 30,592 |
| 07/07/21 | Sell | | | | 100 | $ 3.8850 | | $ 388.50 | NO | 30,492 |
| 07/07/21 | Sell | | | | 120 | $ 3.9800 | | $ 477.60 | NO | 30,372 |
| 07/07/21 | Sell | | | | 200 | $ 3.9800 | | $ 796.00 | NO | 30,172 |
| 07/07/21 | Sell | | | | 200 | $ 3.9800 | | $ 796.00 | NO | 29,972 |
| 07/07/21 | Sell | | | | 400 | $ 3.9800 | | $ 1,592.00 | NO | 29,572 |
| 07/07/21 | Sell | | | | 580 | $ 3.9800 | | $ 2,308.40 | NO | 28,992 |
| 07/07/21 | Sell | | | | 200 | $ 3.9800 | | $ 796.00 | NO | 28,792 |
| 07/07/21 | Sell | | | | 400 | $ 3.9800 | | $ 1,592.00 | NO | 28,392 |
| 07/07/21 | Sell | | | | 200 | $ 3.9800 | | $ 796.00 | NO | 28,192 |
| 07/07/21 | Sell | | | | 700 | $ 3.9800 | | $ 2,786.00 | NO | 27,492 |
| 07/07/21 | Sell | | | | 500 | $ 3.8800 | | $ 1,940.00 | NO | 26,992 |
| 07/08/21 | Sell | | | | 206 | $ 3.7000 | | $ 762.20 | NO | 26,786 |
| 07/08/21 | Sell | | | | 350 | $ 3.7000 | | $ 1,295.00 | NO | 26,436 |
| 07/09/21 | Buy | 700 | $ 4.1299 | $ 2,890.93 | | | | | | 27,136 |
| 07/09/21 | Buy | 500 | $ 4.0550 | $ 2,027.50 | | | | | | 27,636 |
| 07/12/21 | Buy | 1,000 | $ 3.8765 | $ 3,876.50 | | | | | | 28,636 |

