**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RYAN BIBB, Individually And On Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br>    vs.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES<br><br>        Defendants. | )<br>)<br>)    Case No. 1:21-cv-07025-AKH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| MICHAEL CIZEK, Individually And On Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br>    vs.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES<br><br>        Defendants. | )<br>)<br>)    Case No. 1:21-cv-07309-AKH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

(*Additional Case Caption Continued On Following Page*)

**NOTICE OF MOTION OF CURTIS CINELLI FOR**
**CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF,**
**AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

|  |  |  |
|---|---|---|
| SCOTT MARKMAN, Individually And On Behalf of All Others Similarly Situated, | ) ) ) | Case No. 1:21-cv-08308-AKH |
| Plaintiffs, | ) ) ) ) |  |
| vs. | ) ) |  |
| SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES | ) ) ) |  |
| Defendants. | ) ) ) ) |  |

**KAHN SWICK & FOTI, LLC**
Kim E. Miller (NY-6996)
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
E-Mail: kim.miller@ksfcounsel.com

-and-

Lewis S. Kahn
1100 Poydras Street, Suite 3200
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
E-Mail: lewis.kahn@ksfcounsel.com

*Counsel for Lead Plaintiff Movant Curtis Cinelli*
*and Proposed Lead Counsel for the Class*

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Curtis Cinelli ("Mr. Cinelli" or "Movant"), by and through his undersigned counsel, will and does hereby move this Court, pursuant to Federal Rule of Civil Procedure 42(a) and Section 21D(a)(3) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order: (1) consolidating the Related Actions; (2) appointing Mr. Cinelli as Lead Plaintiff in the consolidated action; and (3) approving Mr. Cinelli's selection of Kahn Swick & Foti, LLC ("KSF") as Lead Counsel for the litigation.

In support of this Motion, Mr. Cinelli submits a Memorandum of Law, the Declaration of Kim E. Miller, and a [Proposed] Order granting Mr. Cinelli's Motion. As set forth in the Memorandum in Support filed concurrently herewith, the procedural requirements of the PSLRA have been satisfied, Mr. Cinelli is the presumptive most adequate plaintiff, and Mr. Cinelli satisfies the typicality and adequacy requirements of Rule 23 of the Federal Rules of Civil Procedure. Additionally, the Related Actions should be consolidated because they involve common questions of law and fact and the consolidation would promote judicial economy. As such, Mr. Cinelli respectfully requests this Court consolidate the Related Actions, appoint him as Lead Plaintiff in the Consolidated Action, and approve his selection of KSF as Lead Counsel for the Class.

DATED: October 18, 2021              Respectfully submitted,


                                     **KAHN SWICK & FOTI, LLC**


                                     */s/ Kim E. Miller*
                                     Kim E. Miller (KM-6996)
                                     250 Park Avenue, 7th Floor
                                     New York, NY 10177

Telephone: (212) 696-3730
Facsimile: (504) 455-1498
E-Mail: kim.miller@ksfcounsel.com

-and-

Lewis S. Kahn
1100 Poydras Street, Suite 3200
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
E-Mail: lewis.kahn@ksfcounsel.com

*Counsel for Lead Plaintiff Movant Curtis Cinelli
and Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 18, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to non-CM/ECF participants indicated on the attached Manual Notice List.

*/s/ Kim E. Miller*
Kim E. Miller