**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| RYAN BIBB, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:21-cv-07025-AHK |
| MICHAEL CIZEK, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:21-cv-07309-AHK |

(*Additional Case Caption Continued On Following Page*)

**DECLARATION OF KIM E. MILLER IN SUPPORT OF MOTION OF**
**CURTIS CINELLI FOR CONSOLIDATION OF RELATED ACTIONS,**
**APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF**
**LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

|  |  |
|---|---|
| )<br>SCOTT MARKMAN, Individually And On )<br>Behalf of All Others Similarly Situated, )<br>)<br>            Plaintiffs, )<br>        vs. )<br>)<br>SESEN BIO, INC., THOMAS R. CANNELL, )<br>and MONICA FORBES )<br>)<br>            Defendants. )<br>) | Case No. 1:21-cv-08308-AHK |

**KAHN SWICK & FOTI, LLC**
Kim E. Miller (NY-6996)
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
E-Mail: kim.miller@ksfcounsel.com

-and-

Lewis S. Kahn
1100 Poydras Street, Suite 3200
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
E-Mail: lewis.kahn@ksfcounsel.com

*Counsel for Lead Plaintiff Movant Curtis Cinelli*
*and Proposed Lead Counsel for the Class*

I, Kim E. Miller, hereby declare as follows:

1.     I am a partner of the law firm of Kahn Swick & Foti, LLC, Counsel for Lead Plaintiff Movant Mr. Curtis Cinelli ("Mr. Cinelli" or "Movant").

2.     I have personal knowledge of the facts set forth herein.

3.     Movant seeks appointment as Lead Plaintiff pursuant to Section 21(D) of the Securities Exchange Act of 1934 in the above-captioned action.

4.     I submit this Declaration, together with the attached exhibits, in support of Mr. Cinelli's Motion to Consolidate Related Actions, be Appointed as Lead Plaintiff, and to Approve his Selection of Lead Counsel for the Class.

5.     Attached as exhibits are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Certification of Mr. Curtis Cinelli reflecting his transactions in Sesen Bio, Inc. securities between December 21, 2020 and August 17, 2021; |
| Exhibit B: | Loss Chart reflecting Mr. Curtis Cinelli's transactions in DiDi Global Inc. securities between December 21, 2020 and August 17, 2021; |
| Exhibit C: | Published Notice on *Business Wire* on August 19, 2021 of the securities class action complaint filed against Sesen Bio, Inc. in the United States District Court for the Southern District of New York; |
| Exhibit D: | Declaration of Mr. Curtis Cinelli; and |
| Exhibit E: | Biography for Proposed Lead Counsel, Kahn Swick & Foti, LLC. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 18th day of October, 2021 at Scarsdale, New York.

*/s/ Kim E. Miller*
Kim E. Miller

1