# EXHIBIT B

**Sesen Bio, Inc. Securities Litigation**
**Class Period Losses of Curtis Cinelli in Securities of Sesen Bio, Inc. (NASDAQ: "SESN")**
**Class Period Begins:**          12/21/2020
**Partial Dislcosure(s):**          8/13/2021          8/16/2021
**Class Period Ends:**          8/17/2021

**Common Stock**

| Purchases | | | | Sales | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Quantity | Price | (Cost) | Date | Quantity | Price | Proceeds | (Loss)/Gain |
| 1/7/2021 | 13422 $ | 1.49 | $ (19,998.78) | | | | | |
| 2/10/2021 | 10068 $ | 3.08 | $ (31,039.64) | | | | | |
| | | | | 8/16/2021 | 23490 $ | 1.32 | $ 31,006.80 | $ (20,031.62) |
| 2/10/2021 | 13422 $ | 3.08 | $ (41,380.03) | 2/10/2021 | 13422 $ | 3.15 | $ 42,279.30 | $ 899.27 |
| 2/17/2021 | 4150 $ | 3.08 | $ (12,782.00) | | | | | |
| 2/17/2021 | 8116 $ | 3.08 | $ (24,997.28) | | | | | |
| | | | | 8/16/2021 | 12266 $ | 1.32 | $ 16,191.12 | $ (21,588.16) |
| 2/17/2021 | 1825 $ | 3.08 | $ (5,621.00) | | | | | |
| | | | | 2/17/2021 | 100 $ | 3.09 | $ 308.50 | |
| | | | | 2/17/2021 | 1725 $ | 3.08 | $ 5,313.00 | $ 0.50 |
| 2/18/2021 | 28318 $ | 3.08 | $ (87,219.44) | | | | | |
| 2/19/2021 | 1 $ | 3.25 | $ (3.25) | | | | | |
| 2/22/2021 | 1825 $ | 3.09 | $ (5,639.25) | | | | | |
| | | | | 8/16/2021 | 600 $ | 1.33 | $ 795.00 | |
| | | | | 8/16/2021 | 29544 $ | 1.32 | $ 38,998.08 | $ (53,068.86) |
| 2/22/2021 | 43225 $ | 3.09 | $ (133,565.25) | | | | | |
| 2/22/2021 | 9966 $ | 3.09 | $ (30,794.94) | | | | | |
| 2/23/2021 | 10909 $ | 2.75 | $ (29,999.75) | | | | | |
| 3/23/2021 | 5000 $ | 3.00 | $ (15,000.00) | | | | | |
| 8/13/2021 | 5900 $ | 1.81 | $ (10,679.00) | | | | | |
| 8/13/2021 | 60000 $ | 1.56 | $ (93,600.00) | | | | | |
| | | | | 8/13/2021 | 135000 $ | 0.78 | $ 105,300.00 | $ (208,338.94) |

**Total LIFO/*Dura* Losses:  $  (302,127.81)**