# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| RYAN BIBB, Individually And On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br>  vs.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:21-cv-07025-AHK |
| MICHAEL CIZEK, Individually And On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br>  vs.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:21-cv-07309-AHK |

(*Additional Case Caption Continued On Following Page*)

**DECLARATION OF CURTIS CINELLI IN SUPPORT OF HIS MOTION**
**FOR CONSOLIDATION OF RELATED CASES,**
**APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF**
**LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

|  |  |
|---|---|
| SCOTT MARKMAN, Individually And On Behalf of All Others Similarly Situated, | ) ) ) |
|  | ) |
| Plaintiffs, | ) |
| vs. | ) |
|  | ) |
| SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES | ) ) |
|  | ) |
| Defendants. | ) |
|  | ) |

Case No. 1:21-cv-08308-AHK

I, Curtis Cinelli, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I respectfully submit this Declaration in support of my Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel in the instant Class action on behalf of investors in Sesen Bio, Inc. ("Sesen" or the "Company") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I am informed of and understand the requirements and duties imposed by the PSLRA.

2.      I am a resident of Norton, Massachusetts. I received Bachelor's and Master's Degrees in Criminal Justice from the University of Massachusetts Lowell and have worked in law enforcement for over 25 years. I currently serve as a Detective Lieutenant in the Massachusetts State Police and as a Unit Commander of the Governor's Security Unit. In 2008, I started a family business.

3.      I have been managing my own portfolio for approximately 25 years.

4.      I believe the securities class action against Sesen is meritorious and should be led by an investor who is committed to maximizing the recovery on behalf of the Class. I suffered a substantial loss on my investments in Sesen securities. It is for this reason that I decided to seek appointment as Lead Plaintiff in the action. I understand the responsibilities and duties of being a Lead Plaintiff, including my fiduciary duties to the Class.

5.      I understand and appreciate a lead plaintiff's obligation under the PSLRA to select lead counsel and to monitor the actions of counsel to ensure the action is prosecuted efficiently. I have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation. In this case, I selected Kahn Swick & Foti, LLC ("KSF") to serve as Lead Counsel. Based on the firm's experience in achieving substantial recoveries in securities class actions, I believe KSF is well-qualified to represent the Class. As part of my due

diligence process, prior to my selection of KSF, I assessed the firm's qualifications and communicated with KSF Managing Partner Lewis S. Kahn.

6.       I have directed KSF to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class. I will continue to supervise Lead Counsel and actively oversee the prosecution of this action for the benefit of the Class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

7.       I understand that a lead plaintiff's share of any recovery is the same as every other potential Class member. As my Certification states, I will not accept any payment for serving as a representative party beyond my *pro rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the Class representation, as ordered or approved by the Court pursuant to the PSLRA.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _10/12/2021_

DocuSigned by:

Curtis Cinelli

5733F77CE53A454...

Curtis Cinelli

2