**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RYAN BIBB, Individually and On Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES,<br><br>Defendants. | Case No. 1:21-cv-07025 (AKH)<br><br>CLASS ACTION |
| MICHAEL CIZEK, Individually and On Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES,<br><br>Defendants. | Case No. 1:21-cv-07309 (AKH)<br><br>CLASS ACTION |
| SCOTT MARKMAN, Individually and On Behalf of All Others Similar Situated,<br><br>Plaintiff,<br><br>v.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES,<br><br>Defendants. | Case No. 1:21-cv-08308 (AKH)<br><br>CLASS ACTION |

**NOTICE OF MOTION OF CESAR BUSTAMANTE FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL SELECTION**

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that Cesar Bustamante ("Movant") respectfully moves this Court for an order: (i) consolidating the above-captioned actions; (ii) appointing Movant as Lead Plaintiff, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B); (iii) approving Movant's selection of Kirby McInerney LLP as Lead Counsel for the class; and (iv) granting such other relief as the Court may deem to be just and proper. This motion is based on this Notice, the attached Memorandum of Law, the Declaration of Thomas W. Elrod filed herewith and all exhibits attached thereto, the pleadings and other filings herein, and such other written and oral arguments as may be permitted by the Court.

WHEREFORE, Movant respectfully requests that the Court: (i) consolidate the above-captioned actions; (ii) appoint Movant as Lead Plaintiff; (iii) approve Movant's selection of Kirby McInerney LLP as Lead Counsel for the class; and (iv) grant such other and further relief as the Court may deem just and proper.

Dated: October 18, 2021

**KIRBY McINERNEY LLP**

*/s/ Thomas W. Elrod*
Thomas W. Elrod
Ira M. Press
250 Park Avenue, Suite 820
New York, NY 10177
Telephone: (212) 371-6600
Email: telrod@kmllp.com
ipress@kmllp.com

*Counsel for Movant Cesar Bustamante and*
*Proposed Lead Counsel for the Proposed Class*

1