| | |
|---|---|
| RYAN BIBB, Individually and On Behalf of All Other Similarly Situated,<br><br>    Plaintiff,<br>  v.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES,<br><br>     Defendants. | Case No.  1:21-cv-07025 (AKH)<br><br>CLASS ACTION |
| MICHAEL CIZEK, Individually and On Behalf of All Other Similarly Situated,<br><br>    Plaintiff,<br>  v.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES,<br><br>     Defendants. | Case No.  1:21-cv-07309 (AKH)<br><br>CLASS ACTION |
| SCOTT MARKMAN, Individually and On Behalf of All Others Similar Situated,<br><br>    Plaintiff,<br>  v.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES,<br><br>     Defendants. | Case No.  1:21-cv-08308 (AKH)<br><br>CLASS ACTION |

**[PROPOSED] ORDER FOR CONSOLIDATION OF RELATED CASES,
APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL
OF LEAD COUNSEL SELECTION**

Having considered the papers filed in support of the motion of Movant Cesar Bustamante ("Movant" or "Bustamante") for: (1) consolidation of the above-captioned actions; (2) appointment as Lead Plaintiff; and (3) approval of selection of Kirby McInerney LLP as Lead Counsel (the "Motion"),

**IT IS HEREBY ORDERED THAT:**

I.      The Motion is GRANTED.

II.     The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Sesen Bio Securities Litigation*, Master File No. 1:21-cv-07025;

III.    Bustamante is appointed to serve as Lead Plaintiff in this action pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

IV.     Bustamante's selection of the law firm of Kirby McInerney LLP as Lead Counsel for the proposed class is approved pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).  Lead Counsel shall have the authority to speak for all plaintiffs and class members in all matters regarding the litigation, including, but not limited to, pretrial proceedings, motion practice, trial, and settlement. Lead Counsel shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation, and to avoid duplicative or unproductive effort. Additionally, Lead Counsel shall have the following responsibilities:

A.      to brief and argue motions;

B.      to initiate and conduct discovery, including, but not limited to, coordination of discovery with defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;

C.      to direct and coordinate the examination of witnesses in depositions;

D.      to act as spokesperson at pretrial conferences;

E.     to call and chair meetings of plaintiffs' counsel as appropriate or necessary from time to time;

F.     to initiate and conduct any settlement negotiations with defendants' counsel;

G.     to provide general coordination of the activities of plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required, in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

H.     to consult with and employ experts;

I.     to receive and review periodic time reports of all attorneys on behalf of plaintiffs, to determine if the time is being spent appropriately and for the benefit of plaintiffs, and to determine and distribute plaintiffs' attorneys' fees; and

J.     to perform such other duties as may be expressly authorized by further order of this Court.


Date: _____

_____
The Honorable Alvin K. Hellerstein
United States District Judge