## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN BIBB, Individually and On Behalf of All Other Similarly Situated,<br><br>               Plaintiff,<br>    v.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES,<br><br>               Defendants. | Case No.:  1:21-cv-07025 (AKH)<br><br>CLASS ACTION |
| MICHAEL CIZEK, Individually and On Behalf of All Other Similarly Situated,<br><br>               Plaintiff,<br>    v.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES,<br><br>               Defendants. | Case No.:  1:21-cv-07309 (AKH)<br><br>CLASS ACTION |
| SCOTT MARKMAN, Individually and On Behalf of All Others Similar Situated,<br><br>               Plaintiff,<br>    v.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES,<br><br>               Defendants. | Case No.  1:21-cv-08308 (AKH)<br><br>CLASS ACTION |

**DECLARATION OF THOMAS W. ELROD IN SUPPORT OF CESAR BUSTAMANTE'S MOTION FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL SELECTION**

I, Thomas W. Elrod, hereby declare as follows:

1. I am a member of the law firm of Kirby McInerney LLP, counsel for Lead Plaintiff Movant Cesar Bustamante ("Bustamante" or the "Movant").

2. I submit this Declaration, together with the attached exhibits, in support of Movant's Motion for Consolidation of Related Cases, Appointment as Lead Plaintiff, and Approval of Lead Counsel Selection. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. Attached hereto are the exhibits indicated as true and correct copies of the following documents:

Exhibit 1: Press release published August 19, 2021 on *Business Wire*, announcing the pendency of the securities class action against defendants herein;

Exhibit 2: Certification of Movant;

Exhibit 3: Table of Movant's calculated losses, as a result of transactions in Sesen Bio, Inc. securities; and

Exhibit 4: Firm résumé of Kirby McInerney LLP.

I declare under penalty of perjury that the foregoing facts are true and correct. Executed on October 18, 2021, at New York, New York.

/s/ *Thomas W. Elrod*
Thomas W. Elrod