# EXHIBIT 2

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

Cesar Bustamante declares, as to the claims asserted under the federal securities laws, that:

1. I have reviewed the complaint filed in the action *Bibb v. Sesen Bio, Inc. et al.,* 1:21cv07025 (S.D.N.Y.) – Securities Litigation and have authorized counsel to seek my appointment as lead plaintiff in the class action.

2. I retain the law firm of Kirby McInerney LLP, and as such co-counsel as it deems appropriate to associate with, to pursue this action on a contingent fee basis.

3. I did not purchase Sesen Bio, Inc. ("Sesen Bio") securities at the direction of Kirby McInerney LLP or in order to participate in this private action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. My transactions in Sesen Bio securities during the class period, set forth in the class action complaint, are set forth on the attached Schedule A.

6. During the three years prior to the date of this certification, I have not served or sought to serve as a representative party for a class in any action filed under the federal securities laws.

7. I will not accept payment for serving as a representative party on behalf of the class beyond my pro rata share of any class recovery, except as ordered or approved by the Court.

1

I declare under penalty of perjury that the foregoing is true and correct.

Date: Sep 23, 2021

Cesar Bustamante (Sep 23, 2021 15:45 GMT+1)

Cesar Bustamante

**SCHEDULE A**

Class Period Transactions of Cesar Bustamante in
Sesen Bio, Inc. ("Sesen Bio") Securities

| Date | Purchase/Sale | Number of Shares | Price Per Share |
|---|---|---|---|
| 8/13/2021 | Purchase | 8,324 | $5.58 |
| 8/13/2021 | Purchase | 192.308243 | $5.58 |
| 8/13/2021 | Purchase | 8,445.642407 | $5.56 |
| 8/13/2021 | Purchase | 7.595323 | $5.56 |
| 8/13/2021 | Purchase | 0.292066 | $5.74 |
| 8/13/2021 | Purchase | 800 | $5.74 |
| 8/13/2021 | Purchase | 800 | $5.74 |
| 8/13/2021 | Purchase | 100 | $5.74 |
| 8/13/2021 | Purchase | 100 | $5.74 |
| 8/13/2021 | Purchase | 1,000 | $5.74 |
| 8/13/2021 | Purchase | 100 | $5.74 |
| 8/13/2021 | Purchase | 1,402 | $5.74 |
| 8/13/2021 | Purchase | 2,500 | $5.74 |
| 8/13/2021 | Purchase | 1,389.949433 | $5.74 |
| 8/13/2021 | Purchase | 400 | $5.78 |
| 8/13/2021 | Purchase | 382.565743 | $5.78 |
| 8/13/2021 | Purchase | 100 | $5.79 |
| 8/13/2021 | Purchase | 7,596 | $5.79 |
| 8/13/2021 | Purchase | 200 | $5.79 |
| 8/13/2021 | Purchase | 200 | $5.79 |
| 8/13/2021 | Purchase | 20.974093 | $5.79 |
| 8/13/2021 | Purchase | 0.528138 | $5.78 |
| 8/13/2021 | Purchase | 300 | $5.78 |
| 8/13/2021 | Purchase | 100 | $5.78 |
| 8/13/2021 | Purchase | 6,038 | $5.79 |
| 8/13/2021 | Purchase | 100 | $5.78 |
| 8/13/2021 | Purchase | 100 | $5.78 |
| 8/13/2021 | Purchase | 100 | $5.78 |
| 8/13/2021 | Purchase | 100 | $5.78 |
| 8/13/2021 | Purchase | 300 | $5.78 |
| 8/13/2021 | Purchase | 100 | $5.78 |
| 8/13/2021 | Purchase | 100 | $5.78 |
| 8/13/2021 | Purchase | 8,022.394428 | $5.86 |
| 8/13/2021 | Purchase | 0.026979 | $5.74 |
| 8/13/2021 | Purchase | 8,181 | $5.74 |
| 8/13/2021 | Purchase | 7,995.644925 | $5.88 |
| 8/13/2021 | Purchase | 100 | $5.92 |
| 8/13/2021 | Purchase | 100 | $5.92 |

