# EXHIBIT 3

| Loss Summary (LIFO)[1] in Sesen Bio<br>Class Period: December 21, 2020 - August 17, 2021 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Holdings | Class Period Purchases | Purchase Expenditures | Total Class Period Sales | Total Class Period Proceeds | Sales Matched to Class Period Purchases | Proceeds Matched to Class Period Purchases | Class Period-Purchased Shares Sold in 90 Day | Proceeds from Sales in 90 Day | Shares Retained Past 90 Day | Value of Retained Shares[2] | Damages/ Gain |
| 0 | 89,449 | ($517,558.84) | 81,479 | $472,955.79 | 81,479 | $472,955.79 | 0 | $0.00 | 7,970 | $7,291.20 | ($37,311.85) |

1. All shares are matched to purchases on a last in, first out (LIFO) basis. Each sold share is matched to the most recent purchase that is not already matched to a sale. Sales that are matched to pre-class period purchases are not counted in the damage calculation.

2. Pursuant to 15 U.S.C. sec 78u-4(e), class period-purchased shares that are retained 90 days after the end of the class period are valued at the average closing price during the 90 days following the end of the class period. As 90 days have not elapsed from the closing of the class period, retained shares are valued at the average closing price over the 62 days from the end of the class period through 10/18/21 ($0.91).

