**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RYAN BIBB, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES,<br><br>Defendants. | Case No. 1:21-cv-07025-AKH<br><br>Hon. Alvin K. Hellerstein |
| MICHAEL CIZEK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES,<br><br>Defendants. | Case No. 1:21-cv-07309-AKH<br><br>Hon. Alvin K. Hellerstein |
| SCOTT MARKMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES,<br><br>Defendants. | Case No. 1:21-cv-08308-AKH<br><br>Hon. Alvin K. Hellerstein |

**NOTICE OF MOTION AND MOTION OF MOISES JACOBS, M.D.,
FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF,
AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

**PLEASE TAKE NOTICE** that Moises Jacobs, M.D. ("Dr. Jacobs"), respectfully moves this Court, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and Section 21D(a)(3) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for an Order: (i) consolidating the above-captioned actions into one action for all purposes; (ii) appointing Dr. Jacobs to serve as lead plaintiff in the consolidated securities class action;  and  (iii) approving Dr. Jacobs's selection of Berman Tabacco as lead counsel for the class.

This motion is made on the grounds that Dr. Jacobs is the most adequate plaintiff, as defined by the PSLRA, based on his financial interest in this litigation.  Dr. Jacobs satisfies the requirements of Rule 23(a) of the Federal Rules of Civil Procedure, as his claims are typical of the other members of the class and he will fairly and adequately represent the class.  In addition, Dr. Jacobs has selected and retained counsel with substantial experience in prosecuting securities fraud class actions to serve as lead counsel for the class.

In support of his motion, Dr. Jacobs submits a Memorandum of Law, the Declaration of Joseph J. Tabacco, Jr. with supporting exhibits, and a Proposed Order.

///

///

///

1

Dated:  October 18, 2021

Respectfully submitted,

**BERMAN TABACCO**


By: /s/ *Joseph J. Tabacco, Jr.*

Joseph J. Tabacco, Jr. (JT1994)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermantabacco.com

Patrick T. Egan (PE-6812)
Leslie R. Stern
Steven J. Buttacavoli
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: pegan@bermantabacco.com
      lstern@bermantabacco.com
      sbuttacavoli@bermantabacco.com

*Counsel for Movant Moises Jacobs, M.D.*

2