**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| RYAN BIBB, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 1:21-cv-07025-AKH |
| Plaintiff, | ) ) | <u>CLASS ACTION</u> |
| v. | ) ) ) | |
| SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES, | ) ) ) | |
| Defendants. | ) ) ) | |
| MICHAEL CIZEK, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 1:21-cv-07309-AKH |
| Plaintiff, | ) ) | <u>CLASS ACTION</u> |
| v. | ) ) ) | |
| SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES, | ) ) ) | |
| Defendants. | ) ) ) | |

(*caption continues on following page*)

**NOTICE OF MOTION OF MAURICE HARRIS FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF HIS SELECTION OF LEAD COUNSEL, <u>AND CONSOLIDATION OF RELATED ACTIONS</u>**

|  |  |
|---|---|
| SCOTT MARKMAN, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 1:21-cv-08308-AKH |
| Plaintiff, | CLASS ACTION |
| v. |  |
| SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES, |  |
| Defendants. |  |

**TABLE OF CONTENTS OF DECLARATION AND EXHIBITS SUBMITTED
CONCURRENTLY HEREWITH PURSUANT TO RULE 2.C. OF THE INDIVIDUAL
RULES OF THE HONORABLE ALVIN K. HELLERSTEIN**

1. Declaration of Javier Bleichmar in Support of the Motion of Maurice Harris for Appointment as Lead Plaintiff, Approval of His Selection of Lead Counsel, and Consolidation of the Related Actions

2. Exhibit A to the Bleichmar Declaration (Declaration of Maurice Harris)

3. Exhibit B to the Bleichmar Declaration (Notice of pendency of *Bibb v. Sesen Bio, Inc.*, 1:21-cv-07025 (S.D.N.Y.) published on August 19, 2021)

4. Exhibit C to the Bleichmar Declaration (Certification of Maurice Harris)

5. Exhibit D to the Bleichmar Declaration (Chart reflecting the financial interest of Maurice Harris)

6. Exhibit E to the Bleichmar Declaration (Firm Resume of Gibbs Law Group LLP)

PLEASE TAKE NOTICE that on a date and time that may be set by the Court, before the Honorable Alvin K. Hellerstein, at the United States District Court for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Courtroom 14D, New York, NY 10007, Maurice Harris, by and through his undersigned counsel, will respectfully move this Court for entry of an order, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (PSLRA): (1) appointing Harris as Lead Plaintiff in the above-captioned securities class actions; (2) approving his selection of Gibbs Law Group LLP as Lead Counsel for the class; (3) consolidating all related securities class actions; and (4) for any such further relief as the Court may deem just and proper.

This motion is made on the grounds that Harris believes that he is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, Harris has a significant financial interest in the relief sought by the class in this action by virtue of, among other things, the $770,287.15 in losses that he incurred on his investments in Sesen Bio, Inc. securities. Harris also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of other class members' claims and because he will fairly and adequately represent the interests of the class.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Javier Bleichmar filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Harris respectfully requests that the Court: (1) appoint him as Lead Plaintiff pursuant to the PSLRA; (2) approve his selection of Gibbs Law Group LLP to serve as

Lead Counsel for the Class; (3) consolidate all related securities class actions; and (4) grant such further relief as the Court may deem just and proper.

DATED: October 18, 2021

*/s/ Javier Bleichmar*

**BLEICHMAR FONTI & AULD LLP**
Javier Bleichmar
7 Times Square, 27th Floor
New York, New York 10036
Telephone: (212) 789-1340
Facsimile:  (212) 205-3960
jbleichmar@bfalaw.com

*Local Counsel for Proposed Lead Plaintiff Maurice Harris*

**GIBBS LAW GROUP LLP**
David Stein (*pro hac vice forthcoming*)
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ds@classlawgroup.com

*Counsel for Proposed Lead Plaintiff Maurice Harris, and Proposed Lead Counsel for the Class*