**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RYAN BIBB, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 1:21-cv-07025-AKH |
| Plaintiff, | CLASS ACTION |
| v. | |
| SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES, | |
| Defendants. | |
| MICHAEL CIZEK, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 1:21-cv-07309-AKH |
| Plaintiff, | CLASS ACTION |
| v. | |
| SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES, | |
| Defendants. | |

(*caption continues on following page*)

**[PROPOSED] ORDER APPOINTING MAURICE HARRIS AS LEAD PLAINTIFF, APPROVING HIS SELECTION OF LEAD COUNSEL, AND CONSOLIDATING ALL RELATED ACTIONS**

|  |  |
|---|---|
| SCOTT MARKMAN, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 1:21-cv-08308-AKH |
| Plaintiff, | CLASS ACTION |
| v. | |
| SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES, | |
| Defendants. | |

Upon consideration of (1) the Motion of Maurice Harris for appointment as Lead Plaintiff, approval of his selection of counsel, and for consolidation of all related actions; (2) the Memorandum of Law in support thereof; (3) the Declaration of Javier Bleichmar submitted herewith; and (4) all other pleadings and argument submitted to this Court; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1.      Maurice Harris's Motion is **GRANTED.**

2.      Maurice Harris is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned actions and all related actions consolidated pursuant to paragraph 4 of this Order.

3.      Maurice Harris's selection of Lead Counsel is **APPROVED**, and Gibbs Law Group LLP is **APPOINTED** as Lead Counsel for the Class.

4.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned actions, and any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned actions are **CONSOLIDATED** for all purposes.

5.      The consolidated action shall be captioned "*In re Sesen Bio, Inc. Securities Litigation*" and the file shall be maintained under Master File No. 1:21-CV-07025.

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE