**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| RYAN BIBB, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 1:21-cv-07025-AKH |
| Plaintiff, | ) ) | <u>CLASS ACTION</u> |
| v. | ) ) | |
| SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES, | ) ) ) | |
| Defendants. | ) ) ) | |
| MICHAEL CIZEK, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 1:21-cv-07309-AKH |
| Plaintiff, | ) ) | <u>CLASS ACTION</u> |
| v. | ) ) | |
| SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES, | ) ) ) | |
| Defendants. | ) ) | |

(*caption continues on following page*)

**DECLARATION OF JAVIER BLEICHMAR IN SUPPORT OF THE MOTION OF MAURICE HARRIS FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF HIS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF <u>RELATED ACTIONS</u>**

|  |  |
|---|---|
| SCOTT MARKMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES,<br><br>Defendants. | Civil Action No. 1:21-cv-08308-AKH<br><br>CLASS ACTION |

I, Javier Bleichmar, declare as follows:

1.    I am a member in good standing of the bar of the State of New York and of this Court.  I am a Partner of the law firm of Bleichmar Fonti & Auld LLP.  I submit this declaration in support of the Motion filed by Maurice Harris for: (1) appointment as Lead Plaintiff; (2) approval of his selection of Gibbs Law Group LLP to serve as Lead Counsel for the Class; (3) consolidation of the related actions; and (4) any such further relief as the Court may deem just and proper.

2.    Attached as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:    Declaration of Maurice Harris;

EXHIBIT B:    Notice of pendency of *Bibb v. Sesen Bio, Inc.*, 1:21-cv-07025 (S.D.N.Y.) published on August 19, 2021;

EXHIBIT C:    Certification of Maurice Harris;

EXHIBIT D:    Chart reflecting the financial interest of Maurice Harris;

EXHIBIT E:    Firm Resume of Gibbs Law Group LLP.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of October 2021.

*/s/ Javier Bleichmar*
Javier Bleichmar