# EXHIBIT A

**DECLARATION OF MAURICE HARRIS**

I, Maurice Harris, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff in the securities class action concerning Sesen Bio, Inc. ("Sesen Bio" or the "Company"). I have personal knowledge about the information in this Declaration and could and would testify competently to the facts stated below.

2. I currently reside in Richton Park, Illinois, and have actively invested in the stock market for approximately 20 years.  I am an experienced investor with significant knowledge of financial markets.  The proceeds of my investments have been a primary source of income for me in recent years, and I use those proceeds to sustain myself personally and to provide for my family. I exercise diligence in the course of investing, including by researching the market, particular companies, and by reviewing SEC filings and third-party analyses.

3. After attending the University of Arkansas, Pine Bluff, as well as Taylor Business Institute, I spent 33 years employed by Peoples Gas Utility Company in Chicago, Illinois. Before I retired from that company in 2018, I led and supervised teams of employees for over a decade and was ultimately responsible for their work.  In light of that experience, I am comfortable with, and knowledgeable about, supervising other people.

4. As shown in the certification filed with my motion to serve as Lead Plaintiff, I bought a significant amount of Sesen Bio securities, and I suffered substantial losses as a result of the federal securities law violations alleged in this case.  I am highly motivated to maximize the recovery for myself and others like me.

5. I am informed of, understand, and accept the duties and requirements imposed by the Private Securities Litigation Reform Act of 1995, including the duties to select and retain counsel, oversee the vigorous and efficient prosecution of the action, and maximize the recovery for the Class. I am committed to securing the best possible result for all affected Sesen Bio investors from all potentially culpable parties. I have the resources, time, wherewithal, and desire to closely oversee the prosecution of this action, see it through to its complete resolution, and ensure it is litigated efficiently and in the best interests of the other investors harmed by Sesen Bio's misconduct.

Document Ref: TKFX4-YFV5S-VFJTV-FFNYO

6. I will confer with counsel regarding the litigation strategy, settlement, and other matters that may arise, attend court proceedings and hearings if needed, be available for deposition, and review and authorize the filing of important litigation documents. I will also ensure that this case is litigated without duplication of effort for the benefit of the class. I am committed to satisfying these obligations if appointed Lead Plaintiff and reaffirm that I will ensure this case is litigated in the best interests of the class.

2

Document Ref: TKFX4-YFV5S-VFJTV-FFNYO

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the forgoing is true, accurate and complete to the best of my knowledge.

Executed on ___15___ day of ___October___ 2021.

*Maurice Harris*

_____

Maurice Harris

Document Ref: TKFX4-YFV5S-VFJTV-FFNYO