# EXHIBIT C

# GIBBS LAW GROUP
## L L P

### CERTIFICATION

I, Maurice Harris, hereby certify as follows:

1.  I have reviewed a complaint filed against Sesen Bio, Inc. and others for violations of the federal securities laws.

2.  I did not purchase or sell securities of Sesen Bio, Inc. at the direction of counsel in order to participate in any private action under the federal securities laws.

3.  I am willing to serve as lead plaintiff in this matter, including providing testimony at deposition and trial, if necessary.

4.  My transactions in Sesen Bio, Inc. securities during the Class Period are reflected in Exhibit A, attached hereto.

5.  I have not sought to serve as lead plaintiff in a class action under the federal securities laws in the last three years.

6.  Beyond my pro rata share of any recovery, I will not accept payment for serving as lead plaintiff on behalf of the class, except the reimbursement of any reasonable costs and expenses including lost wages as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this __15__ day of __October__ 2021.

**CLIENT**

By: _Maurice Harris_____

Maurice Harris

00Q3m000013BHBaEAO

# EXHIBIT A

Document Ref: ASSEC-BP2M2-GPBCC-8WY6R

**EXHIBIT A**
TRANSACTIONS IN
SESEN BIO, INC.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 07/13/2021 | 1.00 | 3.93 | ($3.93) |
| Purchase | 08/06/2021 | 5,762.00 | 4.20 | ($24,171.59) |
| Purchase | 08/06/2021 | 1,000.00 | 4.20 | ($4,199.00) |
| Purchase | 08/06/2021 | 38,274.00 | 4.20 | ($160,750.80) |
| Purchase | 08/06/2021 | 23,004.00 | 4.21 | ($96,830.74) |
| Purchase | 08/11/2021 | 8,715.00 | 4.07 | ($35,470.05) |
| Purchase | 08/11/2021 | 9,529.00 | 4.08 | ($38,878.32) |
| Purchase | 08/11/2021 | 1.00 | 4.10 | ($4.10) |
| Purchase | 08/11/2021 | 2,700.00 | 3.89 | ($10,500.30) |
| Purchase | 08/11/2021 | 2,800.00 | 3.89 | ($10,878.00) |
| Purchase | 08/11/2021 | 20,687.00 | 3.89 | ($80,472.43) |
| Purchase | 08/11/2021 | 49,879.00 | 3.90 | ($194,528.10) |
| Purchase | 08/11/2021 | 5,779.00 | 3.90 | ($22,538.10) |
| Purchase | 08/11/2021 | 1,339.00 | 3.89 | ($5,202.02) |
| Purchase | 08/11/2021 | 30,185.00 | 3.89 | ($117,419.65) |
| Purchase | 08/11/2021 | 346.00 | 3.92 | ($1,356.32) |
| Purchase | 08/12/2021 | 48,688.00 | 5.00 | ($243,440.00) |
| Purchase | 08/12/2021 | 6,480.00 | 5.00 | ($32,399.35) |
| Purchase | 08/13/2021 | 2.00 | 1.99 | ($3.97) |