# EXHIBIT D

Financial Interest Analysis for Maurice Harris
Class Period: December 21, 2020 - August 17, 2021

FIFO/LIFO - Sesen Bio, Inc.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 12/21/2020 | 0.00 | | |
| Purchase | 7/13/2021 | 1.00 | $3.9299 | ($3.93) |
| Purchase | 8/6/2021 | 5,762.00 | $4.1950 | ($24,171.59) |
| Purchase | 8/6/2021 | 1,000.00 | $4.1990 | ($4,199.00) |
| Purchase | 8/6/2021 | 38,274.00 | $4.2000 | ($160,750.80) |
| Purchase | 8/6/2021 | 23,004.00 | $4.2093 | ($96,830.74) |
| Purchase | 8/11/2021 | 8,715.00 | $4.0700 | ($35,470.05) |
| Purchase | 8/11/2021 | 9,529.00 | $4.0800 | ($38,878.32) |
| Purchase | 8/11/2021 | 1.00 | $4.1000 | ($4.10) |
| Purchase | 8/11/2021 | 2,700.00 | $3.8890 | ($10,500.30) |
| Purchase | 8/11/2021 | 2,800.00 | $3.8850 | ($10,878.00) |
| Purchase | 8/11/2021 | 20,687.00 | $3.8900 | ($80,472.43) |
| Purchase | 8/11/2021 | 49,879.00 | $3.9000 | ($194,528.10) |
| Purchase | 8/11/2021 | 5,779.00 | $3.9000 | ($22,538.10) |
| Purchase | 8/11/2021 | 1,339.00 | $3.8850 | ($5,202.02) |
| Purchase | 8/11/2021 | 30,185.00 | $3.8900 | ($117,419.65) |
| Purchase | 8/11/2021 | 346.00 | $3.9200 | ($1,356.32) |
| Purchase | 8/12/2021 | 48,688.00 | $5.0000 | ($243,440.00) |
| Purchase | 8/12/2021 | 6,480.00 | $4.9999 | ($32,399.35) |
| Purchase | 8/13/2021 | 2.00 | $1.9850 | ($3.97) |
| **Total Class Period Purchases** | | **255,171.00** | | **($1,079,046.76)** |

None

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| *Total Class Period Sales Matching to Class Period Purchases* | | 0.00 | | $0.00 |
| Sale[1] | 8/18/2021 | -10.00 | $1.4801 | $14.80 |
| Sale[1] | 8/19/2021 | -30,639.00 | $1.2100 | $37,073.19 |
| Sale[1] | 8/19/2021 | -44,899.00 | $1.2100 | $54,327.79 |
| Sale[1] | 8/19/2021 | -125,218.00 | $1.2100 | $151,513.78 |
| Sale[1] | 8/19/2021 | -53,460.00 | $1.2100 | $64,686.60 |
| Sale[1] | 8/19/2021 | -300.00 | $1.2100 | $363.00 |
| Sale[1] | 8/19/2021 | -645.00 | $1.2100 | $780.45 |
| *Total Post-Class Period Sales Matching to Class Period Purchases* | | -255,171.00 | | $308,759.61 |
| Retained Shares [2] | | 0.00 | $0.9148 | $0.00 |
| | | | **FIFO/LIFO Gain/(Loss):** | ($770,287.15) |

Dura [3] **FIFO/LIFO - Sesen Bio, Inc.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 12/21/2020 | 0.00 | | |
| Purchase | 7/13/2021 | 1.00 | $3.9299 | ($3.93) |
| Purchase | 8/6/2021 | 5,762.00 | $4.1950 | ($24,171.59) |
| Purchase | 8/6/2021 | 1,000.00 | $4.1990 | ($4,199.00) |
| Purchase | 8/6/2021 | 38,274.00 | $4.2000 | ($160,750.80) |
| Purchase | 8/6/2021 | 23,004.00 | $4.2093 | ($96,830.74) |
| Purchase | 8/11/2021 | 8,715.00 | $4.0700 | ($35,470.05) |
| Purchase | 8/11/2021 | 9,529.00 | $4.0800 | ($38,878.32) |
| Purchase | 8/11/2021 | 1.00 | $4.1000 | ($4.10) |
| Purchase | 8/11/2021 | 2,700.00 | $3.8890 | ($10,500.30) |
| Purchase | 8/11/2021 | 2,800.00 | $3.8850 | ($10,878.00) |
| Purchase | 8/11/2021 | 20,687.00 | $3.8900 | ($80,472.43) |
| Purchase | 8/11/2021 | 49,879.00 | $3.9000 | ($194,528.10) |
| Purchase | 8/11/2021 | 5,779.00 | $3.9000 | ($22,538.10) |
| Purchase | 8/11/2021 | 1,339.00 | $3.8850 | ($5,202.02) |
| Purchase | 8/11/2021 | 30,185.00 | $3.8900 | ($117,419.65) |
| Purchase | 8/11/2021 | 346.00 | $3.9200 | ($1,356.32) |
| Purchase | 8/12/2021 | 48,688.00 | $5.0000 | ($243,440.00) |
| Purchase | 8/12/2021 | 6,480.00 | $4.9999 | ($32,399.35) |
| Purchase | 8/13/2021 | 2.00 | $1.9850 | ($3.97) |
| Sale[1] | 8/18/2021 | -10.00 | $1.4801 | $14.80 |
| Sale[1] | 8/19/2021 | -30,639.00 | $1.2100 | $37,073.19 |
| Sale[1] | 8/19/2021 | -44,899.00 | $1.2100 | $54,327.79 |
| Sale[1] | 8/19/2021 | -125,218.00 | $1.2100 | $151,513.78 |
| Sale[1] | 8/19/2021 | -53,460.00 | $1.2100 | $64,686.60 |
| Sale[1] | 8/19/2021 | -300.00 | $1.2100 | $363.00 |
| Sale[1] | 8/19/2021 | -645.00 | $1.2100 | $780.45 |
| *Class Period Purchases Retained Through 8/13/2021, 8/16/2021, and/or 8/18/2021 Disclosures and Matching Sales* | | 0.00 | | ($770,287.15) |
| Retained Shares [2] | | 0.00 | $0.9148 | $0.00 |

**Dura FIFO/LIFO Gain/(Loss):**    ($770,287.15)

[1] *Sales occuring during the 90-day lookback period are valued at the maximum of the actual sale price and the average price on the date of sale.*

[2] *Shares retained at the end of the Class Period are valued at the average price from August 18, 2021 to October 18, 2021.*

[3] *Dura loss is the summation of the cost of Class Period purchases held through at least one of the Disclosures, proceeds of sales matched to purchases held through at least one of the Disclosures (if any), and the value of retained shares based on the 90-day look back average. The pled disclosures during the Class Period occurred on 8/13/2021, 8/16/2021 and 8/18/2021 (the "Disclosures").*