**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RYAN BIBB, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES,<br><br>Defendants. | Case No. 1:21-cv-07025-AKH<br><br>Hon. Alvin K. Hellerstein |
| MICHAEL CIZEK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES,<br><br>Defendants. | Case No. 1:21-cv-07309-AKH<br><br>Hon. Alvin K. Hellerstein |
| SCOTT MARKMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES,<br><br>Defendants. | Case No. 1:21-cv-08308-AKH<br><br>Hon. Alvin K. Hellerstein |

**DECLARATION OF JOSEPH J. TABACCO, JR. IN SUPPORT OF THE MOTION OF MOISES JACOBS, M.D., FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

I, JOSEPH J. TABACCO, JR., declare under penalty of perjury, as follows:

1. I am a partner in the San Francisco office of Berman Tabacco, counsel for Moises Jacobs, M.D. ("Dr. Jacobs"), and proposed lead counsel for the class. I am a member in good standing of the State Bar of New York and admitted to practice in this District. I submit this declaration in support of the motion of Dr. Jacobs for an order (1) consolidating of the above-captioned actions; (2) appointing Dr. Jacobs as Lead Plaintiff; and (3) approving his selection of Berman Tabacco as Lead Counsel for the class. The statements made herein are made of my own personal knowledge and, if called upon, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the notice published through *Business Wire*, a national business-oriented wire service, by Glancy Prongay & Murray LLP on August 19, 2021.

3. In accordance with Section 21D(a)(2) of the Exchange Act, 15 U.S.C. § 78u-4(a)(2), a true and correct copy of the certification of Moises Jacobs, M.D. pursuant to the Private Securities Litigation Reform Act of 1995 is attached hereto as **Exhibit B**. A table showing Dr. Jacobs's trading between December 21, 2020 and August 17, 2021, inclusive (the "Class Period"), is included as Exhibit A to the certification.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Declaration of Moises Jacobs, M.D., FACS.

5. A true and correct copy of a chart, prepared by counsel, summarizing Dr. Jacobs's financial losses in Sesen Bio, Inc. common stock during the Class Period is attached as **Exhibit D** hereto.

1

6.      A true and correct copy of Berman Tabacco's firm resume is attached as **Exhibit E** hereto.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 18th day of October, 2021 in Boston, Massachusetts.


*/s/ Joseph J. Tabacco, Jr.*
Joseph J. Tabacco, Jr.

2