# EXHIBIT D

**Sesen Bio Inc.**
**Cusip (817763105)**
**LIFO**

**Class Period**: 12/21/20-08/17/21
**Shareholder**: Moises Jacobs (Account 2 -Moises Jacobs IRA Rollover)

| Trade Date | Trans. | No. Bought | No. Sold | No. Remaining | Price | (Cost) | Proceeds |
|---|---|---|---|---|---|---|---|
| | | | | Class Period Sales Applied to Pre-Class Period Holdings | | | |
| 12/20/20 | Holdings | | | 1,953 | | | |
| 08/16/21 | Sale | | (1,953) | 0 | $1.3800 | $0.00 | $2,695.14 |
| | | | | Class Period Trading | | | |
| 06/02/21 | Purchase | 7 | | 7 | $3.5600 | ($24.92) | $0.00 |
| 06/02/21 | Purchase | 25 | | 32 | $3.5500 | ($88.75) | $0.00 |
| 06/02/21 | Purchase | 41 | | 73 | $3.5600 | ($145.96) | $0.00 |
| 06/02/21 | Purchase | 41 | | 114 | $3.5600 | ($145.96) | $0.00 |
| 06/02/21 | Purchase | 50 | | 164 | $3.5500 | ($177.50) | $0.00 |
| 06/02/21 | Purchase | 92 | | 256 | $3.5600 | ($327.52) | $0.00 |
| 06/02/21 | Purchase | 100 | | 356 | $3.5450 | ($354.50) | $0.00 |
| 06/02/21 | Purchase | 100 | | 456 | $3.5500 | ($355.00) | $0.00 |
| 06/02/21 | Purchase | 100 | | 556 | $3.5500 | ($355.00) | $0.00 |
| 06/02/21 | Purchase | 100 | | 656 | $3.5500 | ($355.00) | $0.00 |
| 06/02/21 | Purchase | 100 | | 756 | $3.5500 | ($355.00) | $0.00 |
| 06/02/21 | Purchase | 100 | | 856 | $3.5500 | ($355.00) | $0.00 |
| 06/02/21 | Purchase | 100 | | 956 | $3.5500 | ($355.00) | $0.00 |
| 06/02/21 | Purchase | 100 | | 1,056 | $3.5500 | ($355.00) | $0.00 |
| 06/02/21 | Purchase | 100 | | 1,156 | $3.5500 | ($355.00) | $0.00 |
| 06/02/21 | Purchase | 100 | | 1,256 | $3.5600 | ($356.00) | $0.00 |
| 06/02/21 | Purchase | 100 | | 1,356 | $3.5600 | ($356.00) | $0.00 |
| 06/02/21 | Purchase | 100 | | 1,456 | $3.5600 | ($356.00) | $0.00 |
| 06/02/21 | Purchase | 200 | | 1,656 | $3.5500 | ($710.00) | $0.00 |
| 06/02/21 | Purchase | 200 | | 1,856 | $3.5500 | ($710.00) | $0.00 |
| 06/02/21 | Purchase | 200 | | 2,056 | $3.5600 | ($712.00) | $0.00 |
| 06/02/21 | Purchase | 200 | | 2,256 | $3.5600 | ($712.00) | $0.00 |
| 06/02/21 | Purchase | 200 | | 2,456 | $3.5600 | ($712.00) | $0.00 |
| 06/02/21 | Purchase | 292 | | 2,748 | $3.5600 | ($1,039.52) | $0.00 |
| 06/02/21 | Purchase | 300 | | 3,048 | $3.5600 | ($1,068.00) | $0.00 |
| 06/02/21 | Purchase | 400 | | 3,448 | $3.5500 | ($1,420.00) | $0.00 |
| 06/02/21 | Purchase | 400 | | 3,848 | $3.5600 | ($1,424.00) | $0.00 |
| 06/02/21 | Purchase | 400 | | 4,248 | $3.5600 | ($1,424.00) | $0.00 |
| 06/02/21 | Purchase | 1,000 | | 5,248 | $3.5500 | ($3,550.00) | $0.00 |
| 06/02/21 | Purchase | 1,489 | | 6,737 | $3.5600 | ($5,300.84) | $0.00 |
| 06/02/21 | Purchase | 2,619 | | 9,356 | $3.5600 | ($9,323.64) | $0.00 |
| 06/02/21 | Purchase | 5,400 | | 14,756 | $3.5500 | ($19,170.00) | $0.00 |
| 06/02/21 | Purchase | 10,200 | | 24,956 | $3.5600 | ($36,312.00) | $0.00 |
| 06/02/21 | Purchase | 34,993 | | 59,949 | $3.5600 | ($124,575.08) | $0.00 |
| 06/02/21 | Purchase | 40,051 | | 100,000 | $3.5700 | ($142,982.07) | $0.00 |
| 06/14/21 | Purchase | 25 | | 100,025 | $4.2059 | ($105.15) | $0.00 |
| 06/14/21 | Purchase | 57 | | 100,082 | $4.2500 | ($242.25) | $0.00 |
| 06/14/21 | Purchase | 100 | | 100,182 | $4.2500 | ($425.00) | $0.00 |
| 06/14/21 | Purchase | 100 | | 100,282 | $4.2500 | ($425.00) | $0.00 |
| 06/14/21 | Purchase | 179 | | 100,461 | $4.2500 | ($760.75) | $0.00 |
| 06/14/21 | Purchase | 564 | | 101,025 | $4.2500 | ($2,397.00) | $0.00 |
| 06/14/21 | Purchase | 1,000 | | 102,025 | $4.2500 | ($4,250.00) | $0.00 |
| 06/14/21 | Purchase | 2,000 | | 104,025 | $4.2500 | ($8,500.00) | $0.00 |

