UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| RYAN BIBB, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:21-cv-07025-AKH |
|  | : |  |
|  | : | CLASS ACTION |
| Plaintiff, | : |  |
|  | : |  |
| vs. | : |  |
|  | : |  |
| SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES, | : |  |
|  | : |  |
| Defendants. | : |  |
|  | : |  |
| MICHAEL CIZEK, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:21-cv-07309-AKH |
|  | : |  |
|  | : | CLASS ACTION |
| Plaintiff, | : |  |
|  | : |  |
| vs. | : |  |
|  | : |  |
| SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES, | : |  |
|  | : |  |
| Defendants. | : |  |
|  | : |  |
| SCOTT MARKMAN, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:21-cv-08308-AKH |
|  | : |  |
|  | : | CLASS ACTION |
| Plaintiff, | : |  |
|  | : |  |
| vs. | : |  |
|  | : |  |
| SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES, | : |  |
|  | : |  |
| Defendants. | : |  |

NOTICE OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

4814-6444-6463.v1

PLEASE TAKE NOTICE that proposed lead plaintiff Julio C. Hernandez will move this Court, on a date and time as may be designated by the Court, at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl St., New York, NY 10007, for an order pursuant to the Private Securities Litigation Reform Act of 1995 and Rule 42 of the Federal Rules of Civil Procedure consolidating the above-captioned related securities class actions, appointing Mr. Hernandez as Lead Plaintiff, and approving his selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the putative class.   Mr. Hernandez's Motion is based on the accompanying Memorandum of Law and Declaration of David A. Rosenfeld.

DATED:  October 18, 2021                    Respectfully submitted,

                                            ROBBINS GELLER RUDMAN
                                              & DOWD LLP
                                            SAMUEL H. RUDMAN
                                            DAVID A. ROSENFELD


                                                    *s/ David A. Rosenfeld*
                                            DAVID A. ROSENFELD

                                            58 South Service Road, Suite 200
                                            Melville, NY  11747
                                            Telephone:  631/367-7100
                                            631/367-1173 (fax)
                                            srudman@rgrdlaw.com
                                            drosenfeld@rgrdlaw.com

- 1 -

4814-6444-6463.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
JENNIFER N. CARINGAL
MICHAEL ALBERT
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

- 2 -

4814-6444-6463.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 18, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
  & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

4814-6444-6463.v1

# Mailing Information for a Case 1:21-cv-07025-AKH Bibb v. Sesen Bio, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Javier Bleichmar**
  jbleichmar@bfalaw.com

- **Thomas W. Elrod**
  telrod@kmllp.com,ecf@kmllp.com

- **William Bernard Federman**
  wbf@federmanlaw.com,ngb@federmanlaw.com,law@federmanlaw.com

- **Phillip C. Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Gregory Bradley Linkh**
  glinkh@glancylaw.com,info@glancylaw.com,greg-linkh-2000@ecf.pacerpro.com

- **Kim Elaine Miller**
  kim.miller@ksfcounsel.com,dawn.hartman@ksfcounsel.com,kimmiller225@yahoo.com

- **Justin Solomon Nematzadeh**
  justin.nematzadeh@gmail.com,2642722420@filings.docketbird.com

- **William Michael Regan**
  william.regan@hoganlovells.com,bill-regan-0012@ecf.pacerpro.com,douglas.crosno@hoganlovells.com,nymanagingclerk@hoganlovells.com

- **Joseph J. Tabacco , Jr**
  jtabacco@bermantabacco.com,ysoboleva@bermantabacco.com

- **Allison Michele Wuertz**
  allison.wuertz@hoganlovells.com,nymanagingclerk@hoganlovells.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)