# EXHIBIT 3

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| Julio C. Hernandez | 02/26/2021 | 1,500 | $2.53 | $3,793.20 | 08/13/2021 | 274,888 | $0.78 | $214,412.64 | |
| | 03/15/2021 | 200 | $2.79 | $557.00 | | | | | |
| | 03/15/2021 | 1,300 | $2.79 | $3,627.00 | | | | | |
| | 03/15/2021 | 300 | $2.79 | $837.00 | | | | | |
| | 03/15/2021 | 200 | $2.79 | $558.00 | | | | | |
| | 03/15/2021 | 200 | $2.79 | $558.00 | | | | | |
| | 03/15/2021 | 2,447 | $2.79 | $6,827.13 | | | | | |
| | 03/15/2021 | 6,300 | $2.80 | $17,633.70 | | | | | |
| | 03/15/2021 | 2,253 | $2.80 | $6,308.40 | | | | | |
| | 04/19/2021 | 6,800 | $2.22 | $15,087.16 | | | | | |
| | 04/26/2021 | 670 | $2.97 | $1,989.90 | | | | | |
| | 04/30/2021 | 100 | $2.84 | $284.00 | | | | | |
| | 04/30/2021 | 200 | $2.84 | $568.00 | | | | | |
| | 04/30/2021 | 200 | $2.84 | $568.00 | | | | | |
| | 04/30/2021 | 100 | $2.84 | $284.00 | | | | | |
| | 04/30/2021 | 200 | $2.84 | $568.00 | | | | | |
| | 04/30/2021 | 1,500 | $2.84 | $4,260.00 | | | | | |
| | 04/30/2021 | 400 | $2.84 | $1,136.00 | | | | | |
| | 04/30/2021 | 796 | $2.84 | $2,260.64 | | | | | |
| | 04/30/2021 | 204 | $2.84 | $579.36 | | | | | |
| | 04/30/2021 | 200 | $2.84 | $568.00 | | | | | |
| | 04/30/2021 | 396 | $2.84 | $1,124.64 | | | | | |
| | 04/30/2021 | 200 | $2.84 | $568.00 | | | | | |
| | 04/30/2021 | 800 | $2.84 | $2,272.00 | | | | | |
| | 04/30/2021 | 400 | $2.84 | $1,136.00 | | | | | |
| | 04/30/2021 | 200 | $2.84 | $568.00 | | | | | |
| | 04/30/2021 | 2,204 | $2.84 | $6,259.36 | | | | | |
| | 04/30/2021 | 200 | $2.84 | $568.00 | | | | | |
| | 04/30/2021 | 100 | $2.84 | $284.00 | | | | | |
| | 04/30/2021 | 596 | $2.84 | $1,692.64 | | | | | |
| | 04/30/2021 | 700 | $2.84 | $1,988.00 | | | | | |
| | 04/30/2021 | 200 | $2.84 | $568.00 | | | | | |
| | 04/30/2021 | 104 | $2.84 | $295.36 | | | | | |
| | 05/10/2021 | 13,000 | $2.55 | $33,143.50 | | | | | |
| | 05/10/2021 | 1,200 | $2.54 | $3,045.72 | | | | | |
| | 05/20/2021 | 27,000 | $2.89 | $78,030.00 | | | | | |
| | 05/20/2021 | 1,000 | $2.89 | $2,888.30 | | | | | |
| | 05/21/2021 | 4,400 | $2.88 | $12,672.00 | | | | | |
| | 05/21/2021 | 4,600 | $2.88 | $13,248.00 | | | | | |
| | 05/21/2021 | 100 | $2.93 | $293.00 | | | | | |
| | 05/21/2021 | 10,900 | $2.93 | $31,937.00 | | | | | |
| | 05/21/2021 | 100 | $2.92 | $291.96 | | | | | |
| | 05/21/2021 | 10,900 | $2.92 | $31,828.00 | | | | | |
| | 05/25/2021 | 8,500 | $3.04 | $25,840.00 | | | | | |
| | 05/27/2021 | 1,550 | $3.19 | $4,940.47 | | | | | |
| | 05/27/2021 | 5,000 | $3.18 | $15,892.50 | | | | | |
| | 05/27/2021 | 5,000 | $3.16 | $15,792.00 | | | | | |
| | 05/27/2021 | 5,000 | $3.14 | $15,694.50 | | | | | |
| | 05/28/2021 | 15,000 | $3.39 | $50,850.00 | | | | | |

| Date | Shares | Price | Amount |
|---|---|---|---|
| 05/28/2021 | 100 | $3.39 | $339.00 |
| 05/28/2021 | 200 | $3.39 | $678.00 |
| 05/28/2021 | 200 | $3.39 | $678.00 |
| 05/28/2021 | 200 | $3.39 | $678.00 |
| 05/28/2021 | 100 | $3.39 | $339.00 |
| 05/28/2021 | 100 | $3.39 | $339.00 |
| 05/28/2021 | 100 | $3.39 | $339.00 |
| 06/08/2021 | 100 | $4.06 | $405.50 |
| 06/08/2021 | 100 | $4.06 | $405.50 |
| 06/08/2021 | 19,800 | $4.06 | $80,388.00 |
| 06/08/2021 | 3,500 | $4.05 | $14,175.00 |
| 06/08/2021 | 200 | $4.07 | $813.68 |
| 06/11/2021 | 100 | $4.15 | $414.50 |
| 06/11/2021 | 100 | $4.15 | $414.50 |
| 06/11/2021 | 10,800 | $4.15 | $44,820.00 |
| 06/14/2021 | 11,000 | $4.27 | $46,968.90 |
| 06/14/2021 | 670 | $4.27 | $2,859.09 |
| 06/17/2021 | 100 | $4.50 | $449.50 |
| 06/17/2021 | 300 | $4.50 | $1,348.50 |
| 06/17/2021 | 8,600 | $4.50 | $38,657.00 |
| 06/17/2021 | 800 | $4.48 | $3,580.00 |
| 06/17/2021 | 1,100 | $4.48 | $4,928.00 |
| 06/18/2021 | 5,000 | $4.45 | $22,250.00 |
| 06/23/2021 | 340 | $4.09 | $1,390.60 |
| 07/02/2021 | 100 | $4.29 | $428.50 |
| 07/02/2021 | 100 | $4.29 | $428.50 |
| 07/02/2021 | 3,840 | $4.29 | $16,454.40 |
| 07/02/2021 | 1,818 | $4.29 | $7,790.13 |
| 08/05/2021 | 8,208 | $4.15 | $34,063.20 |
| 08/05/2021 | 27,792 | $4.15 | $115,334.02 |
| 08/12/2021 | 100 | $4.93 | $493.00 |
| 08/12/2021 | 999 | $4.93 | $4,925.07 |
| 08/12/2021 | 201 | $4.93 | $990.93 |
| 08/12/2021 | 200 | $4.93 | $986.00 |
| 08/12/2021 | 600 | $4.93 | $2,958.00 |
| 08/12/2021 | 100 | $4.93 | $493.00 |
| 08/12/2021 | 1 | $4.93 | $4.93 |
| 08/12/2021 | 50 | $4.93 | $246.50 |
| 08/12/2021 | 20,749 | $4.94 | $102,500.06 |
| 08/12/2021 | 1,000 | $4.92 | $4,920.00 |

| **Movant's Total** | **274,888** | **$983,237.95** | **274,888** | **$214,412.64** | **($768,825.31)** |

Prices listed are rounded up to two decimal places.