**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RYAN BIBB, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:21-cv-07025-AKH |
| Plaintiff, | |
| v. | |
| SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES, | |
| Defendants. | |
| MICHAEL CIZEK, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:21-cv-07309-AKH |
| Plaintiff, | |
| v. | |
| SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES, | |
| Defendants. | |
| SCOTT MARKMAN, individually and on behalf of all others similarly situated, | Case No. 1:21-cv-08308-AKH |
| Plaintiff, | |
| v. | |
| SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES, | |
| Defendants. | |

**DECLARATION OF GREGORY B. LINKH IN SUPPORT OF RYAN BIBB, RODNEY SAMAAN, LIONEL DRESHAJ, AND BENJAMIN DRESHAJ'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

I, Gregory B. Linkh, hereby declare as follows:

1. I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movant Ryan Bibb, Rodney Samaan, Lionel Dreshaj, and Benjamin Dreshaj (the "Sesen Investor Group") and proposed Lead Counsel for the Class in the above-captioned actions. I make this declaration in support of the Sesen Investor Group's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as the exhibits are true and correct copies of the following:

Exhibit 1: Press release published August 19, 2021 on *Business Wire*, announcing the pendency of the first-filed securities class action against the defendants herein;

Exhibit 2: The Sesen Investor Group members' Signed PSLRA Certifications;

Exhibit 3: Financial Interest Analysis of the Sesen Investor Group as a result of the members' transactions in Sesen Bio, Inc. securities;

Exhibit 4: Joint Declaration of Ryan Bibb, Rodney Samaan, Lionel Dreshaj, and Benjamin Dreshaj in Support of Their Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel; and

Exhibit 5: Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 18th day of October 2021.

*/s/ Gregory B. Linkh*
Gregory B. Linkh

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On October 18, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 18, 2021, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh