# EXHIBIT 3

| Summary of Movants' Financial Interest in Sesen Bio, Inc. Securities | |
| --- | --- |
| Ryan Bibb: | -$418,330.70 |
| Rodney Samaan: | -$417,590.40 |
| Lionel Dreshaj: | -$196,706.56 |
| Benjamin Dreshaj: | -$151,791.26 |
| **Financial Interest Total:** | **-$1,184,418.92** |

# Financial Interest Analysis

**Company Name:** Sesen Bio, Inc.
**Ticker:** SESN
**Class Period:** December 21, 2020 to August 17, 2021

**Name:** Ryan Bibb

| Date | Shares | Price Bought | Common Stock Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 5/5/2021 | 319.3418 | $2.8700 | -$916.5109 | | $0.0000 | -$916.51 |
| 5/5/2021 | 534.7594 | $2.8100 | -$1,502.6738 | | $0.0000 | -$1,502.67 |
| 5/7/2021 | 37.7430 | $2.6500 | -$100.0189 | | $0.0000 | -$100.02 |
| 5/7/2021 | 37.7615 | $2.6500 | -$100.0680 | | $0.0000 | -$100.07 |
| 5/10/2021 | 203.2519 | $2.4600 | -$499.9997 | | $0.0000 | -$500.00 |
| 5/12/2021 | 296.2963 | $2.4300 | -$720.0000 | | $0.0000 | -$720.00 |
| 5/13/2021 | 113.8004 | $2.3600 | -$268.5690 | | $0.0000 | -$268.57 |
| 5/20/2021 | 50.0000 | $2.9300 | -$146.5000 | | $0.0000 | -$146.50 |
| 5/20/2021 | 8.0000 | $2.9300 | -$23.4400 | | $0.0000 | -$23.44 |
| 5/25/2021 | 69.2064 | $2.8900 | -$200.0066 | | $0.0000 | -$200.01 |
| 5/25/2021 | 72.6988 | $2.9100 | -$211.5535 | | $0.0000 | -$211.55 |
| 5/26/2021 | 5.0000 | $3.0100 | -$15.0500 | | $0.0000 | -$15.05 |
| 5/26/2021 | 2.0000 | $2.9700 | -$5.9400 | | $0.0000 | -$5.94 |
| 5/26/2021 | 1.0000 | $2.9900 | -$2.9900 | | $0.0000 | -$2.99 |
| 5/26/2021 | 1.0000 | $2.9800 | -$2.9800 | | $0.0000 | -$2.98 |
| 5/26/2021 | 200.0000 | $2.9300 | -$586.0000 | | $0.0000 | -$586.00 |
| 5/27/2021 | 20.1478 | $2.9800 | -$60.0403 | | $0.0000 | -$60.04 |
| 5/27/2021 | 635.5954 | $3.0700 | -$1,951.2778 | | $0.0000 | -$1,951.28 |
| 5/27/2021 | 136.9522 | $3.0700 | -$420.4433 | | $0.0000 | -$420.44 |
| 5/27/2021 | 172.7534 | $3.1000 | -$535.5355 | | $0.0000 | -$535.54 |
| 5/27/2021 | 380.9549 | $3.1500 | -$1,200.0078 | | $0.0000 | -$1,200.01 |
| 5/27/2021 | 101.5873 | $3.1500 | -$320.0000 | | $0.0000 | -$320.00 |
| 5/27/2021 | 1.0000 | $3.1500 | -$3.1500 | | $0.0000 | -$3.15 |
| 6/1/2021 | 1.0000 | $3.5500 | -$3.5500 | | $0.0000 | -$3.55 |
| 6/1/2021 | 1.0000 | $3.5100 | -$3.5100 | | $0.0000 | -$3.51 |
| 6/1/2021 | 173.0475 | $3.7100 | -$642.0064 | | $0.0000 | -$642.01 |
| 6/2/2021 | 90.8870 | $3.7000 | -$336.2817 | | $0.0000 | -$336.28 |
| 6/2/2021 | 90.0000 | $3.7400 | -$336.6000 | | $0.0000 | -$336.60 |
| 6/2/2021 | 1.0000 | $3.7000 | -$3.7000 | | $0.0000 | -$3.70 |
| 6/3/2021 | 80.0000 | $3.6000 | -$288.0000 | | $0.0000 | -$288.00 |
| 6/3/2021 | 1.0000 | $3.6100 | -$3.6100 | | $0.0000 | -$3.61 |
| 6/3/2021 | 1.0000 | $3.6400 | -$3.6400 | | $0.0000 | -$3.64 |
| 6/3/2021 | 80.0000 | $3.6500 | -$292.0000 | | $0.0000 | -$292.00 |
| 6/3/2021 | 15.0000 | $3.6500 | -$54.7500 | | $0.0000 | -$54.75 |

