# EXHIBIT 4

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN BIBB, Individually and On Behalf of All Others Similarly Situated,<br><br><br>Plaintiff,<br><br>v.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES,<br><br><br>Defendants. | Case No. 1:21-cv-07025-AKH |
| MICHAEL CIZEK, Individually and On Behalf of All Others Similarly Situated,<br><br><br>Plaintiff,<br><br>v.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES,<br><br><br>Defendants. | Case No. 1:21-cv-07309-AKH |
| SCOTT MARKMAN, individually and on behalf of all others similarly situated,<br><br><br>Plaintiff,<br><br>v.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES,<br><br>Defendants. | Case No. 1:21-cv-08308-AKH |

**JOINT DECLARATION OF RYAN BIBB, RODNEY SAMAAN, LIONEL DRESHAJ, AND BENJAMIN DRESHAJ IN SUPPORT OF THEIR MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

The undersigned, under penalties of perjury under the laws of the United States of America, declare as follows:

1.      We respectfully submit this Joint Declaration in support of our Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel filed concurrently herewith (the "Lead Plaintiff Motion"). We each have personal knowledge about the information in this Joint Declaration relating to ourselves.

2.      I, Ryan Bibb, live in Union County, Ohio. I am an Asset Control Manager, and I have a radiology degree from Ohio State University. I filed the first complaint in this action.

3.      I, Rodney Samaan, live in Los Angeles County, California. I have a medical degree from the University of Kentucky College of Medicine, and I have been a practicing medical doctor for approximately 14 years. I have been managing my own investment portfolio for approximately 15 years.

4.      I, Lionel Dreshaj, live in Westchester County, New York. I am an entrepreneur. I have a bachelor's degree in business from Full Sail University. Benjamin Dreshaj is my brother.

5.      I, Benjamin Dreshaj, live in Westchester County, New York. I am an entrepreneur, and have an associate's degree in digital media arts from TCI College. Lionel Dreshaj is my brother.

6.      We each reached out to counsel seeking representation in this class action against Sesen Bio, Inc. ("Sesen") and the other defendants. We each expressed our willingness to seek joint appointment as lead plaintiff with other similarly situated investors. After reviewing the class action complaints against Sesen and the other defendants, and before our Lead Plaintiff Motion was filed, we held a conference call with each other and with Glancy Prongay & Murray LLP ("GPM") to discuss filing a joint motion for appointment as lead plaintiff. During our discussion,

we reviewed the respective responsibilities of counsel and lead plaintiff. We also discussed a protocol for maintaining in regular contact with each other and with counsel to ensure that we have an effective and efficient method of decision-making during the litigation. We have each other's contact information to allow for communication amongst ourselves absent the presence of counsel, if necessary.

7. After participating in the conference call, we decided to move as a group for appointment as lead plaintiff in this securities class action and to propose as lead counsel for the class the law firm of Glancy Prongay & Murray LLP.

8. We believe that the Court should appoint us as lead plaintiff because we are investors with a significant interest in the outcome of the litigation, and we have the capability and competency to oversee this litigation to a successful conclusion. We have carefully considered, with the assistance of counsel, the merits of this action and our respective losses. We are capable of actively participating in this action and are committed to doing so, in part by working closely with our lead counsel, to obtain the best possible recovery for the class in an efficient manner.

9. We each have knowledge of the requirements and responsibilities of lead plaintiffs in a securities class action. We have agreed to exercise joint decision-making and to work together if appointed in this action to protect the interests of the class. We will communicate periodically with counsel, and without if necessary, to discuss the status of the litigation and ensure its proper prosecution. We are committed to the zealous prosecution of this case and will remain actively involved in it, including through our attendance at deposition and trial, if necessary. We understand that if appointed we would owe a fiduciary duty to all members of the putative class to provide fair and adequate representation and to work with lead counsel to obtain the best possible recovery for the putative class in good faith and with vigorous advocacy. In performing these duties, we

will, among other things, review significant pleadings and motion papers, obtain regular status reports on the progress of the litigation, participate in discovery, and have input into litigation decisions, including settlement negotiations.

10.    We do not anticipate that any disagreements between us will arise and agree to make all efforts, in good faith, to reach consensus with respect to litigation decisions, and to that end will consult with each other and our counsel as we deem necessary to fulfill our fiduciary obligations to the class. We recognize that in the event of a disagreement, the ultimate decision will necessarily be informed by consulting one another and our counsel.

11.    We have selected lead counsel in this action based upon their experience and resources, and we are confident in our ability to work with our counsel to protect the interests of the class. We understand that one of our primary responsibilities will be overseeing lead counsel and thereby ensuring that the litigation is handled efficiently, and that the resulting fees and expenses are fair and reasonable, relative to the size, complexity, and risk of the litigation.

12.    We understand that, as the lead plaintiff in this action, we are subject to the jurisdiction of the Court and will be bound by all rulings and judgments.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing, relating to myself, is true and correct.

Executed on this 18th day of October 2021.

Ryan Bibb

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing, relating to myself, is true and correct.

Executed on this 18th day of October 2021.

Rodney Samaan

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing, relating to myself, is true and correct.

Executed on this 18th day of October 2021.

Lionel Dreshaj

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing, relating to myself, is true and correct.

Executed on this 18th day of October 2021.

Benjamin Dreshaj

4