# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN BIBB, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES,<br><br>Defendants. | Case No. 1:21-cv-07025-AKH<br><br>Hon. Alvin K. Hellerstein |
| MICHAEL CIZEK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES,<br><br>Defendants. | Case No. 1:21-cv-07309-AKH<br><br>Hon. Alvin K. Hellerstein |
| SCOTT MARKMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES,<br><br>Defendants. | Case No. 1:21-cv-08308-AKH<br><br>Hon. Alvin K. Hellerstein |

## NOTICE OF MOISES JACOBS, M.D.
## CONCERNING NON-OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS

Moises Jacobs, M.D. ("Dr. Jacobs") respectfully submits this notice with respect to the pending motions for appointment of Lead Plaintiff, approval of selection of counsel, and consolidation.  On October 18, 2021, Dr. Jacobs filed a Motion to be appointed Lead Plaintiff, to have his counsel appointed as Lead Counsel, and for consolidation of the above-captioned actions. *See* ECF Nos. 24, 28, 30, 33.  Dr. Jacobs has reviewed the competing Lead Plaintiff motions pending before the Court and has determined that he does not have the largest financial interest in this case.  Nevertheless, Dr. Jacobs remains ready, willing, and able to serve as Lead Plaintiff and/or as a class representative.  Dr. Jacobs reserves any and all rights to share in any recovery in this action.

Dated:  October 27, 2021                              Respectfully submitted,

**BERMAN TABACCO**

By:  /s/ *Joseph J. Tabacco, Jr.*

Joseph J. Tabacco, Jr. (JT1994)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermantabacco.com

Patrick T. Egan (PE-6812)
Leslie R. Stern
Steven J. Buttacavoli
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: pegan@bermantabacco.com
       lstern@bermantabacco.com
       sbuttacavoli@bermantabacco.com

*Counsel for Movant Moises Jacobs, M.D.*