UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN BIBB, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES,<br><br>     Defendants. | Case No. 1:21-cv-07025-AKH |
| MICHAEL CIZEK, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES,<br><br>     Defendants. | Case No. 1:21-cv-07309-AKH |
| SCOTT MARKMAN, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES,<br><br>Defendants. | Case No. 1:21-cv-08308-AKH |

**ORDER**

Having considered Ryan Bibb, Rodney Samaan, Lionel Dreshaj, and Benjamin Dreshaj's (the "Sesen Investor Group's") Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Sesen Bio, Inc. Securities Litigation*, Master File No. 1:21-cv-07025-AKH;

3. Having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), I appoint the Sesen Investor Group as Lead Plaintiff; and

4. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), I approve Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class.

5. The motion of each movant for appoint as lead plaintiff, other than that of the Sesen Investor Group, is hereby denied. The Clerk shall terminate ECF Nos. 9, 12, 14, 17, 21, 24, 25, 31, 32 in 21-cv-7025, and all other open motions.

**IT IS SO ORDERED.**

Dated: October 29, 2021

/s/ Alvin K. Hellerstein
HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE