**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| *In re Sesen Bio, Inc. Securities Litigation* | ) |
|  | ) Civil Action No. 1:21-cv-07025-AKH |
|  | ) |
|  | ) CLASS ACTION |
|  | ) |
|  | ) |

**NOTICE OF MOTION OF MAURICE HARRIS FOR PARTIAL RECONSIDERATION**

**TABLE OF CONTENTS OF DECLARATION AND EXHIBITS SUBMITTED CONCURRENTLY HEREWITH PURSUANT TO RULE 2.C. OF THE INDIVIDUAL RULES OF THE HONORABLE ALVIN K. HELLERSTEIN**

1. Declaration of Javier Bleichmar in Support of the Motion of Maurice Harris for Partial Reconsideration

2. Exhibit A to the Bleichmar Declaration (Press Release, Glancy Prongay & Murray LLP, "Glancy Prongay & Murray LLP, a Leading Securities Law Firm, Announces Investigation of Sesen Bio, Inc. (SESN) on Behalf of Investors," *Business Wire* (Aug. 18, 2021))

3. Exhibit B to the Bleichmar Declaration (Press Release, The Law Offices of Frank R. Cruz, "The Law Offices of Frank R. Cruz Announces Investigation of Sesen Bio, Inc. (SESN) on Behalf of Investors," *Business Wire* (Aug. 18, 2021))

4. Exhibit C to the Bleichmar Declaration (Press Release, Glancy Prongay & Murray LLP, "Glancy Prongay & Murray LLP, a Leading Securities Fraud Law Firm, Continues Its Investigation of Sesen Bio, Inc. (SESN) on Behalf of Investors," *Business Wire* (August 19, 2021))

5. Exhibit D to the Bleichmar Declaration (Collection of 19 press releases issued by Glancy Prongay & Murray LLP or The Law Offices of Frank R. Cruz between August 23, 2021 and October 17, 2021 on *Business Wire*, *Globe Newswire*, or *PRNewswire*)

6. Exhibit E to the Bleichmar Declaration (Charts prepared by counsel for Harris setting forth the Dura LIFO and FIFO losses for each individual member of the Sesen Investor Group, and movants Julio C. Hernandez, Joseph P. Nolff, and Michael Miller

PLEASE TAKE NOTICE that on a date and time that may be set by the Court, before the Honorable Alvin K. Hellerstein, at the United States District Court for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Courtroom 14D, New York, NY 10007, Maurice Harris ("Harris"), by and through his undersigned counsel, will respectfully move this Court for entry of an order, pursuant to Rule 60(b)(1) of the Federal Rules of Civil Procedure and Local Civil Rule 6.3, for partial reconsideration of the Court's October 29, 2021 Order (the "Lead Plaintiff Order") appointing Ryan Bibb, Rodney Samaan, Lionel Dreshaj, and Benjamin Dreshaj (the "Sesen Investor Group") as Lead Plaintiff and appointing Glancy Prongay & Murray LLP as Lead Counsel for the Class.  *See* ECF No. 48.[1]

The motion is made on the grounds that the Court did not have the opportunity to consider that the Sesen Investor Group is an ineligible Lead Plaintiff under the PSLRA.  The Court entered the Lead Plaintiff Order on October 29, 2021, three days before opposition briefs were due. Congress established a mechanism in the Private Securities Litigation Reform Act of 1995 whereby "a member of the purported plaintiff class" is entitled to present "proof" that a Lead Plaintiff movant "will not fairly and adequately protect the interests of the class."  15 U.S.C. § 78u-4(a)(3)(B)(iii)(II)(aa).  By ruling on the Lead Plaintiff motions prior to the deadline for opposition briefs, all purported class members (including the movant here, Harris) were unable to exercise their statutory right to present facts or argument pertaining to the Sesen Investor Group's inadequacy.

Rule 60(b)(1) states that reconsideration is appropriate in cases of "mistake, inadvertence [or] surprise."  The Sesen Investor Group is not eligible for appointment because it is an improper

---

[1] Harris does not seek reconsideration of the Lead Plaintiff Order to the extent it consolidated the related actions.

amalgamation of four investors from California, Ohio, and New York that two law firms cobbled together to try to amass the largest financial interest. *See* ECF Nos. 38-2, 38-4. As discussed in the accompanying brief, courts throughout this district reject this tactic at a product of lawyer-driven litigation and inconsistent with the PSLRA. And but for the collective sum of the four different plaintiffs' losses, the Sesen Investor Group does not have the largest financial interest such that it would be entitled to appointment under the PSLRA. Instead, it is Harris alone who has the largest financial interest in the litigation.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Javier Bleichmar filed herewith, the Lead Plaintiff Order, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Harris respectfully requests that the Court: (1) grant his motion for partial reconsideration; (2) vacate the Lead Plaintiff Order; (3) appoint him to serve as Lead Plaintiff; (4) approve his selection of Gibbs Law Group as Lead Counsel for the class; and (5) grant any such further relief as the Court may deem just and proper.

Dated: November 1, 2021

Respectfully Submitted,

**BLEICHMAR FONTI & AULD LLP**

*/s/ Javier Bleichmar*
Javier Bleichmar
7 Times Square, 27th Floor
New York, New York 10036
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jbleichmar@bfalaw.com

*Local Counsel for Proposed Lead Plaintiff Maurice Harris*

**GIBBS LAW GROUP LLP**

David Stein (*pro hac vice*)
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ds@classlawgroup.com

*Counsel for Proposed Lead Plaintiff Maurice Harris, and Proposed Lead Counsel for the Class*