**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re Sesen Bio, Inc. Securities Litigation* | ) |
| | ) Civil Action No. 1:21-cv-07025-AKH |
| | ) |
| | ) CLASS ACTION |
| | ) |
| | ) |

**DECLARATION OF JAVIER BLEICHMAR IN SUPPORT OF THE MOTION OF
MAURICE HARRIS FOR PARTIAL RECONSIDERATION**

I, Javier Bleichmar, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and of this Court.  I am a Partner of the law firm of Bleichmar Fonti & Auld LLP.  I submit this declaration in support of the Motion filed by Maurice Harris ("Harris") for Partial Reconsideration of the Court's October 29, 2021 Order appointing Ryan Bibb, Rodney Samaan, Lionel Dreshaj, and Benjamin Dreshaj (the "Sesen Investor Group") as Lead Plaintiff and appointing Glancy Prongay & Murray LLP as Lead Counsel for the Class.  *See* ECF No. 48.

2.      Attached as Exhibits A through E are true and correct copies of the following documents:

| | |
|---|---|
| EXHIBIT A: | Press Release, Glancy Prongay & Murray LLP, "Glancy Prongay & Murray LLP, a Leading Securities Law Firm, Announces Investigation of Sesen Bio, Inc., (SESN) on Behalf of Investors," *Business Wire* (Aug. 18, 2021); |
| EXHIBIT B: | Press Release, The Law Offices of Frank R. Cruz, "The Law Offices of Frank R. Cruz Announces Investigation of Sesen Bio, Inc. (SESN) on Behalf of Investors," *Business Wire* (Aug. 18, 2021); |
| EXHIBIT C: | Press Release, Glancy Prongay & Murray LLP, "Glancy Prongay & Murray LLP, a Leading Securities Fraud Law Firm, Continues Its Investigation of Sesen Bio, Inc. (SESN) on Behalf of Investors," *Business Wire* (August 19, 2021); |
| EXHIBIT D: | Collection of 19 press releases issued by Glancy Prongay & Murray LLP or The Law Offices of Frank R. Cruz between August 23, 2021 and October 17, 2021 on *Business Wire*, *Globe Newswire*, or *PRNewswire* |
| EXHIBIT E: | Charts prepared by counsel for Harris setting forth the Dura LIFO and FIFO losses for each individual member of the Sesen Investor Group, and movants Julio C. Hernandez, Joseph P. Nolff, and Michael Miller. |

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of November 2021.

/s/ Javier Bleichmar
Javier Bleichmar