# EXHIBIT B





# The Law Offices of Frank R. Cruz Announces Investigation of Sesen Bio, Inc. (SESN) on Behalf of Investors

August 18, 2021 02:53 PM Eastern Daylight Time

LOS ANGELES--(BUSINESS WIRE)--The Law Offices of Frank R. Cruz announces an investigation of Sesen Bio, Inc. ("Sesen Bio" or the "Company") (NASDAQ: SESN) on behalf of investors concerning the Company's possible violations of federal securities laws.

If you are a shareholder who suffered a loss, click here to participate.

On August 13, 2021, Sesen Bio announced that the U.S. Food and Drug Administration ("FDA") declined to approve its Biologics License Application for its bladder cancer treatment Vicineum its current form. The FDA provided certain "recommendations specific to additional clinical/statistical data and analyses in addition to Chemistry, Manufacturing and Controls (CMC) issues pertaining to a recent pre-approval inspection and product quality."

On this news, Sesen Bio's stock price fell $2.80 per share, or 57%, to close at $2.11 per share on August 13, 2021, thereby injuring investors.

Follow us for updates on Twitter: twitter.com/FRC_LAW.

If you purchased Sesen Bio securities, have information or would like to learn more about these claims, or have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Frank R. Cruz, of The Law Offices of Frank R. Cruz, 1999 Avenue of the Stars, Suite 1100, Los Angeles, California 90067 at 310-914-5007, by email to info@frankcruzlaw.com, or visit our website at www.frankcruzlaw.com. If you inquire by email please include your mailing address, telephone number, and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

Contacts

The Law Offices of Frank R. Cruz, Los Angeles

Frank R. Cruz, 310-914-5007

fcruz@frankcruzlaw.com

www.frankcruzlaw.com

Tweets by @FRC_LAW

## #Hashtags

#shareholders    #investors    #stocks

## $Cashtags

$SESN

## Social Media Profiles

@FRC_LAW