# EXHIBIT D

# REFINITIV

## Glancy Prongay & Murray LLP Reminds Investors of Looming Deadline in the Class Action Lawsuit Against Sesen Bio, Inc. (SESN) - Business Wire

23-Aug-2021 11:00:00

 **Sentiment: Mostly negative**

**Glancy Prongay & Murray LLP Reminds Investors of Looming Deadline in the Class Action Lawsuit Against Sesen Bio, Inc. (SESN)**

**Investors with losses exceeding $250,000 are encouraged to contact the firm**

Glancy Prongay & Murray LLP ("GPM") reminds investors of the upcoming **October 18, 2021** deadline to file a lead plaintiff motion in the class action filed on behalf of investors who purchased or otherwise acquired Sesen Bio, Inc. ("Sesen Bio" or the "Company") (NASDAQ: SESN) securities between **December 21, 2020 and August 17, 2021**, inclusive (the "Class Period").

If you suffered a loss on your Sesen Bio investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information at https://www.glancylaw.com/cases/sesen-bio-inc/. You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com to learn more about your rights.

Sesen Bio is a late-stage clinical company that purports to advance targeted fusion protein ("TFP") therapeutics for cancer treatments. Its most advanced product candidate is Vicineum (VB4-845), a locally administered TFP developed as a treatment of bacillus Calmette-Guérin ("BCG")-unresponsive non-muscle invasive bladder cancer ("NMIBC"). Sesen Bio reported preliminary efficacy data from its ongoing Phase 3 clinical trial for Vicineum, the VISTA trial, in August 2019.

On December 21, 2020, the Company announced that it had submitted its Biologics License Application ("BLA") to the U.S. Food and Drug Administration ("FDA") for Vicineum for the treatment of BCG-unresponsive NMIBC.

On August 13, 2021, Sesen Bio announced that the FDA declined to approve its BLA for Vicineum in its current form. The FDA provided certain "recommendations specific to additional clinical/statistical data and analyses in addition to Chemistry, Manufacturing and Controls (CMC) issues pertaining to a recent pre-approval inspection and product quality."

On this news, the Company's share price fell $2.80, or 57%, to close at $2.11 per share on August 13, 2021, on unusually heavy trading volume.

Then, on August 16, 2021, Sesen Bio further revealed that "it appears that [the Company] will need to do a clinical trial to provide the additional efficacy and safety data necessary for the FDA to assess the benefit-risk profile, which is the basis for approval." As a result, the Company expected that it could not resubmit its BLA until 2023.

On this news, the Company's share price fell $0.89, or 42%, to close at $1.22 per share on August 16, 2021, on unusually heavy trading volume.

Then, on August 18, 2021, before the market opened, the health and medicine news site STAT published an article entitled "Sesen Bio trial of cancer drug marked by misconduct and worrisome side effects, documents show." Citing "hundreds of pages of internal documents" and "three people familiar with the matter," the article detailed that the clinical trial for Vicineum was "marked by thousands of violations of study rules, damning investigator conduct, and worrying signs of toxicity the company did not publicly disclose."

On this news, the Company's share price fell $0.20, or 13%, to close at $1.31 per share on August 18, 2021, on unusually heavy trading volume.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Sesen Bio's clinical trial for Vicineum had more than 2,000 violations of trial protocol, including 215 classified as "major"; (2) that three of Sesen Bio's clinical investigators were found guilty of "serious noncompliance," including "back-dating data"; (3) that Sesen Bio had submitted the tainted data in connection with the BLA for Vicineum; (4) that Sesen Bio's clinical trials showed that Vicineum leaked out into the body, leading to side effects including liver failure and liver toxicity, and increasing the risks for fatal, drug-induced liver injury; (5) that, as a result of the foregoing, the Company's BLA for Vicineum was not likely to be approved; (6) that, as a result of the foregoing, there was a reasonable likelihood that Sesen Bio would be required to conduct additional trials to support the

efficacy and safety of Vicineum; and (7) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you purchased or otherwise acquired Sesen Bio securities during the Class Period, you may move the Court no later than **October 18, 2021** to request appointment as lead plaintiff in this putative class action lawsuit. To be a member of the class action you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action. If you wish to learn more about this class action, or if you have any questions concerning this announcement or your rights or interests with respect to the pending class action lawsuit, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

View source version on businesswire.com: https://www.businesswire.com/news/home/20210823005100/en/

Glancy Prongay & Murray LLP, Los Angeles
Charles Linehan, 310-201-9150 or 888-773-9224
shareholders@glancylaw.com
www.glancylaw.com

Copyright Business Wire 2021

Keywords: CA-GLANCY-PRONGAY-MURRAY


nBw3M0PPla


Copyright © 2021 Refinitiv and/or its affiliates. All rights reserved. The Refinitiv content received through this service is the intellectual property of Refinitiv or its third party suppliers. Republication or redistribution of content provided by Refinitiv is expressly prohibited without the prior written consent of Refinitiv, except where permitted by the terms of the relevant Refinitiv service agreement. Neither Refinitiv nor its third party suppliers shall be liable for any errors, omissions or delays in content, or for any actions taken in reliance thereon. Refinitiv and its logo are trademarks or trademarks of the Refinitiv group of companies around the world.



GlobeNewswire
by notified

COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    **REGISTER**



# DEADLINE ALERT for ANVS, VIEW, and SESN: The Law Offices of Frank R. Cruz Reminds Investors of Class Actions on Behalf of Shareholders

August 27, 2021 12:07 ET | Source: The Law Offices of Frank R. Cruz




...

LOS ANGELES, Aug. 27, 2021 (GLOBE NEWSWIRE) -- The Law Offices of Frank R. Cruz reminds investors that class action lawsuits have been filed on behalf of shareholders of the following publicly-traded companies. Investors have until the deadlines listed below to file a lead plaintiff motion.

Investors suffering losses on their investments are encouraged to contact The Law Offices of Frank R. Cruz to discuss their legal rights in these class actions at 310-914-5007 or by email to fcruz@frankcruzlaw.com.

**Annovis Bio, Inc.** (NYSE: ANVS)

Class Period: May 21, 2021 – July 28, 2021

Lead Plaintiff Deadline: **October 18, 2021**

*Investors with losses exceeding $50,000 are encouraged to contact the firm*

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Annovis's ANVS401 did not show statistically significant results across two patient populations as to factors such as

Case 1:21-cv-07025-AKH    Document 51-4    Filed 11/01/21    Page 5 of 74


GlobeNewswire
by notified

COVID-19
NEWS

SERVICES ˅

CONTACT
US

FRANÇAIS

SIGN IN

REGISTER

times.

**View, Inc.** (NASDAQ: VIEW)

Class Period: November 30, 2020 – August 16, 2021

Lead Plaintiff Deadline: **October 18, 2021**

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that View had not properly accrued warranty costs related to its product; (2) that there was a material weakness in View's internal controls over accounting and financial reporting related to warranty accrual; (3) that, as a result, the Company's financial results for prior periods were misstated; and (4) as a result, Defendants' statements about its business, operations, and prospects were materially false and misleading and/or lacked reasonable basis at all relevant times.

**Sesen Bio, Inc.** (NASDAQ: SESN)

Class Period: December 21, 2020 – August 17, 2021

Lead Plaintiff Deadline: **October 18, 2021**

*Investors with losses exceeding $250,000 are encouraged to contact the firm*

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Sesen Bio's clinical trial for Vicineum had more than 2,000 violations of trial protocol, including 215 classified as "major"; (2) that three of Sesen Bio's clinical investigators were found guilty of "serious noncompliance," including "back-dating data"; (3) that Sesen Bio had submitted the tainted data in connection with the BLA for Vicineum; (4) that Sesen Bio's clinical trials showed that Vicineum leaked out into the body, leading to side effects including liver failure and liver toxicity, and increasing the risks for fatal, drug-induced liver injury; (5) that, as a result of the foregoing, the Company's BLA for Vicineum was not likely to be approved; (6) that, as a result of the foregoing, there was a reasonable likelihood that Sesen Bio would be required to conduct additional trials to support the efficacy and safety of Vicineum; and (7) that, as a result of the




COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

Follow us for updates on Twitter: twitter.com/FRC_LAW.

To be a member of these class actions, you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action. If you wish to learn more about these class actions, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Frank R. Cruz, of The Law Offices of Frank R. Cruz, 1999 Avenue of the Stars, Suite 1100, Los Angeles, California 90067 at 310-914-5007, by email to info@frankcruzlaw.com, or visit our website at www.frankcruzlaw.com.   If you inquire by email please include your mailing address, telephone number, and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

**Contacts**

The Law Offices of Frank R. Cruz, Los Angeles

Frank R. Cruz, 310-914-5007

fcruz@frankcruzlaw.com

www.frankcruzlaw.com

---

**Tags**

Annovis Bio    ANVS    View    Inc.    VIEW    Sesen Bio    SESN

class action    shareholders    investors    stocks    Class Action

# Recommended Reading

October 21, 2021 12:00 ET

Source:  The Law Offices of Frank R. Cruz

DEADLINE ALERT for APPH, HYZN, EAR, and NNOX: The Law Offices of Frank R. Cruz Reminds Investors of Class



October 20, 2021 12:00 ET

Source:  The Law Offices of Frank R. Cruz

DEADLINE ALERT for SAM, WDH, and HNST: The Law Offices of Frank R. Cruz Reminds Investors of Class Actions on Behalf of Shareholders





COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

reminds investors that class action lawsuits have been filed on behalf of shareholders of the following...

shareholders of the following...

# Explore

### NanoVeda Iron Oral Strips are Perfect for People W...

October 22, 2021 13:52 ET

### Mr. Favourite Plantain Chips Give Consumers What T...

October 22, 2021 13:48 ET



**About Us**

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

**Newswire Distribution Network & Management**

· Home

· Newsroom

· RSS Feeds

· Legal

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

© 2021 GlobeNewswire, Inc. All Rights Reserved.



GlobeNewswire
by notified

COVID-19 NEWS    SERVICES ∨    CONTACT US    FRANÇAIS    SIGN IN    **REGISTER**

# GPM

## Glancy Prongay & Murray LLP Reminds Investors of Looming Deadline in the Class Action Lawsuit Against Sesen Bio, Inc. (SESN)

Investors with losses exceeding $250,000 are encouraged to contact the firm

August 27, 2021 12:30 ET | Source: Glancy Prongay & Murray LLP

LOS ANGELES, Aug. 27, 2021 (GLOBE NEWSWIRE) -- Glancy Prongay & Murray LLP ("GPM") reminds investors of the upcoming **October 18, 2021** deadline to file a lead plaintiff motion in the class action filed on behalf of investors who purchased or otherwise acquired Sesen Bio, Inc. ("Sesen Bio" or the "Company") (NASDAQ: SESN) securities between **December 21, 2020 and August 17, 2021**, inclusive (the "Class Period").

If you suffered a loss on your Sesen Bio investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information at https://www.glancylaw.com/cases/sesen-bio-inc/. You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com to learn more about your rights.

Sesen Bio is a late-stage clinical company that purports to advance targeted fusion protein ("TFP") therapeutics for cancer treatments. Its most advanced product candidate is Vicineum (VB4-845), a locally administered TFP developed as a treatment of bacillus Calmette-Guérin ("BCG")-unresponsive non-muscle invasive bladder cancer ("NMIBC"). Sesen Bio reported preliminary efficacy data from its ongoing Phase 3 clinical trial for Vicineum, the VISTA trial, in August 2019.



COVID-19
NEWS

SERVICES

CONTACT
US

FRANÇAIS

SIGN IN

REGISTER

NMIBC.

On August 13, 2021, Sesen Bio announced that the FDA declined to approve its BLA for Vicineum in its current form. The FDA provided certain "recommendations specific to additional clinical/statistical data and analyses in addition to Chemistry, Manufacturing and Controls (CMC) issues pertaining to a recent pre-approval inspection and product quality."

