# EXHIBIT A

## DECLARATION OF MAURICE HARRIS

I, Maurice Harris, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I respectfully submit this Declaration in support of my response to Julio C. Hernandez's memorandum of law in opposition to my motion for appointment as Lead Plaintiff in the Sesen Bio, Inc., securities litigation.

2.      I reviewed Hernandez's opposition brief. In that brief, Hernandez claims that I did not review the Exhibit A to my certification that reflects my transactions in Sesen Bio securities. That is wrong. I reviewed Exhibit A, thought it was correct, and then signed the certification under penalty of perjury.

3.      Hernandez also claims that there is no indication that I signed the certification. For the avoidance of any doubt, I signed the certification using a program named PandaDoc. Everything stated in my certification (including Exhibit A) remains true and correct.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true, accurate and complete to the best of my knowledge.

Executed on November ___, 2021.

Maurice Harris