UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

RYAN BIBB, Individually and on Behalf of All Others Similarly Situated,

                Plaintiff,

    vs.

SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES,

                Defendants.

Civil Action No. 1:21-cv-07025-AKH

CLASS ACTION

---------------------------------------------------------------x

MICHAEL CIZEK, Individually and on Behalf of All Others Similarly Situated,

                Plaintiff,

    vs.

SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES,

                Defendants.

Civil Action No. 1:21-cv-07309-AKH

CLASS ACTION

---------------------------------------------------------------x

SCOTT MARKMAN, Individually and on Behalf of All Others Similarly Situated,

                Plaintiff,

    vs.

SESEN BIO, INC., THOMAS R. CANNELL, and MONICA FORBES,

                Defendants.

Civil Action No. 1:21-cv-08308-AKH

CLASS ACTION

---------------------------------------------------------------x

**JULIO C. HERNANDEZ'S REPLY IN FURTHER SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

4868-4385-2034.v1

Julio C. Hernandez hereby submits this reply in further support of his motion for appointment as lead plaintiff, as he is the only movant who satisfies all of the Private Securities Litigation Reform Act of 1995 ("PSLRA)" requirements to be appointed as lead plaintiff. Mr. Hernandez is a sophisticated investor who filed a timely motion, suffered substantial recoverable losses, is typical and adequate, selected qualified counsel, and is not subject to any unique defenses. Indeed, no other movant substantively opposed Hernandez's motion.[1] Maurice Harris, the only other movant who has substantively opposed the other lead plaintiff candidates, makes "no argument against [Hernandez] other than pointing out [his] relatively low[er] financial stake in the litigation." *Tsirekidze v. Syntax-Brillian Corp.*, 2008 WL 942273, at \*5 (D. Ariz. Apr. 7, 2008) (appointing movant that lacked the largest claimed financial interest as lead plaintiff because it was the first movant "that satisfie[d] both prongs of Rule 23"); s*ee* ECF No. 50 at 12-14.

However, with losses roughly equal to those of Mr. Harris's losses, this minimal differential between Mr. Hernandez and Harris is not outcome determinative here, where the difference is ***less than two tenths of one percent*** (.19%). *See, e.g.*, *In re Elan Corp. Sec. Litig.,* 2009 WL 1321167, at \*1 (S.D.N.Y. May 11, 2009) (noting that "movants' losses are basically equal" where one claimed a loss of $4,236,002.68 and another movant claimed a loss of $4,257,795.45). Hernandez's candidacy is further bolstered by his selection of Robbins Geller as lead counsel, with a successful track record of prosecuting securities fraud actions in this Court. *See* ECF No. 53 at 3-4.

The only other movant who claims a larger loss than Mr. Hernandez is the Sesen Investor Group, but because this coalition was only aggregated to leapfrog other investors (like Hernandez) with a larger individual loss, the Group's motion should be denied. *See* ECF No. 53 at 1-2. Because

---

[1] To the extent that the Sesen Investor Group (or any other movant) belatedly files a substantive opposition to Hernandez's lead plaintiff motion, Hernandez respectfully reserves his rights to seek leave to file a response.

Hernandez meets all of the PSLRA's requirements, he is the presumptively "most adequate plaintiff," and none of the other competing movants have submitted proof that Hernandez is either subject to a unique defense or is unable to adequately represent the class.[2]  *See* 15 U.S.C. §78u-4(a)(3)(B).  Accordingly, Hernandez should be appointed Lead Plaintiff.

DATED:  November 8, 2021                     Respectfully submitted,

                                            ROBBINS GELLER RUDMAN
                                              & DOWD LLP
                                            SAMUEL H. RUDMAN
                                            DAVID A. ROSENFELD


                                            *s/ David A. Rosenfeld*
                                            DAVID A. ROSENFELD

                                            58 South Service Road, Suite 200
                                            Melville, NY  11747
                                            Telephone:  631/367-7100
                                            631/367-1173 (fax)
                                            srudman@rgrdlaw.com
                                            drosenfeld@rgrdlaw.com

---

[2]    In Mr. Hernandez's opposition to the competing motions, there was an inadvertent cite to counsel's argument when highlighting the Court's concern with inefficiencies in having multiple counsel in the *Am. Realty* case (*see* ECF No. 53 at 4).  The Court's response to counsel's argument was that it "would reduce the number of allied counsel that normally forms itself behind the lead counsel." *See Am. Realty*, No. 1:15-mc-00040, Tr. at 9.

- 2 -

4868-4385-2034.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
JENNIFER N. CARINGAL
MICHAEL ALBERT
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

- 3 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on November 8, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
        & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

4868-4385-2034.v1

# Mailing Information for a Case 1:21-cv-07025-AKH IN RE SESEN BIO, INC. SECURITIES LITIGATION

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Javier Bleichmar**
  jbleichmar@bfalaw.com

- **Thomas W. Elrod**
  telrod@kmllp.com,ecf@kmllp.com

- **William Bernard Federman**
  wbf@federmanlaw.com,ngb@federmanlaw.com,law@federmanlaw.com

- **Joseph Alexander Hood , II**
  ahood@pomlaw.com,asoto@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com

- **Phillip C. Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,ahood@pomlaw.com,asoto@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com

- **Gregory Bradley Linkh**
  glinkh@glancylaw.com,info@glancylaw.com,greg-linkh-2000@ecf.pacerpro.com

- **Justin Solomon Nematzadeh**
  justin.nematzadeh@gmail.com,2642722420@filings.docketbird.com

- **William Michael Regan**
  william.regan@hoganlovells.com,bill-regan-0012@ecf.pacerpro.com,douglas.crosno@hoganlovells.com,nymanagingclerk@hoganlovells.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com,drosenfeld@ecf.courtdrive.com

- **David Stein**
  ds@classlawgroup.com,7316370420@filings.docketbird.com

- **Joseph J. Tabacco , Jr**
  jtabacco@bermantabacco.com,ysoboleva@bermantabacco.com

- **Allison Michele Wuertz**
  allison.wuertz@hoganlovells.com,nymanagingclerk@hoganlovells.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Curtis Cinelli
,