UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Sesen Bio, Inc. Securities Litigation* | Master File No. 1:21-cv-07025-AKH |

**JOINT STIPULATION AND ORDER**

Lead Plaintiff Sesen Investor Group and Defendants Sesen Bio, Inc., Thomas R. Cannell, and Monica Forbes, by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this scheduling stipulation.

WHEREAS, the class action complaint for violation of Federal securities laws was initially filed on August 19, 2021 (Dkt. # 1);

WHEREAS, on September 1, 2021, the Court so ordered a stipulation among the parties directing that counsel for Lead Plaintiff and Defendants meet and confer regarding scheduling and submit a stipulation for the Court's approval with the parties proposed schedule for filing of an amended complaint and the filing of a motion to dismiss (Dkt. # 8); and

WHEREAS, on October 29, 2021, the Court entered an Order appointing the Sesen Investor Group as Lead Plaintiff (Dkt. # 48);

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1. Lead Plaintiff shall file the amended complaint on or before December 6, 2021;

2. Defendants shall answer or move to dismiss the amended complaint on or before February 4, 2022;

3. Lead Plaintiff shall oppose all motions to dismiss the amended complaint on or before March 7, 2022; and

4. Defendants shall reply to the opposition on or before April 6, 2022.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: November 11, 2021 | **GLANCY PRONGAY & MURRAY LLP** |
|  | By: */s/ Matthew M. Houston* |
|  | Matthew M. Houston (MH-2218) |
|  | Gregory B. Linkh (GL-0477) |
|  | 712 Fifth Ave., 31st Floor |
|  | New York, NY 10019 |
|  | Telephone: (212) 935-7400 |
|  | Facsimile: (212) 753-3630 |
|  | Email: mhouston@glancylaw.com |
|  | glinkh@glancylaw.com |
|  | *Lead Counsel For Plaintiffs* |
|  | By: */s/ William M. Regan* |
|  | William M. Regan |
|  | Allison M. Wuertz |
|  | **HOGAN LOVELLS** |
|  | 390 Madison Avenue |
|  | New York, NY 10017 |
|  | Telephone: (212) 918-3000 |
|  | Facsimile: (212) 918-3100 |
|  | william.regan@hoganlovells.com |
|  | allison.wuertz@hoganlovells.com |
|  | *Counsel for Defendants* |

**IT IS SO ORDERED.**

Dated: _____, 2021          _____
                                                                              HON. ALVIN K. HELLERSTEIN
                                                                              UNITED STATES DISTRICT JUDGE