**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
T:  212-918-3000
F:  212-918-3100

*Attorneys for Defendants Sesen Bio, Inc.,*
*Thomas R. Cannell, and Monica Forbes*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE SESEN BIO SECURITIES LITIGATION | No. 1:21-cv-07025-AKH |

**NOTICE OF DEFENDANTS'**
**MOTION TO TRANSFER VENUE TO THE DISTRICT OF MASSACHUSETTS**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated November 24, 2021; the Declaration of William M. Regan, dated November 24, 2021 and the exhibit annexed thereto; the Affidavit of Kirstin Anderson, dated November 24, 2021; and all other pleadings and papers heretofore filed and served in this action, defendants Sesen Bio, Inc., Thomas R. Cannell, and Monica Forbes, by their undersigned counsel, hereby move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge, at the United States District Court for the Southern District of New York, New York 10007, at a date and time to be set by the Court, for an order, pursuant to 28 U.S.C. § 1404(a), transferring the above-captioned matter to the District of Massachusetts.

1

Dated: November 24, 2021
      New York, NY

**HOGAN LOVELLS US LLP**

By:  /s/ William M. Regan
William M. Regan
Allison M. Wuertz
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
T:  212-918-3000
F:  212-918-3100

*Attorneys for Defendants Sesen Bio, Inc., Thomas R. Cannell, and Monica Forbes*

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2021, I caused copies of the foregoing and all papers supporting the motion to be served on all counsel of record by filing same with the Court's ECF filing system, by operation of which all counsel of record have been served electronically.


Date: November 24, 2021

/s/ William M. Regan
William M. Regan
