**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
T:  212-918-3000
F:  212-918-3100

*Attorneys for Defendants Sesen Bio, Inc.,*
*Thomas R. Cannell, and Monica Forbes*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE SESEN BIO SECURITIES LITIGATION | No. 1:21-cv-07025-AKH |

**AFFIDAVIT OF KIRSTIN ANDERSON IN SUPPORT OF DEFENDANTS**
**MOTION TO TRANSFER VENUE TO THE DISTRICT OF MASSACHUSETTS**

STATE OF MASSACHUSETTS      )
                                                        )
COUNTY OF MIDDLESEX          )

Kirstin Anderson, being duly sworn, deposes and says:

1.      I am the Senior Director of Finance at Sesen Bio, Inc. ("Sesen" or the "Company").  I have held this position since April 2021.  Prior to that, I served as the Company's (i) Controller from March 2018 to April 2021, (ii) Assistant Controller from January 2016 through February 2018, and (iii) Accounting Manager from September 2014 to January 2016.  At all times during my employment with the Company I have worked at the Company's headquarters in Cambridge, Massachusetts 02142.  I submit this affidavit in support of the motion to transfer venue filed by Sesen, Thomas R. Cannell, and Monica Forbes (the "Motion to Transfer").  I make this affidavit based upon my personal knowledge.

2.      I submit this affidavit to place before the Court certain facts related to the Motion to Transfer.

3.     Sesen is headquartered at 245 First Street, Suite 1800 in Cambridge, Massachusetts and has been headquartered there since 2016 to the present.  From 2014 to 2016, the Company was headquartered at 215 First Street, Suite 400, Cambridge, Massachusetts 02142

4.     Jay S. Duker, the Chair of Sesen's Board of Directors is based in Massachusetts. Dr. Duker has served as member of Sesen's Board of Directors since January 2015 and Chairman of the Sesen's Board of Directors since February 2020.  Dr. Duker has served as the Chief Operating Officer of EyePoint Pharmaceuticals, Inc. ("EyePoint"), headquartered in Watertown, Massachusetts, and he previously served as EyePoint's Chief Strategic Scientific Officer in a part time capacity since July 2020 and as an independent member of EyePoint's Board of Directors from 2016 to 2020.  Prior to joining EyePoint as a full time employee, Dr. Duker served in varying capacities at the New England Eye Center (NEEC) based in Boston, Massachusetts beginning in January 1992, most recently as Director from 2001 to 2021.  In addition, Dr. Duker served as Professor and Chairman of the Department of Ophthalmology at Tufts Medical Center and the Tufts University School of Medicine in Boston, Massachusetts.

5.     Since he joined the Company as Chief Executive Officer, defendant Thomas R. Cannell has maintained an office in Philadelphia, Pennsylvania, and has traveled to Sesen's headquarters in Massachusetts periodically.  Dr. Cannell also has communicated frequently with employees located at the Company's headquarters in Massachusetts.

6.     Dr. Cannell also has frequently met in Massachusetts with (i) the current Chair of the Company's Board of Directors and (ii) a former Company director, who served as member of the Board of Directors from 2013 to 2020, as well as Chair of the Board of Directors from 2013 to 2016, and who currently serves as a consultant to the Company.

2

7.     Since she joined the Company as Chief Financial Officer, defendant Monica Forbes has maintained an office in San Diego, California, and has traveled to Sesen's headquarters in Massachusetts periodically.  Ms. Forbes also has communicated frequently with employees located at the Company's headquarters in Massachusetts.

8.     All of the Company's press releases and SEC filings were also published from its Massachusetts headquarters.

9.     The Boston, Massachusetts office of Ernst & Young LLP, the Company's independent registered public accounting firm, services the Company.

10.     Gallagher, the Company's directors and officers insurance broker, is based in Massachusetts.

11.     Radford, Aon Rewards Solutions, the Company's compensation consultant, is located in Massachusetts.

12.     The majority of the relevant documents, including Sesen's books and records as well as the clinical data of the trial at issue, are either (a) maintained by custodians within the District of Massachusetts or (b) are stored on cloud-based platforms.

13.     Many potential witnesses also live and/or work in the District of Massachusetts, including myself, one of the former Chief Financial Officers, the Company's former SVP of Clinical Development, the Company's Senior Accountant, the Company's former Executive Director Clinical Operations and the Company's former Head of Clinical Operations.

14.     The Company's Board of Directors often meets in Massachusetts.

15.     No former or current members of the Company's executive management team lived in New York during all relevant times to the Complaints.

16.    The Company is not currently aware of any witnesses who are not willing to be involved in the dispute.

I swear under the penalty of perjury that the foregoing is true and correct.



_____
Kirstin Anderson

Sworn to me before this
24th day of November, 2021

_____
Notary Public

NOELLE BELINDA VEAZIE
Notary Public
Massachusetts
My Commission Expires
Mar 11, 2027

4