**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
T:  212-918-3000
F:  212-918-3100

*Attorneys for Sesen Bio, Inc.,*
*Thomas R. Cannell, and Monica Forbes*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE SESEN BIO SECURITIES LITIGATION | No. 1:21-cv-07025-AKH |

**DECLARATION OF WILLIAM M. REGAN IN SUPPORT OF DEFENDANTS'**
**MOTION TO TRANSFER VENUE TO THE DISTRICT OF MASSACHUSETTS**

I, WILLIAM M. REGAN, hereby declare as follows:

1. I am a member of the law firm of Hogan Lovells US LLP, attorneys for Defendants Sesen Bio, Inc. ("Sesen"), Thomas R. Cannell, and Monica Forbes.  I make this declaration in support of the motion to transfer venue to the District of Massachusetts filed by Sesen, Cannell, and Forbes (the "Motion to Transfer").

2. I submit this declaration to place before the Court true and correct copy of the following document cited in Sesen, Cannell, and Forbes' memorandum of law in support of the Motion to Transfer:

| Exhibit A | Excerpts from Sesen's Form 10-K for the Fiscal Year Ended Dec. 31, 2020 |
|---|---|

I swear under the penalty of perjury that the foregoing is true and correct.

Dated:    New York, NY
          November 24, 2021

                                        /s/ William M. Regan
                                        William M. Regan