# GIBBS LAW GROUP
### L L P


BLEICHMAR
FONTI & AULD LLP

David Stein
Proposed Lead Counsel
Gibbs Law Group LLP
510 350 9715 phone
510 350 9701 fax
ds@classlawgroup.com

Javier Bleichmar
Proposed Liaison Counsel
Bleichmar Fonti & Auld LLP
212 789 1341 phone
212 205 3961 fax
jbleichmar@bfalaw.com

December 15, 2021

**VIA ECF**
The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Courtroom 14D
New York, NY 10007-1312

Re:     *In re Sesen Bio, Inc. Securities Litigation*, No. 21-cv-7025-AKH

Dear Judge Hellerstein:

We represent Lead Plaintiff movant Maurice Harris in the above captioned action.  Mr. Harris has filed a motion (ECF No. 49) asking this Court to reconsider the appointment of a group of investors (Ryan Bibb, Rodney Samaan, Lionel Dreshaj, and Benjamin Dreshaj (the "Sesen Investor Group")) as Lead Plaintiff in this case.  *See* ECF No. 48 at 2.

We write to provide the Court with notice of the attached decision issued by Judge Broderick yesterday in *Siegel v. The Boston Beer Company, Inc.*, 1:21-cv-07693, ECF No. 30 (S.D.N.Y. Dec. 14, 2021).  In *Boston Beer*, Judge Broderick discussed the legal framework that applies when considering the appointment of a group of unrelated investors like the Sesen Investor Group.  *See id.* at 9-10, 13-15.  Judge Broderick articulated the law consistent with the way Mr. Harris did in his pending motion and then concluded that the group before him was ineligible to serve as Lead Plaintiff—even though that group appeared to have made a more substantiated showing than the Sesen Investor Group did here.  *Id.* at 13-14.  In particular, the Court pointed to "concern[s] about the lack of any pre-litigation relationship between the group members, and their counsel's pivotal role in forming the group." *Id.* at 14.  As Mr. Harris set forth in his motion, it is undisputed that the Sesen Investor Group is similarly unrelated, has no pre-litigation relationship, and that its "lawyers cobbled four individuals together solely for purposes of assembling the largest financial interest."  ECF No. 59 at 1.

 Respectfully submitted,

/s/ *David Stein*

/s/ *Javier Bleichmar*

cc: All counsel of record (via ECF)