UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SESEN BIO, INC. SECURITIES LITIGATION | Case No.: 1:21-cv-07025-AKH |

**DECLARATION OF MATTHEW M. HOUSTON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

I, Matthew M. Houston, hereby declare as follow:

1. I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiffs Ryan Bibb, Rodney Samaan, Lionel Dreshaj, and Benjamin Dreshaj, and Lead Counsel for the Class in the above-captioned matter. I make this declaration in support of Lead Plaintiffs' Opposition To Defendants; Motion To Dismiss. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as the exhibits are true and correct copies of the following (with highlighting added for ease of reference):

Exhibit A: Sesen Bio, SEC Form 8-K filed Mar. 30, 2022, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001485003/000148500322000039/sesn-20220330.htm

Exhibit B: Sesen Bio, SEC Form 8-K filed Feb. 25, 2022, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001485003/000148500322000025/sesn-20220225.htm

Exhibit C: Stock price chart obtained from Yahoo! finance, Sesen Bio, Inc. (SESN) Stock Price, News & Quote History (last visited Apr. 5, 2022), available at https://finance.yahoo.com/quote/SESN

Exhibit D: Sesen Bio, SEC Form 8-K filed Oct. 20, 2021, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001485003/000148500321000207/sesn-20211020.htm

Exhibit E: Excerpts of Sesen Bio, SEC Form 10-K filed Feb. 28, 2022, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/1485003/000148500322000033/sesn-20211231.htm

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 6th day of April 2022.

*s/ Matthew M. Houston*
Matthew M. Houston

## PROOF OF SERVICE

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On April 6, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 6, 2022.

*s/ Matthew M. Houston*
Matthew M. Houston
