**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
(212) 918-3000 (p)
(212) 918-3100 (f)

*Attorneys for Sesen Bio, Inc.,*
*Thomas R. Cannell, and Monica Forbes*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE SESEN BIO SECURITIES LITIGATION | No. 21-7025-AKH |

### REPLY DECLARATION OF WILLIAM M. REGAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995, RULE 9(b), AND RULE 12(b)(6)

I, WILLIAM M. REGAN, hereby declare as follows:

1. I am a member of the law firm of Hogan Lovells US LLP, attorneys for Defendants Sesen Bio, Inc., Thomas R. Cannell, and Monica Forbes ("Defendants"). I make this reply declaration in further support of Defendants' Motion to Dismiss the Amended Complaint, dated December 6, 2021 (the "Motion to Dismiss").

2. I submit this declaration to place before the Court true and correct excerpts of the following documents cited in Defendants' reply memorandum of law in further support of the Motion to Dismiss:

| Exhibit 36 | Sesen Bio, Inc. Form 10-K for the Fiscal Year Ended Dec. 31, 2018 (Excerpt) |
|---|---|
| Exhibit 37 | Sesen Bio, Inc. Form 10-K for the Fiscal Year Ended Dec. 31, 2021 (Excerpt) |

I swear under the penalty of perjury that the foregoing is true and correct.

Dated:    New York, New York
          May 6, 2022

                                                    _____
                                                      */s/ William M. Regan*
                                                      William M. Regan