

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

June 3, 2022

**Via CM/ECF Filing**

The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

> The Court is in receipt of the Defendants' letter.  The motion to dismiss will be held in abeyance pending the result of mediation between the parties. So ordered.
> /s/ Alvin K. Hellerstein
> June 3, 2022

Re:      *In re Sesen Bio, Inc. Securities Litigation*, 21-07025 (AKH)

Dear Judge Hellerstein:

        We represent Sesen Bio, Inc., Thomas R. Cannell, and Monica Forbes (together, "Defendants").  We write to report that the Parties have agreed to engage in mediation to determine whether they can reach a negotiated resolution in this matter.  The mediation is scheduled for June 30, 2022.

        In light of the mediation, the Parties respectfully request that any decision on Defendants' motion to dismiss, filed March 7, 2022 (ECF Nos. 72-74) be held in abeyance.  The Parties propose to submit a status report on July 14, 2022, one week after the mediation, to update the Court on whether the Parties have reached a resolution, will be pursuing additional mediation sessions, or will return to litigation.

        Please do not hesitate to contact us if the Court has any additional questions or concerns.

                        Respectfully submitted,

                        William M Regan

                        William M. Regan

cc:      All counsel of record (via ECF)