

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

July 14, 2022

**Via CM/ECF Filing**

The request is granted. So ordered.
/s/ Alvin K. Hellerstein
July 14, 2022

The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re:      *In re Sesen Bio, Inc. Securities Litigation*, 21-07025 (AKH)

Dear Judge Hellerstein:

We represent Sesen Bio, Inc., Thomas R. Cannell, and Monica Forbes (together, "Defendants") and write to report that the Parties are continuing to discuss a potential settlement of this matter.  The Parties request that the Court continue to hold any decision on Defendants' motion to dismiss, filed March 7, 2022 (ECF Nos. 72-74), in abeyance until July 21, 2022, when the Parties will provide the Court with a further update.

We are available to address any questions or concerns the Court might have.

Respectfully submitted,

William M. Regan

William M. Regan

cc:      All counsel of record (via ECF)