**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE SESEN BIO, INC. SECURITIES
LITIGATION

Case No.: 1:21-cv-07025-AKH

**DECLARATION OF MATTHEW M. HOUSTON IN SUPPORT OF: (I) PLAINTIFFS'
UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT; (II) CERTIFICATION OF THE SETTLEMENT CLASS; AND
(III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**

I, Matthew M. Houston, declare the following pursuant to 28 U.S.C. §1746:

1.  I am an attorney duly licensed to practice law before all of the courts of the State of New York, as well as the United States District Court for the Southern District of New York. I am a partner with the law firm of Glancy Prongay & Murray LLP, Court-appointed Lead Counsel for Lead Plaintiff Ryan Bibb, Rodney Samaan, Lionel Dreshaj, and Benjamin Dreshaj (collectively, "Plaintiffs") in the above-entitled action. I make this declaration in support of Plaintiffs' Unopposed Motion for: (i) Preliminary Approval of Class Action Settlement; (ii) Certification of the Settlement Class; and (iii) Approval of Notice to the Settlement Class. I have personal knowledge of the matters stated herein and, if called upon, could and would competently testify thereto.

2.  Attached as Exhibit 1 is a true and correct copy of the Stipulation and Agreement of Settlement dated August 3, 2022.

3.  Attached as Exhibit 2 is a true and correct copy of excerpts from a report by NERA Economic Consulting, authored by Janeen McIntosh and Svetlana Starykh, and titled *Recent Trends in Securities Class Action Litigation: 2021 Full-Year Review*.

4.  Attached as Exhibit 3 is a true and correct copy of excerpts from a report by Cornerstone Research, titled *Securities Class Action Filings: 2020 Year in Review*.

5.  Attached as Exhibit 4 is a true and correct copy of *In re Genworth Financial, Inc. Sec. Litig.*, Case No. 14-cv-02392-AKH, ECF No. 178 (S.D.N.Y. Nov. 16, 2017).

6.  Attached as Exhibit 5 is a true and correct copy of *Munoz v. China Expert Tech, Inc.*, Case No. 07-10531-AKH, ECF No. 276 (S.D.N.Y Feb. 20, 2014).

7.  Attached as Exhibit 6 is the firm resume of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed this 16th day of August, 2022, in New York, New York.

/s/ Matthew M. Houston
Matthew M. Houston

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Matthew M. Houston
Matthew M. Houston

3