UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
                                                               :   **ORDER REGULATING**
                                                               :   **PROCEEDINGS**
*In re Sesen Bio, Inc. Securities Litigation*                  :
                                                               :   21 Civ. 7025 (AKH)
                                                               :
                                                               :
-------------------------------------------------------------- :

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Currently, Defendants' motion to transfer venue and motion to dismiss are pending. However, the parties have reached a settlement and those motions are now moot. Accordingly, the motion to transfer venue and motion to dismiss are denied, without prejudice. If for any reason settlement is not approved or consummated, Defendant may refile its motions.

       The Clerk shall terminate ECF Nos. 60 and 72.

SO ORDERED.

Dated:    August 31, 2022                              _/s/ Alvin K. Hellerstein_____
            New York, New York                   ALVIN K. HELLERSTEIN
                                                                  United States District Judge