UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                            :

                            :      **ORDER REGULATING**

                            :      **PROCEEDINGS**

*In re Sesen Bio, Inc. Securities Litigation*   :

                            :      21 Civ. 7025 (AKH)

                            :

                            :

------------------------------------------------------------- :

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The parties are hereby ordered to appear for a conference on the pending motion for preliminary approval of settlement on October 4, 2022, at 2:00 p.m., which will be held in Courtroom 14D, 500 Pearl Street, New York, NY.

        Finally, no later than September 30, 2022, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:      September 2, 2022                _/s/ Alvin K. Hellerstein_____
             New York, New York           ALVIN K. HELLERSTEIN
                                    United States District Judge