UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SESEN BIO, INC. SECURITIES LITIGATION | Case No. 1:21-cv-07025-AKH |

**NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF
<u>CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION</u>**

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 96), on January 23, 2023, at 10:00 a.m., before the Honorable Alvin K. Hellerstein in Courtroom 14D of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, Court-appointed Lead Plaintiffs, Ryan Bibb, Rodney Samaan, Lionel Dreshaj, and Benjamin Dreshaj, will and hereby do move the Court to: (1) grant final approval of the Settlement in the above-captioned action on the terms set forth in the Stipulation and Agreement of Settlement dated August 3, 2022 ("Stipulation"; ECF No. 88-1); and (2) approve the proposed Plan of Allocation for distribution of the Net Settlement Fund.[1]

This motion is based on this Notice of Motion; the memorandum of law in support thereof; the Declaration of Garth Spencer in Support of: (I) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; all exhibits thereto; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court. Defendants do not oppose this motion.[2]

---

[1] Unless otherwise defined, all capitalized terms used herein have the meanings ascribed to them in the Stipulation.

[2] Proposed Orders granting the requested relief will be submitted with Lead Counsel's reply papers after the deadlines for objecting to the motion or requesting exclusion have passed.

1

DATED: December 19, 2022            **GLANCY PRONGAY & MURRAY LLP**

By: *Matthew M. Houston*
Matthew M. Houston (MH-2218)
745 Fifth Avenue, 5th Floor
New York, New York 10151
Telephone: (212) 935-7400
Email: mhouston@glancylaw.com

Garth Spencer (GS-7623)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Email: gspencer@glancylaw.com

*Attorneys for Lead Plaintiffs and the Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of Court via the CM/ECF system, which will send Notice of such filing to all counsel of record.

Dated: December 19, 2022          */s/ Matthew M. Houston*
                                                    Matthew M. Houston