UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SESEN BIO, INC. SECURITIES LITIGATION | Case No. 1:21-cv-07025-AKH |

**NOTICE OF MOTION AND MOTION FOR AN AWARD OF
<u>ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES</u>**

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 96), on January 23, 2023, at 10:00 a.m., before the Honorable Alvin K. Hellerstein in Courtroom 14D of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, Lead Counsel Glancy Prongay & Murray LLP will and hereby do move the Court for entry of an Order awarding attorneys' fees in the amount of 18.5% of the Settlement Fund (or $3,885,000, plus interest earned at the same rate as the Settlement Fund) and reimbursement of Litigation Expenses in the total amount of $74,031.13 (comprised of $64,031.13 in out-of-pocket costs incurred by Lead Counsel, and $2,500 for each of the four Court-appointed Lead Plaintiffs, as authorized by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(4)).[1]

This motion is based on this Notice of Motion; the memorandum of law in support thereof; the Declaration of Garth Spencer in Support of: (I) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; all exhibits thereto; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court. Defendants take no position on this motion.[2]

---

[1] Capitalized terms that are not otherwise defined herein have the same meanings given to them in the Stipulation and Agreement of Settlement, dated August 3, 2022. *See* ECF No. 88-1.

[2] A proposed Order granting the requested relief will be submitted with Lead Counsel's reply papers after the deadline for objecting to the motion has passed.

| | |
|---|---|
| DATED: December 19, 2022 | **GLANCY PRONGAY & MURRAY LLP**<br><br>By: *Matthew M. Houston*<br>Matthew M. Houston (MH-2218)<br>745 Fifth Avenue, 5th Floor<br>New York, New York 10151<br>Telephone: (212) 935-7400<br>Email: mhouston@glancylaw.com<br><br>Garth Spencer (GS-7623)<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>Telephone: (310) 201-9150<br>Email: gspencer@glancylaw.com<br><br>*Attorneys for Lead Plaintiffs and the Settlement Class* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was electronically filed with the Clerk of Court via the CM/ECF system, which will send Notice of such filing to all counsel of record.

Dated: December 19, 2022             */s/ Matthew M. Houston*
                                                         Matthew M. Houston