# EXHIBIT 8

**GLANCY PRONGAY MURRAY LLP**
**FIRM LODESTAR REPORT**

*IN RE SESEN BIO, INC. SECURITIES LITIGATION*
**CASE NO. 1:21-cv-07025-AKH**
**INCEPTION THROUGH DECEMBER 16, 2022**

| TIMEKEEPER/CASE | STATUS | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| ATTORNEYS: | | | | |
| Robert Prongay | Partner | 190.20 | 875.00 | 166,425.00 |
| Joseph Cohen | Partner | 74.90 | 1,050.00 | 78,645.00 |
| Matthew Houston | Partner | 210.90 | 1,050.00 | 221,445.00 |
| Casey Sadler | Partner | 173.60 | 750.00 | 130,200.00 |
| Garth Spencer | Partner | 229.20 | 725.00 | 166,170.00 |
| Melissa Wright | Senior Counsel | 59.50 | 625.00 | 37,187.50 |
| Christopher Fallon | Associate | 138.90 | 650.00 | 90,285.00 |
| Brittany D. Owens | Staff Attorney | 342.80 | 395.00 | 135,406.00 |
| Erin K. Burke | Staff Attorney | 399.30 | 395.00 | 157,723.50 |
| Fatima Fofana | Staff Attorney | 259.50 | 395.00 | 102,502.50 |
| Holly A. Heath | Staff Attorney | 182.70 | 415.00 | 75,820.50 |
| Jason E. Owens | Staff Attorney | 423.50 | 380.00 | 160,930.00 |
| Lisa Holman | Staff Attorney | 302.50 | 415.00 | 125,537.50 |
| Michael Graff | Staff Attorney | 294.10 | 380.00 | 111,758.00 |
| Sandra Hung | Staff Attorney | 167.30 | 415.00 | 69,429.50 |
| Tania D. Horton | Staff Attorney | 126.50 | 395.00 | 49,967.50 |
| Uju Ezejiofor Obasi | Staff Attorney | 356.00 | 395.00 | 140,620.00 |
| TOTAL ATTORNEY | TOTAL | 3,931.40 | | 2,020,052.50 |
| PARALEGALS: | | | | |
| Harry Kharadjian | Senior Paralegal | 25.20 | 325.00 | 8,190.00 |
| Craig Lowther | Senior Paralegal | 23.10 | 325.00 | 7,507.50 |
| Amir Soleimanpour | Law Clerk | 77.60 | 325.00 | 25,220.00 |
| Gabrielle Zavaleta | Research Analyst | 45.00 | 300.00 | 13,500.00 |
| TOTAL PARALEGAL | TOTAL | 170.90 | | 54,417.50 |
| TOTAL LODESTAR | TOTAL | 4,102.30 | | 2,074,470.00 |

**GLANCY PRONGAY MURRAY**
**CATEGORICAL BREAKDOWN OF FIRM LODESTAR**

*IN RE SESEN BIO, INC. SECURITIES LITIGATION*
CASE NO. 1:21-cv-07025-AKH
INCEPTION THROUGH DECEMBER 16, 2022

| NAMES | FACTUAL INVESTIGATION / COMPLAINT PREPARATION | MOTION PRACTICE | DISCOVERY | MEDIATION & SETTLEMENTS | TOTAL |
|---|---|---|---|---|---|
| **Partner** | | | | | |
| Robert Prongay | 70.60 | 7.20 | 4.10 | 108.30 | 190.20 |
| Joseph Cohen | | | 6.35 | 68.55 | 74.90 |
| Matthew Houston | 5.80 | 27.40 | 16.30 | 161.40 | 210.90 |
| Casey Sadler | 24.00 | 70.70 | 3.10 | 75.80 | 173.60 |
| Garth Spencer | 83.10 | 102.40 | 3.30 | 40.40 | 229.20 |
| **Senior Counsel** | | | | | |
| Melissa Wright | | | 11.90 | 47.60 | 59.50 |
| **Associate** | | | | | |
| Christopher Fallon | | | 122.10 | 16.80 | 138.90 |
| **Staff Attorney** | | | | | |
| Brittany D. Owens | | | 342.80 | | 342.80 |
| Erin K. Burke | | | 399.30 | | 399.30 |
| Fatima Fofana | | | 259.50 | | 259.50 |
| Holly A. Heath | | | 182.70 | | 182.70 |
| Jason E. Owens | | | 423.50 | | 423.50 |
| Lisa Holman | | | 302.50 | | 302.50 |
| Michael Graff | | | 294.10 | | 294.10 |
| Sandra Hung | | | 167.30 | | 167.30 |
| Tania D. Horton | | | 126.50 | | 126.50 |
| Uju Ezejiofor Obasi | | | 356.00 | | 356.00 |
| **Law Clerk** | | | | | |
| Amir Soleimanpour | 77.60 | | | | 77.60 |
| **Research Analyst** | | | | | |
| Gabrielle Zavaleta | 6.00 | 39.00 | | | 45.00 |
| **Senior Paralegal** | | | | | |
| Harry Kharadjian | | 6.60 | | 18.60 | 25.20 |
| Craig Lowther | | 16.90 | | 6.20 | 23.10 |
| **Grand Total** | **267.10** | **270.20** | **3,021.35** | **543.65** | **4,102.30** |