# EXHIBIT 9

# EXHIBIT 9

**GLANCY PRONGAY & MURRAY LLP EXPENSE REPORT**

**IN RE SESEN BIO, INC. SECURITIES LITIGATION**
**CASE NO. 1:21-cv-07025-AKH**
**INCEPTION THROUGH DECEMBER 15, 2022**

| CATEGORY OF EXPENSE | AMOUNT |
|---|---|
| COURIER AND SPECIAL POSTAGE | 41.63 |
| COURT FILING FEES | 402.00 |
| DOCUMENT MANAGEMENT | 3,514.12 |
| EXPERTS | 25,118.00 |
| INVESTIGATIONS | 8,406.50 |
| MEDIATION | 16,462.32 |
| ONLINE RESEARCH | 4,149.55 |
| PSLRA PRESS RELEASE | 110.00 |
| TELEPHONE | 18.04 |
| TRAVEL AIRFARE | 2,695.87 |
| TRAVEL AUTO | 960.84 |
| TRAVEL HOTEL | 1,997.35 |
| TRAVEL MEALS | 154.91 |
| GRAND TOTAL | 64,031.13 |