**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE SESEN BIO, INC. SECURITIES LITIGATION | Case No.: 1:21-cv-07025-AKH |

**REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF: (I) LEAD PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION; AND (II) LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND <u>REIMBURSEMENT OF LITIGATION EXPENSES</u>**

Court-appointed Lead Plaintiffs Ryan Bibb, Rodney Samaan, Lionel Dreshaj, and Benjamin Dreshaj (collectively, "Lead Plaintiffs"), and their counsel, Glancy Prongay & Murray LLP ("Lead Counsel"), respectfully submit this memorandum in further support of: (1) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation (ECF Nos. 97-98, the "Final Approval Motion"); and (2) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (ECF Nos. 99-100, the "Fee and Expense Application").[1]  This memorandum updates the Court on the status of the notice program and the Settlement Class's reaction thereto, including the fact that there has not been a single objection to the Settlement, Plan of Allocation, or request for attorneys' fees and reimbursement of Litigation Expenses, including reimbursement to Lead Plaintiffs, and that there have been only two requests for exclusion from the Settlement Class.[2]

## I.     INTRODUCTION

After a hard-fought litigation, including a successful mediation facilitated by a well-respected neutral, Lead Plaintiffs submitted a $21,000,000 all cash, non-reversionary settlement for Court approval.  The reaction of the Settlement Class confirms that the Settlement, which exceeds the available directors and officers liability insurance, is an outstanding result. Following an extensive notice program, which included mailing the Notice and Claim Form (collectively, the "Notice Packet") to 52,050 potential Settlement Class Members or their

---

[1] Unless otherwise noted, capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated August 3, 2022 (ECF No. 88-1), or the Declaration of Garth Spencer in Support of: (I) Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (ECF No. 101).

[2] Lead Plaintiffs are also submitting concurrently herewith the Declaration of Zachary Nye, Ph.D. in Support of the Proposed Settlement and Plan of Allocation ("Nye Declaration").  The Nye Declaration is being submitted to address the Court's inquiry at the preliminary approval hearing regarding how the market prices of Sesen Bio call and put options can be artificially inflated or deflated as a result of false or misleading statements and omissions.

nominees, and publishing the Summary Notice in *Investor's Business Daily* and electronically on the *PR Newswire*, not a single objection has been filed, and only two requests for exclusion have been received.[3]   The Settlement Class's overwhelmingly positive reaction strongly supports approval of the Settlement and the Plan of Allocation, as well as the request for attorneys' fees and reimbursement of Litigation Expenses.

## II.   THE SETTLEMENT CLASS'S EXTREMELY POSITIVE REACTION SUPPORTS APPROVAL OF THE SETTLEMENT, PLAN OF ALLOCATION, AND THE REQUESTED ATTORNEYS' FEES AND LITIGATION EXPENSES

### A.   The Court-Approved Notice Program Has Been Implemented

Pursuant to the Court's October 3, 2022, Order Preliminarily Approving Settlement and Providing for Notice, Eric Schacter of A.B. Data, Ltd. ("A.B. Data") was authorized to act as the Claims Administrator in connection with the Settlement.  ECF No. 96, ¶7.  In that capacity, A.B. Data, under the supervision of Lead Counsel, mailed Notice Packets to 52,050 potential Settlement Class Members and nominees.  Suppl. Schacter Decl. at ¶¶2-3.  Moreover, on November 14, 2022, the Summary Notice was published in *Investor's Business Daily* and transmitted electronically over *PR Newswire*.  *Id.*, at ¶4.  The Notice and Summary Notice advised Settlement Class Members of the Settlement and the request for an award of attorneys' fees and reimbursement of Litigation Expenses.  *See* ECF No. 101-5, Exs. A at ¶¶2, 5, 74; B & C.  The Notice and Summary Notice further advised Settlement Class Members that the last day for requesting exclusion from the Settlement or filing an objection to the Settlement, the Plan of Allocation, and/or the request for an award of attorneys' fees and reimbursement of Litigation Expenses was January 2, 2023.  *See* ECF No. 101-5, Exs. A at pp. 2-3 & ¶¶75, 81, 83; B & C.

---

[3] *See* Supplemental Declaration of Eric Schachter Regarding: (A) Mailing of Notice and Claim Form; (B) Claims Received to Date; and (C) Requests for Exclusion and Objections ("Suppl. Schachter Decl."; filed concurrently herewith) at ¶¶3-4, 8-9 & Ex. B; *see also* ECF No. 101-5, ¶10 and Exs. B & C (confirming publication of Summary Notice).

On December 19, 2022, fourteen (14) days prior to the objection deadline, Lead Plaintiffs and Lead Counsel filed their opening papers in support of the Settlement, Plan of Allocation, and the Fee and Expense Application. These papers are available on the public docket and on the settlement website (www.SesenBioSecuritiesSettlement.com). *See* ECF Nos. 97-101; Suppl. Schacter Decl. at ¶6.

