**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE SESEN BIO, INC. SECURITIES
LITIGATION

Case No.: 1:21-cv-07025-AKH

**SUPPLEMENTAL DECLARATION OF ERIC SCHACHTER REGARDING:**
**(A) MAILING OF NOTICE AND CLAIM FORM; (B) CLAIMS RECEIVED TO DATE;**
**AND (C) REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Eric Schachter, declare as follows:

1.    I am a Senior Vice President of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin.[1]  Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice entered on October 3, 2022 (ECF No. 96, the "Preliminary Approval Order"), A.B. Data was appointed to act as the Claims Administrator in connection with the Settlement of the above-captioned action.  I submit this Declaration to supplement the Declaration of Eric Schachter Regarding: (A) Mailing of Notice and Claim Form; (B) Publication of Summary Notice; and (C) Report on Requests for Exclusion Received to Date (ECF No. 101-5, the "Initial Mailing Declaration") that was previously filed with the Court.

**UPDATE ON MAILING OF THE NOTICE AND CLAIM FORM**

2.    As stated in the Initial Mailing Declaration, as of December 14, 2022, A.B. Data had mailed a total of 51,742 copies of the Notice and Claim Form (together, the "Notice Packet") to potential members of the Settlement Class.  In addition, A.B. Data re-mailed 424 Notice Packets

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated August 3, 2022 (ECF No. 88-1, the "Stipulation").

to persons whose original mailings were returned by the U.S. Postal Service ("USPS") and for whom updated addresses were provided to A.B. Data by USPS.

3.        Since the execution of the Initial Mailing Declaration on December 14, 2022, A.B. Data has continued to disseminate copies of the Notice Packet in response to requests received from potential Settlement Class Members, brokers, and other nominees.  Through January 12, 2023, A.B. Data has mailed a total of 52,050 Notice Packets to potential members of the Settlement Class, brokers, and nominees.

## PUBLICATION OF THE SUMMARY NOTICE

4.        As set forth in the Initial Mailing Declaration, on November 14, 2022, A.B. Data caused the Summary Notice to be published once in *Investor's Business Daily* and to be transmitted electronically once over the *PR Newswire*.  Initial Mailing Declaration, ¶10.

## UPDATE ON SETTLEMENT WEBSITE

5.        As noted in the Initial Mailing Declaration, on December 14, 2022, A.B. Data established the dedicated settlement website, www.SesenBioSecuritiesSettlement.com (the "Settlement Website"), which is accessible twenty-four hours a day, seven days a week.  A.B. Data posted downloadable copies of the Stipulation, Preliminary Approval Order, Notice, Claim Form, and Amended Class Action Complaint for Violations of the Federal Securities Laws to the Settlement Website.  A.B. Data continues to maintain the Settlement Website.

6.        After the December 19, 2022, filing of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation and Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, A.B. Data posted downloadable copies of these documents, along with the supporting papers, to the Settlement Website.

**REPORT ON CLAIMS RECEIVED TO DATE**

7.    The Notice and Claim Form informed potential Settlement Class Members that if they wished to be eligible to participate in the distribution of proceeds from the Settlement, they must submit a Claim Form to A.B. Data, with supporting documentation, postmarked, if mailed, or online via the Settlement Website, no later than February 28, 2023.   As of the date of this Declaration, A.B. Data has received 688 Claims. In my experience, the vast majority of Claimants submit their Claims shortly before the deadline.   In particular, the majority of institutional investors, brokers, and nominees typically file Claims electronically at or near the Claim's deadline.

**UPDATE ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

8.    The Notice informed potential Settlement Class Members that requests for exclusion are to be sent to the Claims Administrator, such that they are received no later than January 2, 2023.   Initial Mailing Declaration, Ex. A, ¶75.   The Notice also sets forth the information that must be included in each request for exclusion.   *Id*.   As of the date of this Declaration, A.B. Data has received two (2) requests for exclusion. A list containing the exclusion identification number, name, city, state, country, and date of the requests is attached hereto as Exhibit A, together with a redacted copy of each request.

9.    According to the Notice, Settlement Class Members wishing to object to the Settlement or any of its terms, the proposed Plan of Allocation of the Net Settlement Fund, and/or Lead Counsel's application for an award of Attorneys' Fees and Litigation Expenses, were required to submit their objection in writing to the Court and mail copies to Lead Counsel and Defendants' Counsel such that the papers were received on or before January 2, 2023.   Id., ¶¶ 81-

82.  As of the date of this Declaration, A.B. Data has not received any objections and is not aware of any objections being filed with the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 12, 2023.

