**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE SESEN BIO, INC. SECURITIES LITIGATION | Case No.: 1:21-cv-07025-AKH |

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR**
**CLASS DISTRIBUTION ORDER**

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Court-appointed Lead Plaintiffs, Ryan Bibb, Rodney Samaan, Lionel Dreshaj, and Benjamin Dreshaj (collectively, "Plaintiffs"), will move this Court on a date and at such time as may be designated by the Honorable Alvin K. Hellerstein, Courtroom 14D, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for entry of the concurrently filed [Proposed] Class Distribution Order.[1]

In support of this motion, Plaintiffs submit and are filing herewith: (1) a Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Class Distribution Order; (2) the Declaration of Eric Schachter in Support of Plaintiffs' Unopposed Motion for Class Distribution Order; and (3) the Declaration of F. Paul Bland, Jr., of the Public Justice Foundation.

The Defendants, as defined in the Stipulation, do not oppose this motion.

DATED: October 24, 2023

**GLANCY PRONGAY & MURRAY LLP**

*/s/Matthew M. Houston*
Matthew M. Houston (MH-2218)
745 Fifth Avenue, 5th Floor
New York, New York 10151
Telephone: (212) 935-7400
Facsimile: (212) 756-0346
mhouston@glancylaw.com

Garth Spencer (GS-7623)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
gspencer@glancylaw.com

*Attorneys for Lead Plaintiffs and the Settlement Class*

---

[1] Unless otherwise defined, all capitalized terms herein have the same meanings as set forth in the Stipulation and Agreement of Settlement dated August 3, 2022 (ECF No. 88-1) (the "Stipulation").

1

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Matthew M. Houston
Matthew M. Houston

2