UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
: 
: **ORDER REGARDING**
: **DISPUTED CLAIM**
*In re Sesen Bio, Inc. Securities Litigation* :
: 21 Civ. 7025 (AKH)
:
:
------------------------------------------------------------ :

ALVIN K. HELLERSTEIN, U.S.D.J.:

       I have reviewed the summary for Claim No. 210425606. Schacter Decl., Ex. D. The claim is not recognized under the Plan of Allocation because the claimant had a market gain for all shares of Sesen Bio common stock purchased and sold during the settlement period. *See* ECF No. 101-5, Ex. A at ¶ 67. I therefore affirm A.B. Data's determination that the claim should be rejected.

SO ORDERED.

Dated:    October 26, 2023
             New York, New York

ALVIN K. HELLERSTEIN
United States District Judge