UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
IN RE SESEN BIO, INC. SECURITIES :
LITIGATION : **ORDER**
:
: 21 Civ. 7025 (AKH)
:
:
:
:
:
:
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Plaintiff initiated this action on August 19, 2021. On October 26, 2023, I issued a Class Distribution Order approving the Distribution Plan for the Net Settlement Fund. I ordered that, to the extent any monies remain in the fund nine months after the Initial Distribution, Lead Counsel, in consultation with the Claims Administrator, shall conduct a redistribution of the remaining funds, if they determine that it is cost-effective to do so. *See* ECF No. 115. In the event that no additional distributions are cost-effective, I ordered that Lead Counsel should move to apply the funds to a charity serving poor people in the territory of the Southern District of New York. *See id.* This Court has received no updates or motions since the issuance of the Class Distribution Order.

    The parties, by joint letter submitted via ECF, shall advise the Court of the status of the distribution by September 19, 2024.

SO ORDERED.

Dated: September 5, 2024       /s/ Alvin K. Hellerstein
    New York, New York     _____
                 ALVIN K. HELLERSTEIN
                 United States District Judge