**GPM** | **Glancy Prongay & Murray** LLP

Matthew M. Houston
mhouston@glancylaw.com
745 5th Ave, 5th Floor
New York, New York 10151
T: (212)-935-7400

**Via CM/ECF Filing**

September 19, 2024

*[handwritten notes: So ordered. The case may be closed. 9.23.24 [signature] Alvin K. Hellerstein]*

The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse
Court Room 14D
500 Pearl Street
New York, New York 10007

Re: *In re Sesen Bio, Inc. Securities Litigation*, 1:21-cv-07025 (AKH)

Dear Judge Hellerstein,

My firm represents Court-appointed Lead Plaintiffs Ryan Bibb, Rodney Samaan, Lionel Dreshaj, and Benjamin Dreshaj, and this letter has been approved by counsel for Defendants Sesen Bio, Inc., Thomas R. Cannell, and Monica Forbes. We write pursuant to your Order dated September 5, 2024 (ECF No. 117), which requested an update on the status of the distribution following issuance of your October 26, 2023, Class Distribution Order (ECF No. 115).

Since issuance of the Class Distribution Order, 1,900 payments have been cleared for a total of $17,787,270.24. This represents over 99% of the Net Settlement Fund being successfully paid out from the initial distribution. There is currently a balance of $29,687.64 remaining in the distribution account. We have initiated a second distribution, pursuant to which the Court-appointed claims administrator estimates that approximately 126 claims will be eligible for a payment. We expect the second distribution process to be completed within the next six months (including the 120-day void date to cash payments).

If any money remains in the distribution account following the second distribution, we would respectfully request that the Court order that Lead Counsel *cy pres* the money to The Legal Aid Society of New York. Information about The Legal Aid Society may be found at https://legalaidnyc.org.

We are available to address any questions or concerns the Court might have.

Respectfully submitted,

Matthew M. Houston

Cc:    All counsel of record (via ECF)