FIFO Loss Calculation

Prepared by Berger|Montague

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| colspan="11" | **Michael Miller FIFO Losses in Sesen Bio, Inc. ("SESN")**<br>**During The Class Period (12/21/2020 - 08/17/2021)** |
| **Trans. Date** | **Trans. Type** | **No. Shares Bought** | **Price Per Share** | **Purch. Cost (Excl. Fees & Comms.)** | **No. Shares Sold** | **Price Per Share** | **Average Closing Price from 8/18/2021 to Day of Sale** | **Sale Proceeds (Excl. Fees & Comms.)** | **FIFO - Matched to Pre-Class Holdings?** | **Actual No. of Shares Held** |
| 07/15/21 | Sell | | | | 500 | $ 3.7032 | | $ 1,851.60 | NO | 28,136 |
| 07/21/21 | Buy | 500 | $ 4.0878 | $ 2,043.90 | | | | | | 28,636 |
| 07/21/21 | Buy | 800 | $ 4.0850 | $ 3,268.00 | | | | | | 29,436 |
| 07/21/21 | Buy | 200 | $ 4.0850 | $ 817.00 | | | | | | 29,636 |
| 08/02/21 | Buy | 500 | $ 3.8650 | $ 1,932.50 | | | | | | 30,136 |
| 08/02/21 | Buy | 1,000 | $ 3.9000 | $ 3,900.00 | | | | | | 31,136 |
| 08/03/21 | Sell | | | | 8 | $ 3.9200 | | $ 31.36 | NO | 31,128 |
| 08/03/21 | Buy | 452 | $ 3.9500 | $ 1,785.40 | | | | | | 31,580 |
| 08/09/21 | Sell | | | | 300 | $ 3.9200 | | $ 1,176.00 | NO | 31,280 |
| 08/09/21 | Sell | | | | 500 | $ 3.9200 | | $ 1,960.00 | NO | 30,780 |
| 08/09/21 | Sell | | | | 300 | $ 3.9200 | | $ 1,176.00 | NO | 30,480 |
| 08/09/21 | Sell | | | | 500 | $ 3.9200 | | $ 1,960.00 | NO | 29,980 |
| 08/09/21 | Sell | | | | 100 | $ 3.9200 | | $ 392.00 | NO | 29,880 |
| 08/09/21 | Sell | | | | 100 | $ 3.9200 | | $ 392.00 | NO | 29,780 |
| 08/09/21 | Sell | | | | 100 | $ 3.9200 | | $ 392.00 | NO | 29,680 |
| 08/09/21 | Sell | | | | 100 | $ 3.9200 | | $ 392.00 | NO | 29,580 |
| 08/11/21 | Sell | | | | 95 | $ 3.7800 | | $ 359.10 | NO | 29,485 |
| 08/11/21 | Sell | | | | 182 | $ 3.7800 | | $ 687.96 | NO | 29,303 |
| 08/11/21 | Sell | | | | 123 | $ 3.7800 | | $ 464.94 | NO | 29,180 |
| 08/11/21 | Sell | | | | 100 | $ 3.7800 | | $ 378.00 | NO | 29,080 |
| 08/11/21 | Sell | | | | 200 | $ 3.7800 | | $ 756.00 | NO | 28,880 |
| 08/11/21 | Sell | | | | 400 | $ 3.7800 | | $ 1,512.00 | NO | 28,480 |
| 08/11/21 | Sell | | | | 24 | $ 3.7800 | | $ 90.72 | NO | 28,456 |
| 08/11/21 | Sell | | | | 10 | $ 3.7800 | | $ 37.80 | NO | 28,446 |
| 08/11/21 | Sell | | | | 10 | $ 3.7800 | | $ 37.80 | NO | 28,436 |
| 08/11/21 | Sell | | | | 100 | $ 3.7800 | | $ 378.00 | NO | 28,336 |
| 08/11/21 | Sell | | | | 200 | $ 3.7800 | | $ 756.00 | NO | 28,136 |
| 08/11/21 | Sell | | | | 200 | $ 3.7800 | | $ 756.00 | NO | 27,936 |
| 08/11/21 | Sell | | | | 800 | $ 3.7800 | | $ 3,024.00 | NO | 27,136 |

FIFO Loss Calculation

Prepared by Berger|Montague

| | | | | | | | Average Closing Price from 8/18/2021 to Day of Sale | | FIFO - Matched to Pre-Class Holdings? | Actual No. of Shares Held |
|---|---|---|---|---|---|---|---|---|---|---|
| Trans. Date | Trans. Type | No. Shares Bought | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold | Price Per Share | | Sale Proceeds (Excl. Fees & Comms.) | | |