3

| 8/13/2021 | Purchase | 400 | $5.92 |
|---|---|---|---|
| 8/13/2021 | Purchase | 400 | $5.92 |
| 8/13/2021 | Purchase | 400 | $5.92 |
| 8/13/2021 | Purchase | 27 | $5.92 |
| 8/13/2021 | Purchase | 100 | $5.92 |
| 8/13/2021 | Purchase | 100 | $5.92 |
| 8/13/2021 | Purchase | 6,219 | $5.92 |
| 8/13/2021 | Purchase | 93.189189 | $5.92 |
| 8/13/2021 | Purchase | 7,940.262197 | $5.92 |
| 8/13/2021 | Purchase | 482 | $5.90 |
| 8/13/2021 | Purchase | 4,604 | $5.90 |
| 8/13/2021 | Purchase | 2,884 | $5.90 |
| 8/13/2021 | Purchase | 0.468561 | $5.80 |
| 8/13/2021 | Sale | 0.308243 | $5.62 |
| 8/13/2021 | Sale | 1,200 | $5.61 |
| 8/13/2021 | Sale | 5,516 | $5.61 |
| 8/13/2021 | Sale | 1,800 | $5.61 |
| 8/13/2021 | Sale | 0.23773 | $5.58 |
| 8/13/2021 | Sale | 2,600 | $5.57 |
| 8/13/2021 | Sale | 2,600 | $5.57 |
| 8/13/2021 | Sale | 653 | $5.57 |
| 8/13/2021 | Sale | 2,600 | $5.57 |
| 8/13/2021 | Sale | 0.241499 | $5.74 |
| 8/13/2021 | Sale | 8,192 | $5.73 |
| 8/13/2021 | Sale | 8,117.442654 | $5.80 |
| 8/13/2021 | Sale | 8,121.093881 | $5.87 |
| 8/13/2021 | Sale | 7,723 | $5.88 |
| 8/13/2021 | Sale | 299.394428 | $5.88 |
| 8/13/2021 | Sale | 0.026979 | $5.82 |
| 8/13/2021 | Sale | 6,707 | $5.81 |
| 8/13/2021 | Sale | 100 | $5.82 |
| 8/13/2021 | Sale | 200 | $5.82 |
| 8/13/2021 | Sale | 100 | $5.82 |
| 8/13/2021 | Sale | 350 | $5.82 |
| 8/13/2021 | Sale | 24 | $5.82 |
| 8/13/2021 | Sale | 500 | $5.82 |
| 8/13/2021 | Sale | 200 | $5.82 |
| 8/13/2021 | Sale | 0.644925 | $5.92 |
| 8/13/2021 | Sale | 60 | $5.91 |
| 8/13/2021 | Sale | 67 | $5.91 |
| 8/13/2021 | Sale | 400 | $5.91 |
| 8/13/2021 | Sale | 100 | $5.91 |
| 8/13/2021 | Sale | 400 | $5.91 |
| 8/13/2021 | Sale | 400 | $5.91 |

4

5

| 8/13/2021 | Sale | 3,666 | $5.90 |
|-----------|------|----------|-------|
| 8/13/2021 | Sale | 1,729 | $5.90 |
| 8/13/2021 | Sale | 200 | $5.91 |
| 8/13/2021 | Sale | 373 | $5.91 |
| 8/13/2021 | Sale | 500 | $5.91 |
| 8/13/2021 | Sale | 100 | $5.91 |
| 8/13/2021 | Sale | 0.189189 | $5.96 |
| 8/13/2021 | Sale | 7,939 | $5.96 |
| 8/13/2021 | Sale | 0.262197 | $5.92 |
| 8/13/2021 | Sale | 7,940 | $5.94 |

5