| Pre-Class Holdings | Date | Transaction Type | # Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Cost | Proceeds |
|---|---|---|---|---|---|---|---|---|
|  | **Cesar Bustamante's Transactions in Sesen Bio**<br>**Class Period: December 21, 2020 - August 17, 2021** |
| 0 | 2021/8/13 | Purchase | 8,324 | $5.58 | 8,324 | | ($46,447.92) | |
| | 2021/8/13 | Purchase | 192.308243 | $5.58 | 192.308243 | | ($1,073.08) | |
| | 2021/8/13 | Purchase | 8,445.642407 | $5.56 | 8,445.642407 | | ($46,957.77) | |
| | 2021/8/13 | Purchase | 7.595323 | $5.56 | 7.595323 | | ($42.23) | |
| | 2021/8/13 | Purchase | 0.292066 | $5.74 | 0.292066 | | ($1.68) | |
| | 2021/8/13 | Purchase | 800 | $5.74 | 800 | | ($4,592.00) | |
| | 2021/8/13 | Purchase | 800 | $5.74 | 800 | | ($4,592.00) | |
| | 2021/8/13 | Purchase | 100 | $5.74 | 100 | | ($574.00) | |
| | 2021/8/13 | Purchase | 100 | $5.74 | 100 | | ($574.00) | |
| | 2021/8/13 | Purchase | 1,000 | $5.74 | 1,000 | | ($5,740.00) | |
| | 2021/8/13 | Purchase | 100 | $5.74 | 100 | | ($574.00) | |
| | 2021/8/13 | Purchase | 1,402 | $5.74 | 1,402 | | ($8,047.48) | |
| | 2021/8/13 | Purchase | 2,500 | $5.74 | 2,500 | | ($14,350.00) | |
| | 2021/8/13 | Purchase | 1,389.949433 | $5.74 | 1,389.949433 | | ($7,978.31) | |
| | 2021/8/13 | Purchase | 400 | $5.78 | 400 | | ($2,312.00) | |
| | 2021/8/13 | Purchase | 382.565743 | $5.78 | 382.565743 | | ($2,211.23) | |
| | 2021/8/13 | Purchase | 100 | $5.79 | 100 | | ($579.00) | |
| | 2021/8/13 | Purchase | 7,596 | $5.79 | 7,596 | | ($43,980.84) | |
| | 2021/8/13 | Purchase | 200 | $5.79 | 200 | | ($1,158.00) | |
| | 2021/8/13 | Purchase | 200 | $5.79 | 200 | | ($1,158.00) | |
| | 2021/8/13 | Purchase | 20.974093 | $5.79 | 20.974093 | | ($121.44) | |
| | 2021/8/13 | Purchase | 0.528138 | $5.78 | 0.528138 | | ($3.05) | |
| | 2021/8/13 | Purchase | 300 | $5.78 | 300 | | ($1,734.00) | |
| | 2021/8/13 | Purchase | 100 | $5.78 | 100 | | ($578.00) | |
| | 2021/8/13 | Purchase | 6,038 | $5.79 | 6,038 | | ($34,960.02) | |
| | 2021/8/13 | Purchase | 100 | $5.78 | 100 | | ($578.00) | |
| | 2021/8/13 | Purchase | 100 | $5.78 | 100 | | ($578.00) | |
| | 2021/8/13 | Purchase | 100 | $5.78 | 100 | | ($578.00) | |
| | 2021/8/13 | Purchase | 100 | $5.78 | 100 | | ($578.00) | |
| | 2021/8/13 | Purchase | 300 | $5.78 | 300 | | ($1,734.00) | |
| | 2021/8/13 | Purchase | 100 | $5.78 | 100 | | ($578.00) | |
| | 2021/8/13 | Purchase | 100 | $5.78 | 100 | | ($578.00) | |
| | 2021/8/13 | Purchase | 8,022.394428 | $5.86 | 8,022.394428 | | ($47,011.23) | |
| | 2021/8/13 | Purchase | 0.026979 | $5.74 | 0.026979 | | ($0.15) | |
| | 2021/8/13 | Purchase | 8,181 | $5.74 | 8,181 | | ($46,958.94) | |
| | 2021/8/13 | Purchase | 7,995.644925 | $5.88 | 7,995.644925 | | ($47,014.39) | |
| | 2021/8/13 | Purchase | 100 | $5.92 | 100 | | ($592.00) | |
| | 2021/8/13 | Purchase | 100 | $5.92 | 100 | | ($592.00) | |
| | 2021/8/13 | Purchase | 400 | $5.92 | 400 | | ($2,368.00) | |
| | 2021/8/13 | Purchase | 400 | $5.92 | 400 | | ($2,368.00) | |
| | 2021/8/13 | Purchase | 400 | $5.92 | 400 | | ($2,368.00) | |
| | 2021/8/13 | Purchase | 27 | $5.92 | 27 | | ($159.84) | |
| | 2021/8/13 | Purchase | 100 | $5.92 | 100 | | ($592.00) | |
| | 2021/8/13 | Purchase | 100 | $5.92 | 100 | | ($592.00) | |
| | 2021/8/13 | Purchase | 6,219 | $5.92 | 6,219 | | ($36,816.48) | |
| | 2021/8/13 | Purchase | 93.189189 | $5.92 | 93.189189 | | ($551.68) | |
| | 2021/8/13 | Purchase | 7,940.262197 | $5.92 | 7,940.262197 | | ($47,006.35) | |
| | 2021/8/13 | Purchase | 482 | $5.90 | 482 | | ($2,843.80) | |
| | 2021/8/13 | Purchase | 4,604 | $5.90 | 4,604 | | ($27,163.60) | |
| | 2021/8/13 | Purchase | 2,884 | $5.90 | 2,884 | | ($17,015.60) | |
| | 2021/8/13 | Purchase | 0.468561 | $5.80 | 0.468561 | | ($2.72) | |
| | 2021/8/13 | Sale | (0.308243) | $5.62 | | (0.308243) | | $1.73 |