**Sesen Bio Inc.**
**Cusip (817763105)**
**LIFO**

**Class Period**: 12/21/20-08/17/21
**Shareholde**r: Moises Jacobs (Account 2 -Moises Jacobs IRA Rollover)

| Trade Date | Trans. | No. Bought | No. Sold | No. Remaining | Price | (Cost) | Proceeds |
|---|---|---|---|---|---|---|---|
| 06/14/21 | Purchase | 16,000 | | 120,025 | $4.2500 | ($68,000.00) | $0.00 |
| 07/26/21 | Purchase | 100 | | 120,125 | $3.8350 | ($383.50) | $0.00 |
| 07/26/21 | Purchase | 100 | | 120,225 | $3.8400 | ($384.00) | $0.00 |
| 07/26/21 | Purchase | 200 | | 120,425 | $3.8350 | ($767.00) | $0.00 |
| 07/26/21 | Purchase | 200 | | 120,625 | $3.8350 | ($767.00) | $0.00 |
| 07/26/21 | Purchase | 200 | | 120,825 | $3.8400 | ($768.00) | $0.00 |
| 07/26/21 | Purchase | 400 | | 121,225 | $3.8390 | ($1,535.60) | $0.00 |
| 07/26/21 | Purchase | 634 | | 121,859 | $3.8350 | ($2,431.39) | $0.00 |
| 07/26/21 | Purchase | 700 | | 122,559 | $3.8350 | ($2,684.50) | $0.00 |
| 07/26/21 | Purchase | 3,066 | | 125,625 | $3.8350 | ($11,758.11) | $0.00 |
| 07/26/21 | Purchase | 4,400 | | 130,025 | $3.8400 | ($16,896.00) | $0.00 |
| 07/26/21 | Purchase | 10,000 | | 140,025 | $3.8350 | ($38,350.00) | $0.00 |
| 08/16/21 | Sale | | (1) | 140,024 | $1.3900 | $0.00 | $1.39 |
| 08/16/21 | Sale | | (1) | 140,023 | $1.3900 | $0.00 | $1.39 |
| 08/16/21 | Sale | | (1) | 140,022 | $1.3800 | $0.00 | $1.38 |
| 08/16/21 | Sale | | (1) | 140,021 | $1.3800 | $0.00 | $1.38 |
| 08/16/21 | Sale | | (10) | 140,011 | $1.3900 | $0.00 | $13.90 |
| 08/16/21 | Sale | | (10) | 140,001 | $1.3900 | $0.00 | $13.90 |
| 08/16/21 | Sale | | (10) | 139,991 | $1.3900 | $0.00 | $13.90 |
| 08/16/21 | Sale | | (11) | 139,980 | $1.3900 | $0.00 | $15.29 |
| 08/16/21 | Sale | | (16) | 139,964 | $1.3900 | $0.00 | $22.24 |
| 08/16/21 | Sale | | (20) | 139,944 | $1.3800 | $0.00 | $27.60 |
| 08/16/21 | Sale | | (24) | 139,920 | $1.3800 | $0.00 | $33.12 |
| 08/16/21 | Sale | | (34) | 139,886 | $1.3800 | $0.00 | $46.92 |
| 08/16/21 | Sale | | (50) | 139,836 | $1.3900 | $0.00 | $69.50 |
| 08/16/21 | Sale | | (72) | 139,764 | $1.3900 | $0.00 | $100.08 |
| 08/16/21 | Sale | | (75) | 139,689 | $1.3900 | $0.00 | $104.25 |
| 08/16/21 | Sale | | (76) | 139,613 | $1.3800 | $0.00 | $104.88 |
| 08/16/21 | Sale | | (81) | 139,532 | $1.3900 | $0.00 | $112.59 |
| 08/16/21 | Sale | | (89) | 139,443 | $1.3900 | $0.00 | $123.71 |
| 08/16/21 | Sale | | (100) | 139,343 | $1.3950 | $0.00 | $139.50 |
| 08/16/21 | Sale | | (100) | 139,243 | $1.3950 | $0.00 | $139.50 |
| 08/16/21 | Sale | | (100) | 139,143 | $1.3900 | $0.00 | $139.00 |
| 08/16/21 | Sale | | (100) | 139,043 | $1.3900 | $0.00 | $139.00 |
| 08/16/21 | Sale | | (100) | 138,943 | $1.3900 | $0.00 | $139.00 |
| 08/16/21 | Sale | | (100) | 138,843 | $1.3900 | $0.00 | $139.00 |
| 08/16/21 | Sale | | (100) | 138,743 | $1.3900 | $0.00 | $139.00 |
| 08/16/21 | Sale | | (100) | 138,643 | $1.3900 | $0.00 | $139.00 |
| 08/16/21 | Sale | | (100) | 138,543 | $1.3900 | $0.00 | $139.00 |
| 08/16/21 | Sale | | (100) | 138,443 | $1.3900 | $0.00 | $139.00 |
| 08/16/21 | Sale | | (100) | 138,343 | $1.3900 | $0.00 | $139.00 |
| 08/16/21 | Sale | | (100) | 138,243 | $1.3900 | $0.00 | $139.00 |
| 08/16/21 | Sale | | (100) | 138,143 | $1.3900 | $0.00 | $139.00 |
| 08/16/21 | Sale | | (100) | 138,043 | $1.3900 | $0.00 | $139.00 |
| 08/16/21 | Sale | | (100) | 137,943 | $1.3800 | $0.00 | $138.00 |
| 08/16/21 | Sale | | (100) | 137,843 | $1.3800 | $0.00 | $138.00 |
| 08/16/21 | Sale | | (100) | 137,743 | $1.3800 | $0.00 | $138.00 |