## Financial Interest Analysis

| Date | Shares | Price | Amount | | Value | Total |
|---|---|---|---|---|---|---|
| 6/3/2021 | 50.0000 | $3.6600 | -$183.0000 | | $0.0000 | -$183.00 |
| 6/3/2021 | 15.0000 | $3.7500 | -$56.2500 | | $0.0000 | -$56.25 |
| 6/4/2021 | 200.0000 | $3.7000 | -$740.0000 | | $0.0000 | -$740.00 |
| 6/4/2021 | 47.0000 | $3.6900 | -$173.4300 | | $0.0000 | -$173.43 |
| 6/4/2021 | 50.0000 | $3.6600 | -$183.0000 | | $0.0000 | -$183.00 |
| 6/4/2021 | 200.0000 | $3.7000 | -$740.0000 | | $0.0000 | -$740.00 |
| 6/4/2021 | 50.0000 | $3.7200 | -$186.0000 | | $0.0000 | -$186.00 |
| 6/4/2021 | 50.0000 | $3.7300 | -$186.5000 | | $0.0000 | -$186.50 |
| 6/4/2021 | 50.0000 | $3.7400 | -$187.0000 | | $0.0000 | -$187.00 |
| 6/4/2021 | 50.0000 | $3.7600 | -$188.0000 | | $0.0000 | -$188.00 |
| 6/4/2021 | 50.0000 | $3.7500 | -$187.5000 | | $0.0000 | -$187.50 |
| 6/7/2021 | 100.0000 | $3.8000 | -$380.0000 | | $0.0000 | -$380.00 |
| 6/7/2021 | 20.0000 | $3.9500 | -$79.0000 | | $0.0000 | -$79.00 |
| 6/7/2021 | 25.0000 | $3.9100 | -$97.7500 | | $0.0000 | -$97.75 |
| 6/7/2021 | 100.0000 | $3.9900 | -$399.0000 | | $0.0000 | -$399.00 |
| 6/7/2021 | 75.0000 | $4.0000 | -$300.0000 | | $0.0000 | -$300.00 |
| 6/7/2021 | 20.0000 | $3.9400 | -$78.8000 | | $0.0000 | -$78.80 |
| 6/8/2021 | 1.0000 | $4.0800 | -$4.0800 | | $0.0000 | -$4.08 |
| 6/8/2021 | 4,000.0000 | $4.0500 | -$16,200.0000 | | $0.0000 | -$16,200.00 |
| 6/8/2021 | 500.0000 | $4.0000 | -$2,000.0000 | | $0.0000 | -$2,000.00 |
| 6/8/2021 | 12.0000 | $4.0200 | -$48.2400 | | $0.0000 | -$48.24 |
| 6/9/2021 | 200.0000 | $4.0600 | -$812.0000 | | $0.0000 | -$812.00 |
| 6/9/2021 | 100.0000 | $4.0400 | -$404.0000 | | $0.0000 | -$404.00 |
| 6/9/2021 | 500.0000 | $4.1000 | -$2,050.0000 | | $0.0000 | -$2,050.00 |
| 6/10/2021 | 94.0000 | $4.0500 | -$380.7000 | | $0.0000 | -$380.70 |
| 6/15/2021 | 1,000.0000 | $4.1400 | -$4,140.0000 | | $0.0000 | -$4,140.00 |
| 6/17/2021 | 7,646.0000 | $4.5700 | -$34,942.2200 | | $0.0000 | -$34,942.22 |
| 6/17/2021 | 20.0000 | $4.5500 | -$91.0000 | | $0.0000 | -$91.00 |
| 6/17/2021 | 50.0000 | $4.5000 | -$225.0000 | | $0.0000 | -$225.00 |
| 6/17/2021 | 0.4449 | $4.5000 | -$2.0022 | | $0.0000 | -$2.00 |
| 6/18/2021 | 828.0000 | $4.4400 | -$3,676.3200 | | $0.0000 | -$3,676.32 |
| 6/21/2021 | 500.0000 | $4.2700 | -$2,135.0000 | | $0.0000 | -$2,135.00 |
| 6/21/2021 | 500.0000 | $4.2500 | -$2,125.0000 | | $0.0000 | -$2,125.00 |
| 6/21/2021 | 1,000.0000 | $4.2000 | -$4,200.0000 | | $0.0000 | -$4,200.00 |
| 6/21/2021 | 200.0000 | $4.2600 | -$852.0000 | | $0.0000 | -$852.00 |
| 6/21/2021 | 1,000.0000 | $4.1500 | -$4,150.0000 | | $0.0000 | -$4,150.00 |
| 6/21/2021 | 500.0000 | $4.2300 | -$2,115.0000 | | $0.0000 | -$2,115.00 |
| 6/21/2021 | 200.0000 | $4.2400 | -$848.0000 | | $0.0000 | -$848.00 |
| 6/21/2021 | 1,000.0000 | $4.2100 | -$4,210.0000 | | $0.0000 | -$4,210.00 |
| 6/21/2021 | 200.0000 | $4.2800 | -$856.0000 | | $0.0000 | -$856.00 |
| 6/21/2021 | 200.0000 | $4.2700 | -$854.0000 | | $0.0000 | -$854.00 |

## Financial Interest Analysis

| | | | | | |
|---|---|---|---|---|---|
| 6/21/2021 | 500.0000 | $4.2600 | -$2,130.0000 | $0.0000 | -$2,130.00 |
| 6/21/2021 | 25.0000 | $4.3500 | -$108.7500 | $0.0000 | -$108.75 |
| 6/21/2021 | 25.0000 | $4.3400 | -$108.5000 | $0.0000 | -$108.50 |
| 6/21/2021 | 25.0000 | $4.3300 | -$108.2500 | $0.0000 | -$108.25 |
| 6/21/2021 | 25.0000 | $4.3200 | -$108.0000 | $0.0000 | -$108.00 |
| 6/21/2021 | 50.0000 | $4.3000 | -$215.0000 | $0.0000 | -$215.00 |
| 6/21/2021 | 25.0000 | $4.4300 | -$110.7500 | $0.0000 | -$110.75 |
| 6/21/2021 | 25.0000 | $4.4000 | -$110.0000 | $0.0000 | -$110.00 |
| 6/21/2021 | 250.0000 | $4.4300 | -$1,107.5000 | $0.0000 | -$1,107.50 |
| 6/21/2021 | 25.0000 | $4.4200 | -$110.5000 | $0.0000 | -$110.50 |
| 6/21/2021 | 25.0000 | $4.4200 | -$110.5000 | $0.0000 | -$110.50 |
| 6/21/2021 | 25.0000 | $4.4300 | -$110.7500 | $0.0000 | -$110.75 |
| 6/21/2021 | 250.0000 | $4.5100 | -$1,127.5000 | $0.0000 | -$1,127.50 |
| 6/21/2021 | 75.0000 | $4.5200 | -$339.0000 | $0.0000 | -$339.00 |
| 6/21/2021 | 25.0000 | $4.5400 | -$113.5000 | $0.0000 | -$113.50 |
| 6/21/2021 | 25.0000 | $4.5400 | -$113.5000 | $0.0000 | -$113.50 |
| 6/21/2021 | 50.0000 | $4.4500 | -$222.5000 | $0.0000 | -$222.50 |
| 6/21/2021 | 25.0000 | $4.4600 | -$111.5000 | $0.0000 | -$111.50 |
| 6/21/2021 | 20.0000 | $4.4800 | -$89.6000 | $0.0000 | -$89.60 |
| 6/21/2021 | 35.0000 | $4.4000 | -$154.0000 | $0.0000 | -$154.00 |
| 6/21/2021 | 50.0000 | $4.3400 | -$217.0000 | $0.0000 | -$217.00 |
| 6/21/2021 | 20.0000 | $4.3500 | -$87.0000 | $0.0000 | -$87.00 |
| 6/21/2021 | 25.0000 | $4.4200 | -$110.5000 | $0.0000 | -$110.50 |
| 6/21/2021 | 20.0000 | $4.3600 | -$87.2000 | $0.0000 | -$87.20 |
| 6/21/2021 | 25.0000 | $4.2900 | -$107.2500 | $0.0000 | -$107.25 |
| 6/21/2021 | 20.0000 | $4.3400 | -$86.8000 | $0.0000 | -$86.80 |
| 6/21/2021 | 30.0000 | $4.3000 | -$129.0000 | $0.0000 | -$129.00 |
| 6/21/2021 | 35.0000 | $4.2900 | -$150.1500 | $0.0000 | -$150.15 |
| 6/21/2021 | 100.0000 | $4.2600 | -$426.0000 | $0.0000 | -$426.00 |
| 6/21/2021 | 15.0000 | $4.3300 | -$64.9500 | $0.0000 | -$64.95 |
| 6/21/2021 | 10.0000 | $4.3200 | -$43.2000 | $0.0000 | -$43.20 |
| 6/21/2021 | 50.0000 | $4.2700 | -$213.5000 | $0.0000 | -$213.50 |
| 6/21/2021 | 750.0000 | $4.2700 | -$3,202.5000 | $0.0000 | -$3,202.50 |
| 6/21/2021 | 1,000.0000 | $4.2300 | -$4,230.0000 | $0.0000 | -$4,230.00 |
| 6/21/2021 | 50.0000 | $4.3200 | -$216.0000 | $0.0000 | -$216.00 |
| 6/21/2021 | 50.0000 | $4.2900 | -$214.5000 | $0.0000 | -$214.50 |
| 6/21/2021 | 20.0000 | $4.3100 | -$86.2000 | $0.0000 | -$86.20 |
| 6/21/2021 | 50.0000 | $4.2800 | -$214.0000 | $0.0000 | -$214.00 |
| 6/21/2021 | 500.0000 | $4.3200 | -$2,160.0000 | $0.0000 | -$2,160.00 |
| 6/21/2021 | 250.0000 | $4.3500 | -$1,087.5000 | $0.0000 | -$1,087.50 |
| 6/21/2021 | 500.0000 | $4.3400 | -$2,170.0000 | $0.0000 | -$2,170.00 |