On this news, the Company's share price fell $2.80, or 57%, to close at $2.11 per share on August 13, 2021, on unusually heavy trading volume.

Then, on August 16, 2021, Sesen Bio further revealed that "it appears that [the Company] will need to do a clinical trial to provide the additional efficacy and safety data necessary for the FDA to assess the benefit-risk profile, which is the basis for approval." As a result, the Company expected that it could not resubmit its BLA until 2023.

On this news, the Company's share price fell $0.89, or 42%, to close at $1.22 per share on August 16, 2021, on unusually heavy trading volume.

Then, on August 18, 2021, before the market opened, the health and medicine news site STAT published an article entitled "Sesen Bio trial of cancer drug marked by misconduct and worrisome side effects, documents show." Citing "hundreds of pages of internal documents" and "three people familiar with the matter," the article detailed that the clinical trial for Vicineum was "marked by thousands of violations of study rules, damning investigator conduct, and worrying signs of toxicity the company did not publicly disclose."

On this news, the Company's share price fell $0.20, or 13%, to close at $1.31 per share on August 18, 2021, on unusually heavy trading volume.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Sesen Bio's clinical trial for Vicineum had more than 2,000 violations of trial protocol, including 215 classified as "major"; (2) that three of Sesen Bio's clinical investigators were found guilty of "serious noncompliance," including "back-dating data"; (3) that Sesen Bio had submitted the tainted data in connection with the BLA for Vicineum; (4) that Sesen Bio's clinical trials showed that Vicineum leaked out into the



GlobeNewswire
by notified

COVID-19
NEWS

SERVICES ⌄

CONTACT
US

FRANÇAIS

SIGN IN

REGISTER

approved; (6) that, as a result of the foregoing, there was a reasonable likelihood that Sesen Bio would be required to conduct additional trials to support the efficacy and safety of Vicineum; and (7) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you purchased or otherwise acquired Sesen Bio securities during the Class Period, you may move the Court no later than **October 18, 2021** to request appointment as lead plaintiff in this putative class action lawsuit. To be a member of the class action you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action. If you wish to learn more about this class action, or if you have any questions concerning this announcement or your rights or interests with respect to the pending class action lawsuit, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

**Contacts**

Glancy Prongay & Murray LLP, Los Angeles

Charles Linehan, 310-201-9150 or 888-773-9224

shareholders@glancylaw.com

www.glancylaw.com

**Tags**

#SESN    #stocks    #investors    #shareholders    #classaction

#LEADPLAINTIFFDEADLINE    #reminder    #securitieslitigation    Class Action

# Recommended



GlobeNewswire
by notified

COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

🔍

Source: Glancy Prongay & Murray LLP

**Glancy Prongay & Murray LLP Reminds Investors of Looming Deadline in the Class Action Lawsuit Against Waterdrop Inc. (WDH)**

LOS ANGELES, Oct. 22, 2021 (GLOBE NEWSWIRE) -- Glancy Prongay & Murray LLP ("GPM") reminds investors of the upcoming November 15, 2021 deadline to file a lead plaintiff motion in the class...

GPM

Source: Glancy Prongay & Murray LLP

**Glancy Prongay & Murray LLP Reminds Investors of Looming Deadline in the Class Action Lawsuit Against The Honest Company, Inc. (HNST)**

LOS ANGELES, Oct. 22, 2021 (GLOBE NEWSWIRE) -- Glancy Prongay & Murray LLP ("GPM") reminds investors of the upcoming November 15, 2021 deadline to file a lead plaintiff motion in the class...

GPM

## Explore





**Mr. Favourite Plantain Chips Give Consumers What T...**

**UPDATE -- New National Human Trafficking Education...**



GlobeNewswire
by notified

**About Us**

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:    in

**Newswire Distribution Network & Management**

· Home                · RSS Feeds

· Newsroom          · Legal

GlobeNewswire
by notified

COVID-19
NEWS

SERVICES ⌄

CONTACT
US

FRANÇAIS

SIGN IN

REGISTER

© 2021 GlobeNewswire, Inc. All Rights Reserved.

GlobeNewswire
by notified

COVID-19
NEWS

SERVICES ⌄

CONTACT
US

FRANÇAIS

SIGN IN

REGISTER

# Glancy Prongay & Murray LLP Reminds Investors of Looming Deadline in the Class Action Lawsuit Against Sesen Bio, Inc. (SESN)



Investors with losses exceeding $250,000 are encouraged to contact the firm

---

NEWS PROVIDED BY

**Glancy Prongay & Murray LLP** ➞
Sep 01, 2021, 11:00 ET

---

LOS ANGELES, Sept. 1, 2021 /PRNewswire/ -- Glancy Prongay & Murray LLP ("GPM") reminds investors of the upcoming **October 18, 2021** deadline to file a lead plaintiff motion in the class action filed on behalf of investors who purchased or otherwise acquired Sesen Bio, Inc. ("Sesen Bio" or the "Company") (NASDAQ: SESN) securities between **December 21, 2020 and August 17, 2021**, inclusive (the "Class Period").

If you suffered a loss on your Sesen Bio investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information at https://www.glancylaw.com/cases/sesen-bio-inc/. You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com to learn more about your rights.

Sesen Bio is a late-stage clinical company that purports to advance targeted fusion protein ("TFP") therapeutics for cancer treatments. Its most advanced product candidate is Vicineum (VB4-845), a locally administered TFP developed as a treatment of bacillus Calmette-Guérin ("BCG")-unresponsive non-muscle invasive bladder cancer ("NMIBC"). Sesen Bio reported preliminary efficacy data from its ongoing Phase 3 clinical trial for Vicineum, the VISTA trial, in August 2019.

On December 21, 2020, the Company announced that it had submitted its Biologics License Application ("BLA") to the U.S. Food and Drug Administration ("FDA") for Vicineum for the treatment of BCG-unresponsive NMIBC.

On August 13, 2021, Sesen Bio announced that the FDA declined to approve its BLA for Vicineum in its current form. The FDA provided certain "recommendations specific to additional clinical/statistical data and analyses in addition to Chemistry, Manufacturing and Controls (CMC) issues pertaining to a recent pre-approval inspection and product quality."

On this news, the Company's share price fell $2.80, or 57%, to close at $2.11 per share on August 13, 2021, on unusually heavy trading volume.

Then, on August 16, 2021, Sesen Bio further revealed that "it appears that [the Company] will need to do a clinical trial to provide the additional efficacy and safety data necessary for the FDA to assess the benefit-risk profile, which is the basis for approval."  As a result, the Company expected that it could not resubmit its BLA until 2023.

On this news, the Company's share price fell $0.89, or 42%, to close at $1.22 per share on August 16, 2021, on unusually heavy trading volume.

Then, on August 18, 2021, before the market opened, the health and medicine news site STAT published an article entitled "Sesen Bio trial of cancer drug marked by misconduct and worrisome side effects, documents show." Citing "hundreds of pages of internal documents" and "three people familiar with the matter," the article detailed that the clinical trial for Vicineum was "marked by thousands of violations of study rules, damning investigator conduct, and worrying signs of toxicity the company did not publicly disclose."

On this news, the Company's share price fell $0.20, or 13%, to close at $1.31 per share on August 18, 2021, on unusually heavy trading volume.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Sesen Bio's clinical trial for Vicineum had more than 2,000 violations of trial protocol, including 215 classified as "major"; (2) that three of Sesen Bio's clinical

investigators were found guilty of "serious noncompliance," including "back-dating data"; (3) that Sesen Bio had submitted the tainted data in connection with the BLA for Vicineum; (4) that Sesen Bio's clinical trials showed that Vicineum leaked out into the body, leading to side effects including liver failure and liver toxicity, and increasing the risks for fatal, drug-induced liver injury; (5) that, as a result of the foregoing, the Company's BLA for Vicineum was not likely to be approved; (6) that, as a result of the foregoing, there was a reasonable likelihood that Sesen Bio would be required to conduct additional trials to support the efficacy and safety of Vicineum; and (7) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you purchased or otherwise acquired Sesen Bio securities during the Class Period, you may move the Court no later than **October 18, 2021** to request appointment as lead plaintiff in this putative class action lawsuit. To be a member of the class action you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action. If you wish to learn more about this class action, or if you have any questions concerning this announcement or your rights or interests with respect to the pending class action lawsuit, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com.  If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

SOURCE Glancy Prongay & Murray LLP

Related Links

www.glancylaw.com



GlobeNewswire
by notified

COVID-19       SERVICES ⌄       CONTACT       FRANÇAIS       SIGN IN       **REGISTER**
NEWS                           US

🔍



# DEADLINE ALERT for ANVS, VIEW, and SESN: The Law Offices of Frank R. Cruz Reminds Investors of Class Actions on Behalf of Shareholders

September 03, 2021 11:45 ET | Source: The Law Offices of Frank R. Cruz





⋯

LOS ANGELES, Sept. 03, 2021 (GLOBE NEWSWIRE) -- The Law Offices of Frank R. Cruz reminds investors that class action lawsuits have been filed on behalf of shareholders of the following publicly-traded companies. Investors have until the deadlines listed below to file a lead plaintiff motion.

Investors suffering losses on their investments are encouraged to contact The Law Offices of Frank R. Cruz to discuss their legal rights in these class actions at 310-914-5007 or by email to fcruz@frankcruzlaw.com.

**Annovis Bio, Inc.** (NYSE: ANVS)

Class Period: May 21, 2021 – July 28, 2021

Lead Plaintiff Deadline: **October 18, 2021**

*Investors with losses exceeding $50,000 are encouraged to contact the firm*

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Annovis's ANVS401 did not show statistically significant results across two patient populations as to factors such as


GlobeNewswire
by notified

COVID-19 NEWS      SERVICES ⌄      CONTACT US      FRANÇAIS      SIGN IN      REGISTER

times.

**View, Inc.** (NASDAQ: VIEW)

Class Period: November 30, 2020 – August 16, 2021

Lead Plaintiff Deadline: **October 18, 2021**

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that View had not properly accrued warranty costs related to its product; (2) that there was a material weakness in View's internal controls over accounting and financial reporting related to warranty accrual; (3) that, as a result, the Company's financial results for prior periods were misstated; and (4) as a result, Defendants' statements about its business, operations, and prospects were materially false and misleading and/or lacked reasonable basis at all relevant times.

**Sesen Bio, Inc.** (NASDAQ: SESN)

Class Period: December 21, 2020 – August 17, 2021

Lead Plaintiff Deadline: **October 18, 2021**

*Investors with losses exceeding $250,000 are encouraged to contact the firm*

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Sesen Bio's clinical trial for Vicineum had more than 2,000 violations of trial protocol, including 215 classified as "major"; (2) that three of Sesen Bio's clinical investigators were found guilty of "serious noncompliance," including "back-dating data"; (3) that Sesen Bio had submitted the tainted data in connection with the BLA for Vicineum; (4) that Sesen Bio's clinical trials showed that Vicineum leaked out into the body, leading to side effects including liver failure and liver toxicity, and increasing the risks for fatal, drug-induced liver injury; (5) that, as a result of the foregoing, the Company's BLA for Vicineum was not likely to be approved; (6) that, as a result of the foregoing, there was a reasonable likelihood that Sesen Bio would be required to conduct additional trials to support the efficacy and safety of Vicineum; and (7) that, as a result of the


GlobeNewswire
by notified

COVID-19   SERVICES ⌄   CONTACT   FRANÇAIS   SIGN IN   REGISTER
NEWS                        US

Follow us for updates on Twitter: twitter.com/FRC_LAW.