The exclusion and objection deadlines have now passed. Importantly, only two Settlement Class Members—owning a total of 4,308 shares of Sesen Bio common stock—requested exclusion from the Settlement Class, and there has not been a single objection to the Settlement, the Plan of Allocation, the request for attorneys' fees, the request for reimbursement of litigation expenses, or the PSLRA awards to Lead Plaintiffs. *See* Suppl. Schacter Decl. at ¶¶8-9 & Ex. B. The lack of objections and small number of exclusion requests weigh heavily in favor of the Court granting the requested relief.

### B.    The Settlement Class's Reaction Supports Approval Of The Settlement, Plan Of Allocation, And Fee And Expense Application

Lead Plaintiffs and Lead Counsel respectfully submit that the overwhelmingly positive response from the Settlement Class confirms the fairness, adequacy, and reasonableness of the Settlement. *See, e.g.*, *In re Luxottica Grp. S.p.A. Sec. Litig.*, 233 F.R.D. 306, 311 (E.D.N.Y. 2006) ("Lack of objection is strong evidence of the settlement's fairness."); *In re FLAG Telecom Holdings, Ltd. Sec. Litig.*, No. 02-CV-3400 (CM)(PED), 2010 WL 4537550, at *16 (S.D.N.Y. Nov. 8, 2010) ("The absence of objections to the Settlement supports the inference that it is fair, reasonable and adequate."); *In re Merrill Lynch & Co. Research Reports Sec. Litig.*, No. 02 MDL 1484(JFK), 2007 WL 313474, at *10 (S.D.N.Y. Feb. 1, 2007) ("minimal number of objections and requests for exclusion militates in favor of approving the settlement as be[ing] fair, adequate, and reasonable").

The favorable reaction of the Settlement Class also supports approval of the Plan of Allocation.  *See In re Payment Card Interchange Fee & Merch. Disc. Antitrust Litig.*, 986 F. Supp. 2d 207, 240 (E.D.N.Y. 2013) (conclusion that the proposed plan of allocation was fair and reasonable was "buttressed by the relatively small number of opt-outs and absence of objections from class members"); *In re Veeco Instruments Inc. Sec. Litig.*, No. 05 MDL 01695(CM), 2007 WL 4115809, at *14 (S.D.N.Y. Nov. 7, 2007) ("not one class member has objected to the Plan of Allocation which was fully explained in the Notice of Settlement sent to all Class Members. This favorable reaction of the Class supports approval of the Plan of Allocation.").

Finally, the absence of any objections from Settlement Class Members to the Fee and Expense Application, including the Lead Plaintiffs' request for $2,500 each to compensate them for the time and effort they expended on behalf of the Settlement Class, supports a finding that the fee and expense request is fair and reasonable.  *See, e.g.*, *In re Veeco Instruments Inc. Sec. Litig.*, No. 05 MDL 01695(CM), 2007 WL 4115808, at *10 (S.D.N.Y. Nov. 7, 2007) (the reaction of class members to a fee and expense request "is entitled to great weight by the Court" and the absence of any objection "suggests that the fee request is fair and reasonable"); *Maley v. Del Global Techs. Corp.*, 186 F. Supp. 2d 358, 374 (S.D.N.Y. 2002) ("Not one person, company, or institution has filed an objection to the fee request or the expense reimbursement sought.  As was true with the underlying settlement, this overwhelmingly positive response by the Class attests to the approval of the Class with respect to the Settlement and the fee and expense application."); *see also Fogarazzo v. Lehman Bros.*, Inc., No. 03 Civ. 5194(SAS), 2011 WL 671745, at *2 (S.D.N.Y. Feb. 23, 2011) (granting PSLRA awards to four Lead Plaintiffs in the aggregate amount of $32,000 where "[n]o objections to these awards was received from any members of the Class.").

In sum, the universally favorable reaction of the Settlement Class is strong evidence that the Settlement is fair, reasonable, and adequate and in the best interests of the Settlement Class, that the proposed Plan of Allocation of the Settlement proceeds is fair and equitable, and that Lead Counsel's fee and expense request is reasonable.

## III.   CONCLUSION

For all the foregoing reasons, and those set forth in their opening papers, Lead Plaintiffs and Lead Counsel respectfully request that the Court approve the Settlement, the Plan of Allocation, and the request for attorneys' fees and reimbursement of Litigation Expenses.[4]

DATED: January 13, 2023                         **GLANCY PRONGAY & MURRAY LLP**

By: *Matthew M. Houston*
Matthew M. Houston (MH-2218)
745 Fifth Avenue, 5th Floor
New York, New York 10151
Telephone: (212) 935-7400
Email: mhouston@glancylaw.com

Garth Spencer (GS-7623)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Email: gspencer@glancylaw.com

*Attorneys for Lead Plaintiffs and the Settlement Class*

---

[4] The Settlement is conditioned on the entry of the [Proposed] Order and Judgment. *See* Stipulation, ¶¶31, 32(e), 35; Ex. B.  The [Proposed] Order and Judgment, along with [Proposed] Order Approving the Plan of Allocation and the [Proposed] Order Awarding Attorneys' Fees and Reimbursement of Litigation Expenses, are submitted concurrently herewith.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the foregoing document was electronically filed with the Clerk of

Court via the CM/ECF system, which will send Notice of such filing to all counsel of record.


Dated: January 13, 2023                    */s/ Matthew M. Houston*
                                            Matthew M. Houston