Eric Schachter

# EXHIBIT A

*In Re Sesen Bio, Inc. Securities Litigation* ; **Case No. 1:21-cv-07025-AKH**
**Exclusion Report**

| | Exclusion # | Name | Date | City | State | Country |
|---|---|---|---|---|---|---|
| 1 | 209780173 | Jeremy W. Peakall | 12/12/2022 | Calais | MA | USA |
| 2 | 209780174 | John A. Love | 12/22/2022 | Roswell | GA | USA |

I Jeremy W. Peakall am requesting to be excluded from the settlement class in IN RE SESEN BIo, INC, Securities Litigation, Case No. 1: 21-CV-07025-AKH.

Jeremy W. Peakall



— Common Stock —

• 8-13-2021    Bought 8 Shares at $5.82 in total of $46.56

• 8-13-2021    Sold 8 shares at $5.71 in total of $45.68

12-12-2022

## PART III – SCHEDULE OF TRANSACTIONS IN SESEN BIO COMMON STOCK

Complete this Part III if and only if you purchased/acquired Sesen Bio Common Stock during the period from December 21, 2020, through and including August 17, 2021. Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, Paragraph 10, above. Do not include information in this section regarding securities other than Sesen Bio Common Stock.

**1. BEGINNING HOLDINGS** – State the total number of shares of Sesen Bio Common Stock held as of the opening of trading on December 21, 2020. (Must be documented.) If none, write "zero" or "0." ___zero___

**2. PURCHASES/ACQUISITIONS DURING THE SETTLEMENT CLASS PERIOD** – Separately list each and every purchase/acquisition (including free receipts) of Sesen Bio Common Stock from after the opening of trading on December 21, 2020, through and including the close of trading on August 17, 2021. (Must be documented.)

| Date of Purchase/Acquisition (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/Acquired | Purchase/ Acquisition Price Per Share (check box if result of a stock option) | Total Purchase/ Acquisition Price (excluding taxes, commissions, and fees) |
|---|---|---|---|
| 8 /13/ 21 | 8 | $ 5.82 ☐ | $ 46.56 |
| / / | | $ ☐ | $ |
| / / | | $ ☐ | $ |
| / / | | $ ☐ | $ |

**3. PURCHASES/ACQUISITIONS DURING THE 90-DAY LOOK-BACK PERIOD THROUGH NOVEMBER 15, 2021** – State the total number of shares of Sesen Bio Common Stock purchased/acquired (including free receipts) from after the opening of trading on August 18, 2021, through and including the close of trading on November 15, 2021. If none, write "zero" or "0."[3] ___Zero___

**4. SALES DURING THE SETTLEMENT CLASS PERIOD THROUGH NOVEMBER 15, 2021** – Separately list each and every sale/disposition (including free deliveries) of Sesen Bio Common Stock from after the opening of trading on December 21, 2020, through and including the close of trading on November 15, 2021. (Must be documented.)     **IF NONE, CHECK HERE** ○

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Sale Price Per Share (check box if result of a stock option) | Total Sale Price (excluding taxes, commissions, and fees) |
|---|---|---|---|
| 8 /13/ 21 | 8 | $ 5.71 ☐ | $ 45.68 |
| / / | | $ ☐ | $ |
| / / | | $ ☐ | $ |

**5. ENDING HOLDINGS** – State the total number of shares of Sesen Bio Common Stock held as of the close of trading on November 15, 2021. (Must be documented.) If none, write "zero" or "0." ___Zero___

**IF YOU NEED ADDITIONAL SPACE TO LIST YOUR TRANSACTIONS YOU MUST PHOTOCOPY THIS PAGE AND CHECK THIS BOX** ☐

**IF YOU DO NOT CHECK THIS BOX THESE ADDITIONAL PAGES WILL NOT BE REVIEWED**

---

[3] Please note: Information requested with respect to your purchases/acquisitions of Sesen Bio Common Stock from after the opening of trading on August 18, 2021, through and including November 15, 2021, is needed in order to balance your claim; purchases/acquisitions during this period, however, are not eligible under the Settlement and will not be used for purposes of calculating your Recognized Loss pursuant to the Plan of Allocation.

19.  If you have questions concerning the Claim Form, or need additional copies of the Claim Form or the Settlement Notice, you may contact the Claims Administrator, A.B. Data, Ltd., at P.O. Box 170600, Milwaukee, WI 53217, or by email at info@SesenBioSecuritiesSettlement.com, or by toll-free telephone at 877-354-3897, or you may download the documents from the Settlement website, www.SesenBioSecuritiesSettlement.com.