<table>
<tr><td colspan="11" align="center">**Michael Miller FIFO Losses in Sesen Bio, Inc. ("SESN")**<br>**During The Class Period (12/21/2020 - 08/17/2021)**</td></tr>
<tr>
<th>Trans. Date</th><th>Trans. Type</th><th>No. Shares Bought</th><th>Price Per Share</th><th>Purch. Cost (Excl. Fees & Comms.)</th><th>No. Shares Sold</th><th>Price Per Share</th><th>Average Closing Price from 8/18/2021 to Day of Sale</th><th>Sale Proceeds (Excl. Fees & Comms.)</th><th>FIFO - Matched to Pre-Class Holdings?</th><th>Actual No. of Shares Held</th>
</tr>
<tr><td>08/13/21</td><td>Sell</td><td></td><td></td><td></td><td>510</td><td>$ 1.7900</td><td></td><td>$ 912.90</td><td>NO</td><td>26,626</td></tr>
<tr><td>08/13/21</td><td>Sell</td><td></td><td></td><td></td><td>490</td><td>$ 1.7900</td><td></td><td>$ 877.10</td><td>NO</td><td>26,136</td></tr>
<tr><td>08/13/21</td><td>Sell</td><td></td><td></td><td></td><td>2,000</td><td>$ 1.8500</td><td></td><td>$ 3,700.00</td><td>NO</td><td>24,136</td></tr>
<tr><td>08/13/21</td><td>Sell</td><td></td><td></td><td></td><td>2,100</td><td>$ 0.7700</td><td></td><td>$ 1,617.00</td><td>NO</td><td>22,036</td></tr>
<tr><td>08/13/21</td><td>Sell</td><td></td><td></td><td></td><td>100</td><td>$ 0.7900</td><td></td><td>$ 79.00</td><td>NO</td><td>21,936</td></tr>
<tr><td>08/13/21</td><td>Sell</td><td></td><td></td><td></td><td>200</td><td>$ 0.8000</td><td></td><td>$ 160.00</td><td>NO</td><td>21,736</td></tr>
<tr><td>08/13/21</td><td>Sell</td><td></td><td></td><td></td><td>100</td><td>$ 0.8289</td><td></td><td>$ 82.89</td><td>NO</td><td>21,636</td></tr>
<tr><td>08/13/21</td><td>Sell</td><td></td><td></td><td></td><td>500</td><td>$ 0.8599</td><td></td><td>$ 429.95</td><td>NO</td><td>21,136</td></tr>
<tr><td>08/13/21</td><td>Sell</td><td></td><td></td><td></td><td>534</td><td>$ 1.7400</td><td></td><td>$ 929.16</td><td>NO</td><td>20,602</td></tr>
<tr><td>08/13/21</td><td>Sell</td><td></td><td></td><td></td><td>40</td><td>$ 1.7400</td><td></td><td>$ 69.60</td><td>NO</td><td>20,562</td></tr>
<tr><td>08/13/21</td><td>Sell</td><td></td><td></td><td></td><td>1</td><td>$ 1.7400</td><td></td><td>$ 1.74</td><td>NO</td><td>20,561</td></tr>
<tr><td>08/13/21</td><td>Sell</td><td></td><td></td><td></td><td>308</td><td>$ 1.7400</td><td></td><td>$ 535.92</td><td>NO</td><td>20,253</td></tr>
<tr><td>08/13/21</td><td>Sell</td><td></td><td></td><td></td><td>89</td><td>$ 1.7400</td><td></td><td>$ 154.86</td><td>NO</td><td>20,164</td></tr>
<tr><td>08/13/21</td><td>Sell</td><td></td><td></td><td></td><td>33</td><td>$ 1.7400</td><td></td><td>$ 57.42</td><td>NO</td><td>20,131</td></tr>
<tr><td>08/13/21</td><td>Sell</td><td></td><td></td><td></td><td>1,000</td><td>$ 1.7400</td><td></td><td>$ 1,740.00</td><td>NO</td><td>19,131</td></tr>
<tr><td>08/13/21</td><td>Sell</td><td></td><td></td><td></td><td>95</td><td>$ 1.7400</td><td></td><td>$ 165.30</td><td>NO</td><td>19,036</td></tr>
<tr><td>08/13/21</td><td>Sell</td><td></td><td></td><td></td><td>900</td><td>$ 1.7400</td><td></td><td>$ 1,566.00</td><td>NO</td><td>18,136</td></tr>
<tr><td>08/16/21</td><td>Sell</td><td></td><td></td><td></td><td>1,000</td><td>$ 1.3800</td><td></td><td>$ 1,380.00</td><td>NO</td><td>17,136</td></tr>
<tr><td>08/16/21</td><td>Sell</td><td></td><td></td><td></td><td>1,000</td><td>$ 1.2000</td><td></td><td>$ 1,200.00</td><td>NO</td><td>16,136</td></tr>
<tr><td>08/16/21</td><td>Sell</td><td></td><td></td><td></td><td>800</td><td>$ 1.4000</td><td></td><td>$ 1,120.00</td><td>NO</td><td>15,336</td></tr>
<tr><td>08/16/21</td><td>Sell</td><td></td><td></td><td></td><td>200</td><td>$ 1.4000</td><td></td><td>$ 280.00</td><td>NO</td><td>15,136</td></tr>
<tr><td>08/16/21</td><td>Sell</td><td></td><td></td><td></td><td>2,000</td><td>$ 1.4500</td><td></td><td>$ 2,900.00</td><td>NO</td><td>13,136</td></tr>
<tr><td>08/16/21</td><td>Sell</td><td></td><td></td><td></td><td>470</td><td>$ 1.3600</td><td></td><td>$ 639.20</td><td>NO</td><td>12,666</td></tr>
<tr><td>08/16/21</td><td>Sell</td><td></td><td></td><td></td><td>530</td><td>$ 1.3600</td><td></td><td>$ 720.80</td><td>NO</td><td>12,136</td></tr>
<tr><td>08/16/21</td><td>Sell</td><td></td><td></td><td></td><td>200</td><td>$ 1.3600</td><td></td><td>$ 272.00</td><td>NO</td><td>11,936</td></tr>
<tr><td>08/16/21</td><td>Sell</td><td></td><td></td><td></td><td>800</td><td>$ 1.3700</td><td></td><td>$ 1,096.00</td><td>NO</td><td>11,136</td></tr>
<tr><td>08/16/21</td><td>Sell</td><td></td><td></td><td></td><td>1,000</td><td>$ 1.3400</td><td></td><td>$ 1,340.00</td><td>NO</td><td>10,136</td></tr>
<tr><td>08/16/21</td><td>Sell</td><td></td><td></td><td></td><td>1,000</td><td>$ 1.3500</td><td></td><td>$ 1,350.00</td><td>NO</td><td>9,136</td></tr>
<tr><td>08/16/21</td><td>Sell</td><td></td><td></td><td></td><td>148</td><td>$ 1.5000</td><td></td><td>$ 222.00</td><td>NO</td><td>8,988</td></tr>
</table>