| Pre-Class Holdings | Date | Transaction Type | # Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Cost | Proceeds |
|---|---|---|---|---|---|---|---|---|
| | | | | Cesar Bustamante's Transactions in Sesen Bio<br>Class Period: December 21, 2020 - August 17, 2021 | | | | |
| | 2021/8/13 | Sale | (1,200) | $5.61 | | (1,200) | | $6,732.00 |
| | 2021/8/13 | Sale | (5,516) | $5.61 | | (5,516) | | $30,944.76 |
| | 2021/8/13 | Sale | (1,800) | $5.61 | | (1,800) | | $10,098.00 |
| | 2021/8/13 | Sale | (0.23773) | $5.58 | | (0.23773) | | $1.33 |
| | 2021/8/13 | Sale | (2,600) | $5.57 | | (2,600) | | $14,482.00 |
| | 2021/8/13 | Sale | (2,600) | $5.57 | | (2,600) | | $14,482.00 |
| | 2021/8/13 | Sale | (653) | $5.57 | | (653) | | $3,637.21 |
| | 2021/8/13 | Sale | (2,600) | $5.57 | | (2,600) | | $14,482.00 |
| | 2021/8/13 | Sale | (0.241499) | $5.74 | | (0.241499) | | $1.39 |
| | 2021/8/13 | Sale | (8,192) | $5.73 | | (8,192) | | $46,940.16 |
| | 2021/8/13 | Sale | (8,117.442654) | $5.80 | | (8,117.442654) | | $47,081.17 |
| | 2021/8/13 | Sale | (8,121.093881) | $5.87 | | (8,121.093881) | | $47,670.82 |
| | 2021/8/13 | Sale | (7,723) | $5.88 | | (7,723) | | $45,411.24 |
| | 2021/8/13 | Sale | (299.394428) | $5.88 | | (299.394428) | | $1,760.44 |
| | 2021/8/13 | Sale | (0.026979) | $5.82 | | (0.026979) | | $0.16 |
| | 2021/8/13 | Sale | (6,707) | $5.81 | | (6,707) | | $38,967.67 |
| | 2021/8/13 | Sale | (100) | $5.82 | | (100) | | $582.00 |
| | 2021/8/13 | Sale | (200) | $5.82 | | (200) | | $1,164.00 |
| | 2021/8/13 | Sale | (100) | $5.82 | | (100) | | $582.00 |
| | 2021/8/13 | Sale | (350) | $5.82 | | (350) | | $2,037.00 |
| | 2021/8/13 | Sale | (24) | $5.82 | | (24) | | $139.68 |
| | 2021/8/13 | Sale | (500) | $5.82 | | (500) | | $2,910.00 |
| | 2021/8/13 | Sale | (200) | $5.82 | | (200) | | $1,164.00 |
| | 2021/8/13 | Sale | (0.644925) | $5.92 | | (0.644925) | | $3.82 |
| | 2021/8/13 | Sale | (60) | $5.91 | | (60) | | $354.60 |
| | 2021/8/13 | Sale | (67) | $5.91 | | (67) | | $395.97 |
| | 2021/8/13 | Sale | (400) | $5.91 | | (400) | | $2,364.00 |
| | 2021/8/13 | Sale | (100) | $5.91 | | (100) | | $591.00 |
| | 2021/8/13 | Sale | (400) | $5.91 | | (400) | | $2,364.00 |
| | 2021/8/13 | Sale | (400) | $5.91 | | (400) | | $2,364.00 |
| | 2021/8/13 | Sale | (3,666) | $5.90 | | (3,666) | | $21,629.40 |
| | 2021/8/13 | Sale | (1,729) | $5.90 | | (1,729) | | $10,201.10 |
| | 2021/8/13 | Sale | (200) | $5.91 | | (200) | | $1,182.00 |
| | 2021/8/13 | Sale | (373) | $5.91 | | (373) | | $2,204.43 |
| | 2021/8/13 | Sale | (500) | $5.91 | | (500) | | $2,955.00 |
| | 2021/8/13 | Sale | (100) | $5.91 | | (100) | | $591.00 |
| | 2021/8/13 | Sale | (0.189189) | $5.96 | | (0.189189) | | $1.13 |
| | 2021/8/13 | Sale | (7,939) | $5.96 | | (7,939) | | $47,316.44 |
| | 2021/8/13 | Sale | (0.262197) | $5.92 | | (0.262197) | | $1.55 |
| | 2021/8/13 | Sale | (7,940) | $5.94 | | (7,940) | | $47,163.60 |

| Damage Summary | |
|---|---|
| Total Class Period Shares Purchased: | 89,449 |
| Total Class Period Shares Sold: | 81,479 |
| Total Class Period Shares Retained: | 7,970 |
| Class Period-Purchased Shares Sold During 90 Days: | 0 |
| Total Shares Retained After 90 Days: | 7,970 |
| | |
| Total Purchase Expenditures: | ($517,558.84) |
| Total Proceeds from Class Period Sales: | $472,955.79 |
| Proceeds from Class Period-Purchased Shares Sold During 90 Days: | $0.00 |
| Total Value of Retained Shares[1]: | $7,291.20 |
| | |
| Total Loss: | ($37,311.85) |

1. Pursuant to 15 U.S.C. sec 78u-4(e), class period-purchased shares that are retained 90 days after the end of the class period are valued at the average closing price during the 90 days following the end of the class period. As 90 days have not elapsed from the closing of the class period, retained shares are valued at the average closing price over the 62 days from the end of the class period through 10/18/21 ($0.91).