**Sesen Bio Inc.**
**Cusip (817763105)**
**LIFO**

**Class Period**: 12/21/20-08/17/21
**Shareholder**: Moises Jacobs (Account 2 -Moises Jacobs IRA Rollover)

| Trade Date | Trans. | No. Bought | No. Sold | No. Remaining | Price | (Cost) | Proceeds |
|---|---|---|---|---|---|---|---|
| 08/16/21 | Sale | | (100) | 137,643 | $1.3800 | $0.00 | $138.00 |
| 08/16/21 | Sale | | (100) | 137,543 | $1.3800 | $0.00 | $138.00 |
| 08/16/21 | Sale | | (100) | 137,443 | $1.3800 | $0.00 | $138.00 |
| 08/16/21 | Sale | | (100) | 137,343 | $1.3800 | $0.00 | $138.00 |
| 08/16/21 | Sale | | (100) | 137,243 | $1.3800 | $0.00 | $138.00 |
| 08/16/21 | Sale | | (200) | 137,043 | $1.3910 | $0.00 | $278.20 |
| 08/16/21 | Sale | | (200) | 136,843 | $1.3900 | $0.00 | $278.00 |
| 08/16/21 | Sale | | (200) | 136,643 | $1.3900 | $0.00 | $278.00 |
| 08/16/21 | Sale | | (200) | 136,443 | $1.3900 | $0.00 | $278.00 |
| 08/16/21 | Sale | | (200) | 136,243 | $1.3900 | $0.00 | $278.00 |
| 08/16/21 | Sale | | (200) | 136,043 | $1.3800 | $0.00 | $276.00 |
| 08/16/21 | Sale | | (200) | 135,843 | $1.3800 | $0.00 | $276.00 |
| 08/16/21 | Sale | | (200) | 135,643 | $1.3800 | $0.00 | $276.00 |
| 08/16/21 | Sale | | (222) | 135,421 | $1.3900 | $0.00 | $308.58 |
| 08/16/21 | Sale | | (300) | 135,121 | $1.3900 | $0.00 | $417.00 |
| 08/16/21 | Sale | | (300) | 134,821 | $1.3900 | $0.00 | $417.00 |
| 08/16/21 | Sale | | (400) | 134,421 | $1.3900 | $0.00 | $556.00 |
| 08/16/21 | Sale | | (400) | 134,021 | $1.3900 | $0.00 | $556.00 |
| 08/16/21 | Sale | | (400) | 133,621 | $1.3900 | $0.00 | $556.00 |
| 08/16/21 | Sale | | (400) | 133,221 | $1.3800 | $0.00 | $552.00 |
| 08/16/21 | Sale | | (400) | 132,821 | $1.3800 | $0.00 | $552.00 |
| 08/16/21 | Sale | | (400) | 132,421 | $1.3800 | $0.00 | $552.00 |
| 08/16/21 | Sale | | (400) | 132,021 | $1.3800 | $0.00 | $552.00 |
| 08/16/21 | Sale | | (404) | 131,617 | $1.3900 | $0.00 | $561.56 |
| 08/16/21 | Sale | | (500) | 131,117 | $1.3900 | $0.00 | $695.00 |
| 08/16/21 | Sale | | (500) | 130,617 | $1.3900 | $0.00 | $695.00 |
| 08/16/21 | Sale | | (500) | 130,117 | $1.3900 | $0.00 | $695.00 |
| 08/16/21 | Sale | | (500) | 129,617 | $1.3900 | $0.00 | $695.00 |
| 08/16/21 | Sale | | (500) | 129,117 | $1.3800 | $0.00 | $690.00 |
| 08/16/21 | Sale | | (500) | 128,617 | $1.3800 | $0.00 | $690.00 |
| 08/16/21 | Sale | | (500) | 128,117 | $1.3800 | $0.00 | $690.00 |
| 08/16/21 | Sale | | (500) | 127,617 | $1.3800 | $0.00 | $690.00 |
| 08/16/21 | Sale | | (500) | 127,117 | $1.3800 | $0.00 | $690.00 |
| 08/16/21 | Sale | | (500) | 126,617 | $1.3800 | $0.00 | $690.00 |
| 08/16/21 | Sale | | (600) | 126,017 | $1.3900 | $0.00 | $834.00 |
| 08/16/21 | Sale | | (600) | 125,417 | $1.3800 | $0.00 | $828.00 |
| 08/16/21 | Sale | | (635) | 124,782 | $1.3800 | $0.00 | $876.30 |
| 08/16/21 | Sale | | (750) | 124,032 | $1.3800 | $0.00 | $1,035.00 |
| 08/16/21 | Sale | | (800) | 123,232 | $1.3800 | $0.00 | $1,104.00 |
| 08/16/21 | Sale | | (800) | 122,432 | $1.3800 | $0.00 | $1,104.00 |
| 08/16/21 | Sale | | (800) | 121,632 | $1.3800 | $0.00 | $1,104.00 |
| 08/16/21 | Sale | | (800) | 120,832 | $1.3800 | $0.00 | $1,104.00 |
| 08/16/21 | Sale | | (856) | 119,976 | $1.3800 | $0.00 | $1,181.28 |
| 08/16/21 | Sale | | (900) | 119,076 | $1.3900 | $0.00 | $1,251.00 |
| 08/16/21 | Sale | | (900) | 118,176 | $1.3900 | $0.00 | $1,251.00 |
| 08/16/21 | Sale | | (900) | 117,276 | $1.3800 | $0.00 | $1,242.00 |
| 08/16/21 | Sale | | (1,000) | 116,276 | $1.3900 | $0.00 | $1,390.00 |