## Financial Interest Analysis

| | | | | | |
|---|---|---|---|---|---|
| 6/21/2021 | 25.0000 | $4.3400 | -$108.5000 | $0.0000 | -$108.50 |
| 6/21/2021 | 30.0000 | $4.3300 | -$129.9000 | $0.0000 | -$129.90 |
| 6/21/2021 | 50.0000 | $4.2600 | -$213.0000 | $0.0000 | -$213.00 |
| 6/21/2021 | 250.0000 | $4.2500 | -$1,062.5000 | $0.0000 | -$1,062.50 |
| 6/21/2021 | 100.0000 | $4.2600 | -$426.0000 | $0.0000 | -$426.00 |
| 6/21/2021 | 1,000.0000 | $4.2500 | -$4,250.0000 | $0.0000 | -$4,250.00 |
| 6/21/2021 | 500.0000 | $4.2200 | -$2,110.0000 | $0.0000 | -$2,110.00 |
| 6/21/2021 | 250.0000 | $4.2300 | -$1,057.5000 | $0.0000 | -$1,057.50 |
| 6/21/2021 | 250.0000 | $4.2400 | -$1,060.0000 | $0.0000 | -$1,060.00 |
| 6/21/2021 | 150.0000 | $4.2100 | -$631.5000 | $0.0000 | -$631.50 |
| 6/21/2021 | 500.0000 | $4.2000 | -$2,100.0000 | $0.0000 | -$2,100.00 |
| 6/21/2021 | 1,500.0000 | $4.1700 | -$6,255.0000 | $0.0000 | -$6,255.00 |
| 6/21/2021 | 1,000.0000 | $4.2200 | -$4,220.0000 | $0.0000 | -$4,220.00 |
| 6/21/2021 | 50.0000 | $4.1900 | -$209.5000 | $0.0000 | -$209.50 |
| 6/21/2021 | 200.0000 | $4.2200 | -$844.0000 | $0.0000 | -$844.00 |
| 6/21/2021 | 1,000.0000 | $4.2300 | -$4,230.0000 | $0.0000 | -$4,230.00 |
| 6/21/2021 | 500.0000 | $4.2300 | -$2,115.0000 | $0.0000 | -$2,115.00 |
| 6/21/2021 | 500.0000 | $4.2100 | -$2,105.0000 | $0.0000 | -$2,105.00 |
| 6/21/2021 | 250.0000 | $4.1400 | -$1,035.0000 | $0.0000 | -$1,035.00 |
| 6/21/2021 | 50.0000 | $4.1500 | -$207.5000 | $0.0000 | -$207.50 |
| 6/21/2021 | 125.0000 | $4.0800 | -$510.0000 | $0.0000 | -$510.00 |
| 6/21/2021 | 50.0000 | $4.1500 | -$207.5000 | $0.0000 | -$207.50 |
| 6/21/2021 | 100.0000 | $4.1000 | -$410.0000 | $0.0000 | -$410.00 |
| 6/21/2021 | 50.0000 | $4.0900 | -$204.5000 | $0.0000 | -$204.50 |
| 6/22/2021 | 25.0000 | $4.0800 | -$102.0000 | $0.0000 | -$102.00 |
| 6/22/2021 | 25.0000 | $4.1200 | -$103.0000 | $0.0000 | -$103.00 |
| 6/22/2021 | 50.0000 | $4.1000 | -$205.0000 | $0.0000 | -$205.00 |
| 6/22/2021 | 20.0000 | $4.1400 | -$82.8000 | $0.0000 | -$82.80 |
| 6/23/2021 | 1,000.0000 | $4.0700 | -$4,070.0000 | $0.0000 | -$4,070.00 |
| 6/23/2021 | 500.0000 | $4.0800 | -$2,040.0000 | $0.0000 | -$2,040.00 |
| 6/23/2021 | 250.0000 | $4.1000 | -$1,025.0000 | $0.0000 | -$1,025.00 |
| 6/23/2021 | 100.0000 | $4.1200 | -$412.0000 | $0.0000 | -$412.00 |
| 6/23/2021 | 500.0000 | $4.1500 | -$2,075.0000 | $0.0000 | -$2,075.00 |
| 6/23/2021 | 150.0000 | $4.1600 | -$624.0000 | $0.0000 | -$624.00 |
| 6/23/2021 | 200.0000 | $4.2000 | -$840.0000 | $0.0000 | -$840.00 |
| 6/23/2021 | 1,250.0000 | $4.1300 | -$5,162.5000 | $0.0000 | -$5,162.50 |
| 6/23/2021 | 100.0000 | $4.1700 | -$417.0000 | $0.0000 | -$417.00 |
| 6/23/2021 | 200.0000 | $4.1200 | -$824.0000 | $0.0000 | -$824.00 |
| 6/23/2021 | 1,000.0000 | $4.0700 | -$4,070.0000 | $0.0000 | -$4,070.00 |
| 6/25/2021 | 100.0000 | $4.1500 | -$415.0000 | $0.0000 | -$415.00 |
| 6/25/2021 | 100.0000 | $4.1700 | -$417.0000 | $0.0000 | -$417.00 |