To be a member of these class actions, you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action. If you wish to learn more about these class actions, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Frank R. Cruz, of The Law Offices of Frank R. Cruz, 1999 Avenue of the Stars, Suite 1100, Los Angeles, California 90067 at 310-914-5007, by email to info@frankcruzlaw.com, or visit our website at www.frankcruzlaw.com.   If you inquire by email please include your mailing address, telephone number, and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

**Contacts**

The Law Offices of Frank R. Cruz, Los Angeles

Frank R. Cruz, 310-914-5007

fcruz@frankcruzlaw.com

www.frankcruzlaw.com

---

**Tags**

| Annovis Bio | ANVS | View | Inc. | VIEW | Sesen Bio | SESN |

| class action | shareholders | investors | stocks | Class Action |

# Recommended Reading

October 21, 2021 12:00 ET

Source:  The Law Offices of
         Frank R. Cruz

**DEADLINE ALERT for APPH, HYZN, EAR, and NNOX: The Law Offices of Frank R. Cruz Reminds Investors of Class**

October 20, 2021 12:00 ET

Source:  The Law Offices of
         Frank R. Cruz

**DEADLINE ALERT for SAM, WDH, and HNST: The Law Offices of Frank R. Cruz Reminds Investors of Class**

THE LAW

THE LAW

GlobeNewswire
by notified

COVID-19
NEWS

SERVICES ⌄

CONTACT
US

FRANÇAIS

SIGN IN

REGISTER

reminds investors that class
action lawsuits have been
filed on behalf of
shareholders of the
following...

reminds investors that class
action lawsuits have been
filed on behalf of
shareholders of the
following...

## Explore



### 79 Percent of Adult Women Trust Dietary Supplement...

October 22, 2021 13:59 ET

### NanoVeda Iron Oral Strips are Perfect for People W...

October 22, 2021 13:52 ET

GlobeNewswire
by notified

**About Us**

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

**Newswire Distribution Network & Management**

· Home

· Newsroom

· RSS Feeds

· Legal

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

© 2021 GlobeNewswire, Inc. All Rights Reserved.



COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

# GPM

## Glancy Prongay & Murray LLP Reminds Investors of Looming Deadline in the Class Action Lawsuit Against Sesen Bio, Inc. (SESN)

Investors with losses exceeding $250,000 are encouraged to contact the firm

September 07, 2021 12:00 ET | Source: Glancy Prongay & Murray LLP

LOS ANGELES, Sept. 07, 2021 (GLOBE NEWSWIRE) -- Glancy Prongay & Murray LLP ("GPM") reminds investors of the upcoming **October 18, 2021** deadline to file a lead plaintiff motion in the class action filed on behalf of investors who purchased or otherwise acquired Sesen Bio, Inc. ("Sesen Bio" or the "Company") (NASDAQ: SESN) securities between **December 21, 2020 and August 17, 2021**, inclusive (the "Class Period").

If you suffered a loss on your Sesen Bio investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information at https://www.glancylaw.com/cases/sesen-bio-inc/. You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com to learn more about your rights.

Sesen Bio is a late-stage clinical company that purports to advance targeted fusion protein ("TFP") therapeutics for cancer treatments. Its most advanced product candidate is Vicineum (VB4-845), a locally administered TFP developed as a treatment of bacillus Calmette-Guérin ("BCG")-unresponsive non-muscle invasive bladder cancer ("NMIBC"). Sesen Bio reported preliminary efficacy data from its ongoing Phase 3 clinical trial for Vicineum, the VISTA trial, in August 2019.


GlobeNewswire
by notified

COVID-19        SERVICES ⌄        CONTACT        FRANÇAIS        SIGN IN        REGISTER
NEWS                                 US

NMIBC.

On August 13, 2021, Sesen Bio announced that the FDA declined to approve
its BLA for Vicineum in its current form. The FDA provided certain
"recommendations specific to additional clinical/statistical data and
analyses in addition to Chemistry, Manufacturing and Controls (CMC) issues
pertaining to a recent pre-approval inspection and product quality."

On this news, the Company's share price fell $2.80, or 57%, to close at $2.11
per share on August 13, 2021, on unusually heavy trading volume.

Then, on August 16, 2021, Sesen Bio further revealed that "it appears that
[the Company] will need to do a clinical trial to provide the additional
efficacy and safety data necessary for the FDA to assess the benefit-risk
profile, which is the basis for approval." As a result, the Company expected
that it could not resubmit its BLA until 2023.

On this news, the Company's share price fell $0.89, or 42%, to close at $1.22
per share on August 16, 2021, on unusually heavy trading volume.

Then, on August 18, 2021, before the market opened, the health and
medicine news site STAT published an article entitled "Sesen Bio trial of
cancer drug marked by misconduct and worrisome side effects, documents
show." Citing "hundreds of pages of internal documents" and "three people
familiar with the matter," the article detailed that the clinical trial for
Vicineum was "marked by thousands of violations of study rules, damning
investigator conduct, and worrying signs of toxicity the company did not
publicly disclose."

On this news, the Company's share price fell $0.20, or 13%, to close at $1.31
per share on August 18, 2021, on unusually heavy trading volume.

The complaint filed in this class action alleges that throughout the Class
Period, Defendants made materially false and/or misleading statements, as
well as failed to disclose material adverse facts about the Company's
business, operations, and prospects. Specifically, Defendants failed to
disclose to investors: (1) that Sesen Bio's clinical trial for Vicineum had more
than 2,000 violations of trial protocol, including 215 classified as "major"; (2)
that three of Sesen Bio's clinical investigators were found guilty of "serious
noncompliance," including "back-dating data"; (3) that Sesen Bio had
submitted the tainted data in connection with the BLA for Vicineum; (4)
that Sesen Bio's clinical trials showed that Vicineum leaked out into the



| COVID-19 NEWS | SERVICES ⌄ | CONTACT US | FRANÇAIS | SIGN IN | REGISTER |

approved; (6) that, as a result of the foregoing, there was a reasonable likelihood that Sesen Bio would be required to conduct additional trials to support the efficacy and safety of Vicineum; and (7) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you purchased or otherwise acquired Sesen Bio securities during the Class Period, you may move the Court no later than **October 18, 2021** to request appointment as lead plaintiff in this putative class action lawsuit. To be a member of the class action you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action. If you wish to learn more about this class action, or if you have any questions concerning this announcement or your rights or interests with respect to the pending class action lawsuit, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

**Contacts**

Glancy Prongay & Murray LLP, Los Angeles

Charles Linehan, 310-201-9150 or 888-773-9224

shareholders@glancylaw.com

www.glancylaw.com

**Tags**

#SESN      Class Action

# Recommended Reading



COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

**Glancy Prongay & Murray LLP Reminds Investors of Looming Deadline in the Class Action Lawsuit Against Waterdrop Inc. (WDH)**

LOS ANGELES, Oct. 22, 2021 (GLOBE NEWSWIRE) -- Glancy Prongay & Murray LLP ("GPM") reminds investors of the upcoming November 15, 2021 deadline to file a lead plaintiff motion in the class...



**Glancy Prongay & Murray LLP Reminds Investors of Looming Deadline in the Class Action Lawsuit Against The Honest Company, Inc. (HNST)**

LOS ANGELES, Oct. 22, 2021 (GLOBE NEWSWIRE) -- Glancy Prongay & Murray LLP ("GPM") reminds investors of the upcoming November 15, 2021 deadline to file a lead plaintiff motion in the class...



## Explore

**NanoVeda Iron Oral Strips are Perfect for People W...**

**Mr. Favourite Plantain Chips Give Consumers What T...**



**About Us**

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

**Newswire Distribution Network & Management**

· Home                · RSS Feeds

· Newsroom         · Legal

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not

GlobeNewswire
by notified

COVID-19
NEWS

SERVICES ⌄

CONTACT
US

FRANÇAIS

SIGN IN

REGISTER

GlobeNewswire
by notified

COVID-19
NEWS

SERVICES ⌄

CONTACT
US

FRANÇAIS

SIGN IN

REGISTER

Case 1:21-cv-07025-AKH    Document 51-4    Filed 11/01/21    Page 25 of 74



GlobeNewswire
by notified

COVID-19
NEWS

SERVICES ⌄

CONTACT
US

FRANÇAIS

SIGN IN

REGISTER



THE LAW
OFFICES OF
Frank R. Cruz

# DEADLINE ALERT for ANVS, VIEW, and SESN: The Law Offices of Frank R. Cruz Reminds Investors of Class Actions on Behalf of Shareholders

September 09, 2021 11:05 ET | Source: The Law Offices of Frank R. Cruz





···

LOS ANGELES, Sept. 09, 2021 (GLOBE NEWSWIRE) -- The Law Offices of Frank R. Cruz reminds investors that class action lawsuits have been filed on behalf of shareholders of the following publicly-traded companies. Investors have until the deadlines listed below to file a lead plaintiff motion.

Investors suffering losses on their investments are encouraged to contact The Law Offices of Frank R. Cruz to discuss their legal rights in these class actions at 310-914-5007 or by email to fcruz@frankcruzlaw.com.

**Annovis Bio, Inc.** (NYSE: ANVS)
Class Period: May 21, 2021 – July 28, 2021
Lead Plaintiff Deadline: **October 18, 2021**

*Investors with losses exceeding $50,000 are encouraged to contact the firm*

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Annovis's ANVS401 did not show statistically significant results across two patient populations as to factors such as



times.

**View, Inc.** (NASDAQ: VIEW)

Class Period: November 30, 2020 – August 16, 2021

Lead Plaintiff Deadline: **October 18, 2021**

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that View had not properly accrued warranty costs related to its product; (2) that there was a material weakness in View's internal controls over accounting and financial reporting related to warranty accrual; (3) that, as a result, the Company's financial results for prior periods were misstated; and (4) as a result, Defendants' statements about its business, operations, and prospects were materially false and misleading and/or lacked reasonable basis at all relevant times.

**Sesen Bio, Inc.** (NASDAQ: SESN)

Class Period: December 21, 2020 – August 17, 2021

Lead Plaintiff Deadline: **October 18, 2021**

*Investors with losses exceeding $250,000 are encouraged to contact the firm*

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Sesen Bio's clinical trial for Vicineum had more than 2,000 violations of trial protocol, including 215 classified as "major"; (2) that three of Sesen Bio's clinical investigators were found guilty of "serious noncompliance," including "back-dating data"; (3) that Sesen Bio had submitted the tainted data in connection with the BLA for Vicineum; (4) that Sesen Bio's clinical trials showed that Vicineum leaked out into the body, leading to side effects including liver failure and liver toxicity, and increasing the risks for fatal, drug-induced liver injury; (5) that, as a result of the foregoing, the Company's BLA for Vicineum was not likely to be approved; (6) that, as a result of the foregoing, there was a reasonable likelihood that Sesen Bio would be required to conduct additional trials to support the efficacy and safety of Vicineum; and (7) that, as a result of the



| | | | | |
|---|---|---|---|---|
| COVID-19 NEWS | SERVICES ⌄ | CONTACT US | FRANÇAIS | SIGN IN    REGISTER |

Follow us for updates on Twitter: twitter.com/FRC_LAW.

To be a member of these class actions, you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action. If you wish to learn more about these class actions, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Frank R. Cruz, of The Law Offices of Frank R. Cruz, 1999 Avenue of the Stars, Suite 1100, Los Angeles, California 90067 at 310-914-5007, by email to info@frankcruzlaw.com, or visit our website at www.frankcruzlaw.com.   If you inquire by email please include your mailing address, telephone number, and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

**Contacts**

The Law Offices of Frank R. Cruz, Los Angeles

Frank R. Cruz, 310-914-5007

fcruz@frankcruzlaw.com

www.frankcruzlaw.com

---

**Tags**

Annovis Bio    Inc.    ANVS    View    VIEW    Sesen Bio    SESN

class action    shareholders    investors    stocks    Class Action

# Recommended Reading

October 21, 2021 12:00 ET

Source:  The Law Offices of Frank R. Cruz

**DEADLINE ALERT for APPH, HYZN, EAR, and NNOX: The Law Offices of Frank R. Cruz Reminds Investors of Class**

October 20, 2021 12:00 ET

Source:  The Law Offices of Frank R. Cruz

**DEADLINE ALERT for SAM, WDH, and HNST: The Law Offices of Frank R. Cruz Reminds Investors of Class Actions on Behalf of Shareholders**



GlobeNewswire
by notified

COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

reminds investors that class
action lawsuits have been
filed on behalf of
shareholders of the
following...

shareholders of the
following...