20.  NOTICE REGARDING ELECTRONIC FILES:  Certain Claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files.  To obtain the mandatory electronic filing requirements and file layout, you may visit the Settlement website at www.SesenBioSecuritiesSettlement.com or you may email the Claims Administrator's electronic filing department at efiling@abdata.com.  Any file not in accordance with the required electronic filing format will be subject to rejection.  No electronic files will be considered to have been properly submitted unless the Claims Administrator issues an email to that effect after processing your file with your claim numbers and respective account information.  Do not assume that your file has been received or processed until you receive this email.  If you do not receive such an email within 10 days of your submission, you should contact the electronic filing department at efiling@abdata.com to inquire about your file and confirm it was received and acceptable.

## IMPORTANT: PLEASE NOTE

**YOUR CLAIM IS NOT DEEMED FILED UNTIL YOU RECEIVE AN ACKNOWLEDGEMENT POSTCARD.  THE CLAIMS ADMINISTRATOR WILL ACKNOWLEDGE RECEIPT OF YOUR CLAIM FORM BY MAIL WITHIN 60 DAYS.  IF YOU DO NOT RECEIVE AN ACKNOWLEDGEMENT POSTCARD WITHIN 60 DAYS, PLEASE CALL THE CLAIMS ADMINISTRATOR TOLL FREE AT 877-354-3897.**

Defendant or any other Defendants' Releasee does not know or suspect to exist in his, her, or its favor at the time of the release of such claims, that, if known by him, her, or it, might have affected his, her, or its decision(s) with respect to the Settlement, including his, her, or its decision to object or not object to the Settlement. With respect to any and all Released Claims, the Parties stipulate and agree that, upon the Effective Date of the Settlement, Lead Plaintiffs and Defendants shall expressly waive, and each of the other Settlement Class Members and each of the other Defendants' Releasees shall be deemed to have waived, and by operation of the Judgment or the Alternate Judgment, if applicable, shall have expressly waived, any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law or foreign law, that is similar, comparable, or equivalent to California Civil Code §1542, which provides:

> A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.

Lead Plaintiffs, Defendants, and their respective Releasees, acknowledge that they may hereafter discover facts in addition to or different from those which they or their counsel now know or believe to be true with respect to the subject matter of the Released Claims, but the Parties stipulate and agree that, upon the Effective Date, Lead Plaintiffs and each Defendant shall have, and each Releasee by operation of the Judgment, or the Alternative Judgment, if applicable, shall be deemed to have, fully, finally, and forever settled and released any and all Released Claims, known or Unknown Claims, suspected or unsuspected, contingent or non-contingent, whether or not hidden or concealed, which now exist, or heretofore have existed, upon any theory of law or equity now existing or coming into existence in the future, including but not limited to, conduct which is negligent, intentional, with or without malice, or a breach of any duty, law, or rule, without regard to the subsequent discovery or existence of such different or additional facts. Lead Plaintiffs and Defendants acknowledge, and each of the other Releasees shall be deemed by operation of law to have acknowledged, that the foregoing waiver, and specifically the inclusion of "Unknown Claims" in the definition of Released Plaintiffs' Claims and Released Defendants' Claims, was separately bargained for and a key element of the Settlement.

34. The Judgment will also provide that, upon the Effective Date of the Settlement, Defendants, on behalf of themselves, and their respective current and former heirs, executors, predecessors, successors, assigns, assignees, officers, directors, agents, parents, affiliates, subsidiaries, insurers, reinsurers, employees, and attorneys, in their capacities as such, shall (i) be deemed to have, and by operation of law and of the judgment shall have, fully, finally and forever compromised, settled, released, resolved, relinquished, waived and discharged each and every Released Defendants' Claim (as defined in ¶ 35 below) against Lead Plaintiffs and the other Plaintiffs' Releasees (as defined in ¶ 36 below); (ii) forever be barred and enjoined from prosecuting any or all of the Released Defendants' Claims against any of the Plaintiffs' Releasees; and (iii) be deemed to have covenanted not to sue Lead Plaintiffs and the other Plaintiffs' Releasees on the basis of any Released Defendants' Claims.

35. "Released Defendants' Claims" means all claims, demands, losses, rights, liabilities, obligations, damages, issues, and causes of action of every nature and description, whether known claims or Unknown Claims, whether arising under federal, state, local, statutory, common, or foreign law, or any other law, rule, or regulation, at law or in equity, whether asserted or unasserted, accrued or unaccrued, fixed or contingent, liquidated or unliquidated, foreseen or unforeseen, whether matured or unmatured, whether direct, representative, class, or individual in nature, that arise out of, are based upon, or relate in any way to the institution, prosecution, or settlement of the claims asserted in the Action against the Defendants. Released Defendants' Claims do not include: (a) any claims relating to the enforcement of the Settlement; and (b) any claims against any person or entity who or which submits a request for exclusion from the Settlement Class that is accepted by the Court.