FIFO Loss Calculation

Prepared by Berger|Montague

### Michael Miller FIFO Losses in Sesen Bio, Inc. ("SESN")
### During The Class Period (12/21/2020 - 08/17/2021)

| Trans. Date | Trans. Type | No. Shares Bought | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold | Price Per Share | Average Closing Price from 8/18/2021 to Day of Sale | Sale Proceeds (Excl. Fees & Comms.) | FIFO - Matched to Pre-Class Holdings? | Actual No. of Shares Held |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/16/21 | Sell | | | | 1,852 | $ 1.5000 | | $ 2,778.00 | NO | 7,136 |
| 08/16/21 | Sell | | | | 500 | $ 1.5300 | | $ 765.00 | NO | 6,636 |
| 08/17/21 | Buy | 2,000 | $ 1.6690 | $ 3,338.00 | | | | | | 8,636 |
| 08/17/21 | Sell | | | | 1,000 | $ 1.5410 | | $ 1,541.00 | NO | 7,636 |
| 08/17/21 | Sell | | | | 700 | $ 1.5700 | | $ 1,099.00 | NO | 6,936 |
| | | | | | | | | | | |
| **Class Period Totals:** | | **45,142** | | **$ 137,306.98** | **38,264** | | | **$ 88,697.43** | | |
| Less sale of shares matched to pre-class holdings: | | | | | (58) | | | $ (158.17) | | |
| **Subtotal of Sales of Shares Purchased in Class Period:** | | | | | **38,206** | | | **$ 88,539.26** | | |
| **Total Held 8/17/21:** | | **6,936** | | | | | | | | |
| **CLASS PD. RET:** | | **6,936** | (No. of Shrs. Purch. in Class Period and Still Held on 8/17/21) | | | | | | | |