**Sesen Bio Inc.**
**Cusip (817763105)**
**LIFO**

**Class Period**: 12/21/20-08/17/21
**Shareholder**: Moises Jacobs (Account 2 -Moises Jacobs IRA Rollover)

| Trade Date | Trans. | No. Bought | No. Sold | No. Remaining | Price | (Cost) | Proceeds |
|---|---|---|---|---|---|---|---|
| 08/16/21 | Sale | | (1,000) | 115,276 | $1.3800 | $0.00 | $1,380.00 |
| 08/16/21 | Sale | | (1,000) | 114,276 | $1.3800 | $0.00 | $1,380.00 |
| 08/16/21 | Sale | | (1,000) | 113,276 | $1.3800 | $0.00 | $1,380.00 |
| 08/16/21 | Sale | | (1,000) | 112,276 | $1.3800 | $0.00 | $1,380.00 |
| 08/16/21 | Sale | | (1,120) | 111,156 | $1.3800 | $0.00 | $1,545.60 |
| 08/16/21 | Sale | | (1,250) | 109,906 | $1.3800 | $0.00 | $1,725.00 |
| 08/16/21 | Sale | | (1,400) | 108,506 | $1.3950 | $0.00 | $1,953.00 |
| 08/16/21 | Sale | | (1,400) | 107,106 | $1.3900 | $0.00 | $1,946.00 |
| 08/16/21 | Sale | | (1,400) | 105,706 | $1.3800 | $0.00 | $1,932.00 |
| 08/16/21 | Sale | | (1,454) | 104,252 | $1.3900 | $0.00 | $2,021.06 |
| 08/16/21 | Sale | | (1,500) | 102,752 | $1.3800 | $0.00 | $2,070.00 |
| 08/16/21 | Sale | | (1,600) | 101,152 | $1.3950 | $0.00 | $2,232.00 |
| 08/16/21 | Sale | | (2,000) | 99,152 | $1.3900 | $0.00 | $2,780.00 |
| 08/16/21 | Sale | | (3,000) | 96,152 | $1.3800 | $0.00 | $4,140.00 |
| 08/16/21 | Sale | | (3,700) | 92,452 | $1.3900 | $0.00 | $5,143.00 |
| 08/16/21 | Sale | | (3,900) | 88,552 | $1.3910 | $0.00 | $5,424.90 |
| 08/16/21 | Sale | | (4,000) | 84,552 | $1.3900 | $0.00 | $5,560.00 |
| 08/16/21 | Sale | | (4,000) | 80,552 | $1.3810 | $0.00 | $5,524.00 |
| 08/16/21 | Sale | | (5,300) | 75,252 | $1.3810 | $0.00 | $7,319.30 |
| 08/16/21 | Sale | | (9,698) | 65,554 | $1.3900 | $0.00 | $13,480.22 |
| 08/16/21 | Sale | | (10,000) | 55,554 | $1.3900 | $0.00 | $13,900.00 |
| 08/16/21 | Sale | | (22,100) | 33,454 | $1.3810 | $0.00 | $30,520.10 |
| 08/16/21 | Sale | | (33,454) | 0 | $1.3800 | $0.00 | $46,166.52 |
| | | | | | | | |
| Totals: | | 140,025 | (140,025) | | | ($518,149) | $193,784 |
| Shares Held: | | | 0 | | | | |
| Total LIFO Loss: | | | ($324,364) | | | | |

**Sesen Bio Inc.**
**Cusip (817763105)**
**FIFO**

**Class Period**: 12/21/20-08/17/21
**Shareholder**: Moises Jacobs (Account 2 -Moises Jacobs IRA Rollover)

| Trade Date | Trans. | No. Bought | No. Sold | No. Remaining | Price | (Cost) | Proceeds |
|---|---|---|---|---|---|---|---|
| | | | **Class Period Sales Applied to Pre-Class Period Holdings** | | | | |
| 12/20/20 | Holdings | | | 1,953 | | | |
| 08/16/21 | Sale | | (1) | 1,952 | $1.3900 | $0.00 | $1.39 |
| 08/16/21 | Sale | | (1) | 1,951 | $1.3900 | $0.00 | $1.39 |
| 08/16/21 | Sale | | (1) | 1,950 | $1.3800 | $0.00 | $1.38 |
| 08/16/21 | Sale | | (1) | 1,949 | $1.3800 | $0.00 | $1.38 |
| 08/16/21 | Sale | | (10) | 1,939 | $1.3900 | $0.00 | $13.90 |
| 08/16/21 | Sale | | (10) | 1,929 | $1.3900 | $0.00 | $13.90 |
| 08/16/21 | Sale | | (10) | 1,919 | $1.3900 | $0.00 | $13.90 |
| 08/16/21 | Sale | | (11) | 1,908 | $1.3900 | $0.00 | $15.29 |
| 08/16/21 | Sale | | (16) | 1,892 | $1.3900 | $0.00 | $22.24 |
| 08/16/21 | Sale | | (20) | 1,872 | $1.3800 | $0.00 | $27.60 |
| 08/16/21 | Sale | | (24) | 1,848 | $1.3800 | $0.00 | $33.12 |
| 08/16/21 | Sale | | (34) | 1,814 | $1.3800 | $0.00 | $46.92 |
| 08/16/21 | Sale | | (50) | 1,764 | $1.3900 | $0.00 | $69.50 |
| 08/16/21 | Sale | | (72) | 1,692 | $1.3900 | $0.00 | $100.08 |
| 08/16/21 | Sale | | (75) | 1,617 | $1.3900 | $0.00 | $104.25 |
| 08/16/21 | Sale | | (76) | 1,541 | $1.3800 | $0.00 | $104.88 |
| 08/16/21 | Sale | | (81) | 1,460 | $1.3900 | $0.00 | $112.59 |
| 08/16/21 | Sale | | (89) | 1,371 | $1.3900 | $0.00 | $123.71 |
| 08/16/21 | Sale | | (100) | 1,271 | $1.3950 | $0.00 | $139.50 |
| 08/16/21 | Sale | | (100) | 1,171 | $1.3950 | $0.00 | $139.50 |
| 08/16/21 | Sale | | (100) | 1,071 | $1.3900 | $0.00 | $139.00 |
| 08/16/21 | Sale | | (100) | 971 | $1.3900 | $0.00 | $139.00 |
| 08/16/21 | Sale | | (100) | 871 | $1.3900 | $0.00 | $139.00 |
| 08/16/21 | Sale | | (100) | 771 | $1.3900 | $0.00 | $139.00 |
| 08/16/21 | Sale | | (100) | 671 | $1.3900 | $0.00 | $139.00 |
| 08/16/21 | Sale | | (100) | 571 | $1.3900 | $0.00 | $139.00 |
| 08/16/21 | Sale | | (100) | 471 | $1.3900 | $0.00 | $139.00 |
| 08/16/21 | Sale | | (100) | 371 | $1.3900 | $0.00 | $139.00 |
| 08/16/21 | Sale | | (100) | 271 | $1.3900 | $0.00 | $139.00 |
| 08/16/21 | Sale | | (100) | 171 | $1.3900 | $0.00 | $139.00 |
| 08/16/21 | Sale | | (100) | 71 | $1.3900 | $0.00 | $139.00 |
| 08/16/21 | Sale | | (71) | 0 | $1.3900 | $0.00 | $98.69 |
| | | | **Class Period Trading** | | | | |
| 06/02/21 | Purchase | 7 | | 7 | $3.5600 | ($24.92) | $0.00 |
| 06/02/21 | Purchase | 25 | | 32 | $3.5500 | ($88.75) | $0.00 |
| 06/02/21 | Purchase | 41 | | 73 | $3.5600 | ($145.96) | $0.00 |
| 06/02/21 | Purchase | 41 | | 114 | $3.5600 | ($145.96) | $0.00 |
| 06/02/21 | Purchase | 50 | | 164 | $3.5500 | ($177.50) | $0.00 |
| 06/02/21 | Purchase | 92 | | 256 | $3.5600 | ($327.52) | $0.00 |
| 06/02/21 | Purchase | 100 | | 356 | $3.5450 | ($354.50) | $0.00 |
| 06/02/21 | Purchase | 100 | | 456 | $3.5500 | ($355.00) | $0.00 |
| 06/02/21 | Purchase | 100 | | 556 | $3.5500 | ($355.00) | $0.00 |
| 06/02/21 | Purchase | 100 | | 656 | $3.5500 | ($355.00) | $0.00 |
| 06/02/21 | Purchase | 100 | | 756 | $3.5500 | ($355.00) | $0.00 |
| 06/02/21 | Purchase | 100 | | 856 | $3.5500 | ($355.00) | $0.00 |