Financial Interest Analysis

| Date | Shares | Price | Amount | | Value |
|---|---|---|---|---|---|
| 6/28/2021 | 1,553.0000 | $4.3800 | -$6,802.1400 | $0.0000 | -$6,802.14 |
| 6/29/2021 | 200.0000 | $4.6700 | -$934.0000 | $0.0000 | -$934.00 |
| 6/30/2021 | 590.0000 | $4.5800 | -$2,702.2000 | $0.0000 | -$2,702.20 |
| 7/1/2021 | 1.0000 | $4.6100 | -$4.6100 | $0.0000 | -$4.61 |
| 7/1/2021 | 4.0000 | $4.5400 | -$18.1600 | $0.0000 | -$18.16 |
| 7/2/2021 | 100.0000 | $4.3800 | -$438.0000 | $0.0000 | -$438.00 |
| 7/2/2021 | 100.0000 | $4.3700 | -$437.0000 | $0.0000 | -$437.00 |
| 7/2/2021 | 100.0000 | $4.3600 | -$436.0000 | $0.0000 | -$436.00 |
| 7/2/2021 | 100.0000 | $4.3500 | -$435.0000 | $0.0000 | -$435.00 |
| 7/2/2021 | 100.0000 | $4.4300 | -$443.0000 | $0.0000 | -$443.00 |
| 7/2/2021 | 100.0000 | $4.4200 | -$442.0000 | $0.0000 | -$442.00 |
| 7/2/2021 | 500.0000 | $4.4400 | -$2,220.0000 | $0.0000 | -$2,220.00 |
| 7/2/2021 | 472.0000 | $4.2900 | -$2,024.8800 | $0.0000 | -$2,024.88 |
| 7/2/2021 | 23,752.5146 | $4.2800 | -$101,660.7626 | $0.0000 | -$101,660.76 |
| 7/2/2021 | 2,000.0000 | $4.2800 | -$8,560.0000 | $0.0000 | -$8,560.00 |
| 7/2/2021 | 500.0000 | $4.2900 | -$2,145.0000 | $0.0000 | -$2,145.00 |
| 7/2/2021 | 1,000.0000 | $4.3000 | -$4,300.0000 | $0.0000 | -$4,300.00 |
| 7/2/2021 | 2,000.0000 | $4.3000 | -$8,600.0000 | $0.0000 | -$8,600.00 |
| 7/2/2021 | 250.0000 | $4.2800 | -$1,070.0000 | $0.0000 | -$1,070.00 |
| 7/2/2021 | 500.0000 | $4.2400 | -$2,120.0000 | $0.0000 | -$2,120.00 |
| 7/2/2021 | 100.0000 | $4.2600 | -$426.0000 | $0.0000 | -$426.00 |
| 7/2/2021 | 500.0000 | $4.2700 | -$2,135.0000 | $0.0000 | -$2,135.00 |
| 7/2/2021 | 1,000.0000 | $4.2300 | -$4,230.0000 | $0.0000 | -$4,230.00 |
| 7/2/2021 | 100.0000 | $4.2800 | -$428.0000 | $0.0000 | -$428.00 |
| 7/2/2021 | 1,000.0000 | $4.3300 | -$4,330.0000 | $0.0000 | -$4,330.00 |
| 7/2/2021 | 500.0000 | $4.3200 | -$2,160.0000 | $0.0000 | -$2,160.00 |
| 7/2/2021 | 500.0000 | $4.3300 | -$2,165.0000 | $0.0000 | -$2,165.00 |
| 7/2/2021 | 500.0000 | $4.3500 | -$2,175.0000 | $0.0000 | -$2,175.00 |
| 7/2/2021 | 1,000.0000 | $4.2800 | -$4,280.0000 | $0.0000 | -$4,280.00 |
| 7/6/2021 | 50.0000 | $4.3100 | -$215.5000 | $0.0000 | -$215.50 |
| 7/6/2021 | 50.0000 | $4.2600 | -$213.0000 | $0.0000 | -$213.00 |
| 7/6/2021 | 50.0000 | $4.2700 | -$213.5000 | $0.0000 | -$213.50 |
| 7/6/2021 | 2,000.0000 | $4.2100 | -$8,420.0000 | $0.0000 | -$8,420.00 |
| 7/6/2021 | 300.0000 | $4.1600 | -$1,248.0000 | $0.0000 | -$1,248.00 |
| 7/6/2021 | 100.0000 | $4.1700 | -$417.0000 | $0.0000 | -$417.00 |
| 7/6/2021 | 400.0000 | $4.1100 | -$1,644.0000 | $0.0000 | -$1,644.00 |
| 7/6/2021 | 500.0000 | $4.0900 | -$2,045.0000 | $0.0000 | -$2,045.00 |
| 7/6/2021 | 150.0000 | $4.1500 | -$622.5000 | $0.0000 | -$622.50 |
| 7/6/2021 | 150.0000 | $4.1100 | -$616.5000 | $0.0000 | -$616.50 |
| 7/6/2021 | 400.0000 | $4.0600 | -$1,624.0000 | $0.0000 | -$1,624.00 |
| 7/6/2021 | 250.0000 | $4.0600 | -$1,015.0000 | $0.0000 | -$1,015.00 |