## Explore

### 79 Percent of Adult Women Trust Dietary Supplement...

October 22, 2021 13:59 ET

### NanoVeda Iron Oral Strips are Perfect for People W...

October 22, 2021 13:52 ET


GlobeNewswire
by notified

**About Us**

GlobeNewswire is one of the world's largest
newswire distribution networks, specializing in
the delivery of corporate press releases, financial
disclosures and multimedia content to media,
investors, and consumers worldwide.

Follow us on social media:

**Newswire Distribution Network & Management**

· Home
· Newsroom

· RSS Feeds
· Legal

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the
author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes
and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not
endorse the content of any material published.

© 2021 GlobeNewswire, Inc. All Rights Reserved.

  GlobeNewswire
by notified

COVID-19     SERVICES ⌄     CONTACT     FRANÇAIS     SIGN IN     **REGISTER**
NEWS                     US

🔍



# DEADLINE ALERT for ANVS, VIEW, and SESN: The Law Offices of Frank R. Cruz Reminds Investors of Class Actions on Behalf of Shareholders

September 16, 2021 11:35 ET | Source: The Law Offices of Frank R. Cruz

LOS ANGELES, Sept. 16, 2021 (GLOBE NEWSWIRE) -- The Law Offices of Frank R. Cruz reminds investors that class action lawsuits have been filed on behalf of shareholders of the following publicly-traded companies. Investors have until the deadlines listed below to file a lead plaintiff motion.

Investors suffering losses on their investments are encouraged to contact The Law Offices of Frank R. Cruz to discuss their legal rights in these class actions at 310-914-5007 or by email to fcruz@frankcruzlaw.com.

**Annovis Bio, Inc.** (NYSE: ANVS)
Class Period: May 21, 2021 – July 28, 2021
Lead Plaintiff Deadline: **October 18, 2021**

*Investors with losses exceeding $50,000 are encouraged to contact the firm*

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Annovis's ANVS401 did not show statistically significant results across two patient populations as to factors such as


GlobeNewswire
by notified

COVID-19
NEWS          SERVICES ⌄        CONTACT
US                    FRANÇAIS        SIGN IN        REGISTER

🔍

times.

**View, Inc.** (NASDAQ: VIEW)

Class Period: November 30, 2020 – August 16, 2021

Lead Plaintiff Deadline: **October 18, 2021**

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that View had not properly accrued warranty costs related to its product; (2) that there was a material weakness in View's internal controls over accounting and financial reporting related to warranty accrual; (3) that, as a result, the Company's financial results for prior periods were misstated; and (4) as a result, Defendants' statements about its business, operations, and prospects were materially false and misleading and/or lacked reasonable basis at all relevant times.

**Sesen Bio, Inc.** (NASDAQ: SESN)

Class Period: December 21, 2020 – August 17, 2021

Lead Plaintiff Deadline: **October 18, 2021**

***Investors with losses exceeding $250,000 are encouraged to contact the firm***

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Sesen Bio's clinical trial for Vicineum had more than 2,000 violations of trial protocol, including 215 classified as "major"; (2) that three of Sesen Bio's clinical investigators were found guilty of "serious noncompliance," including "back-dating data"; (3) that Sesen Bio had submitted the tainted data in connection with the BLA for Vicineum; (4) that Sesen Bio's clinical trials showed that Vicineum leaked out into the body, leading to side effects including liver failure and liver toxicity, and increasing the risks for fatal, drug-induced liver injury; (5) that, as a result of the foregoing, the Company's BLA for Vicineum was not likely to be approved; (6) that, as a result of the foregoing, there was a reasonable likelihood that Sesen Bio would be required to conduct additional trials to support the efficacy and safety of Vicineum; and (7) that, as a result of the

Case 1:21-cv-07025-AKH    Document 51-4    Filed 11/01/21    Page 31 of 74


GlobeNewswire
by notified

COVID-19
NEWS

SERVICES ⌄

CONTACT
US

FRANÇAIS

SIGN IN

REGISTER

Follow us for updates on Twitter: twitter.com/FRC_LAW.

To be a member of these class actions, you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action. If you wish to learn more about these class actions, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Frank R. Cruz, of The Law Offices of Frank R. Cruz, 1999 Avenue of the Stars, Suite 1100, Los Angeles, California 90067 at 310-914-5007, by email to info@frankcruzlaw.com, or visit our website at www.frankcruzlaw.com.   If you inquire by email please include your mailing address, telephone number, and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

**Contacts**

The Law Offices of Frank R. Cruz, Los Angeles

Frank R. Cruz, 310-914-5007

fcruz@frankcruzlaw.com

www.frankcruzlaw.com

---

**Tags**

Annovis Bio    Inc.    ANVS    View    VIEW    Sesen Bio    SESN

class action    shareholders    investors    stocks    Class Action

# Recommended Reading

October 21, 2021 12:00 ET

Source:  The Law Offices of
Frank R. Cruz

**DEADLINE ALERT for APPH, HYZN, EAR, and NNOX: The Law Offices of Frank R. Cruz Reminds Investors of Class**

October 20, 2021 12:00 ET

Source:  The Law Offices of
Frank R. Cruz

**DEADLINE ALERT for SAM, WDH, and HNST: The Law Offices of Frank R. Cruz Reminds Investors of Class Actions on Behalf of Shareholders**





COVID-19
NEWS
SERVICES
CONTACT
US
FRANÇAIS
SIGN IN
REGISTER

reminds investors that class
action lawsuits have been
filed on behalf of
shareholders of the
following...

shareholders of the
following...

## Explore

### 79 Percent of Adult Women Trust Dietary Supplement...

October 22, 2021 13:59 ET

### NanoVeda Iron Oral Strips are Perfect for People W...

October 22, 2021 13:52 ET



**About Us**

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

**Newswire Distribution Network & Management**

· Home

· Newsroom

· RSS Feeds

· Legal

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

© 2021 GlobeNewswire, Inc. All Rights Reserved.

Case 1:21-cv-07025-AKH   Document 51-4   Filed 11/01/21   Page 33 of 74



GlobeNewswire
by notified

COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    **REGISTER**

# GPM

# Glancy Prongay & Murray LLP Reminds Investors of Looming Deadline in the Class Action Lawsuit Against Sesen Bio, Inc. (SESN)

Investors with losses exceeding $250,000 are encouraged to contact the firm

September 16, 2021 11:30 ET | Source: Glancy Prongay & Murray LLP

LOS ANGELES, Sept. 16, 2021 (GLOBE NEWSWIRE) -- Glancy Prongay & Murray LLP ("GPM") reminds investors of the upcoming **October 18, 2021** deadline to file a lead plaintiff motion in the class action filed on behalf of investors who purchased or otherwise acquired Sesen Bio, Inc. ("Sesen Bio" or the "Company") (NASDAQ: SESN) securities between **December 21, 2020 and August 17, 2021**, inclusive (the "Class Period").

If you suffered a loss on your Sesen Bio investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information at https://www.glancylaw.com/cases/sesen-bio-inc/. You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com to learn more about your rights.

Sesen Bio is a late-stage clinical company that purports to advance targeted fusion protein ("TFP") therapeutics for cancer treatments. Its most advanced product candidate is Vicineum (VB4-845), a locally administered TFP developed as a treatment of bacillus Calmette-Guérin ("BCG")-unresponsive non-muscle invasive bladder cancer ("NMIBC"). Sesen Bio reported preliminary efficacy data from its ongoing Phase 3 clinical trial for Vicineum, the VISTA trial, in August 2019.

Case 1:21-cv-07025-AKH    Document 51-4    Filed 11/01/21    Page 34 of 74



COVID-19
NEWS      SERVICES ⌄      CONTACT
US      FRANÇAIS      SIGN IN      REGISTER

NMIBC.

On August 13, 2021, Sesen Bio announced that the FDA declined to approve its BLA for Vicineum in its current form. The FDA provided certain "recommendations specific to additional clinical/statistical data and analyses in addition to Chemistry, Manufacturing and Controls (CMC) issues pertaining to a recent pre-approval inspection and product quality."

On this news, the Company's share price fell $2.80, or 57%, to close at $2.11 per share on August 13, 2021, on unusually heavy trading volume.

Then, on August 16, 2021, Sesen Bio further revealed that "it appears that [the Company] will need to do a clinical trial to provide the additional efficacy and safety data necessary for the FDA to assess the benefit-risk profile, which is the basis for approval." As a result, the Company expected that it could not resubmit its BLA until 2023.

On this news, the Company's share price fell $0.89, or 42%, to close at $1.22 per share on August 16, 2021, on unusually heavy trading volume.

Then, on August 18, 2021, before the market opened, the health and medicine news site STAT published an article entitled "Sesen Bio trial of cancer drug marked by misconduct and worrisome side effects, documents show." Citing "hundreds of pages of internal documents" and "three people familiar with the matter," the article detailed that the clinical trial for Vicineum was "marked by thousands of violations of study rules, damning investigator conduct, and worrying signs of toxicity the company did not publicly disclose."

On this news, the Company's share price fell $0.20, or 13%, to close at $1.31 per share on August 18, 2021, on unusually heavy trading volume.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Sesen Bio's clinical trial for Vicineum had more than 2,000 violations of trial protocol, including 215 classified as "major"; (2) that three of Sesen Bio's clinical investigators were found guilty of "serious noncompliance," including "back-dating data"; (3) that Sesen Bio had submitted the tainted data in connection with the BLA for Vicineum; (4) that Sesen Bio's clinical trials showed that Vicineum leaked out into the



GlobeNewswire
by notified

COVID-19          SERVICES ⌄          CONTACT          FRANÇAIS          SIGN IN          REGISTER
NEWS                                      US

🔍

approved; (6) that, as a result of the foregoing, there was a reasonable likelihood that Sesen Bio would be required to conduct additional trials to support the efficacy and safety of Vicineum; and (7) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you purchased or otherwise acquired Sesen Bio securities during the Class Period, you may move the Court no later than **October 18, 2021** to request appointment as lead plaintiff in this putative class action lawsuit. To be a member of the class action you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action. If you wish to learn more about this class action, or if you have any questions concerning this announcement or your rights or interests with respect to the pending class action lawsuit, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

**Contacts**

Glancy Prongay & Murray LLP, Los Angeles

Charles Linehan, 310-201-9150 or 888-773-9224

shareholders@glancylaw.com

www.glancylaw.com

___

**Tags**

#SESN          Class Action

# Recommended Reading



COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

**Murray LLP Reminds Investors of Looming Deadline in the Class Action Lawsuit Against Waterdrop Inc. (WDH)**

LOS ANGELES, Oct. 22, 2021 (GLOBE NEWSWIRE) -- Glancy Prongay & Murray LLP ("GPM") reminds investors of the upcoming November 15, 2021 deadline to file a lead plaintiff motion in the class...

**Murray LLP Reminds Investors of Looming Deadline in the Class Action Lawsuit Against The Honest Company, Inc. (HNST)**

LOS ANGELES, Oct. 22, 2021 (GLOBE NEWSWIRE) -- Glancy Prongay & Murray LLP ("GPM") reminds investors of the upcoming November 15, 2021 deadline to file a lead plaintiff motion in the class...