36. "Plaintiffs' Releasees" means Lead Plaintiffs, all other plaintiffs in the Action, their respective attorneys, and all other Settlement Class Members, and their respective current and former officers, directors, agents, parents, affiliates, subsidiaries, successors, predecessors, assigns, assignees, employees, and attorneys, in their capacities as such.

---

### HOW DO I PARTICIPATE IN THE SETTLEMENT? WHAT DO I NEED TO DO?

37. To be eligible for a payment from the proceeds of the Settlement, you must be a member of the Settlement Class and you must timely complete and return the Claim Form with adequate supporting documentation **postmarked no later than February 28, 2023.** A Claim Form is included with this Notice, or you may obtain one from the website maintained by the Claims Administrator for the Settlement, www.SesenBioSecuritiesSettlement.com, or you may request that a Claim Form be mailed to you by calling the Claims Administrator toll free at 1-877-354-3897. Please retain all records of your ownership of and transactions in Sesen Bio Securities, as they may be needed to document your Claim. If you request exclusion from the Settlement Class or do not submit a timely and valid Claim Form, you will not be eligible to share in the Net Settlement Fund.

---

### HOW MUCH WILL MY PAYMENT BE?

38. At this time, it is not possible to make any determination as to how much any individual Settlement Class Member may receive from the Settlement.

39. Pursuant to the Settlement, Sesen Bio has agreed to pay or caused to be paid twenty one million dollars ($21,000,000) in cash. The Settlement Amount will be deposited into an escrow account. The Settlement Amount plus any interest earned thereon is referred to as the "Settlement Fund." If the Settlement is approved by the Court and the Effective Date occurs, the "Net Settlement Fund" (that

is, the Settlement Fund less (a) all federal, state and/or local taxes on any income earned by the Settlement Fund and the reasonable costs incurred in connection with determining the amount of and paying taxes owed by the Settlement Fund (including reasonable expenses of tax attorneys and accountants); (b) the costs and expenses incurred in connection with providing notice to Settlement Class Members and administering the Settlement on behalf of Settlement Class Members; and (c) any attorneys' fees and Litigation Expenses awarded by the Court) will be distributed to Settlement Class Members who submit valid Claim Forms, in accordance with the proposed Plan of Allocation or such other plan of allocation as the Court may approve.

40. The Net Settlement Fund will not be distributed unless and until the Court has approved the Settlement and a plan of allocation, and the time for any petition for rehearing, appeal or review, whether by certiorari or otherwise, has expired.

41. Neither Defendants nor any other person or entity that paid any portion of the Settlement Amount on their behalf are entitled to get back any portion of the Settlement Fund once the Court's order or judgment approving the Settlement becomes Final. None of the Defendants or other Defendants' Releasees shall have any liability, obligation, or responsibility for the administration of the Settlement, the disbursement of the Net Settlement Fund or the plan of allocation.

42. Approval of the Settlement is independent from approval of a plan of allocation. Any determination with respect to a plan of allocation will not affect the Settlement, if approved.

43. Unless the Court otherwise orders, any Settlement Class Member who fails to submit a Claim Form postmarked on or before February 28, 2023, shall be fully and forever barred from receiving payments pursuant to the Settlement but will in all other respects remain a Settlement Class Member and be subject to the provisions of the Stipulation, including the terms of any Judgment entered and the releases given. This means that each Settlement Class Member releases the Released Plaintiffs' Claims (as defined in ¶ 31 above) against the Defendants' Releasees (as defined in ¶ 32 above) and will be enjoined and prohibited from filing, prosecuting, or pursuing any of the Released Plaintiffs' Claims against any of the Defendants' Releasees whether or not such Settlement Class Member submits a Claim Form.

44. Participants in and beneficiaries of a plan covered by ERISA ("ERISA Plan") should NOT include any information relating to their transactions in Sesen Bio Securities held through the ERISA Plan in any Claim Form that they may submit in this Action. They should include ONLY those shares that they purchased or acquired outside of the ERISA Plan. Claims based on any ERISA Plan's purchases or acquisitions of Sesen Bio Securities during the Settlement Class Period may be made by the plan's trustees. To the extent any of the Defendants or any of the other persons or entities excluded from the Settlement Class are participants in the ERISA Plan, such persons or entities shall not receive, either directly or indirectly, any portion of the recovery that may be obtained from the Settlement by the ERISA Plan.