| Post Class-Period Transactions: | | No. Shares Bought [2] | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold | Actual Sale Price [3] | Avg. Closing Price from 8/18/21 to Day of Sale [3] | Sale Proceeds (Excl. Fees & Comms.) | FIFO - Matched to Pre-Class Holdings? | Actual No. of Shares Held |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/24/21 | Sell | | | | 856 | $ 1.0800 | $1.1200 | $ 958.72 | NO | 6,080 |
| 08/27/21 | Sell | | | | 36 | $ 0.9800 | $1.0808 | $ 38.91 | NO | 6,044 |
| 08/27/21 | Sell | | | | 100 | $ 0.9800 | $1.0808 | $ 108.08 | NO | 5,944 |
| 08/27/21 | Sell | | | | 100 | $ 0.9800 | $1.0808 | $ 108.08 | NO | 5,844 |
| 08/27/21 | Sell | | | | 1 | $ 0.9800 | $1.0808 | $ 1.08 | NO | 5,843 |
| 08/27/21 | Sell | | | | 100 | $ 0.9800 | $1.0808 | $ 108.08 | NO | 5,743 |
| 08/27/21 | Sell | | | | 300 | $ 0.9800 | $1.0808 | $ 324.23 | NO | 5,443 |
| 08/27/21 | Sell | | | | 200 | $ 0.9800 | $1.0808 | $ 216.15 | NO | 5,243 |
| 08/27/21 | Sell | | | | 19 | $ 0.9800 | $1.0808 | $ 20.53 | NO | 5,224 |
| 08/30/21 | Sell | | | | 1,000 | $ 0.9443 | $1.0629 | $ 1,062.89 | NO | 4,224 |
| 08/30/21 | Sell | | | | 1,200 | $ 0.9460 | $1.0629 | $ 1,275.47 | NO | 3,024 |

Prepared by Berger|Montague

| | | | | **Michael Miller FIFO Losses in Sesen Bio, Inc. ("SESN")** | | | | | | |
| | | | | **During The Class Period (12/21/2020 - 08/17/2021)** | | | | | | |
| Trans. Date | Trans. Type | No. Shares Bought | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold | Price Per Share | Average Closing Price from 8/18/2021 to Day of Sale | Sale Proceeds (Excl. Fees & Comms.) | FIFO - Matched to Pre-Class Holdings? | Actual No. of Shares Held |
|---|---|---|---|---|---|---|---|---|---|---|
| Subtotal of Post-Class Period Trades: | | - | | $0 | 3,912 | | | $ 4,222.20 | | |
| Less sale of shares matched to pre-class period holdings: | | 0 | | $0 | 0 | | | $ - | | |
| Total of Post-Class Period Trades [2]: | | 0 | | $0.00 | 3,912 | | | $ 4,222.20 | | |
| Retained Shares Valued at Average Closing Price from 8/18/2021 to 10/13/2021 [3] [4] | | | | | | | | | | |
| | | | | | 3,024 | $ 0.914 | | $ 2,763.78 | | |
| CLASS PD. TOTALS: | | 45,142 | | $ 137,306.98 | 45,142 | | | $ 95,525.24 | | |
| | | | | | **FIFO NET GAIN (LOSS):** | | **($41,782)** | | | |

**Footnotes:**

[1] Mr. Miller held 58 shares of common stock pre-class.

[2] Under FIFO, post class period buys (if any) are not included in the class period loss totals and do not impact the FIFO loss calculation.

[3] Pursuant to the PSLRA, shares retained after the class period are valued at the higher of: (A) the actual sale price or (B) the average closing price from the day of the corrective disclosures to the day of sale (whichever reduced losses) or (C) the average closing price for 90 days after the corrective disclosures if the shares were not sold in the 90-days after the end of the class period.

[4] The average closing price from 8/18/2021 to 10/13/2021 is $0.914. Pursuant to the PSLRA, 3,024 retained shares are valued at $0.914.