**Sesen Bio Inc.**
**Cusip (817763105)**
**FIFO**

**Class Period**: 12/21/20-08/17/21
**Shareholde**r: Moises Jacobs (Account 2 -Moises Jacobs IRA Rollover)

| Trade Date | Trans. | No. Bought | No. Sold | No. Remaining | Price | (Cost) | Proceeds |
|---|---|---|---|---|---|---|---|
| 06/02/21 | Purchase | 100 | | 956 | $3.5500 | ($355.00) | $0.00 |
| 06/02/21 | Purchase | 100 | | 1,056 | $3.5500 | ($355.00) | $0.00 |
| 06/02/21 | Purchase | 100 | | 1,156 | $3.5500 | ($355.00) | $0.00 |
| 06/02/21 | Purchase | 100 | | 1,256 | $3.5600 | ($356.00) | $0.00 |
| 06/02/21 | Purchase | 100 | | 1,356 | $3.5600 | ($356.00) | $0.00 |
| 06/02/21 | Purchase | 100 | | 1,456 | $3.5600 | ($356.00) | $0.00 |
| 06/02/21 | Purchase | 200 | | 1,656 | $3.5500 | ($710.00) | $0.00 |
| 06/02/21 | Purchase | 200 | | 1,856 | $3.5500 | ($710.00) | $0.00 |
| 06/02/21 | Purchase | 200 | | 2,056 | $3.5600 | ($712.00) | $0.00 |
| 06/02/21 | Purchase | 200 | | 2,256 | $3.5600 | ($712.00) | $0.00 |
| 06/02/21 | Purchase | 200 | | 2,456 | $3.5600 | ($712.00) | $0.00 |
| 06/02/21 | Purchase | 292 | | 2,748 | $3.5600 | ($1,039.52) | $0.00 |
| 06/02/21 | Purchase | 300 | | 3,048 | $3.5600 | ($1,068.00) | $0.00 |
| 06/02/21 | Purchase | 400 | | 3,448 | $3.5500 | ($1,420.00) | $0.00 |
| 06/02/21 | Purchase | 400 | | 3,848 | $3.5600 | ($1,424.00) | $0.00 |
| 06/02/21 | Purchase | 400 | | 4,248 | $3.5600 | ($1,424.00) | $0.00 |
| 06/02/21 | Purchase | 1,000 | | 5,248 | $3.5500 | ($3,550.00) | $0.00 |
| 06/02/21 | Purchase | 1,489 | | 6,737 | $3.5600 | ($5,300.84) | $0.00 |
| 06/02/21 | Purchase | 2,619 | | 9,356 | $3.5600 | ($9,323.64) | $0.00 |
| 06/02/21 | Purchase | 5,400 | | 14,756 | $3.5500 | ($19,170.00) | $0.00 |
| 06/02/21 | Purchase | 10,200 | | 24,956 | $3.5600 | ($36,312.00) | $0.00 |
| 06/02/21 | Purchase | 34,993 | | 59,949 | $3.5600 | ($124,575.08) | $0.00 |
| 06/02/21 | Purchase | 40,051 | | 100,000 | $3.5700 | ($142,982.07) | $0.00 |
| 06/14/21 | Purchase | 25 | | 100,025 | $4.2059 | ($105.15) | $0.00 |
| 06/14/21 | Purchase | 57 | | 100,082 | $4.2500 | ($242.25) | $0.00 |
| 06/14/21 | Purchase | 100 | | 100,182 | $4.2500 | ($425.00) | $0.00 |
| 06/14/21 | Purchase | 100 | | 100,282 | $4.2500 | ($425.00) | $0.00 |
| 06/14/21 | Purchase | 179 | | 100,461 | $4.2500 | ($760.75) | $0.00 |
| 06/14/21 | Purchase | 564 | | 101,025 | $4.2500 | ($2,397.00) | $0.00 |
| 06/14/21 | Purchase | 1,000 | | 102,025 | $4.2500 | ($4,250.00) | $0.00 |
| 06/14/21 | Purchase | 2,000 | | 104,025 | $4.2500 | ($8,500.00) | $0.00 |
| 06/14/21 | Purchase | 16,000 | | 120,025 | $4.2500 | ($68,000.00) | $0.00 |
| 07/26/21 | Purchase | 100 | | 120,125 | $3.8350 | ($383.50) | $0.00 |
| 07/26/21 | Purchase | 100 | | 120,225 | $3.8400 | ($384.00) | $0.00 |
| 07/26/21 | Purchase | 200 | | 120,425 | $3.8350 | ($767.00) | $0.00 |
| 07/26/21 | Purchase | 200 | | 120,625 | $3.8350 | ($767.00) | $0.00 |
| 07/26/21 | Purchase | 200 | | 120,825 | $3.8400 | ($768.00) | $0.00 |
| 07/26/21 | Purchase | 400 | | 121,225 | $3.8390 | ($1,535.60) | $0.00 |
| 07/26/21 | Purchase | 634 | | 121,859 | $3.8350 | ($2,431.39) | $0.00 |
| 07/26/21 | Purchase | 700 | | 122,559 | $3.8350 | ($2,684.50) | $0.00 |
| 07/26/21 | Purchase | 3,066 | | 125,625 | $3.8350 | ($11,758.11) | $0.00 |
| 07/26/21 | Purchase | 4,400 | | 130,025 | $3.8400 | ($16,896.00) | $0.00 |
| 07/26/21 | Purchase | 10,000 | | 140,025 | $3.8350 | ($38,350.00) | $0.00 |
| 08/16/21 | Sale | | (29) | 139,996 | $1.3900 | $0.00 | $40.31 |
| 08/16/21 | Sale | | (100) | 139,896 | $1.3800 | $0.00 | $138.00 |
| 08/16/21 | Sale | | (100) | 139,796 | $1.3800 | $0.00 | $138.00 |
| 08/16/21 | Sale | | (100) | 139,696 | $1.3800 | $0.00 | $138.00 |