## Financial Interest Analysis

| | | | | | |
|---|---|---|---|---|---|
| 7/6/2021 | 150.0000 | $4.0800 | -$612.0000 | $0.0000 | -$612.00 |
| 7/6/2021 | 100.0000 | $4.1500 | -$415.0000 | $0.0000 | -$415.00 |
| 7/6/2021 | 5,000.0000 | $4.0700 | -$20,350.0000 | $0.0000 | -$20,350.00 |
| 7/6/2021 | 200.0000 | $4.1000 | -$820.0000 | $0.0000 | -$820.00 |
| 7/6/2021 | 1,000.0000 | $4.0900 | -$4,090.0000 | $0.0000 | -$4,090.00 |
| 7/6/2021 | 50.0000 | $4.1300 | -$206.5000 | $0.0000 | -$206.50 |
| 7/6/2021 | 1,000.0000 | $4.0500 | -$4,050.0000 | $0.0000 | -$4,050.00 |
| 7/6/2021 | 500.0000 | $4.0600 | -$2,030.0000 | $0.0000 | -$2,030.00 |
| 7/6/2021 | 250.0000 | $4.0700 | -$1,017.5000 | $0.0000 | -$1,017.50 |
| 7/6/2021 | 25.0000 | $4.0900 | -$102.2500 | $0.0000 | -$102.25 |
| 7/6/2021 | 500.0000 | $4.1400 | -$2,070.0000 | $0.0000 | -$2,070.00 |
| 7/6/2021 | 25.0000 | $4.1000 | -$102.5000 | $0.0000 | -$102.50 |
| 7/6/2021 | 25.0000 | $4.1400 | -$103.5000 | $0.0000 | -$103.50 |
| 7/6/2021 | 100.0000 | $4.1000 | -$410.0000 | $0.0000 | -$410.00 |
| 7/7/2021 | 25.0000 | $4.0400 | -$101.0000 | $0.0000 | -$101.00 |
| 7/7/2021 | 2,000.0000 | $4.0100 | -$8,020.0000 | $0.0000 | -$8,020.00 |
| 7/7/2021 | 200.0000 | $4.0400 | -$808.0000 | $0.0000 | -$808.00 |
| 7/7/2021 | 100.0000 | $4.0700 | -$407.0000 | $0.0000 | -$407.00 |
| 7/7/2021 | 150.0000 | $4.0200 | -$603.0000 | $0.0000 | -$603.00 |
| 7/7/2021 | 200.0000 | $3.9800 | -$796.0000 | $0.0000 | -$796.00 |
| 7/7/2021 | 200.0000 | $3.9500 | -$790.0000 | $0.0000 | -$790.00 |
| 7/7/2021 | 400.0000 | $3.9100 | -$1,564.0000 | $0.0000 | -$1,564.00 |
| 7/7/2021 | 25.0000 | $3.9300 | -$98.2500 | $0.0000 | -$98.25 |
| 7/7/2021 | 25.0000 | $3.8600 | -$96.5000 | $0.0000 | -$96.50 |
| 7/7/2021 | 25.0000 | $3.8900 | -$97.2500 | $0.0000 | -$97.25 |
| 7/7/2021 | 150.0000 | $3.9300 | -$589.5000 | $0.0000 | -$589.50 |
| 7/7/2021 | 1,000.0000 | $3.8100 | -$3,810.0000 | $0.0000 | -$3,810.00 |
| 7/7/2021 | 150.0000 | $3.8400 | -$576.0000 | $0.0000 | -$576.00 |
| 7/7/2021 | 1,000.0000 | $3.8600 | -$3,860.0000 | $0.0000 | -$3,860.00 |
| 7/7/2021 | 1,000.0000 | $3.8400 | -$3,840.0000 | $0.0000 | -$3,840.00 |
| 7/7/2021 | 25.0000 | $3.7800 | -$94.5000 | $0.0000 | -$94.50 |
| 7/8/2021 | 100.0000 | $3.7900 | -$379.0000 | $0.0000 | -$379.00 |
| 7/8/2021 | 25.0000 | $3.8000 | -$95.0000 | $0.0000 | -$95.00 |
| 7/8/2021 | 100.0000 | $3.8000 | -$380.0000 | $0.0000 | -$380.00 |
| 7/8/2021 | 1,000.0000 | $3.8600 | -$3,860.0000 | $0.0000 | -$3,860.00 |
| 7/8/2021 | 500.0000 | $3.8900 | -$1,945.0000 | $0.0000 | -$1,945.00 |
| 7/8/2021 | 500.0000 | $3.8900 | -$1,945.0000 | $0.0000 | -$1,945.00 |
| 7/8/2021 | 250.0000 | $3.8900 | -$972.5000 | $0.0000 | -$972.50 |
| 7/8/2021 | 250.0000 | $3.8800 | -$970.0000 | $0.0000 | -$970.00 |
| 7/8/2021 | 250.0000 | $3.9000 | -$975.0000 | $0.0000 | -$975.00 |
| 7/8/2021 | 100.0000 | $3.9400 | -$394.0000 | $0.0000 | -$394.00 |

## Financial Interest Analysis

| | | | | | |
|---|---|---|---|---|---|
| 7/8/2021 | 100.0000 | $3.9000 | -$390.0000 | $0.0000 | -$390.00 |
| 7/8/2021 | 100.0000 | $3.9000 | -$390.0000 | $0.0000 | -$390.00 |
| 7/8/2021 | 50.0000 | $3.9200 | -$196.0000 | $0.0000 | -$196.00 |
| 7/8/2021 | 50.0000 | $3.9300 | -$196.5000 | $0.0000 | -$196.50 |
| 7/9/2021 | 2,000.0000 | $4.0100 | -$8,020.0000 | $0.0000 | -$8,020.00 |
| 7/9/2021 | 50.0000 | $3.9400 | -$197.0000 | $0.0000 | -$197.00 |
| 7/9/2021 | 50.0000 | $3.9700 | -$198.5000 | $0.0000 | -$198.50 |
| 7/9/2021 | 75.0000 | $3.9600 | -$297.0000 | $0.0000 | -$297.00 |
| 7/9/2021 | 25.0000 | $3.9800 | -$99.5000 | $0.0000 | -$99.50 |
| 7/9/2021 | 500.0000 | $4.0000 | -$2,000.0000 | $0.0000 | -$2,000.00 |
| 7/9/2021 | 1,000.0000 | $4.0200 | -$4,020.0000 | $0.0000 | -$4,020.00 |
| 7/9/2021 | 500.0000 | $4.0100 | -$2,005.0000 | $0.0000 | -$2,005.00 |
| 7/9/2021 | 650.0000 | $4.1400 | -$2,691.0000 | $0.0000 | -$2,691.00 |
| 7/9/2021 | 1,130.0000 | $4.0300 | -$4,553.9000 | $0.0000 | -$4,553.90 |
| 7/9/2021 | 998.0000 | $4.0300 | -$4,021.9400 | $0.0000 | -$4,021.94 |
| 7/12/2021 | 1,070.0000 | $4.0200 | -$4,301.4000 | $0.0000 | -$4,301.40 |
| 7/12/2021 | 4.0000 | $3.9800 | -$15.9200 | $0.0000 | -$15.92 |
| 7/12/2021 | 400.0000 | $3.8800 | -$1,552.0000 | $0.0000 | -$1,552.00 |
| 7/12/2021 | 200.0000 | $3.9000 | -$780.0000 | $0.0000 | -$780.00 |
| 7/12/2021 | 200.0000 | $3.8900 | -$778.0000 | $0.0000 | -$778.00 |
| 7/12/2021 | 100.0000 | $3.8300 | -$383.0000 | $0.0000 | -$383.00 |
| 7/13/2021 | 100.0000 | $3.8500 | -$385.0000 | $0.0000 | -$385.00 |
| 7/14/2021 | 236.0000 | $3.8100 | -$899.1600 | $0.0000 | -$899.16 |
| 7/14/2021 | 745.0000 | $3.9400 | -$2,935.3000 | $0.0000 | -$2,935.30 |
| 7/14/2021 | 2.0000 | $3.9500 | -$7.9000 | $0.0000 | -$7.90 |
| 7/14/2021 | 7.0000 | $3.9300 | -$27.5100 | $0.0000 | -$27.51 |
| 7/16/2021 | 200.0000 | $3.7100 | -$742.0000 | $0.0000 | -$742.00 |
| 7/16/2021 | 200.0000 | $3.7100 | -$742.0000 | $0.0000 | -$742.00 |
| 7/19/2021 | 108.0000 | $3.7200 | -$401.7600 | $0.0000 | -$401.76 |
| 7/19/2021 | 50.0000 | $3.8500 | -$192.5000 | $0.0000 | -$192.50 |
| 7/19/2021 | 25.0000 | $3.8900 | -$97.2500 | $0.0000 | -$97.25 |
| 7/19/2021 | 50.0000 | $3.9000 | -$195.0000 | $0.0000 | -$195.00 |
| 7/19/2021 | 50.0000 | $3.9000 | -$195.0000 | $0.0000 | -$195.00 |
| 7/20/2021 | 100.0000 | $3.8400 | -$384.0000 | $0.0000 | -$384.00 |
| 7/20/2021 | 64.0000 | $3.8800 | -$248.3200 | $0.0000 | -$248.32 |
| 7/20/2021 | 379.0000 | $3.8600 | -$1,462.9400 | $0.0000 | -$1,462.94 |
| 7/20/2021 | 2.0000 | $3.8300 | -$7.6600 | $0.0000 | -$7.66 |
| 7/21/2021 | 10.0000 | $3.9900 | -$39.9000 | $0.0000 | -$39.90 |
| 7/23/2021 | 10.0000 | $3.8600 | -$38.6000 | $0.0000 | -$38.60 |
| 7/23/2021 | 10.0000 | $3.8500 | -$38.5000 | $0.0000 | -$38.50 |
| 7/26/2021 | 100.0000 | $3.8900 | -$389.0000 | $0.0000 | -$389.00 |