## Explore

**NanoVeda Iron Oral Strips are Perfect for**

**Mr. Favourite Plantain Chips Give Consumers**



### About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

### Newswire Distribution Network & Management

· Home    · RSS Feeds

· Newsroom    · Legal

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

GlobeNewswire
by notified

COVID-19
NEWS

SERVICES ⌄

CONTACT
US

FRANÇAIS

SIGN IN

REGISTER

GlobeNewswire
by notified

COVID-19
NEWS

SERVICES ⌄

CONTACT
US

FRANÇAIS

SIGN IN

REGISTER



GlobeNewswire
by notified

COVID-19
NEWS          SERVICES ⌄     CONTACT
US              FRANÇAIS     SIGN IN          REGISTER



# DEADLINE ALERT for ANVS, VIEW, and SESN: The Law Offices of Frank R. Cruz Reminds Investors of Class Actions on Behalf of Shareholders

September 22, 2021 11:45 ET | Source: The Law Offices of Frank R. Cruz





···

LOS ANGELES, Sept. 22, 2021 (GLOBE NEWSWIRE) -- The Law Offices of Frank R. Cruz reminds investors that class action lawsuits have been filed on behalf of shareholders of the following publicly-traded companies. Investors have until the deadlines listed below to file a lead plaintiff motion.

Investors suffering losses on their investments are encouraged to contact The Law Offices of Frank R. Cruz to discuss their legal rights in these class actions at 310-914-5007 or by email to fcruz@frankcruzlaw.com.

**Annovis Bio, Inc.** (NYSE: ANVS)
Class Period: May 21, 2021 – July 28, 2021
Lead Plaintiff Deadline: **October 18, 2021**

*Investors with losses exceeding $50,000 are encouraged to contact the firm*

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Annovis's ANVS401 did not show statistically significant results across two patient populations as to factors such as

Case 1:21-cv-07025-AKH     Document 51-4     Filed 11/01/21     Page 39 of 74



GlobeNewswire
by notified

COVID-19
NEWS          SERVICES ⌄          CONTACT
US          FRANÇAIS          SIGN IN          REGISTER

times.

**View, Inc.** (NASDAQ: VIEW)

Class Period: November 30, 2020 – August 16, 2021

Lead Plaintiff Deadline: **October 18, 2021**

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that View had not properly accrued warranty costs related to its product; (2) that there was a material weakness in View's internal controls over accounting and financial reporting related to warranty accrual; (3) that, as a result, the Company's financial results for prior periods were misstated; and (4) as a result, Defendants' statements about its business, operations, and prospects were materially false and misleading and/or lacked reasonable basis at all relevant times.

**Sesen Bio, Inc.** (NASDAQ: SESN)

Class Period: December 21, 2020 – August 17, 2021

Lead Plaintiff Deadline: **October 18, 2021**

*Investors with losses exceeding $250,000 are encouraged to contact the firm*

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Sesen Bio's clinical trial for Vicineum had more than 2,000 violations of trial protocol, including 215 classified as "major"; (2) that three of Sesen Bio's clinical investigators were found guilty of "serious noncompliance," including "back-dating data"; (3) that Sesen Bio had submitted the tainted data in connection with the BLA for Vicineum; (4) that Sesen Bio's clinical trials showed that Vicineum leaked out into the body, leading to side effects including liver failure and liver toxicity, and increasing the risks for fatal, drug-induced liver injury; (5) that, as a result of the foregoing, the Company's BLA for Vicineum was not likely to be approved; (6) that, as a result of the foregoing, there was a reasonable likelihood that Sesen Bio would be required to conduct additional trials to support the efficacy and safety of Vicineum; and (7) that, as a result of the


GlobeNewswire
by notified

COVID-19
NEWS      SERVICES ⌄      CONTACT
US      FRANÇAIS      SIGN IN      REGISTER

Follow us for updates on Twitter: twitter.com/FRC_LAW.

To be a member of these class actions, you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action. If you wish to learn more about these class actions, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Frank R. Cruz, of The Law Offices of Frank R. Cruz, 1999 Avenue of the Stars, Suite 1100, Los Angeles, California 90067 at 310-914-5007, by email to info@frankcruzlaw.com, or visit our website at www.frankcruzlaw.com. If you inquire by email please include your mailing address, telephone number, and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

**Contacts**

The Law Offices of Frank R. Cruz, Los Angeles

Frank R. Cruz, 310-914-5007

fcruz@frankcruzlaw.com

www.frankcruzlaw.com

**Tags**

Annovis Bio    Inc.    ANVS    View    VIEW    Sesen Bio    SESN

class action    shareholders    investors    stocks    Class Action

# Recommended Reading

October 21, 2021 12:00 ET

Source:  The Law Offices of
Frank R. Cruz

**DEADLINE ALERT for
APPH, HYZN, EAR, and
NNOX: The Law
Offices of Frank R.
Cruz Reminds
Investors of Class**

October 20, 2021 12:00 ET

Source:  The Law Offices of
Frank R. Cruz

**DEADLINE ALERT for
SAM, WDH, and HNST:
The Law Offices of
Frank R. Cruz Reminds
Investors of Class
Actions on Behalf of
Shareholders**







COVID-19
NEWS

SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

reminds investors that class action lawsuits have been filed on behalf of shareholders of the following…

shareholders of the following…

## Explore

### 79 Percent of Adult Women Trust Dietary Supplement…

October 22, 2021 13:59 ET

### NanoVeda Iron Oral Strips are Perfect for People W…

October 22, 2021 13:52 ET



### About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

### Newswire Distribution Network & Management

· Home    · RSS Feeds

· Newsroom    · Legal

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

© 2021 GlobeNewswire, Inc. All Rights Reserved.



COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER



# Glancy Prongay & Murray LLP Reminds Investors of Looming Deadline in the Class Action Lawsuit Against Sesen Bio, Inc. (SESN)

Investors with losses exceeding $250,000 are encouraged to contact the firm

September 22, 2021 11:00 ET | Source: Glancy Prongay & Murray LLP

LOS ANGELES, Sept. 22, 2021 (GLOBE NEWSWIRE) -- Glancy Prongay & Murray LLP ("GPM") reminds investors of the upcoming **October 18, 2021** deadline to file a lead plaintiff motion in the class action filed on behalf of investors who purchased or otherwise acquired Sesen Bio, Inc. ("Sesen Bio" or the "Company") (NASDAQ: SESN) securities between **December 21, 2020 and August 17, 2021**, inclusive (the "Class Period").

If you suffered a loss on your Sesen Bio investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information at https://www.glancylaw.com/cases/sesen-bio-inc/. You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com to learn more about your rights.

Sesen Bio is a late-stage clinical company that purports to advance targeted fusion protein ("TFP") therapeutics for cancer treatments. Its most advanced product candidate is Vicineum (VB4-845), a locally administered TFP developed as a treatment of bacillus Calmette-Guérin ("BCG")-unresponsive non-muscle invasive bladder cancer ("NMIBC"). Sesen Bio reported preliminary efficacy data from its ongoing Phase 3 clinical trial for Vicineum, the VISTA trial, in August 2019.



NMIBC.

On August 13, 2021, Sesen Bio announced that the FDA declined to approve its BLA for Vicineum in its current form. The FDA provided certain "recommendations specific to additional clinical/statistical data and analyses in addition to Chemistry, Manufacturing and Controls (CMC) issues pertaining to a recent pre-approval inspection and product quality."

On this news, the Company's share price fell $2.80, or 57%, to close at $2.11 per share on August 13, 2021, on unusually heavy trading volume.

Then, on August 16, 2021, Sesen Bio further revealed that "it appears that [the Company] will need to do a clinical trial to provide the additional efficacy and safety data necessary for the FDA to assess the benefit-risk profile, which is the basis for approval." As a result, the Company expected that it could not resubmit its BLA until 2023.

On this news, the Company's share price fell $0.89, or 42%, to close at $1.22 per share on August 16, 2021, on unusually heavy trading volume.

Then, on August 18, 2021, before the market opened, the health and medicine news site STAT published an article entitled "Sesen Bio trial of cancer drug marked by misconduct and worrisome side effects, documents show." Citing "hundreds of pages of internal documents" and "three people familiar with the matter," the article detailed that the clinical trial for Vicineum was "marked by thousands of violations of study rules, damning investigator conduct, and worrying signs of toxicity the company did not publicly disclose."

On this news, the Company's share price fell $0.20, or 13%, to close at $1.31 per share on August 18, 2021, on unusually heavy trading volume.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Sesen Bio's clinical trial for Vicineum had more than 2,000 violations of trial protocol, including 215 classified as "major"; (2) that three of Sesen Bio's clinical investigators were found guilty of "serious noncompliance," including "back-dating data"; (3) that Sesen Bio had submitted the tainted data in connection with the BLA for Vicineum; (4) that Sesen Bio's clinical trials showed that Vicineum leaked out into the



| COVID-19 NEWS | SERVICES ⌄ | CONTACT US | FRANÇAIS | SIGN IN | REGISTER |

approved; (6) that, as a result of the foregoing, there was a reasonable likelihood that Sesen Bio would be required to conduct additional trials to support the efficacy and safety of Vicineum; and (7) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you purchased or otherwise acquired Sesen Bio securities during the Class Period, you may move the Court no later than **October 18, 2021** to request appointment as lead plaintiff in this putative class action lawsuit. To be a member of the class action you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action. If you wish to learn more about this class action, or if you have any questions concerning this announcement or your rights or interests with respect to the pending class action lawsuit, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

### Contacts

Glancy Prongay & Murray LLP, Los Angeles

Charles Linehan, 310-201-9150 or 888-773-9224

shareholders@glancylaw.com

www.glancylaw.com

### Tags

#SESN     Class Action

# Recommended Reading



COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

**Glancy Prongay & Murray LLP Reminds Investors of Looming Deadline in the Class Action Lawsuit Against Waterdrop Inc. (WDH)**

GPM

LOS ANGELES, Oct. 22, 2021 (GLOBE NEWSWIRE) -- Glancy Prongay & Murray LLP ("GPM") reminds investors of the upcoming November 15, 2021 deadline to file a lead plaintiff motion in the class...

**Glancy Prongay & Murray LLP Reminds Investors of Looming Deadline in the Class Action Lawsuit Against The Honest Company, Inc. (HNST)**

GPM

LOS ANGELES, Oct. 22, 2021 (GLOBE NEWSWIRE) -- Glancy Prongay & Murray LLP ("GPM") reminds investors of the upcoming November 15, 2021 deadline to file a lead plaintiff motion in the class...

## Explore

**NanoVeda Iron Oral Strips are Perfect for People W...**

**Mr. Favourite Plantain Chips Give Consumers What T...**



**About Us**

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:  in  🐦

**Newswire Distribution Network & Management**

· Home

· Newsroom

· RSS Feeds

· Legal

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not

GlobeNewswire
by notified

COVID-19
NEWS

SERVICES ⌄

CONTACT
US

FRANÇAIS

SIGN IN

REGISTER

Case 1:21-cv-07025-AKH    Document 51-4    Filed 11/01/21    Page 47 of 74


GlobeNewswire
by notified

COVID-19
NEWS

SERVICES ›

CONTACT
US

FRANÇAIS

SIGN IN

REGISTER



THE LAW
OFFICES OF
Frank R. Cruz

# DEADLINE ALERT for ANVS, VIEW, and SESN: The Law Offices of Frank R. Cruz Reminds Investors of Class Actions on Behalf of Shareholders

September 29, 2021 12:35 ET | Source: The Law Offices of Frank R. Cruz





...

LOS ANGELES, Sept. 29, 2021 (GLOBE NEWSWIRE) -- The Law Offices of Frank R. Cruz reminds investors that class action lawsuits have been filed on behalf of shareholders of the following publicly-traded companies. Investors have until the deadlines listed below to file a lead plaintiff motion.

Investors suffering losses on their investments are encouraged to contact The Law Offices of Frank R. Cruz to discuss their legal rights in these class actions at 310-914-5007 or by email to fcruz@frankcruzlaw.com.

**Annovis Bio, Inc.** (NYSE: ANVS)
Class Period: May 21, 2021 – July 28, 2021
Lead Plaintiff Deadline: **October 18, 2021**

*Investors with losses exceeding $50,000 are encouraged to contact the firm*

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Annovis's ANVS401 did not show statistically significant results across two patient populations as to factors such as



GlobeNewswire
by notified

COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

times.