45. The Court has reserved jurisdiction to allow, disallow, or adjust on equitable grounds the Claim of any Settlement Class Member.

46. Each Claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to his, her or its Claim Form.

47. Only Settlement Class Members will be eligible to share in the distribution of the Net Settlement Fund. Persons and entities that are excluded from the Settlement Class by definition or that exclude themselves from the Settlement Class pursuant to request will not be eligible to receive a distribution from the Net Settlement Fund and should not submit Claim Forms. The only securities that are included in the Settlement are the Sesen Bio Securities.

## PROPOSED PLAN OF ALLOCATION

48. The objective of the Plan of Allocation is to equitably distribute the Net Settlement Fund among Authorized Claimants based on their respective alleged economic losses as a result of the alleged misstatements and omissions, as opposed to losses caused by market- or industry-wide factors, or company-specific factors unrelated to the alleged fraud. The Claims Administrator shall determine each Authorized Claimant's share of the Net Settlement Fund based upon the recognized loss formulas described below ("Recognized Loss"). A Recognized Loss will be calculated as set forth below for each purchase or acquisition of Sesen Bio Common Stock and Call Option contracts, and for each writing of Sesen Bio Put Option contracts, during the Settlement Class Period, that is listed in the Claim Form and for which adequate documentation is provided. The calculation of Recognized Loss will depend upon several factors, including when the Sesen Bio Securities were purchased or otherwise acquired during the Settlement Class Period, and in what amounts, and whether those securities were sold, and if sold, when they were sold, and for what amounts. The Recognized Loss is not intended to estimate the amount a Settlement Class Member might have been able to recover after a trial, nor to estimate the amount that will be paid to Authorized Claimants pursuant to the Settlement. The Recognized Loss is the basis upon which the Net Settlement Fund will be proportionately allocated to the Authorized Claimants. The Claims Administrator will use its best efforts to administer and distribute the Net Settlement Fund equitably to the extent that it is economically feasible.

49. The Plan of Allocation was created with the assistance of a consulting damages expert and reflects the assumption that the price of Sesen Bio Common Stock was artificially inflated throughout the Settlement Class Period. The estimated alleged artificial inflation in the price of Sesen Bio Common Stock during the Settlement Class Period is reflected in Table 1 below. The computation of the estimated alleged artificial inflation in the price of Sesen Bio Common Stock during the Settlement Class Period is based on certain misrepresentations alleged by Lead Plaintiffs and the price change in the stock, net of market- and industry-wide factors, in reaction to the public announcements that allegedly corrected the misrepresentations alleged by Lead Plaintiffs.

50. The U.S. securities laws allow investors to seek to recover losses caused by disclosures that correct the defendants' previous misleading statements or omissions. In this Action, Lead Plaintiffs allege that corrective disclosures took place: (i) during the trading

EASTERN MAINE  044

12 DEC 2022  PM 1  L

In Re Sesen Bro, Inc.
Securities Litigation, Exclusions, C
A.B Data, Ltd.

P.O Box 173001, Milwaukee, W

53217-901201

John A. (Tony) Love

December 22, 2022

**VIA CERTIFIED MAIL- RETURN RECEIPT REQUESTED**

In re Sesen Bio, Inc. Securities Litigation
EXCLUSIONS
c/o A.B Data Ltd.
P.O. Box 173001
Milwaukee, WI  53217

        Re: John A. Love/opt-out/USDC SD N.Y., Case No. 1:21-cv-07025-AKH

Dear Sir or Madam:

        I am writing to exclude myself from the proposed class settlement in the above-referenced matter.  My name is John A. Love.  My address is ▮▮▮▮▮▮▮▮▮▮▮▮ My telephone number is ▮▮▮▮▮▮  I request exclusion from the Settlement Class in *In re Seson Bio, Inc. Securities Litigation*, Case No. 1:21-cv-07025.  I purchased 4,300 shares at price of 5.7093 per share on August 13, 2021.

        I reserve all claims and rights to bring a separate, individual, lawsuit over this matter.  The relief proposed in the class settlement is not adequate to cover my losses as a result of the defendant's conduct.

                           Sincerely,

                           John A. Love

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE



CERTIFIED MAIL

METRO 301

Hasl

12/22

US F

7014 1200 0000 1464 2361

In re Sesen Bio, Inc. Securities Litigation
EXCLUSIONS
c/o A.B Data Ltd.
P.O. Box 173001
Milwaukee, WI 53217

53116930475 9

INT

53217-801201