## Sesen Bio Inc.
## Cusip (817763105)
## FIFO

**Class Period**: 12/21/20-08/17/21
**Shareholde**r: Moises Jacobs (Account 2 -Moises Jacobs IRA Rollover)

| Trade Date | Trans. | No. Bought | No. Sold | No. Remaining | Price | (Cost) | Proceeds |
|---|---|---|---|---|---|---|---|
| 08/16/21 | Sale | | (100) | 139,596 | $1.3800 | $0.00 | $138.00 |
| 08/16/21 | Sale | | (100) | 139,496 | $1.3800 | $0.00 | $138.00 |
| 08/16/21 | Sale | | (100) | 139,396 | $1.3800 | $0.00 | $138.00 |
| 08/16/21 | Sale | | (100) | 139,296 | $1.3800 | $0.00 | $138.00 |
| 08/16/21 | Sale | | (100) | 139,196 | $1.3800 | $0.00 | $138.00 |
| 08/16/21 | Sale | | (200) | 138,996 | $1.3910 | $0.00 | $278.20 |
| 08/16/21 | Sale | | (200) | 138,796 | $1.3900 | $0.00 | $278.00 |
| 08/16/21 | Sale | | (200) | 138,596 | $1.3900 | $0.00 | $278.00 |
| 08/16/21 | Sale | | (200) | 138,396 | $1.3900 | $0.00 | $278.00 |
| 08/16/21 | Sale | | (200) | 138,196 | $1.3900 | $0.00 | $278.00 |
| 08/16/21 | Sale | | (200) | 137,996 | $1.3800 | $0.00 | $276.00 |
| 08/16/21 | Sale | | (200) | 137,796 | $1.3800 | $0.00 | $276.00 |
| 08/16/21 | Sale | | (200) | 137,596 | $1.3800 | $0.00 | $276.00 |
| 08/16/21 | Sale | | (222) | 137,374 | $1.3900 | $0.00 | $308.58 |
| 08/16/21 | Sale | | (300) | 137,074 | $1.3900 | $0.00 | $417.00 |
| 08/16/21 | Sale | | (300) | 136,774 | $1.3900 | $0.00 | $417.00 |
| 08/16/21 | Sale | | (400) | 136,374 | $1.3900 | $0.00 | $556.00 |
| 08/16/21 | Sale | | (400) | 135,974 | $1.3900 | $0.00 | $556.00 |
| 08/16/21 | Sale | | (400) | 135,574 | $1.3900 | $0.00 | $556.00 |
| 08/16/21 | Sale | | (400) | 135,174 | $1.3800 | $0.00 | $552.00 |
| 08/16/21 | Sale | | (400) | 134,774 | $1.3800 | $0.00 | $552.00 |
| 08/16/21 | Sale | | (400) | 134,374 | $1.3800 | $0.00 | $552.00 |
| 08/16/21 | Sale | | (400) | 133,974 | $1.3800 | $0.00 | $552.00 |
| 08/16/21 | Sale | | (404) | 133,570 | $1.3900 | $0.00 | $561.56 |
| 08/16/21 | Sale | | (500) | 133,070 | $1.3900 | $0.00 | $695.00 |
| 08/16/21 | Sale | | (500) | 132,570 | $1.3900 | $0.00 | $695.00 |
| 08/16/21 | Sale | | (500) | 132,070 | $1.3900 | $0.00 | $695.00 |
| 08/16/21 | Sale | | (500) | 131,570 | $1.3900 | $0.00 | $695.00 |
| 08/16/21 | Sale | | (500) | 131,070 | $1.3800 | $0.00 | $690.00 |
| 08/16/21 | Sale | | (500) | 130,570 | $1.3800 | $0.00 | $690.00 |
| 08/16/21 | Sale | | (500) | 130,070 | $1.3800 | $0.00 | $690.00 |
| 08/16/21 | Sale | | (500) | 129,570 | $1.3800 | $0.00 | $690.00 |
| 08/16/21 | Sale | | (500) | 129,070 | $1.3800 | $0.00 | $690.00 |
| 08/16/21 | Sale | | (500) | 128,570 | $1.3800 | $0.00 | $690.00 |
| 08/16/21 | Sale | | (600) | 127,970 | $1.3900 | $0.00 | $834.00 |
| 08/16/21 | Sale | | (600) | 127,370 | $1.3800 | $0.00 | $828.00 |
| 08/16/21 | Sale | | (635) | 126,735 | $1.3800 | $0.00 | $876.30 |
| 08/16/21 | Sale | | (750) | 125,985 | $1.3800 | $0.00 | $1,035.00 |
| 08/16/21 | Sale | | (800) | 125,185 | $1.3800 | $0.00 | $1,104.00 |
| 08/16/21 | Sale | | (800) | 124,385 | $1.3800 | $0.00 | $1,104.00 |
| 08/16/21 | Sale | | (800) | 123,585 | $1.3800 | $0.00 | $1,104.00 |
| 08/16/21 | Sale | | (800) | 122,785 | $1.3800 | $0.00 | $1,104.00 |
| 08/16/21 | Sale | | (856) | 121,929 | $1.3800 | $0.00 | $1,181.28 |
| 08/16/21 | Sale | | (900) | 121,029 | $1.3900 | $0.00 | $1,251.00 |
| 08/16/21 | Sale | | (900) | 120,129 | $1.3900 | $0.00 | $1,251.00 |
| 08/16/21 | Sale | | (900) | 119,229 | $1.3800 | $0.00 | $1,242.00 |
| 08/16/21 | Sale | | (1,000) | 118,229 | $1.3900 | $0.00 | $1,390.00 |