## Financial Interest Analysis

| | | | | | |
|---|---|---|---|---|---|
| 7/26/2021 | 500.0000 | $3.9300 | -$1,965.0000 | $0.0000 | -$1,965.00 |
| 7/26/2021 | 100.0000 | $3.9100 | -$391.0000 | $0.0000 | -$391.00 |
| 7/26/2021 | 100.0000 | $3.8900 | -$389.0000 | $0.0000 | -$389.00 |
| 7/26/2021 | 2,000.0000 | $3.8800 | -$7,760.0000 | $0.0000 | -$7,760.00 |
| 7/26/2021 | 940.0000 | $3.8500 | -$3,619.0000 | $0.0000 | -$3,619.00 |
| 7/26/2021 | 100.0000 | $3.8300 | -$383.0000 | $0.0000 | -$383.00 |
| 7/26/2021 | 200.0000 | $3.8700 | -$774.0000 | $0.0000 | -$774.00 |
| 7/26/2021 | 50.0000 | $3.9200 | -$196.0000 | $0.0000 | -$196.00 |
| 7/26/2021 | 50.0000 | $3.8900 | -$194.5000 | $0.0000 | -$194.50 |
| 7/26/2021 | 200.0000 | $3.8800 | -$776.0000 | $0.0000 | -$776.00 |
| 7/26/2021 | 200.0000 | $3.8900 | -$778.0000 | $0.0000 | -$778.00 |
| 7/26/2021 | 38.0000 | $3.8000 | -$144.4000 | $0.0000 | -$144.40 |
| 7/26/2021 | 11.0000 | $3.7900 | -$41.6900 | $0.0000 | -$41.69 |
| 7/27/2021 | 100.0000 | $3.7200 | -$372.0000 | $0.0000 | -$372.00 |
| 7/27/2021 | 25.0000 | $3.7000 | -$92.5000 | $0.0000 | -$92.50 |
| 7/27/2021 | 25.0000 | $3.7000 | -$92.5000 | $0.0000 | -$92.50 |
| 7/27/2021 | 25.0000 | $3.6800 | -$92.0000 | $0.0000 | -$92.00 |
| 7/27/2021 | 25.0000 | $3.6400 | -$91.0000 | $0.0000 | -$91.00 |
| 7/27/2021 | 25.0000 | $3.6500 | -$91.2500 | $0.0000 | -$91.25 |
| 7/27/2021 | 25.0000 | $3.6700 | -$91.7500 | $0.0000 | -$91.75 |
| 7/27/2021 | 25.0000 | $3.5900 | -$89.7500 | $0.0000 | -$89.75 |
| 7/27/2021 | 25.0000 | $3.6000 | -$90.0000 | $0.0000 | -$90.00 |
| 7/27/2021 | 25.0000 | $3.6000 | -$90.0000 | $0.0000 | -$90.00 |
| 7/27/2021 | 25.0000 | $3.6000 | -$90.0000 | $0.0000 | -$90.00 |
| 7/27/2021 | 25.0000 | $3.6900 | -$92.2500 | $0.0000 | -$92.25 |
| 7/27/2021 | 25.0000 | $3.7500 | -$93.7500 | $0.0000 | -$93.75 |
| 7/27/2021 | 25.0000 | $3.9400 | -$98.5000 | $0.0000 | -$98.50 |
| 7/28/2021 | 25.0000 | $3.7700 | -$94.2500 | $0.0000 | -$94.25 |
| 7/28/2021 | 25.0000 | $3.8200 | -$95.5000 | $0.0000 | -$95.50 |
| 7/28/2021 | 10.0000 | $3.8100 | -$38.1000 | $0.0000 | -$38.10 |
| 7/28/2021 | 15.0000 | $3.8000 | -$57.0000 | $0.0000 | -$57.00 |
| 7/28/2021 | 15.0000 | $3.8000 | -$57.0000 | $0.0000 | -$57.00 |
| 7/28/2021 | 90.0000 | $3.7800 | -$340.2000 | $0.0000 | -$340.20 |
| 7/28/2021 | 35.0000 | $3.8000 | -$133.0000 | $0.0000 | -$133.00 |
| 7/28/2021 | 25.0000 | $3.7700 | -$94.2500 | $0.0000 | -$94.25 |
| 7/28/2021 | 25.0000 | $3.7900 | -$94.7500 | $0.0000 | -$94.75 |
| 7/28/2021 | 25.0000 | $3.7800 | -$94.5000 | $0.0000 | -$94.50 |
| 7/28/2021 | 100.0000 | $3.7800 | -$378.0000 | $0.0000 | -$378.00 |
| 7/29/2021 | 25.0000 | $3.7300 | -$93.2500 | $0.0000 | -$93.25 |
| 7/29/2021 | 25.0000 | $3.7200 | -$93.0000 | $0.0000 | -$93.00 |
| 7/29/2021 | 25.0000 | $3.7000 | -$92.5000 | $0.0000 | -$92.50 |