**View, Inc.** (NASDAQ: VIEW)

Class Period: November 30, 2020 – August 16, 2021

Lead Plaintiff Deadline: **October 18, 2021**

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that View had not properly accrued warranty costs related to its product; (2) that there was a material weakness in View's internal controls over accounting and financial reporting related to warranty accrual; (3) that, as a result, the Company's financial results for prior periods were misstated; and (4) as a result, Defendants' statements about its business, operations, and prospects were materially false and misleading and/or lacked reasonable basis at all relevant times.

**Sesen Bio, Inc.** (NASDAQ: SESN)

Class Period: December 21, 2020 – August 17, 2021

Lead Plaintiff Deadline: **October 18, 2021**

*Investors with losses exceeding $250,000 are encouraged to contact the firm*

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Sesen Bio's clinical trial for Vicineum had more than 2,000 violations of trial protocol, including 215 classified as "major"; (2) that three of Sesen Bio's clinical investigators were found guilty of "serious noncompliance," including "back-dating data"; (3) that Sesen Bio had submitted the tainted data in connection with the BLA for Vicineum; (4) that Sesen Bio's clinical trials showed that Vicineum leaked out into the body, leading to side effects including liver failure and liver toxicity, and increasing the risks for fatal, drug-induced liver injury; (5) that, as a result of the foregoing, the Company's BLA for Vicineum was not likely to be approved; (6) that, as a result of the foregoing, there was a reasonable likelihood that Sesen Bio would be required to conduct additional trials to support the efficacy and safety of Vicineum; and (7) that, as a result of the


GlobeNewswire
by notified

COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

Follow us for updates on Twitter: twitter.com/FRC_LAW.

To be a member of these class actions, you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action. If you wish to learn more about these class actions, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Frank R. Cruz, of The Law Offices of Frank R. Cruz, 1999 Avenue of the Stars, Suite 1100, Los Angeles, California 90067 at 310-914-5007, by email to info@frankcruzlaw.com, or visit our website at www.frankcruzlaw.com.   If you inquire by email please include your mailing address, telephone number, and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

**Contacts**

The Law Offices of Frank R. Cruz, Los Angeles

Frank R. Cruz, 310-914-5007

fcruz@frankcruzlaw.com

www.frankcruzlaw.com

**Tags**

Annovis Bio    Inc.    ANVS    View    VIEW    Sesen Bio    SESN

class action    shareholders    investors    stocks    Class Action

# Recommended Reading

October 21, 2021 12:00 ET

Source:  The Law Offices of Frank R. Cruz

**DEADLINE ALERT for APPH, HYZN, EAR, and NNOX: The Law Offices of Frank R. Cruz Reminds Investors of Class**



October 20, 2021 12:00 ET

Source:  The Law Offices of Frank R. Cruz

**DEADLINE ALERT for SAM, WDH, and HNST: The Law Offices of Frank R. Cruz Reminds Investors of Class**





reminds investors that class action lawsuits have been filed on behalf of shareholders of the following…

reminds investors that class action lawsuits have been filed on behalf of shareholders of the following…

## Explore

### 79 Percent of Adult Women Trust Dietary Supplement…

October 22, 2021 13:59 ET

### NanoVeda Iron Oral Strips are Perfect for People W…

October 22, 2021 13:52 ET



**About Us**

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

**Newswire Distribution Network & Management**

· Home

· Newsroom

· RSS Feeds

· Legal

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

© 2021 GlobeNewswire, Inc. All Rights Reserved.

# REFINITIV

## Glancy Prongay & Murray LLP Reminds Investors of Looming Deadline in the Class Action Lawsuit Against Sesen Bio, Inc. (SESN) - GlobeNewswire

01-Oct-2021 11:00:00

**Sentiment: Mostly negative**

LOS ANGELES, Oct. 01, 2021 (GLOBE NEWSWIRE) -- Glancy Prongay & Murray LLP ("GPM") reminds investors of the upcoming **October 18, 2021** deadline to file a lead plaintiff motion in the class action filed on behalf of investors who purchased or otherwise acquired Sesen Bio, Inc. ("Sesen Bio" or the "Company") (NASDAQ: SESN) securities between **December 21, 2020 and August 17, 2021**, inclusive (the "Class Period").

If you suffered a loss on your Sesen Bio investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information at https://www.glancylaw.com/cases/sesen-bio-inc/. You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com to learn more about your rights.

Sesen Bio is a late-stage clinical company that purports to advance targeted fusion protein ("TFP") therapeutics for cancer treatments. Its most advanced product candidate is Vicineum (VB4-845), a locally administered TFP developed as a treatment of bacillus Calmette-Guérin ("BCG")-unresponsive non-muscle invasive bladder cancer ("NMIBC"). Sesen Bio reported preliminary efficacy data from its ongoing Phase 3 clinical trial for Vicineum, the VISTA trial, in August 2019.

On December 21, 2020, the Company announced that it had submitted its Biologics License Application ("BLA") to the U.S. Food and Drug Administration ("FDA") for Vicineum for the treatment of BCG-unresponsive NMIBC.

On August 13, 2021, Sesen Bio announced that the FDA declined to approve its BLA for Vicineum in its current form. The FDA provided certain "recommendations specific to additional clinical/statistical data and analyses in addition to Chemistry, Manufacturing and Controls (CMC) issues pertaining to a recent pre-approval inspection and product quality."

On this news, the Company's share price fell $2.80, or 57%, to close at $2.11 per share on August 13, 2021, on unusually heavy trading volume.

Then, on August 16, 2021, Sesen Bio further revealed that "it appears that [the Company] will need to do a clinical trial to provide the additional efficacy and safety data necessary for the FDA to assess the benefit-risk profile, which is the basis for approval." As a result, the Company expected that it could not resubmit its BLA until 2023.

On this news, the Company's share price fell $0.89, or 42%, to close at $1.22 per share on August 16, 2021, on unusually heavy trading volume.

Then, on August 18, 2021, before the market opened, the health and medicine news site STAT published an article entitled "Sesen Bio trial of cancer drug marked by misconduct and worrisome side effects, documents show." Citing "hundreds of pages of internal documents" and "three people familiar with the matter," the article detailed that the clinical trial for Vicineum was "marked by thousands of violations of study rules, damning investigator conduct, and worrying signs of toxicity the company did not publicly disclose."

On this news, the Company's share price fell $0.20, or 13%, to close at $1.31 per share on August 18, 2021, on unusually heavy trading volume.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Sesen Bio's clinical trial for Vicineum had more than 2,000 violations of trial protocol, including 215 classified as "major"; (2) that three of Sesen Bio's clinical investigators were found guilty of "serious noncompliance," including "back-dating data"; (3) that Sesen Bio had submitted the tainted data in connection with the BLA for Vicineum; (4) that Sesen Bio's clinical trials showed that Vicineum leaked out into the body, leading to side effects including liver failure and liver toxicity, and increasing the risks for fatal, drug-induced liver injury; (5) that, as a result of the foregoing, the Company's BLA for Vicineum was not likely to be approved; (6) that, as a result of the foregoing, there was a reasonable likelihood that Sesen Bio would be required to conduct additional trials to support the efficacy and safety of Vicineum; and (7) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you purchased or otherwise acquired Sesen Bio securities during the Class Period, you may move the Court no later than **October 18, 2021** to request appointment as lead plaintiff in this putative class action lawsuit. To be a member of the class action you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action. If you wish to learn more about this class action, or if you have any questions concerning this announcement or your rights or interests with respect to the pending class action lawsuit, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

**Contacts**
Glancy Prongay & Murray LLP, Los Angeles
Charles Linehan, 310-201-9150 or 888-773-9224
shareholders@glancylaw.com
www.glancylaw.com



GlobeNewswire, Inc. 2021

nGNXR3L7Q

Copyright © 2021 Refinitiv and/or its affiliates. All rights reserved. The Refinitiv content received through this service is the intellectual property of Refinitiv or its third party suppliers. Republication or redistribution of content provided by Refinitiv is expressly prohibited without the prior written consent of Refinitiv, except where permitted by the terms of the relevant Refinitiv service agreement. Neither Refinitiv nor its third party suppliers shall be liable for any errors, omissions or delays in content, or for any actions taken in reliance thereon. Refinitiv and its logo are trademarks or trademarks of the Refinitiv group of companies around the world.



GlobeNewswire
by notified

COVID-19          SERVICES ⌄          CONTACT          FRANÇAIS          SIGN IN          REGISTER
NEWS                                  US



# DEADLINE ALERT for ANVS, VIEW, and SESN: The Law Offices of Frank R. Cruz Reminds Investors of Class Actions on Behalf of Shareholders

October 05, 2021 11:35 ET | Source: The Law Offices of Frank R. Cruz

LOS ANGELES, Oct. 05, 2021 (GLOBE NEWSWIRE) -- The Law Offices of Frank R. Cruz reminds investors that class action lawsuits have been filed on behalf of shareholders of the following publicly-traded companies. Investors have until the deadlines listed below to file a lead plaintiff motion.

Investors suffering losses on their investments are encouraged to contact The Law Offices of Frank R. Cruz to discuss their legal rights in these class actions at 310-914-5007 or by email to fcruz@frankcruzlaw.com.

**Annovis Bio, Inc.** (NYSE: ANVS)
Class Period: May 21, 2021 – July 28, 2021
Lead Plaintiff Deadline: **October 18, 2021**

*Investors with losses exceeding $50,000 are encouraged to contact the firm*

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Annovis's ANVS401 did not show statistically significant results across two patient populations as to factors such as



GlobeNewswire
by notified

COVID-19
NEWS

SERVICES ⌄

CONTACT
US

FRANÇAIS

SIGN IN

REGISTER

times.

**View, Inc.** (NASDAQ: VIEW)

Class Period: November 30, 2020 – August 16, 2021

Lead Plaintiff Deadline: **October 18, 2021**

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that View had not properly accrued warranty costs related to its product; (2) that there was a material weakness in View's internal controls over accounting and financial reporting related to warranty accrual; (3) that, as a result, the Company's financial results for prior periods were misstated; and (4) as a result, Defendants' statements about its business, operations, and prospects were materially false and misleading and/or lacked reasonable basis at all relevant times.

**Sesen Bio, Inc.** (NASDAQ: SESN)

Class Period: December 21, 2020 – August 17, 2021

Lead Plaintiff Deadline: **October 18, 2021**

*Investors with losses exceeding $250,000 are encouraged to contact the firm*

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Sesen Bio's clinical trial for Vicineum had more than 2,000 violations of trial protocol, including 215 classified as "major"; (2) that three of Sesen Bio's clinical investigators were found guilty of "serious noncompliance," including "back-dating data"; (3) that Sesen Bio had submitted the tainted data in connection with the BLA for Vicineum; (4) that Sesen Bio's clinical trials showed that Vicineum leaked out into the body, leading to side effects including liver failure and liver toxicity, and increasing the risks for fatal, drug-induced liver injury; (5) that, as a result of the foregoing, the Company's BLA for Vicineum was not likely to be approved; (6) that, as a result of the foregoing, there was a reasonable likelihood that Sesen Bio would be required to conduct additional trials to support the efficacy and safety of Vicineum; and (7) that, as a result of the


GlobeNewswire
by notified

COVID-19
NEWS

SERVICES ∨

CONTACT
US

FRANÇAIS

SIGN IN

REGISTER

Follow us for updates on Twitter: twitter.com/FRC_LAW.