**Sesen Bio Inc.**
**Cusip (817763105)**
**FIFO**

**Class Period**: 12/21/20-08/17/21
**Shareholde**r: Moises Jacobs (Account 2 -Moises Jacobs IRA Rollover)

| Trade Date | Trans. | No. Bought | No. Sold | No. Remaining | Price | (Cost) | Proceeds |
|---|---|---|---|---|---|---|---|
| 08/16/21 | Sale | | (1,000) | 117,229 | $1.3800 | $0.00 | $1,380.00 |
| 08/16/21 | Sale | | (1,000) | 116,229 | $1.3800 | $0.00 | $1,380.00 |
| 08/16/21 | Sale | | (1,000) | 115,229 | $1.3800 | $0.00 | $1,380.00 |
| 08/16/21 | Sale | | (1,000) | 114,229 | $1.3800 | $0.00 | $1,380.00 |
| 08/16/21 | Sale | | (1,120) | 113,109 | $1.3800 | $0.00 | $1,545.60 |
| 08/16/21 | Sale | | (1,250) | 111,859 | $1.3800 | $0.00 | $1,725.00 |
| 08/16/21 | Sale | | (1,400) | 110,459 | $1.3950 | $0.00 | $1,953.00 |
| 08/16/21 | Sale | | (1,400) | 109,059 | $1.3900 | $0.00 | $1,946.00 |
| 08/16/21 | Sale | | (1,400) | 107,659 | $1.3800 | $0.00 | $1,932.00 |
| 08/16/21 | Sale | | (1,454) | 106,205 | $1.3900 | $0.00 | $2,021.06 |
| 08/16/21 | Sale | | (1,500) | 104,705 | $1.3800 | $0.00 | $2,070.00 |
| 08/16/21 | Sale | | (1,600) | 103,105 | $1.3950 | $0.00 | $2,232.00 |
| 08/16/21 | Sale | | (2,000) | 101,105 | $1.3900 | $0.00 | $2,780.00 |
| 08/16/21 | Sale | | (3,000) | 98,105 | $1.3800 | $0.00 | $4,140.00 |
| 08/16/21 | Sale | | (3,700) | 94,405 | $1.3900 | $0.00 | $5,143.00 |
| 08/16/21 | Sale | | (3,900) | 90,505 | $1.3910 | $0.00 | $5,424.90 |
| 08/16/21 | Sale | | (4,000) | 86,505 | $1.3900 | $0.00 | $5,560.00 |
| 08/16/21 | Sale | | (4,000) | 82,505 | $1.3810 | $0.00 | $5,524.00 |
| 08/16/21 | Sale | | (5,300) | 77,205 | $1.3810 | $0.00 | $7,319.30 |
| 08/16/21 | Sale | | (9,698) | 67,507 | $1.3900 | $0.00 | $13,480.22 |
| 08/16/21 | Sale | | (10,000) | 57,507 | $1.3900 | $0.00 | $13,900.00 |
| 08/16/21 | Sale | | (22,100) | 35,407 | $1.3810 | $0.00 | $30,520.10 |
| 08/16/21 | Sale | | (35,407) | 0 | $1.3800 | $0.00 | $48,861.66 |
| | | | | | | | |
| Totals: | | 140,025 | (140,025) | | | ($518,149) | $193,765 |
| Shares Held: | | | 0 | | | | |
| Total FIFO Loss: | | | ($324,383) | | | | |