## Financial Interest Analysis

| Date | Quantity | Price | Value | | Price | Balance |
|---|---|---|---|---|---|---|
| 7/29/2021 | 25.0000 | $3.7100 | -$92.7500 | | $0.0000 | -$92.75 |
| 7/29/2021 | 50.0000 | $3.7100 | -$185.5000 | | $0.0000 | -$185.50 |
| 7/29/2021 | 25.0000 | $3.6700 | -$91.7500 | | $0.0000 | -$91.75 |
| 7/29/2021 | 25.0000 | $3.6800 | -$92.0000 | | $0.0000 | -$92.00 |
| 7/29/2021 | 25.0000 | $3.7800 | -$94.5000 | | $0.0000 | -$94.50 |
| 7/29/2021 | 50.0000 | $3.7800 | -$189.0000 | | $0.0000 | -$189.00 |
| 7/30/2021 | 25.0000 | $3.8000 | -$95.0000 | | $0.0000 | -$95.00 |
| 7/30/2021 | 75.0000 | $3.8000 | -$285.0000 | | $0.0000 | -$285.00 |
| 7/30/2021 | 4.0000 | $3.7000 | -$14.8000 | | $0.0000 | -$14.80 |
| 7/30/2021 | 25.0000 | $3.6900 | -$92.2500 | | $0.0000 | -$92.25 |
| 7/30/2021 | 1.0000 | $3.6900 | -$3.6900 | | $0.0000 | -$3.69 |
| 7/30/2021 | 200.0000 | $3.7000 | -$740.0000 | | $0.0000 | -$740.00 |
| 7/30/2021 | 20.0000 | $3.7000 | -$74.0000 | | $0.0000 | -$74.00 |
| 7/30/2021 | 50.0000 | $3.6900 | -$184.5000 | | $0.0000 | -$184.50 |
| 7/30/2021 | 25.0000 | $3.6800 | -$92.0000 | | $0.0000 | -$92.00 |
| 7/30/2021 | 100.0000 | $3.6700 | -$367.0000 | | $0.0000 | -$367.00 |
| 7/30/2021 | 100.0000 | $3.6600 | -$366.0000 | | $0.0000 | -$366.00 |
| 8/2/2021 | 22.0000 | $3.7600 | -$82.7200 | | $0.0000 | -$82.72 |
| 8/3/2021 | 28.0000 | $3.9900 | -$111.7200 | | $0.0000 | -$111.72 |
| 8/3/2021 | 9.0000 | $3.9700 | -$35.7300 | | $0.0000 | -$35.73 |
| 8/5/2021 | 40.0000 | $4.0300 | -$161.2000 | | $0.0000 | -$161.20 |
| 8/6/2021 | 100.0000 | $4.1500 | -$415.0000 | | $0.0000 | -$415.00 |
| 8/6/2021 | 100.0000 | $4.1700 | -$417.0000 | | $0.0000 | -$417.00 |
| 8/6/2021 | 100.0000 | $4.1300 | -$413.0000 | | $0.0000 | -$413.00 |
| 8/11/2021 | 37.0000 | $3.6900 | -$136.5300 | | $0.0000 | -$136.53 |
| 8/11/2021 | 59.0000 | $3.7400 | -$220.6600 | | $0.0000 | -$220.66 |
| 8/13/2021 | 1,499.0000 | $5.5800 | -$8,364.4200 | | $0.0000 | -$8,364.42 |
| 8/13/2021 | 501.0000 | $5.4800 | -$2,745.4800 | | $0.0000 | -$2,745.48 |

**Shares Retained:** 127,084.7445                                          **Subtotal:** -$528,300.05

|  | 90-Day Average Price | Shares Retained | 90-Day Average: | $116,189.35 |
|---|---|---|---|---|
|  | $0.9143 | 127,085 | Total: | -$412,110.70 |

### Options

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 6/9/2021 | Bought to Open | Call | 8/20/21 // $2 | 20 | $2.4000 | -$4,800.00 |
| 6/9/2021 | Bought to Open | Call | 8/20/21 // $2 | 2 | $2.4000 | -$480.00 |
| 6/11/2021 | Bought to Open | Call | 8/20/21 // $2 | 4 | $2.3500 | -$940.00 |
| 8/20/2021 | Expired | Call | 8/20/21 // $2 | -26 | $0.0000 | $0.00 |
|  | **Contracts Remaining:** | | | **0** | **Subtotal:** | **-$6,220.00** |

## Financial Interest Analysis

| Ryan Bibb Financial Interest | |
| --- | --- |
| Common Stock: | -$412,110.70 |
| Options: | -$6,220.00 |
| **Total:** | **-$418,330.70** |

**Name:**    Rodney Samaan

**Account 1**

**Pre-Class Period Shares:**    21,508

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 8/13/2021 | 25,000 | $5.9400 | -$148,500.0000 | | $0.0000 | -$148,500.00 |
| 8/13/2021 | 25,000 | $5.6900 | -$142,250.0000 | | $0.0000 | -$142,250.00 |
| 8/16/2021 | -25,000 | | $0.0000 | $1.3800 | $34,500.0000 | $34,500.00 |
| 8/16/2021 | -25,000 | | $0.0000 | $1.3900 | $34,750.0000 | $34,750.00 |
| 8/16/2021* | -21,508 | | $0.0000 | $1.3000 | $27,960.4000 | $0.00 |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$221,500.00** |
| | | | 90-Day Average Price | Shares Retained | 90-Day Average: | $0.00 |
| | | | $0.9143 | 0 | **Total:** | **-$221,500.00** |