To be a member of these class actions, you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action. If you wish to learn more about these class actions, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Frank R. Cruz, of The Law Offices of Frank R. Cruz, 1999 Avenue of the Stars, Suite 1100, Los Angeles, California 90067 at 310-914-5007, by email to info@frankcruzlaw.com, or visit our website at www.frankcruzlaw.com.   If you inquire by email please include your mailing address, telephone number, and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

**Contacts**

The Law Offices of Frank R. Cruz, Los Angeles

Frank R. Cruz, 310-914-5007

fcruz@frankcruzlaw.com

www.frankcruzlaw.com

---

**Tags**

Annovis Bio    Inc.    ANVS    View    VIEW    Sesen Bio    SESN

class action    shareholders    investors    stocks    Class Action

# Recommended Reading

October 21, 2021 12:00 ET

Source:  The Law Offices of
Frank R. Cruz

**DEADLINE ALERT for APPH, HYZN, EAR, and NNOX: The Law Offices of Frank R. Cruz Reminds Investors of Class**

October 20, 2021 12:00 ET

Source:  The Law Offices of
Frank R. Cruz

**DEADLINE ALERT for SAM, WDH, and HNST: The Law Offices of Frank R. Cruz Reminds Investors of Class**







COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

reminds investors that class action lawsuits have been filed on behalf of shareholders of the following...

reminds investors that class action lawsuits have been filed on behalf of shareholders of the following...

## Explore

### 79 Percent of Adult Women Trust Dietary Supplement...
October 22, 2021 13:59 ET

### NanoVeda Iron Oral Strips are Perfect for People W...
October 22, 2021 13:52 ET



**About Us**

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

**Newswire Distribution Network & Management**

· Home

· Newsroom

· RSS Feeds

· Legal

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

© 2021 GlobeNewswire, Inc. All Rights Reserved.

# SESN Investors Have Opportunity to Lead Sesen Bio, Inc. Securities Fraud Lawsuit

NEWS PROVIDED BY
**Glancy Prongay & Murray LLP →**
Oct 11, 2021, 11:00 ET

LOS ANGELES, Oct. 11, 2021 /PRNewswire/ --

Glancy Prongay & Murray LLP ("GPM") announces that investors with substantial losses have opportunity to lead the securities fraud class action lawsuit against Sesen Bio, Inc. (NASDAQ: SESN).

**Class Period:** December 21, 2020 - August 17, 2021
**Lead Plaintiff Deadline:** October 18, 2021

If you wish to serve as lead plaintiff of the Sesen Bio lawsuit, you can submit your contact information at https://www.glancylaw.com/cases/sesen-bio-inc/. You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com to learn more about your rights.

The complaint filed alleges that, throughout the Class Period, Defendants failed to disclose to investors: (1) that Sesen Bio's clinical trial for Vicineum had more than 2,000 violations of trial protocol, including 215 classified as "major"; (2) that three of Sesen Bio's clinical investigators were found guilty of "serious noncompliance," including "back-dating data"; (3) that Sesen Bio had submitted the tainted data in connection with the BLA for Vicineum; (4) that Sesen Bio's clinical trials showed that Vicineum leaked out into the body, leading to side effects including liver failure and liver toxicity, and increasing the risks for fatal, drug-induced liver injury; (5) that, as a result of the foregoing, the Company's BLA for Vicineum was not likely to be approved; (6)

that, as a result of the foregoing, there was a reasonable likelihood that Sesen Bio would be required to conduct additional trials to support the efficacy and safety of Vicineum;  and (7) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Follow us for updates on LinkedIn, Twitter, or Facebook.

To be a member of the class action you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action. If you wish to learn more about this class action, or if you have any questions concerning this announcement or your rights or interests with respect to the pending class action lawsuit, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

SOURCE Glancy Prongay & Murray LLP

Related Links

www.glancylaw.com

Case 1:21-cv-07025-AKH    Document 51-4    Filed 11/01/21    Page 59 of 74



GlobeNewswire
by notified

COVID-19
NEWS          SERVICES ⌄          CONTACT
US          FRANÇAIS          SIGN IN          REGISTER



# DEADLINE ALERT for ANVS, VIEW, and SESN: The Law Offices of Frank R. Cruz Reminds Investors of Class Actions on Behalf of Shareholders

October 12, 2021 12:15 ET | Source: The Law Offices of Frank R. Cruz

LOS ANGELES, Oct. 12, 2021 (GLOBE NEWSWIRE) -- The Law Offices of Frank R. Cruz reminds investors that class action lawsuits have been filed on behalf of shareholders of the following publicly-traded companies. Investors have until the deadlines listed below to file a lead plaintiff motion.

Investors suffering losses on their investments are encouraged to contact The Law Offices of Frank R. Cruz to discuss their legal rights in these class actions at 310-914-5007 or by email to fcruz@frankcruzlaw.com.

**Annovis Bio, Inc.** (NYSE: ANVS)

Class Period: May 21, 2021 – July 28, 2021

Lead Plaintiff Deadline: **October 18, 2021**

*Investors with losses exceeding $50,000 are encouraged to contact the firm*

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Annovis's ANVS401 did not show statistically significant results across two patient populations as to factors such as



COVID-19 NEWS     SERVICES ⌄     CONTACT US     FRANÇAIS     SIGN IN     REGISTER

times.

**View, Inc.** (NASDAQ: <u>VIEW</u>)

Class Period: November 30, 2020 – August 16, 2021

Lead Plaintiff Deadline: **October 18, 2021**

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that View had not properly accrued warranty costs related to its product; (2) that there was a material weakness in View's internal controls over accounting and financial reporting related to warranty accrual; (3) that, as a result, the Company's financial results for prior periods were misstated; and (4) as a result, Defendants' statements about its business, operations, and prospects were materially false and misleading and/or lacked reasonable basis at all relevant times.

**Sesen Bio, Inc.** (NASDAQ: <u>SESN</u>)

Class Period: December 21, 2020 – August 17, 2021

Lead Plaintiff Deadline: **October 18, 2021**

*Investors with losses exceeding $250,000 are encouraged to contact the firm*

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Sesen Bio's clinical trial for Vicineum had more than 2,000 violations of trial protocol, including 215 classified as "major"; (2) that three of Sesen Bio's clinical investigators were found guilty of "serious noncompliance," including "back-dating data"; (3) that Sesen Bio had submitted the tainted data in connection with the BLA for Vicineum; (4) that Sesen Bio's clinical trials showed that Vicineum leaked out into the body, leading to side effects including liver failure and liver toxicity, and increasing the risks for fatal, drug-induced liver injury; (5) that, as a result of the foregoing, the Company's BLA for Vicineum was not likely to be approved; (6) that, as a result of the foregoing, there was a reasonable likelihood that Sesen Bio would be required to conduct additional trials to support the efficacy and safety of Vicineum; and (7) that, as a result of the

Case 1:21-cv-07025-AKH    Document 51-4    Filed 11/01/21    Page 61 of 74



GlobeNewswire
by notified

COVID-19          SERVICES ⌄          CONTACT          FRANÇAIS          SIGN IN          REGISTER
NEWS                                    US

Follow us for updates on Twitter: twitter.com/FRC_LAW.

To be a member of these class actions, you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action. If you wish to learn more about these class actions, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Frank R. Cruz, of The Law Offices of Frank R. Cruz, 1999 Avenue of the Stars, Suite 1100, Los Angeles, California 90067 at 310-914-5007, by email to info@frankcruzlaw.com, or visit our website at www.frankcruzlaw.com.   If you inquire by email please include your mailing address, telephone number, and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

Contacts

The Law Offices of Frank R. Cruz, Los Angeles

Frank R. Cruz, 310-914-5007

fcruz@frankcruzlaw.com

www.frankcruzlaw.com

**Tags**

Annovis Bio     Inc.     ANVS     View     VIEW     Sesen Bio     SESN

class action     shareholders     investors     stocks     Class Action

# Recommended Reading

October 21, 2021 12:00 ET

Source:  The Law Offices of
Frank R. Cruz

**DEADLINE ALERT for APPH, HYZN, EAR, and NNOX: The Law Offices of Frank R. Cruz Reminds Investors of Class**

October 20, 2021 12:00 ET

Source:  The Law Offices of
Frank R. Cruz

**DEADLINE ALERT for SAM, WDH, and HNST: The Law Offices of Frank R. Cruz Reminds Investors of Class Actions on Behalf of Shareholders**





GlobeNewswire
by notified

COVID-19
NEWS

SERVICES ⌄

CONTACT
US

FRANÇAIS

SIGN IN

REGISTER

reminds investors that class
action lawsuits have been
filed on behalf of
shareholders of the
following...

shareholders of the
following...

## Explore

### Enhanced Profiles Drive BlackRock, Invesco and Bou...

October 22, 2021 14:03 ET

### 79 Percent of Adult Women Trust Dietary Supplement...

October 22, 2021 13:59 ET



### About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

### Newswire Distribution Network & Management

· Home

· RSS Feeds

· Newsroom

· Legal

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

© 2021 GlobeNewswire, Inc. All Rights Reserved.

Case 1:21-cv-07025-AKH    Document 51-4    Filed 11/01/21    Page 63 of 74



COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    **REGISTER**

# GPM

## Glancy Prongay & Murray LLP Reminds Investors of Looming Deadline in the Class Action Lawsuit Against Sesen Bio, Inc. (SESN)

Investors with losses exceeding $250,000 are encouraged to contact the firm

October 15, 2021 13:00 ET | Source: Glancy Prongay & Murray LLP




...

LOS ANGELES, Oct. 15, 2021 (GLOBE NEWSWIRE) -- Glancy Prongay & Murray LLP ("GPM") reminds investors of the upcoming **October 18, 2021** deadline to file a lead plaintiff motion in the class action filed on behalf of investors who purchased or otherwise acquired Sesen Bio, Inc. ("Sesen Bio" or the "Company") (NASDAQ: SESN) securities between **December 21, 2020 and August 17, 2021**, inclusive (the "Class Period").

If you suffered a loss on your Sesen Bio investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information at https://www.glancylaw.com/cases/sesen-bio-inc/. You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com to learn more about your rights.

Sesen Bio is a late-stage clinical company that purports to advance targeted fusion protein ("TFP") therapeutics for cancer treatments. Its most advanced product candidate is Vicineum (VB4-845), a locally administered TFP developed as a treatment of bacillus Calmette-Guérin ("BCG")-unresponsive non-muscle invasive bladder cancer ("NMIBC"). Sesen Bio reported preliminary efficacy data from its ongoing Phase 3 clinical trial for Vicineum, the VISTA trial, in August 2019.



GlobeNewswire
by notified

COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

NMIBC.

On August 13, 2021, Sesen Bio announced that the FDA declined to approve its BLA for Vicineum in its current form. The FDA provided certain "recommendations specific to additional clinical/statistical data and analyses in addition to Chemistry, Manufacturing and Controls (CMC) issues pertaining to a recent pre-approval inspection and product quality."

On this news, the Company's share price fell $2.80, or 57%, to close at $2.11 per share on August 13, 2021, on unusually heavy trading volume.

Then, on August 16, 2021, Sesen Bio further revealed that "it appears that [the Company] will need to do a clinical trial to provide the additional efficacy and safety data necessary for the FDA to assess the benefit-risk profile, which is the basis for approval." As a result, the Company expected that it could not resubmit its BLA until 2023.

On this news, the Company's share price fell $0.89, or 42%, to close at $1.22 per share on August 16, 2021, on unusually heavy trading volume.

Then, on August 18, 2021, before the market opened, the health and medicine news site STAT published an article entitled "Sesen Bio trial of cancer drug marked by misconduct and worrisome side effects, documents show." Citing "hundreds of pages of internal documents" and "three people familiar with the matter," the article detailed that the clinical trial for Vicineum was "marked by thousands of violations of study rules, damning investigator conduct, and worrying signs of toxicity the company did not publicly disclose."