**Sesen Bio Inc.**
**Cusip (817763105)**
**LIFO**

**Class Period**: 12/21/20-08/17/21
**Shareholder**: Moises Jacobs (Account 1-Moises Jacobs & Jane Jacobs JTWROS)

| Trade Date | Trans. | No. Bought | No. Sold | No. Remaining | Price | (Cost) | Proceeds |
|---|---|---|---|---|---|---|---|
| **Class Period Sales Applied to Pre-Class Period Holdings** | | | | | | | |
| 12/20/20 | Holdings | | | 628,030 | | | |
| 08/16/21 | Sale | | (1,976) | 626,054 | $1.3600 | $0.00 | $2,687.36 |
| 08/16/21 | Sale | | (27,513) | 598,541 | $1.3500 | $0.00 | $37,142.55 |
| 08/16/21 | Sale | | (29,285) | 569,256 | $1.3700 | $0.00 | $40,120.45 |
| 08/16/21 | Sale | | (31,397) | 537,859 | $1.3600 | $0.00 | $42,699.92 |
| 08/16/21 | Sale | | (33,602) | 504,257 | $1.3700 | $0.00 | $46,034.74 |
| 08/16/21 | Sale | | (36,015) | 468,242 | $1.3600 | $0.00 | $48,980.40 |
| 08/16/21 | Sale | | (38,885) | 429,357 | $1.3600 | $0.00 | $52,883.60 |
| 08/16/21 | Sale | | (46,337) | 383,020 | $1.3500 | $0.00 | $62,554.95 |
| 08/16/21 | Sale | | (49,190) | 333,830 | $1.3500 | $0.00 | $66,406.50 |
| 08/16/21 | Sale | | (63,618) | 270,212 | $1.3500 | $0.00 | $85,884.30 |
| 08/16/21 | Sale | | (68,603) | 201,609 | $1.3500 | $0.00 | $92,614.05 |
| 08/16/21 | Sale | | (81,629) | 119,980 | $1.3500 | $0.00 | $110,199.15 |
| 08/16/21 | Sale | | (99,950) | 20,030 | $1.3600 | $0.00 | $135,932.00 |
| 09/02/21 | Sale- Post Class Period | | (20,030) | 0 | $1.0476 | $0.00 | $20,983.43 |
| **Class Period Trading** | | | | | | | |
| 03/05/21 | Purchase | 9,621 | | 9,621 | $2.3400 | ($22,513.14) | $0.00 |
| 03/05/21 | Purchase | 10,379 | | 20,000 | $2.3500 | ($24,390.65) | $0.00 |
| 03/30/21 | Purchase | 20,000 | | 40,000 | $2.6000 | ($52,000.00) | $0.00 |
| 04/12/21 | Purchase | 20,000 | | 60,000 | $2.3500 | ($47,000.00) | $0.00 |
| 05/14/21 | Purchase | 10,000 | | 70,000 | $2.3300 | ($23,300.00) | $0.00 |
| 05/26/21 | Sale | | (28,000) | 42,000 | $2.9900 | $0.00 | $83,720.00 |
| 08/16/21 | Sale | | (50) | 41,950 | $1.3650 | $0.00 | $68.25 |
| 08/16/21 | Sale | | (367) | 41,583 | $1.3700 | $0.00 | $502.79 |
| 08/16/21 | Sale | | (3,020) | 38,563 | $1.3750 | $0.00 | $4,152.50 |
| 08/16/21 | Sale | | (3,663) | 34,900 | $1.3600 | $0.00 | $4,981.68 |
| 08/16/21 | Sale | | (18,371) | 16,529 | $1.3600 | $0.00 | $24,984.56 |
| 08/16/21 | Sale | | (16,529) | 0 | $1.3600 | $0.00 | $22,479.44 |
| | | | | | | | |
| Totals: | | 70,000 | (70,000) | | | ($169,204) | $140,889 |
| Shares Held: | | | 0 | | | | |
| Total LIFO Loss: | | | ($28,315) | | | | |

**Sesen Bio Inc.**
**Cusip (817763105)**
**FIFO**

**Class Period**: 12/21/20-08/17/21
**Shareholder**: Moises Jacobs (Account 1-Moises Jacobs & Jane Jacobs JTWROS)

| Trade Date | Trans. | No. Bought | No. Sold | No. Remaining | Price | (Cost) | Proceeds |
|---|---|---|---|---|---|---|---|
| | | | **Class Period Sales Applied to Pre-Class Period Holdings** | | | | |
| 12/20/20 | Holdings | | | 628,030 | | | |
| 05/26/21 | Sale | | (28,000) | 600,030 | $2.9900 | $0.00 | $83,720.00 |
| 08/16/21 | Sale | | (50) | 599,980 | $1.3650 | $0.00 | $68.25 |
| 08/16/21 | Sale | | (367) | 599,613 | $1.3700 | $0.00 | $502.79 |
| 08/16/21 | Sale | | (3,020) | 596,593 | $1.3750 | $0.00 | $4,152.50 |
| 08/16/21 | Sale | | (3,663) | 592,930 | $1.3600 | $0.00 | $4,981.68 |
| 08/16/21 | Sale | | (18,371) | 574,559 | $1.3600 | $0.00 | $24,984.56 |
| 08/16/21 | Sale | | (18,505) | 556,054 | $1.3600 | $0.00 | $25,166.80 |
| 08/16/21 | Sale | | (27,513) | 528,541 | $1.3500 | $0.00 | $37,142.55 |
| 08/16/21 | Sale | | (29,285) | 499,256 | $1.3700 | $0.00 | $40,120.45 |
| 08/16/21 | Sale | | (31,397) | 467,859 | $1.3600 | $0.00 | $42,699.92 |
| 08/16/21 | Sale | | (33,602) | 434,257 | $1.3700 | $0.00 | $46,034.74 |
| 08/16/21 | Sale | | (36,015) | 398,242 | $1.3600 | $0.00 | $48,980.40 |
| 08/16/21 | Sale | | (38,885) | 359,357 | $1.3600 | $0.00 | $52,883.60 |
| 08/16/21 | Sale | | (46,337) | 313,020 | $1.3500 | $0.00 | $62,554.95 |
| 08/16/21 | Sale | | (49,190) | 263,830 | $1.3500 | $0.00 | $66,406.50 |
| 08/16/21 | Sale | | (63,618) | 200,212 | $1.3500 | $0.00 | $85,884.30 |
| 08/16/21 | Sale | | (68,603) | 131,609 | $1.3500 | $0.00 | $92,614.05 |
| 08/16/21 | Sale | | (81,629) | 49,980 | $1.3500 | $0.00 | $110,199.15 |
| 08/16/21 | Sale | | (49,980) | 0 | $1.3600 | $0.00 | $67,972.80 |
| | | | **Class Period Trading** | | | | |
| 03/05/21 | Purchase | 9,621 | | 9,621 | $2.3400 | ($22,513.14) | $0.00 |
| 03/05/21 | Purchase | 10,379 | | 20,000 | $2.3500 | ($24,390.65) | $0.00 |
| 03/30/21 | Purchase | 20,000 | | 40,000 | $2.6000 | ($52,000.00) | $0.00 |
| 04/12/21 | Purchase | 20,000 | | 60,000 | $2.3500 | ($47,000.00) | $0.00 |
| 05/14/21 | Purchase | 10,000 | | 70,000 | $2.3300 | ($23,300.00) | $0.00 |
| 08/16/21 | Sale | | (49,970) | 20,030 | $1.3600 | $0.00 | $67,959.20 |
| 09/02/21 | Sale- Post Class Period | | (20,030) | 0 | $1.0476 | $0.00 | $20,983.43 |
| | | | | | | | |
| Totals: | | 70,000 | (70,000) | | | ($169,204) | $88,943 |
| Shares Held: | | | 0 | | | | |
| Total FIFO Loss: | | | ($80,261) | | | | |