**Account 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 8/12/2021 | 35,000 | $4.7800 | -$167,300.0000 | | $0.0000 | -$167,300.00 |
| 8/12/2021 | 3,000 | $4.7800 | -$14,340.0000 | | $0.0000 | -$14,340.00 |
| 8/12/2021 | 1,200 | $4.6900 | -$5,628.0000 | | $0.0000 | -$5,628.00 |
| 8/12/2021 | 500 | $4.6800 | -$2,340.0000 | | $0.0000 | -$2,340.00 |
| 8/12/2021 | 11,300 | $4.7000 | -$53,110.0000 | | $0.0000 | -$53,110.00 |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| **Shares Retained:** | **51,000** | | | | **Subtotal:** | **-$242,718.00** |
| | | | 90-Day Average Price | Shares Retained | 90-Day Average: | $46,627.60 |
| | | | $0.9143 | 51,000 | **Total:** | **-$196,090.40** |

| Rodney Samaan Financial Interest | |
| --- | --- |
| Account 1: | -$221,500.00 |
| Account 2: | -$196,090.40 |
| **Total:** | **-$417,590.40** |

**Name:**    Lionel Dreshaj

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 1/25/2021 | 534.7914 | $1.8700 | -$1,000.0600 | | $0.0000 | -$1,000.06 |
| 1/26/2021 | 2,512.5702 | $1.9900 | -$5,000.0147 | | $0.0000 | -$5,000.01 |
| 1/27/2021 | -3,047.3616 | | $0.0000 | $1.8400 | $5,607.1454 | $5,607.15 |
| 2/8/2021 | 112,179.2157 | $2.5300 | -$283,813.4157 | | $0.0000 | -$283,813.42 |

## Financial Interest Analysis

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/13/2021 | -112,179.2157 | | | $0.0000 | $0.7800 | $87,499.7882 | $87,499.79 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Shares Retained:** | **0** | | | | | **Subtotal:** | **-$196,706.56** |
| | | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | | $0.9143 | 0 | **Total:** | **-$196,706.56** |

**Name:**  Benjamin Dreshaj

### Account 1

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/19/2021 | 4,000 | $3.1696 | -$12,678.4000 | | $0.0000 | -$12,678.40 |
| 3/3/2021 | 100 | $2.6450 | -$264.5000 | | $0.0000 | -$264.50 |
| 3/3/2021 | 3,900 | $2.6500 | -$10,335.0000 | | $0.0000 | -$10,335.00 |
| 3/3/2021 | 6,600 | $2.6200 | -$17,292.0000 | | $0.0000 | -$17,292.00 |
| 3/3/2021 | 100 | $2.6296 | -$262.9600 | | $0.0000 | -$262.96 |
| 3/3/2021 | 5,300 | $2.6150 | -$13,859.5000 | | $0.0000 | -$13,859.50 |
| 3/4/2021 | 14,000 | $2.3392 | -$32,748.8000 | | $0.0000 | -$32,748.80 |
| 3/4/2021 | 10,000 | $2.4598 | -$24,598.0000 | | $0.0000 | -$24,598.00 |
| 3/4/2021 | 3,500 | $2.3796 | -$8,328.6000 | | $0.0000 | -$8,328.60 |
| 3/8/2021 | 16,771 | $2.3900 | -$40,082.6900 | | $0.0000 | -$40,082.69 |
| 3/9/2021 | 6,779 | $2.6593 | -$18,027.3947 | | $0.0000 | -$18,027.39 |
| 4/15/2021 | 4,385 | $2.2999 | -$10,085.0615 | | $0.0000 | -$10,085.06 |
| 4/19/2021 | 1,323 | $2.2690 | -$3,001.8870 | | $0.0000 | -$3,001.89 |
| 5/27/2021 | -7,854 | | $0.0000 | $3.1900 | $25,054.2600 | $25,054.26 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Shares Retained:** | **68,904** | | | | | **Subtotal:** | **-$166,510.53** |
| | | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $62,996.63 |
| | | | | $0.9143 | 68,904 | **Total:** | **-$103,513.90** |

### Account 2

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/9/2021 | 1,900 | $2.7491 | -$5,223.2900 | | $0.0000 | -$5,223.29 |
| 2/9/2021 | 1,900 | $2.7491 | -$5,223.2900 | | $0.0000 | -$5,223.29 |
| 2/9/2021 | 1,900 | $2.7491 | -$5,223.2900 | | $0.0000 | -$5,223.29 |
| 2/9/2021 | 2,800 | $2.7400 | -$7,672.0000 | | $0.0000 | -$7,672.00 |
| 2/17/2021 | 100 | $3.0799 | -$307.9900 | | $0.0000 | -$307.99 |
| 2/18/2021 | 2,200 | $3.0699 | -$6,753.7800 | | $0.0000 | -$6,753.78 |
| 2/18/2021 | 1,500 | $3.0497 | -$4,574.5500 | | $0.0000 | -$4,574.55 |
| 2/22/2021 | 900 | $3.0097 | -$2,708.7300 | | $0.0000 | -$2,708.73 |
| 2/22/2021 | 300 | $3.0050 | -$901.5000 | | $0.0000 | -$901.50 |
| 2/22/2021 | 600 | $3.0057 | -$1,803.4200 | | $0.0000 | -$1,803.42 |
| 2/23/2021 | 2,600 | $2.7899 | -$7,253.7400 | | $0.0000 | -$7,253.74 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/23/2021 | 2,400 | $2.7799 | -$6,671.7600 | | $0.0000 | -$6,671.76 |
| 3/2/2021 | 1,500 | $2.6853 | -$4,027.9500 | | $0.0000 | -$4,027.95 |
| 3/3/2021 | 600 | $2.5900 | -$1,554.0000 | | $0.0000 | -$1,554.00 |
| 3/4/2021 | 4,200 | $2.3999 | -$10,079.5800 | | $0.0000 | -$10,079.58 |
| 3/4/2021 | 4,600 | $2.3096 | -$10,624.1600 | | $0.0000 | -$10,624.16 |
| 6/1/2021 | -2,873 | | $0.0000 | $3.4850 | $10,012.4050 | $10,012.41 |
| 8/13/2021 | 2,717 | $1.8300 | -$4,972.1100 | | $0.0000 | -$4,972.11 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **29,844** | | | | **Subtotal:** | **-$75,562.74** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $27,285.37 |
| | | | $0.9143 | 29,844 | **Total:** | **-$48,277.36** |

| | Benjamin Dreshaj Financial Interest |
|---|---|
| Account 1: | -$103,513.90 |
| Account 2: | -$48,277.36 |
| **Total:** | **-$151,791.26** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between August 18, 2021 and October 15, 2021.   Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.

*Using the last-in, first-out methodology, this sale was matched to pre-Class Period holdings, so it is excluded from the financial interest analysis.