On this news, the Company's share price fell $0.20, or 13%, to close at $1.31 per share on August 18, 2021, on unusually heavy trading volume.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Sesen Bio's clinical trial for Vicineum had more than 2,000 violations of trial protocol, including 215 classified as "major"; (2) that three of Sesen Bio's clinical investigators were found guilty of "serious noncompliance," including "back-dating data"; (3) that Sesen Bio had submitted the tainted data in connection with the BLA for Vicineum; (4) that Sesen Bio's clinical trials showed that Vicineum leaked out into the



GlobeNewswire
by notified

COVID-19          SERVICES ⌄        CONTACT          FRANÇAIS          SIGN IN          REGISTER
NEWS                                US

approved; (6) that, as a result of the foregoing, there was a reasonable likelihood that Sesen Bio would be required to conduct additional trials to support the efficacy and safety of Vicineum; and (7) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you purchased or otherwise acquired Sesen Bio securities during the Class Period, you may move the Court no later than **October 18, 2021** to request appointment as lead plaintiff in this putative class action lawsuit. To be a member of the class action you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action. If you wish to learn more about this class action, or if you have any questions concerning this announcement or your rights or interests with respect to the pending class action lawsuit, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles, California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

**Contacts**

Glancy Prongay & Murray LLP, Los Angeles

Charles Linehan, 310-201-9150 or 888-773-9224

shareholders@glancylaw.com

www.glancylaw.com

**Tags**

#SESN          Class Action

# Recommended Reading



COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

Murray LLP Reminds Investors of Looming Deadline in the Class Action Lawsuit Against Waterdrop Inc. (WDH)

LOS ANGELES, Oct. 22, 2021 (GLOBE NEWSWIRE) -- Glancy Prongay & Murray LLP ("GPM") reminds investors of the upcoming November 15, 2021 deadline to file a lead plaintiff motion in the class...

Murray LLP Reminds Investors of Looming Deadline in the Class Action Lawsuit Against The Honest Company, Inc. (HNST)

LOS ANGELES, Oct. 22, 2021 (GLOBE NEWSWIRE) -- Glancy Prongay & Murray LLP ("GPM") reminds investors of the upcoming November 15, 2021 deadline to file a lead plaintiff motion in the class...

# Explore

Enhanced Profiles Drive BlackRock.

79 Percent of Adult Women Trust Dietary



**About Us**
GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

**Newswire Distribution Network & Management**

· Home
· Newsroom
· RSS Feeds
· Legal

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

Case 1:21-cv-07025-AKH    Document 51-4    Filed 11/01/21    Page 67 of 74

GlobeNewswire
by notified

**COVID-19 NEWS**    **SERVICES** ⌄    **CONTACT US**    **FRANÇAIS**    **SIGN IN**    **REGISTER**

🔍

GlobeNewswire
by notified

**COVID-19 NEWS**    **SERVICES** ⌄    **CONTACT US**    **FRANÇAIS**    **SIGN IN**    **REGISTER**

🔍





# The Law Offices of Frank R. Cruz Reminds Investors of Looming Deadline in the Class Action Lawsuit Against Sesen Bio, Inc. (SESN)

***Investors with losses exceeding $250,000 are encouraged to contact the firm***

October 15, 2021 01:10 PM Eastern Daylight Time

LOS ANGELES--(BUSINESS WIRE)--The Law Offices of Frank R. Cruz reminds investors of the upcoming **October 18, 2021** deadline to file a lead plaintiff motion in the case filed on behalf of investors who purchased Sesen Bio, Inc. ("Sesen Bio" or the "Company") (NASDAQ: SESN) securities between **December 21, 2020 and August 17, 2021**, inclusive (the "Class Period").

If you are a shareholder who suffered a loss, click here to participate.

Sesen Bio is a late-stage clinical company that purports to advance targeted fusion protein ("TFP") therapeutics for cancer treatments. Its most advanced product candidate is Vicineum (VB4-845), a locally administered TFP developed as a treatment of bacillus Calmette-Guérin ("BCG")-unresponsive non-muscle invasive bladder cancer ("NMIBC"). Sesen Bio reported preliminary efficacy data from its ongoing Phase 3 clinical trial for Vicineum, the VISTA trial, in August 2019.

On December 21, 2020, the Company announced that it had submitted its Biologics License Application ("BLA") to the U.S. Food and Drug Administration ("FDA") for Vicineum for the treatment of BCG-unresponsive NMIBC.

On August 13, 2021, Sesen Bio announced that the FDA declined to approve its BLA for Vicineum in its current form. The FDA provided certain "recommendations specific to additional clinical/statistical data and analyses in addition to Chemistry, Manufacturing and Controls (CMC) issues pertaining to a recent pre-approval inspection and product quality."

On this news, the Company's share price fell $2.80, or 57%, to close at $2.11 per share on August 13, 2021, on unusually heavy trading volume.

Then, on August 16, 2021, Sesen Bio further revealed that "it appears that [the Company] will need to do a clinical trial to provide the additional efficacy and safety data necessary for the FDA to assess the benefit-risk profile, which is the basis for approval." As a result, the Company expected that it could not resubmit its BLA until 2023.

On this news, the Company's share price fell $0.89, or 42%, to close at $1.22 per share on August 16, 2021, on unusually heavy trading volume.

Then, on August 18, 2021, before the market opened, the health and medicine news site STAT published an article entitled "Sesen Bio trial of cancer drug marked by misconduct and worrisome side effects, documents show." Citing "hundreds of pages of internal documents" and "three people familiar with the matter," the article detailed that the clinical trial for

Vicineum was marked by thousands of violations of study rules, damning investigator conduct, and worrying signs of toxicity the company did not publicly disclose."

On this news, the Company's share price fell $0.20, or 13%, to close at $1.31 per share on August 18, 2021, on unusually heavy trading volume.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Sesen Bio's clinical trial for Vicineum had more than 2,000 violations of trial protocol, including 215 classified as "major"; (2) that three of Sesen Bio's clinical investigators were found guilty of "serious noncompliance," including "back-dating data"; (3) that Sesen Bio had submitted the tainted data in connection with the BLA for Vicineum; (4) that Sesen Bio's clinical trials showed that Vicineum leaked out into the body, leading to side effects including liver failure and liver toxicity, and increasing the risks for fatal, drug-induced liver injury; (5) that, as a result of the foregoing, the Company's BLA for Vicineum was not likely to be approved; (6) that, as a result of the foregoing, there was a reasonable likelihood that Sesen Bio would be required to conduct additional trials to support the efficacy and safety of Vicineum; and (7) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Follow us for updates on Twitter: twitter.com/FRC_LAW.

If you purchased or otherwise acquired Sesen Bio securities during the Class Period, you may move the Court no later than **October 18, 2021** to request appointment as lead plaintiff in this putative class action lawsuit. To be a member of the class action you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action. If you wish to learn more about this class action, or if you have any questions concerning this announcement or your rights or interests with respect to the pending class action lawsuit, please contact Frank R. Cruz, of The Law Offices of Frank R. Cruz, 1999 Avenue of the Stars, Suite 1100, Los Angeles, California 90067 at 310-914-5007, by email to info@frankcruzlaw.com, or visit our website at www.frankcruzlaw.com. If you inquire by email please include your mailing address, telephone number, and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

Contacts
The Law Offices of Frank R. Cruz, Los Angeles
Frank R. Cruz, 310-914-5007
fcruz@frankcruzlaw.com
www.frankcruzlaw.com

Tweets by @FRC_LAW

#Hashtags

#stocks  #shareholders  #investors

$Cashtags

$SESN

Social Media Profiles

@FRC_LAW

Case 1:21-cv-07025-AKH    Document 51-4    Filed 11/01/21    Page 71 of 74

 GlobeNewswire
by notified

COVID-19        SERVICES ⌄        CONTACT        FRANÇAIS        SIGN IN        **REGISTER**
NEWS                              US



# DEADLINE ALERT for VIEW and SESN: The Law Offices of Frank R. Cruz Reminds Investors of Class Actions on Behalf of Shareholders

October 17, 2021 12:03 ET | Source: The Law Offices of Frank R. Cruz

LOS ANGELES, Oct. 17, 2021 (GLOBE NEWSWIRE) -- The Law Offices of Frank R. Cruz reminds investors that class action lawsuits have been filed on behalf of shareholders of the following publicly-traded companies. Investors have until the deadlines listed below to file a lead plaintiff motion.

Investors suffering losses on their investments are encouraged to contact The Law Offices of Frank R. Cruz to discuss their legal rights in these class actions at 310-914-5007 or by email to fcruz@frankcruzlaw.com.

**View, Inc.** (NASDAQ: VIEW)
Class Period: November 30, 2020 – August 16, 2021
Lead Plaintiff Deadline: **October 18, 2021**

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that View had not properly accrued warranty costs related to its product; (2) that there was a material weakness in View's internal controls over accounting and financial reporting related to warranty accrual; (3) that, as a result, the Company's financial results for prior periods



GlobeNewswire
by notified

COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

**Sesen Bio, Inc.** (NASDAQ: [SESN](#))

Class Period: December 21, 2020 – August 17, 2021

Lead Plaintiff Deadline: **October 18, 2021**

***Investors with losses exceeding $250,000 are encouraged to contact the firm***

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Sesen Bio's clinical trial for Vicineum had more than 2,000 violations of trial protocol, including 215 classified as "major"; (2) that three of Sesen Bio's clinical investigators were found guilty of "serious noncompliance," including "back-dating data"; (3) that Sesen Bio had submitted the tainted data in connection with the BLA for Vicineum; (4) that Sesen Bio's clinical trials showed that Vicineum leaked out into the body, leading to side effects including liver failure and liver toxicity, and increasing the risks for fatal, drug-induced liver injury; (5) that, as a result of the foregoing, the Company's BLA for Vicineum was not likely to be approved; (6) that, as a result of the foregoing, there was a reasonable likelihood that Sesen Bio would be required to conduct additional trials to support the efficacy and safety of Vicineum; and (7) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Follow us for updates on Twitter: [twitter.com/FRC_LAW](#).

To be a member of these class actions, you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the class action. If you wish to learn more about these class actions, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Frank R. Cruz, of The Law Offices of Frank R. Cruz, 1999 Avenue of the Stars, Suite 1100, Los Angeles, California 90067 at 310-914-5007, by email to [info@frankcruzlaw.com](#), or visit our website at [www.frankcruzlaw.com](#). If you inquire by email please include your mailing address, telephone number, and number of shares purchased.



COVID-19
NEWS    SERVICES ⌄    CONTACT
US    FRANÇAIS    SIGN IN    REGISTER

The Law Offices of Frank R. Cruz, Los Angeles

Frank R. Cruz, 310-914-5007

fcruz@frankcruzlaw.com

www.frankcruzlaw.com

**Tags**

| View | | Inc. | | VIEW | | Sesen Bio | | SESN | | class action | | investors |

| stocks | | shareholders | | Class Action |

# Recommended Reading

October 21, 2021 12:00 ET

Source:  The Law Offices of
Frank R. Cruz

**DEADLINE ALERT for APPH, HYZN, EAR, and NNOX: The Law Offices of Frank R. Cruz Reminds Investors of Class Actions on Behalf of Shareholders**

LOS ANGELES, Oct. 21, 2021 (GLOBE NEWSWIRE) -- The Law Offices of Frank R. Cruz reminds investors that class action lawsuits have been filed on behalf of shareholders of the following...



October 20, 2021 12:00 ET

Source:  The Law Offices of
Frank R. Cruz

**DEADLINE ALERT for SAM, WDH, and HNST: The Law Offices of Frank R. Cruz Reminds Investors of Class Actions on Behalf of Shareholders**

LOS ANGELES, Oct. 20, 2021 (GLOBE NEWSWIRE) -- The Law Offices of Frank R. Cruz reminds investors that class action lawsuits have been filed on behalf of shareholders of the following...



# Explore

GlobeNewswire
by notified

COVID-19
NEWS

SERVICES ⌄

CONTACT
US

FRANÇAIS

SIGN IN

REGISTER

Dolphins Announce
Multi-Year P...

October 22, 2021 14:37 ET

Baby's Benny Nasal
Aspirator a Lif...

October 22, 2021 14:16 ET



### About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

### Newswire Distribution Network & Management

· Home

· RSS Feeds

· Newsroom

· Legal

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

© 2021 GlobeNewswire, Inc. All Rights Reserved.